IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; and LUIS ALBERTO ESCOBEDO VIERA and JOSE VIERA ESCOBEDO  Plaintiffs | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 (DIVERSITY) |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. and WAL-MART STORES, INC. d/b/a SAM'S WHOLESALE CLUB | § § § § § | |

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:   PLAINTIFF VERONICA LOPEZ, BY AND THROUGH HER ATTORNEY:

Mr. Ray R. Marchan
Watts Law Firm, L.L.P.
1926 East Elizabeth
Brownsville, Texas   78520

Mr. Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas   78478

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Southern District of Texas, Brownsville Division, on July 31, 2003.

A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith.

DATED: July 31, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

_____
Jaime A. Drabek
Fed. Id. No. 8643
SBOT: 06102410
Counsel for Defendant Wal-Mart Stores, Inc.
d/b/a Sam's Wholesale Club

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel of record by regular mail, certified mail and/or hand delivery, return receipt requested, on this 31 day of July, 2003.

Mr. Ray R. Marchan
Watts Law Firm, L.L.P.
1926 East Elizabeth
Brownsville, Texas  78520

Mr. Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas  78478

Mr. Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas  78522

_____
Jaime A. Drabek