IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; and § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> and JOSE VIERA ESCOBEDO § <br>         Plaintiffs § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. § <br> and WAL-MART STORES, INC. d/b/a § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO. B-03-135 <br> (DIVERSITY) |

## JURY DEMAND

Defendant WAL-MART STORES, INC. D/B/A SAM'S WHOLESALE CLUB, hereby demands trial by jury in this action.

DATED:   July 31, 2003.

                              Respectfully submitted,

                              DRABEK & ASSOCIATES
                              1720 E. Harrison, Suite B
                              Harlingen, Texas 78550
                              210/428-4544 Telephone
                              210/428-4880 Facsimile

                              */s/ Jaime A. Drabek*
                              _____
                              JAIME A. DRABEK
                              Fed. I.D. No. 8643
                              Counsel for Defendant, Wal-Mart Stores, Inc.
                              d/b/a Sam's Wholesale Club

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the __31st__ day of July, 2003, to-wit:

    Mr. Ray R. Marchan
    Watts Law Firm, L.L.P.
    1926 East Elizabeth
    Brownsville, Texas   78520
    (956) 541-0244 (fax)

    Mr. Mikal C. Watts
    Watts Law Firm, L.L.P.
    555 N. Carancahua, Suite 1400
    Corpus Christi, Texas   78478
    (361) 887-0005 (fax)

    Mr. Jaime A. Saenz
    Rodriguez, Colvin & Chaney
    1201 E. Van Buren Street
    Brownsville, Texas   78522
    (956) 541-2170 (fax)

_____
Jaime A. Drabek