United States District Court
Southern District of Texas
FILED

AUG 1 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; and LUIS ALBERTO ESCOBEDO VIERA and JOSE VIERA ESCOBEDO  Plaintiffs | § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. and WAL-MART STORES, INC. d/b/a SAM'S WHOLESALE CLUB | § § § § § | |

### DEFENDANT WAL-MART STORES, INC. DBA SAM'S WHOLESALE CLUB'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant Wal-Mart Stores, Inc. dba Sam's Wholesale Club files this disclosure of interested parties as required by the Court's Order for Conference and Disclosure of Interested Parties.

2. The following is a list of the parties in this action, which all have a financial interest in the outcome of this litigation:

   1. Wal-Mart Stores East, L.P., and its attorneys of record, Drabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, Texas 78550.

   2. Febriona Viera Escobedo, Individually And As Representative of the Estate of Jose Angel Escobedo Rodriguez; and Luis Alberto Escobedo Viera and Jose Viera Escobedo, and their attorneys of record.

3. Ford Motor Company and their attorneys of record.

4. North America, Inc. And their attorneys of record.

Respectfully submitted this the ___19th___ day of August, 2003.

> Respectfully submitted,
>
> **DRABEK & ASSOCIATES**
> 1720 E. Harrison, Suite B
> Harlingen, Texas 78550
> 210/428-4644 Telephone
> 210/428-4880 Facsimile
>
> _____
> JAIME A. DRABEK
> Fed. I.D. No. 8643
> Counsel for Defendant, Wal-Mart Stores, Inc.
> d/b/a Sam's Wholesale Club

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the ___19th___ day of August, 2003, to-wit:

| | |
|---|---|
| Mr. Ray R. Marchan<br>Watts Law Firm, L.L.P.<br>1926 East Elizabeth<br>Brownsville, Texas 78520 | **(956) 541-0244 (fax)** |
| Mr. Jaime A. Saenz<br>Rodriguez, Colvin & Chaney<br>1201 E. Van Buren Street<br>Brownsville, Texas 78522 | **(956) 541-2170 (fax)** |
| Mr. Thomas M. Bullion, III<br>**Brown, McCarrol, L.L.P.**<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701 | **(512) 479-1101 (fax)** |

_____
Jaime A. Drabek