IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> AND JOSE VIERA ESCOBEDO § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> WALMART STORES, INC., DBA § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO.: B 03135 |

### DEFENDANT MICHELIN NORTH AMERICA, INC.'S
### CERTIFICATE OF FINANICALLY INTERESTED ENTITIES

COMES NOW Michelin North America, Inc. ("MNA"), one of the defendants in the above-styled and numbered cause, and, pursuant to Paragraph 2 of this Court's Order Setting Conference, files this its Certificate of Financially Interested Persons.

1.   The undersigned counsel of record for MNA certifies that the following listed persons or entities have a financial interest in the outcome of this case and/or are attorneys of record for financially interested entities:

| PERSON OR ENTITY | CONNECTION TO CASE |
|---|---|
| Febriona Viera Escobedo, Individually | Plaintiff |
| Febriona Viera Escobedo, as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased | Plaintiff |
| Luis Alberto Escboedo Viera | Plaintiff |

AUS:2057967.1
32302.101

1

| | |
|---|---|
| Jose Viera Escobedo | Plaintiff |
| Ford Motor Company | Defendant |
| Michelin North America, Inc. | Defendant |
| WalMart Stores, Inc. d/b/a Sam's Wholesale Club | Defendant |
| Watts & Heard, L.L.P. | Attorney for Plaintiffs |
| Mikal C. Watts | Attorney for Plaintiffs |
| Ray Marchan | Attorney for Plaintiffs |
| Rodriguez, Colvin & Chaney, L.L.P. | Attorneys for Defendant Ford Motor Company |
| Jaime Saenz | Attorney for Defendant Ford Motor Company |
| Eduardo Roberto Rodriguez | Attorney for Defendant Ford Motor Company |
| Drabek & Associates | Attorneys for Defendant Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club |
| Jaime A. Drabek | Attorney for Defendant Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club |
| Brown McCarroll, L.L.P. | Attorneys for Defendant Michelin North America, Inc. |
| Thomas M. Bullion III | Attorney for Defendant Michelin North America, Inc. |

2. Michelin Corp. is the parent corporation of Michelin North America, Inc. and owns 100 percent of it stock. Neither of these corporations is publicly traded.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
Thomas M. Bullion III
Attorney-in-Charge
Federal ID No. 14690
State Bar No. 03331005

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or regular mail to the following attorneys this 18th day of August, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

_____
Thomas M. Bullion III

AUS:2057967.1
32302.101

3