

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **FEBRIONA VIERA ESCOBEDO, et al** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | Civil Action No. B-03-135 |
| | § | |
| **FORD MOTOR COMPANY, et al** | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Plaintiff's Motion for Leave to file an amended petition was filed on October 31, 2003. No opposition being filed, the motion is hereby granted. Defendant Sam's East, Inc.'s Motion for Leave to file its First Amended Answer is hereby denied without prejudice to refile if a properly executed certificate of conference is attached.

Signed on this 2nd day of December, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge