IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB § § § § § | |

**DEFENDANT FORD MOTOR COMPANY'S
MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT
AND MOTION TO JOIN THIRD-PARTY DEFENDANT
AS A POTENTIALLY RESPONSIBLE THIRD-PARTY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant/Third-Party Plaintiff, Ford Motor Company ("Ford") and files this Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party, as follows:

I.

This case arises out of an automobile accident that occurred near Valle Hermoso, Tamaulipas, Mexico on or about July 19, 2002. Plaintiff Decedent, Jose Angel Escobedo Rodriguez was a passenger in a vehicle driven by Juan Rangel Espinoza. According to the accident report, Juan Rangel Espinoza lost control of his vehicle and rolled his vehicle, resulting in the death of Jose Angel Escobedo Rodriguez. In order for this Defendant to be able to rely upon its rights under Tex.R.Civ.P. 33.001 et seq.,

Defendant requests permission to add Juan Rangel Espinoza as a Third-Party and files this Motion for Leave in order to add Mr. Espinoza as a Third- Party Defendant. (Please see Exhibit A attached hereto).

II.

If Defendant's Motion for Leave to File Third-Party Complaint is granted and Defendant is allowed to join Juan Rangel Espinoza as a Third-Party Defendant to this action, Defendant also moves for leave of the Court to file its Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party, (Please see Exhibit B attached hereto).

III.

This Motion is filed within the prescribed time period and is not filed for purposes of delay but so that justice may be done.

WHEREFORE, Defendant requests that this Court grant it Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party, and that it have such other and further relief, at law or in equity, as it may be justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Federal Admissions No. 7630
State Bar No. 17514859
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

This will certify that the undersigned has attempted to contact counsel for Plaintiffs in this matter but they were unavailable and this Defendant was unable to determine whether they are opposed to this Motion. Co-Defendants are not opposed to this Motion. Therefore, it has been submitted to the Court for consideration and a hearing is believed necessary.

_____
Jaime A. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party was served upon all counsel of record, to-wit:

> Ray R. Marchan
> Watts Law Firm, LLP
> 1926 East Elizabeth
> Brownsville, Texas 78520
> Attorneys for Plaintiffs
>
> Mikal C. Watts
> Watts Law Firm, LLP
> 555 North Carancahua, Suite 1400
> Corpus Christi, Texas 78478
> Attorneys for Plaintiffs
>
> Tom Bullion
> Brown McCarroll, LLP
> 111 Congress Avenue, Suite 1400
> Austin, Texas 78701
> Attorneys for Defendant Michelin North America, Inc.
>
> Jaime A. Drabek
> Drabek & Associates
> 1720 E. Harrison, Suite B
> Harlingen, Texas 78550
> Attorneys for Defendant Walmart Stores, Inc.
> d/b/a Sam's Wholesale Club

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 1st day of December, 2003.

_____
Jaime A. Saenz

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO<br><br>VS.<br><br>FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-135 |

### FORD MOTOR COMPANY'S ORIGINAL THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, Defendant/Third Party Plaintiff, (hereinafter referred to as "Ford"), and files this its Original Third Party Complaint, complaining of Juan Rangel Espinoza, and in support thereof would show the Court as follows.

I.

PARTIES, JURISDICTION, AND VENUE

1.01  Ford is a Defendant in the above-styled and numbered civil action. Third Party Defendant Juan Rangel Espinoza is an individual residing in Mexico.

1.02  Service of this Third Party Complaint may be had on Juan Rangel Espinoza by registered mail at Privada Hidalgo 4 y 5, Colonia Tamaulipas, Valle Hermosa, Tamaulipas, Mexico, pursuant to F.R.C.P.(4)(f).

1.03   Jurisdiction and venue over this third party claim is proper, in that it arises out of Plaintiffs' claim against Ford, a Defendant over whom this Court has jurisdiction in this matter, and it arises in a suit in which Defendant has established proper venue in the United States District Court for the Southern District of Texas.

## II.

### CAUSE OF ACTION

2.01   Plaintiffs have alleged that the injuries and damages for which they seek recovery in this action, including the death of Jose Angel Escobedo Rodriguez, were caused by an automobile accident which occurred on July 19, 2002 on a highway near Valle Hermoso, Tamaulipas, Mexico. Plaintiff Decedent, Jose Angel Escobedo Rodriguez was a passenger in a vehicle driven by Juan Rangel Espinoza. According to the accident report, the driver, Juan Rangel Espinoza lost control of his vehicle and rolled his vehicle.

2.02   Ford asserts that to the extent that Plaintiffs have suffered damages or injuries for which they are entitled to compensation, such injuries or damages were not due to any negligence of Ford or product defect in the vehicle in question, but was instead proximately caused, in whole or in part, by the negligence of Third Party Defendant Juan Rangel Espinoza in that he failed to exercise ordinary care, caution, and prudence to avoid the accident as the driver of the vehicle involved.

2.03   Ford thus asserts that, pursuant to Tex. Civ. Prac. & Rem. Code §33.004, Third Party Defendant is a Responsible Third Party from whom Ford is entitled to seek a determination by the jury of Third Party Defendants' comparative responsibility, and, from whom Ford is entitled to contribution and/or indemnity as to any damages awarded to Plaintiffs in this action.

### III.

### DAMAGES

Ford asks that to the extent that any damages are awarded to Plaintiffs in this action, it be granted judgment for contribution and/or indemnity against Third Party Defendant Juan Rangel Espinoza for damages in such an amount as the jury may find.

### IV.

### JURY DEMAND

Ford continues to demand a trial by jury.

WHEREFORE, Defendant/Third Party Plaintiff Ford Motor Company requests that Third Party Defendant Juan Rangel Espinoza be cited to appear and answer the allegations herein, that Third Party Defendant's percentage of responsibility for causing or contributing to cause in any way the harm for which recovery of damages is sought by Plaintiffs be determined by the jury; and, in the unlikely event any recovery is had against Ford, that Ford in turn have judgment for contribution in whole or in part, from Third Party Defendant, Juan Rangel Espinoza, and Ford further prays for such other and further relief, general or special, to which it may show itself justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Jaime A. Saenz
Federal Admissions No. 7630
State Bar No. 17514859
    Alison D. Kennamer
Federal Admissions No. 12023
State Bar No. 11280400
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Third Party Complaint was served upon all counsel of record, to-wit:

>Ray R. Marchan
>Watts Law Firm, LLP
>1926 East Elizabeth
>Brownsville, Texas 78520
>Attorneys for Plaintiffs
>
>Mikal C. Watts
>Watts Law Firm, LLP
>555 North Carancahua, Suite 1400
>Corpus Christi, Texas 78478
>Attorneys for Plaintiffs
>
>Tom Bullion
>Brown McCarroll, LLP
>111 Congress Avenue, Suite 1400
>Austin, Texas 78701
>Attorneys for Defendant Michelin North America, Inc.
>
>Jaime A. Drabek
>Drabek & Associates
>1720 E. Harrison, Suite B
>Harlingen, Texas 78550
>Attorneys for Defendant Walmart Stores, Inc.
>d/b/a Sam's Wholesale Club

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the _____ day of _____, 200___.

_____
Jaime A. Saenz

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § § | |

## DEFENDANT FORD MOTOR COMPANY'S MOTION TO JOIN THIRD PARTY DEFENDANT AS A POTENTIALLY RESPONSIBLE THIRD PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FORD MOTOR COMPANY, Defendant in the above-entitled and numbered cause, and files this Motion to Join Third Party Defendant As A Potentially Responsible Third Party, and in support thereof would show the Court as follows:

I.

INTRODUCTION

This case arises out of an automobile accident that occurred near Valle Hermoso, Tamaulipas, Mexico on or about July 19, 2002. Plaintiff Decedent, Jose Angel Escobedo Rodriguez was a passenger in a vehicle driven by Juan Rangel Espinoza. According to the accident report, the driver, Juan Rangel Espinoza lost control of his vehicle and rolled his vehicle, resulting in the death of Jose Angel Escobedo Rodriguez.

*Ford/Escobedo [19,269]*
*Ford Motor Co.'s Motion To Join Third Party Defendant As Potentially Responsible Third Party*   PAGE 1

On or about May 29, 2003, Plaintiffs Febriona Viera Escobedo, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and, Luis Alberto Escobedo Viera and Jose Viera Escobedo, filed their Original Petition in this matter, purporting to sue Defendants Ford Motor Company, Michelin North America, Inc. and Walmart Stores, Inc. d/b/a Sam's Wholesale Clubs herein.

Defendant contends that in the event the automobile accident in question was caused by negligence, it was caused by the negligence of the driver, Juan Rangel Espinoza, rather than any defect in the vehicle, which is expressly denied. In light of this contention, Defendant Ford has, prior to the filing of this Motion, filed a Third Party Complaint against Juan Rangel Espinoza.

II.

APPLICABLE LAW

This is a case in which the cause of action accrued after September 1, 1995, and suit was filed after September 1, 1996, meaning that the 1995 version of the Texas Civil Practice & Remedies Code, Section 33.001 *et seq.* will govern the application of relative percentages of responsibility as found by the jury as to each claimant in this case. Under Tex. Civ. Prac. & Rem. Code §33.003, the trier of fact will be asked to assess a percentage of negligence as to each claimant, each defendant, each settling person, and "each responsible third party who has been joined under Section 33.004."

In turn, Tex. Civ. Prac. & Rem. Code §33.004(a) states that "... on timely motion made for that purpose, a defendant may seek to join a responsible third party who has not been sued by the claimant." A "responsible third party" is defined as "any person to whom all of the following apply: (i) the court in which the action was filed could exercise jurisdiction over the person; (ii) the person could have been, but was not, sued by the claimant; and (iii) the person is or may be liable to the plaintiff for all or a part of

the damages claimed against the named defendant or defendants." Tex. Civ. Prac. & Rem. Code §33.011(6)(A).

There is no provision in the Code for any basis under which a court should refuse to grant a motion as to a potentially "responsible third party" once that party meets the definition and the criteria of §33.004. Defendant has already joined Juan Rangel Espinoza, so these parties are in the suit as contribution defendants at this time. Defendant thus moves to have Juan Rangel Espinoza further named as potentially "responsible third party" as to Plaintiffs, who have not sued him in this action.

The net result will be that under §33.003, potential percentages of responsibility will be submitted in a single question as to all of the Defendants in this case, the above-named Third Party Defendant, and any settling party, and any potential percentage of responsibility of these parties will be apportioned appropriately according to Tex. Civ. Prac. & Rem. Code §33.013, taking into account the potential liability of all persons who any party contends and the trier of fact determines were responsible for the occurrence and injuries at issue.

WHEREFORE, Defendant and Third Party Plaintiff, FORD MOTOR COMPANY, prays that the Court grant its Motion To Join Third Party Defendant As A Potentially Responsible Third Party and grant to it such other and further relief, at law or in equity, as it may be justly entitled to receive.

## CERTIFICATE OF CONFERENCE

This will certify that the undersigned has attempted to contact counsel for Plaintiffs in this matter but they were unavailable and this Defendant was unable to determine whether they are opposed to this Motion. Co-Defendants are not opposed to this Motion. Therefore, it has been submitted to the Court for consideration and a hearing is believed necessary.

_____
Jaime A. Saenz

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Jaime A. Saenz
Federal Admissions No. 7630
State Bar No. 17514859
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion To Join Third Party Defendant As A Potentially Responsible Third Party was served upon all counsel of record, to-wit:

> Ray R. Marchan
> Watts Law Firm, LLP
> 1926 East Elizabeth
> Brownsville, Texas 78520
> Attorneys for Plaintiffs
>
> Mikal C. Watts
> Watts Law Firm, LLP
> 555 North Carancahua, Suite 1400
> Corpus Christi, Texas 78478
> Attorneys for Plaintiffs
>
> Tom Bullion
> Brown McCarroll, LLP
> 111 Congress Avenue, Suite 1400
> Austin, Texas 78701
> Attorneys for Defendant Michelin North America, Inc.
>
> Jaime A. Drabek
> Drabek & Associates
> 1720 E. Harrison, Suite B
> Harlingen, Texas 78550
> Attorneys for Defendant Walmart Stores, Inc.
> d/b/a Sam's Wholesale Club

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___ day of _____ 200__.

_____
Jaime A. Saenz