IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § | |
| INDIVIDUALLY AND AS § | |
| REPRESENTATIVE OF THE ESTATE § | |
| OF JOSE ANGEL ESCOBEDO § | |
| RODRIGUEZ, DECEASED; AND § | |
| LUIS ALBERTO ESCOBEDO VIERA § | |
| AND JOSE VIERA ESCOBEDO § | |
| § | CIVIL ACTION NO.: B 03135 |
| VS. § | |
| § | |
| FORD MOTOR COMPANY, § | |
| MICHELIN NORTH AMERICA, INC. AND § | |
| WALMART STORES, INC., DBA § | |
| SAM'S WHOLESALE CLUB § | |

**DEFENDANT MICHELIN NORTH AMERICA, INC.'S ADOPTION
BY REFERENCE OF FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE
THIRD-PARTY COMPLAINT AND MOTION TO JOIN THIRD-PARTY
DEFENDANT AS RESPONSIBLE THIRD PARTY**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Michelin North America, Inc. ("MNA"), one of the defendants in the above-styled and numbered cause, and files this its Adoption by Reference of Defendant Ford Motor Company's Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as a Potentially Responsible Third Party, and would respectfully show the Court the following:

I.

On December 1, 2003, Defendant Ford Motor Company hand-delivered its Motion for Leave to File to File Third-Party Complaint and Motion to Join Third-Party Defendant as a Potentially Responsible Third Party for filing. MNA hereby adopts such motion by reference.

WHEREFORE, PREMISES CONSIDERED, defendant Michelin North America, Inc. requests that this Court grant Ford's motion for leave to file third-party complaint and motion to join third-party defendant as a potentially responsible third-party, and all such other and further relief to which the parties may be entitled.

_____
Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
Federal I.D. 14690
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

AUS:2115734.1
32302.101

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy, certified mail, return receipt requested, or U.S. mail to all counsel of record listed below on this ~~11th~~ 12th day of December, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, Texas 78520-2155

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Thomas M. Bullion III