# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

DEC 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, ET AL | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:  **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                    RESET TO DATE AND TIME:

**November 21, 2003 @ 9:30 a.m.**                              **January 9, 2004 @ 9:30 a.m.**


MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: December 23, 2003

TO:  Ray Marchan
     Mikal Watts
     Jaime Saenz
     Jaime Drabek
     Tom Bullion