United States District Court
Southern District of Texas
FILED

DEC 3 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; and LUIS ALBERTO ESCOBEDO VIERA and JOSE VIERA ESCOBEDO | § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO: B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. and WAL-MART STORES, INC. d/b/a SAM'S WHOLESALE CLUB | § § § § | |

### DEFENDANT SAM'S EAST, INC.'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER AND CROSS-CLAIMS AGAINST MICHELIN NORTH AMERICA, INC. AND FORD MOTOR COMPANY FOR CONTRIBUTION AND/OR INDEMNITY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, DEFENDANT SAM'S EAST, INC. (Incorrectly named as SAM'S WHOLESALE CLUB a/k/a WAL-MART STORES, INC.), pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure and files this its Motion for Leave to File its First Amended Answer and Cross Claims against Defendants Michelin North America, Inc. and Ford Motor Company and would respectfully show the Court as follows:

1.)   On May 29, 2003, Plaintiff Febriona Viera Escobedo, et al. filed suit against Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club in County Court of Cameron County Texas, alleging injuries arising out of an automobile accident, which resulted in the death of Jose Angel Escobedo Rodriguez, occurring on July 19, 2002. Subsequently, the lawsuit was removed to the United States District Court for the Southern District of Texas.

Plaintiffs allege their injuries are due to the negligence of Sam's Club, its agents servants and employees, for negligence in putting certain products into the stream of commerce and failure to warn of an unreasonably dangerous product. Plaintiffs also allege negligence and strict liability claims against Defendants Michelin North America, Inc. and Ford Motor Company.

I.

After the recent taking of depositions, new matters have come to light which suggest additional affirmative defenses. These newly discovered matters require that the pleadings be brought into order so that justice may be served. On the basis of the new discovery conducted to date, Defendants desire leave of court to amend their answer to appropriately address Plaintiff's allegations.

II.

2.)   Defendant Sam's Club further requests leave to file it's Cross-Claim against Michelin North America, Inc. for statutory indemnity pursuant to §82.002 Tex. Civ. Prac. & Rem. Code. for reasons set forth in the Amended Answer and Cross-claim attached hereto as Exhibit "A."

III.

3.)   Defendant Sam's Club further requests leave to file it's Cross-Claim against Ford Motor Company for common law indemnity and/or contribution for reasons set forth in the Amended Answer and Cross-Claim attached hereto as Exhibit "A".

Respectfully submitted,

**DRABEK & ASSOCIATES**

*[signature]*

Jaime A. Drabek
SBOT: 06102410
1720 East Harrison, Suite B
Harlingen, Texas 78550
Telephone: 956/ 428-4544
Facsimile:  956/ 428-4880
*Attorneys for Defendant, Sam's East, Inc.*

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

___✓___  I have been unsuccessful in my attempt to contact plaintiff's counsel.

_____  I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

__*[initialed]*__  This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____  Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

*[signature]*

Jaime A. Drabek