IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § § | |

### ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANT AS A POTENTIALLY RESPONSIBLE THIRD-PARTY

CAME ON BEFORE THE COURT Defendant Ford Motor Company's Motion for Leave to File a Third-Party Complaint and Motion for Leave to Join Third-Party Defendant as a Potentially Responsible Third-Party, and the Court, having reviewed the Motion, is of the opinion that the same should be GRANTED: It is, therefore

ORDERED that Defendant Ford Motor Company's Motion for Leave to File a Third-Party Complaint is GRANTED and that counsel for Ford Motor Company shall file with the Clerk of this Court an original of the Third-Party Complaint attached to the Motion as Exhibit "A" so that citation may issue. It is further

ORDERED that Defendant Ford Motor Company's Motion for Leave to file its Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party is GRANTED and that counsel for Ford Motor Company shall file with the Clerk of this Court an original of the Defendant Ford Motor Company's Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party attached to the Motion as Exhibit "B".

SIGNED FOR ENTRY this 5th day of January, 2004.

_____
Judge Presiding