THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

INITIAL PRETRIAL AND SCHEDULING CONFERENCE

JAN 09 2004

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B-03-135   DATE & TIME: 1/9/04 @ 9:40-

COUNSEL:

| | | |
|---|---|---|
| Febriona Viera Escobedo, Et Al | § | Ray Marchan |
| VS | § | |
| Ford Motor Co. | § | Jaime Saenz |
| Micheline North America | § | Tom Bullion |
| Sam's Club | § | Jaime Drabek |

Courtroom Deputy: Irma Soto
Law Clerk:        Michel O'Leary
Court Reporter:   Barbara Barnard
CSO:              T. Yanez

Case called on the docket. Ray Marchan appeared for the Plaintiff. Jaime Saenz appeared for Deft, Ford Motor Co. Tom Bullion appeared for the Deft, Micheline North America. Jaime Drabek appeared for Sam's Club. All parties announced present and ready.

Deft's, Sam's Club, pending Motion for Leave to File its First Amended Answer and Cross-claim (DE #18) is GRANTED without objection.

The following deadlines set by the Court:

   Jury Selection is set for 11/4/04 @ 9:00 a.m. Counsel to do voir dire.
      Jury to be 12 members.
   Docket Call is set for 11/2/04 @ 1:30 p.m.
   Joint Pretrial Order due by 10/8/04
   New parties named by 1/23/04 - Leave to file granted.
   Plaintiff's experts named by 5/17/04
   Defendants' experts named by 7/16/04
   Discovery cutoff is 10/8/04
   Dispositive Motions filed by 9/3/04
   Non-dispositive Motions can be filed any filed any time up until filing
      of Joint Pretrial Order.
   Any Daubert Motions to be filed as soon as possible.

Any of the above deadlines can be changed by agreements with the exception of Jury Selection, Docket Call and Joint Pretrial Order dates. Court to be notified in writing of any changes.

Court is adjourned.