21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

| | | |
|---|---|---|
| FEBRONIA VIERA ESCOBEDO, ET AL | § | Michael N. Milby, Clerk of Court |
| | § | By Deputy Clerk |
| VS. | § | CIVIL ACTION NO.  B-03-135 |
| | § | |
| FORD MOTOR CO., ET AL | § | |

## Scheduling Order

1. Trial:  Estimated time to try:  __10__  trial days.                    ☐ Bench    ■ Jury

2. New parties must be joined by:                                January 23, 2004
     *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    May 17, 2004

4. The defendant's experts must be named with a report furnished by:    July 16, 2004

5. Discovery must be completed by:                              October 8, 2004

     *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
     *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                          September 3, 2004

   Non-Dispositive Motions will be filed any time up until filing of Joint Pretrial Order.
   Any Daubert Motions to be filed as soon as possible.

*************************  The Court will provide these dates.  *************************

7. Joint pretrial order is due:                                 October 8, 2004

     *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                          November 2, 2004

9. Jury Selection is set for 9:00 a.m. on:*                       November 4, 2004

*Counsel to do voir dire. Jury to be twelve(12) members  with ten (10) or  more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __9th__ day of __January__, 2004.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD