IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | United States District Court Southern District of Texas FILED<br><br>JAN 1 6 2004<br><br>Michael N. Milby Clerk of Court |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § | |

## FORD MOTOR COMPANY'S ORIGINAL THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, Defendant/Third Party Plaintiff, (hereinafter referred to as "Ford"), and files this its Original Third Party Complaint, complaining of Juan Rangel Espinoza, and in support thereof would show the Court as follows.

I.

PARTIES, JURISDICTION, AND VENUE

1.01  Ford is a Defendant in the above-styled and numbered civil action. Third Party Defendant Juan Rangel Espinoza is an individual residing in Mexico.

1.02  Service of this Third Party Complaint may be had on Juan Rangel Espinoza by registered mail at Privada Hidalgo 4 y 5, Colonia Tamaulipas, Valle Hermosa, Tamaulipas, Mexico, pursuant to F.R.C.P.(4)(f).

1.03   Jurisdiction and venue over this third party claim is proper, in that it arises out of Plaintiffs' claim against Ford, a Defendant over whom this Court has jurisdiction in this matter, and it arises in a suit in which Defendant has established proper venue in the United States District Court for the Southern District of Texas.

II.

## Cause of Action

2.01   Plaintiffs have alleged that the injuries and damages for which they seek recovery in this action, including the death of Jose Angel Escobedo Rodriguez, were caused by an automobile accident which occurred on July 19, 2002 on a highway near Valle Hermoso, Tamaulipas, Mexico. Plaintiff Decedent, Jose Angel Escobedo Rodriguez was a passenger in a vehicle driven by Juan Rangel Espinoza. According to the accident report, the driver, Juan Rangel Espinoza lost control of his vehicle and rolled his vehicle.

2.02   Ford asserts that to the extent that Plaintiffs have suffered damages or injuries for which they are entitled to compensation, such injuries or damages were not due to any negligence of Ford or product defect in the vehicle in question, but was instead proximately caused, in whole or in part, by the negligence of Third Party Defendant Juan Rangel Espinoza in that he failed to exercise ordinary care, caution, and prudence to avoid the accident as the driver of the vehicle involved.

2.03   Ford thus asserts that, pursuant to Tex. Civ. Prac. & Rem. Code §33.004, Third Party Defendant is a Responsible Third Party from whom Ford is entitled to seek a determination by the jury of Third Party Defendants' comparative responsibility, and, from whom Ford is entitled to contribution and/or indemnity as to any damages awarded to Plaintiffs in this action.

III.

## DAMAGES

Ford asks that to the extent that any damages are awarded to Plaintiffs in this action, it be granted judgment for contribution and/or indemnity against Third Party Defendant Juan Rangel Espinoza for damages in such an amount as the jury may find.

IV.

## JURY DEMAND

Ford continues to demand a trial by jury.

WHEREFORE, Defendant/Third Party Plaintiff Ford Motor Company requests that Third Party Defendant Juan Rangel Espinoza be cited to appear and answer the allegations herein, that Third Party Defendant's percentage of responsibility for causing or contributing to cause in any way the harm for which recovery of damages is sought by Plaintiffs be determined by the jury; and, in the unlikely event any recovery is had against Ford, that Ford in turn have judgment for contribution in whole or in part, from Third Party Defendant, Juan Rangel Espinoza, and Ford further prays for such other and further relief, general or special, to which it may show itself justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
    Jaime A. Saenz
Federal Admissions No. 7630
State Bar No. 17514859
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

        ATTORNEYS FOR DEFENDANT,
        FORD MOTOR COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Third Party Complaint was served upon all counsel of record, to-wit:

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478
Attorneys for Plaintiffs

Tom Bullion
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Attorneys for Defendant Michelin North America, Inc.

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Attorneys for Defendant Walmart Stores, Inc.
d/b/a Sam's Wholesale Club

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the ___16th___ day of _____, 200_4_.

_____
Jaime A. Saenz