IN THE UNITED STATES DISCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO § § § § § § § § | CIVIL ACTION<br><br>NO. B-03-135 |
| VS. § | |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB § § § § § | |

MOTION FOR LEAVE TO FILE AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE EZ NINO, ET AL, plaintiffs, and file this their motion for leave to file amended petition, and in support thereof would respectfully show the court as follows:

I.

Plaintiffs' filed their original petition on May 29, 2003. Plaintiffs properly served the original petition upon defendants and all defendants have filed their answers thereto.

The deadline for joinder of parties is January 23, 2004. Plaintiffs are requesting to add Jose Angel Escobedo, Jr. as a plaintiff in this case since he has also suffered from the death of his biological father, Jose Angel Escobedo. As such, Jose Angel Escobedo, Jr. is a proper plaintiff in this case.

Respectfully submitted this the __23__ day of January, 2004.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255 FAX
>
> _____
> Ray R. Marchan
> State Bar No. 12969050
> Federal I.D. No. 9522
> *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the __23__ day of January, 2004, a true and correct copy of the foregoing instrument was forwarded to opposing counsel, via fax, by hand-delivery or by U.S. Mail.

_____
Ray R. Marchan

## CERTIFICATE OF CONFERENCE

On Friday, January 23, 2004, at 2:00 o'clock p.m. a telephone call was placed to all counsel of record in this case advising them of the filing of the foregoing motion for leave to file amended petition. Counsel for defendants responded as follows:

Jaime Drabek, attorney for Walmart Stores, Inc. d/b/a Sam's Wholesale Club, indicated that he was unopposed to plaintiffs' adding Jose Escobedo, Jr. as plaintiff in this case.

Mr. Jaime Saenz, attorney for Defendant Ford Motor Company. Mr. Saenz indicated that he was unopposed to plaintiffs' adding Jose Escobedo, Jr. as plaintiff in this case.

Mr. Thomas M. Cullion, III, attorney for Defendant Michelin North America, Inc., had been out of the office and was not expected to return.

Respectfully submitted this the 23 day of January, 2004.

                                            WATTS LAW FIRM, L.L.P.
                                            1926 E. Elizabeth
                                            Brownsville, Texas 78520
                                            (956) 544-0500
                                            (956) 541-0255 FAX

                                            _____
                                            Ray R. Marchan
                                            State Bar No. 12969050
                                            Federal I.D. No. 9522
                                            *Attorney for Plaintiffs*