IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § | |
| INDIVIDUALLY AND AS § | |
| REPRESENTATIVE OF THE ESTATE § | |
| OF JOSE ANGEL ESCOBEDO § | |
| RODRIGUEZ, DECEASED; AND § | |
| LUIS ALBERTO ESCOBEDO VIERA § | |
| AND JOSE VIERA ESCOBEDO § | |
| § | CIVIL ACTION NO.:03-CV-135 |
| § | |
| FORD MOTOR COMPANY, § | |
| MICHELIN NORTH AMERICA, INC. AND § | |
| WALMART STORES, INC., DBA § | |
| SAM'S WHOLESALE CLUB § | |

## CERTIFICATE OF CONFERENCE ON

## DEFENDANT MICHELIN NORTH AMERICA, INC.'S ADOPTION BY REFERENCE OF FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND MOTION TO JOIN THIRD-PARTY DEFENDANT AS RESPONSIBLE THIRD-PARTY

This will certify that the undersigned upon filing of the above-referenced motion on December 12, 2003, relied upon the Certificate of Conference submitted by Ford Motor Company in its motion filed on December 1, 2003 which motion Defendant Michelin North America, Inc. adopted by reference. The Court on January 5, 2004, granted the motion of Ford Motor Company and such order was entered on January 8, 2004.

                                  Respectfully submitted,

                                  BROWN McCARROLL, L.L.P.
                                  111 Congress Avenue, Suite 1400
                                  Austin, Texas 78701
                                  (512) 472-5456
                                  (512) 479-1101 (FAX)

                                  By: _____
                                      Thomas M. Bullion III
                                      State Bar No. 03331005/ Federal I.D. 14690
                                      Chris A. Blackerby
                                      State Bar No. 00787091/Federal I.D. 20016

                                  ATTORNEYS FOR DEFENDANTS
                                  MICHELIN NORTH AMERICA, INC

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing document has been forwarded by fax to the following attorneys this ____ day of February, 2004.

                                  _____
                                  Thomas M. Bullion III/Chris A. Blackerby

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

James A. Drabek
Drabek & Associates
1720 E. Harrison, Ste. B
Harlingen, TX 78550

AUS:2138132.1
32302.101