IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> AND JOSE VIERA ESCOBEDO § <br> § <br> § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> WALMART STORES, INC., DBA § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO.:03-CV-135 |

ORDER GRANTING
DEFENDANT MICHELIN NORTH AMERICA, INC.'S ADOPTION
BY REFERENCE OF FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE
THIRD-PARTY COMPLAINT AND MOTION TO JOIN THIRD-PARTY
DEFENDANT AS RESPONSIBLE THIRD-PARTY

CAME ON BEFORE THE COURT Defendant Michelin North America's Adoption by Reference of Ford Motor Company's Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as Responsible Third-Party, and the Court, having reviewed the Motion, is of the opinion that the same should be GRANTED: It is therefore

ORDERED that Defendant Michelin North America, Inc.'s Adoption by Reference of Ford Motor Company's Motion for Leave to File Third-Party Complaint and Motion to Join Third-Party Defendant as Responsible Third-Party is GRANTED and that counsel for Michelin North America, Inc. shall file with the Clerk of this Court an original of the Third-Party Complaint as attached to the motion as Exhibit "A" so that citation may issue. It is further

ORDERED that Defendant, Michelin North America, Inc.'s Motion for Leave to file its

AUS:2137960.1
32302.101

Motion to Join Third-Party Defendant as Potentially Responsible Third-Party is GRANTED and that counsel for Michelin North America, Inc. shall file with the Clerk of this Court an original of the Defendant Michelin North America, Inc.'s Motion to Join Third-Party Defendant as a Potentially Responsible Third-Party attached to the Motion as Exhibit "B".

SIGNED FOR ENTRY this 1st day of March, 2004.

_____
JUDGE PRESIDING