IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-135 |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

## MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFFS' NOTICES TO TAKE DEPOSITIONS, DUCES TECUM OF FORD MOTOR COMPANY

COMES NOW, FORD MOTOR COMPANY ("Ford"), Defendant herein, pursuant to Rule 26 (c) (2) of the Federal Rules of Civil Procedure, files this its Motion to Quash/Motion for Protective Order concerning Plaintiffs' Notices of Depositions, Duces Tecum of "the individuals at Ford Motor Company most knowledgeable about Rollover/Stability Statistics, Steering Wander, Testing, Warning for the 1994 Ranger XLT set for March 31, 2004, in the above referenced matter. See Exhibits "A" "B", "C","D" attached hereto and incorporated herein as if stated verbatim. Counsel for Plaintiffs unilaterally served Defendant with other set of Notices to Take Depositions, Duces Tecum of individuals at Ford most knowledgeable about the design and development of 1994 Ford Ranger XLT, knowledge of hazard of roof crush, other similar incidents and in regard to Hudzik, Garcia and Castro, set for April 1, 2004, in the above referenced matter. See Exhibits "E", "F", "G", "H" attached hereto and incorporated herein as if stated verbatim. Ford would show unto the Court that it has good grounds for the filing of this Motion.

## I.

On <u>March 3, 2004,</u> counsel for Plaintiffs unilaterally served Defendant with Notices to Take Deposition, Duces Tecum for March 31 and April 1 of 2004 (inaccurately under the Texas Rules of Civil Procedure) as refereed to herein. No attempt whatsoever was made by Plaintiffs' counsel to ascertain whether a designated representative(s) for Ford Motor Company is available on that date prior to service of the Notice upon the undersigned counsel. Counsel for Plaintiff did advise that it sought to depose corporate witnesses of Ford Motor Company but did not confer on specific dates, times, scope, and location for the depositions. Neither Defendant's counsel nor a designated representative of Defendant Ford are available on the above-mentioned dates at this time and therefore Defendant cannot agree to produce the witnesses on those dates. Counsel for Defendant had offered to discuss the corporate deposition notice issue with Plaintiffs counsel before the filing of the Notices herein due to the breadth and scope of the many topics requested to be discussed. See Exhibit "I", attached hereto and incorporated herein as if stated verbatim.

## II.

This Motion to Quash/Motion for Protective Order pursuant to Rule 26 (c) (2) of the Federal Rules of Civil Procedure is being filed as a prophylactic measure to Quash the Depositions as Noticed. It is the intention of counsel for Ford to work through and discuss the corporate notices issue with Plaintiffs counsel to secure dates and times that are convenient for witnesses and further to discuss the appropriateness of certain topics to be discussed given the current state of Plaintiffs' pleadings.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that its Motion to Motion to Quash/Motion for Protective Order concerning Plaintiffs' Notices of

Depositions, Duces Tecum of Ford Motor Company be granted, and for such other and further relief, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Jaime A. Saenz
Federal Admissions No. 7630
State Bar No. 17514859
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

This will certify that the undersigned has conferred with Plaintiffs' counsel in this matter and Plaintiff's counsel is opposed to this Motion.

_____
Jaime A. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Motion to Quash Plaintiff's Notices to Take Depositions, Duces Tecum of Ford Motor Company was served upon all counsel of record, to-wit:

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520
*Counsel for Plaintiffs*

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478
*Counsel for Plaintiffs*

Tom Bullion
Brown McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
*Counsel for Defendant Michelin North America, Inc.*

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
*Counsel for Defendant Walmart Stores, Inc.*
*d/b/a Sam's Wholesale Club*

Jill Goldsmith
Bowman & Brooke, L.L.P.
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-5761
*Co-Counsel for Defendant Ford Motor Company*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 5th day of March 2004.

_____
Jaime A. Saenz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-135 |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

## ORDER GRANTING DEFENDANT
## FORD MOTOR COMPANY'S MOTION TO QUASH

CAME ON this day Defendant Ford Motor Company's Motion to Quash Plaintiffs' Notices to Take Depositions, Duces Tecum, of Ford Motor Company and the Court, after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED. IT IS, THEREFORE,

ORDERED that Defendant Ford Motor Company's Motion to Quash Plaintiffs' Notices to Take Depositions, Duces Tecum, of Ford Motor Company be and is hereby GRANTED.

SIGNED this the _____ day of _____, 2004.

_____
JUDGE PRESIDING

Copies to: Ray R. Marchan, Watts Law Firm, LLP 1926 East Elizabeth Brownsville, Texas 78520
Mikal C. Watts, Watts Law Firm, LLP 555 North Carancahua, Suite 1400Corpus Christi, Texas 78478
Tom Bullion Brown McCarroll, LLP 111 Congress Avenue, Suite 1400 Austin, Texas 78701
Jaime A. Drabek Drabek & Associates 1720 E. Harrison, Suite B Harlingen, Texas 78550

## IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO<br><br>VS.<br><br>FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB | § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. B-03-135 |

**PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM,
OF THE WITNESS, Ford Motor Company
[RE: Rollover/Stability Statistics for the 1994 Ford Ranger XLT Pickup Trucks]**

TO:   DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)   The witness is:    **Ford Motor Company**

Pursuant to Rule 30(b)(6), of the Texas Rules of Civil Procedure, Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subjects, and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition will concern the following matter(s):

(a)   Rollover statistics for the 1994 Ford Ranger XLT Pickup Trucks;

(b)   Statistics concerning the stability of the 1994 Ford Ranger XLT Pickup Trucks;



(c)     Any studies conducted by Ford Motor Company regarding sections (a)-(b) above;

(d)     Studies conducted by Ford Motor Company, or in the possession of Ford Motor Company, which compare the stability, rollover characteristics, or center of gravity of the 1994 Ford Ranger XLT Pickup Trucks with other vehicles;

(e)     All FARS data for the 1994 Ford Ranger XLT Pickup Trucks.

(2)     The deposition will begin at _____a. m., on _____, and continue from day to day until the same has been completed.

(3)     Place of the deposition will be the offices of:

Ford Motor Company
Parklane Towers West
3 Parklane Towers Blvd.
Dearborn, MI 48126-2568

(4)     The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)     Please take notice that the undersigned may cause the deposition to videotaped.

(6)     Pursuant to 30(b)(6) of the Texas Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition if they have not been previously produced:

(a)     all documents in Ford Motor Company's possession relating to the subject matter of Paragraphs (1)(a-e) herein;

(b)     A curriculum vitae, personal history or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Ps' Notice, of the Oral Dep;osittion, SDT, of Ford Motor Company
Re: Rollover/Stability Statistics for the PN96 Ford F-150 Pickup Trucks
JGW:jeh  02/12/02                                                                 - Page 2

Respectfully submitted,

**WATTS LAW FIRM, L.L.P.**
Fort Brown Plaza
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 544-0500
Facsimile: (956) 541-0255

By: _____
Mikal C. Watts
State Bar No. 20981820

Ray R. Marchan
State Bar No. 12969050

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned, as one of the attorneys of record for the Plaintiffs, certifies that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record as listed below, by the method of service indicated, on this the _23_ day of February, 2004.

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

---

Ps' Notice, of the Oral Dep;osittion, SDT, of Ford Motor Company
Re: Rollover/Stability Statistics for the PN96 Ford F-150 Pickup Trucks
JGW:jeh  02/12/02                                    - Page 3

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522


RAY R. MARCHAN

Ps' Notice, of the Oral Dep;osition, SDT, of Ford Motor Company
Re: Rollover/Stability Statistics for the PN96 Ford F-150 Pickup Trucks
JGW:jeh 02/12/02                                                    - Page 4

## IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

FEBRIONA VIERA ESCOBEDO §
INDIVIDUALLY AND AS §
REPRESENTATIVE OF THE ESTATE §
OF JOSE ANGEL ESCOBEDO §
RODRIGUEZ, DECEASED; AND §
LUIS ALBERTO ESCOBEDO VIERA §     CIVIL ACTION
AND JOSE VIERA ESCOBEDO §
§     NO. B-03-135
VS. §
§
FORD MOTOR COMPANY, §
MICHELIN NORTH AMERICA, INC. §
AND WALMART STORES, INC. §
D/B/A SAM'S WHOLESALE CLUB §

## PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPANY
### [RE: "Steering Wander"]

TO:   DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)   The witness is:   **Ford Motor Company**

Pursuant to Rule 30(b)(6) of the Texas Rules of Civil Procedure, Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subjects, and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition concern the following matter(s):

(a)   The steering system for the model 1994 Ford Ranger XLTPickup Trucks and its predecessors and successors in the same line of 1994 Ford Ranger XLT Pickup Trucks vehicles, and the identities of the person(s) with knowledge of the same;



(b) The documents created within Ford Motor Company relating to section (a) above;

(c) The design and development process and any modifications to the original design of the steering system for the 1994 Ford Ranger XLT Pickup Trucks, and the identities of the person(s) with knowledge of the same;

(d) The documents created within Ford Motor Company relating to section (c) above, specifically including, yet not limited to, all documents that address the issue of "steering wander" as previously defined and identified by Ford Motor Company;

(e) Any alternate designs relating to the steering system of the 1994 Ford XLT Ranger Pickup Trucks considered by Ford Motor Company for incorporation into the 1994 Ford XLT Ranger Pickup Trucks, which were considered to reduce or eliminate "steering wander" and the identities of the person(s) with knowledge of the same;

(f) The documents created within Ford Motor Company relating to section (e) above, specifically including, yet not limited to, each of the Product Change Notices (PCNs), including, yet not limited to, those which explain the change process, the development of the same, and/or the reasons therefor;

(g) With regard to each of the modifications listed above:

    (1) the reasons for developing the same;
    (2) when it was developed;
    (3) the piece cost and tooling cost for the same;
    (4) when it was installed on production vehicles;

(h) Whether, when and by whom, any documents described above have been destroyed or discarded, and if so, which documents were destroyed or discarded, and when and by whom, and the identities of the person(s) with knowledge of the same.

(2) The deposition will begin at _____.m., on _____, and continue from day to day until the same has been completed.

(3) Place of the deposition will be the offices of:

**Ford Motor Company**
**Parklane Towers West**
**3 Parklane Tower Blvd.**
Dearborn, MI 48126-2568

(4)    The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)    Please take notice that the undersigned may cause the deposition to be videotaped.

(6)    Pursuant to Rule 30(b)(5) of the Texas Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition if they have not been previously produced:

(a)    all documents in Ford Motor Company's possession relating to the subject matter of Paragraphs (1)(a-h) herein;

(b)    A curriculum vitae, personal history or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Respectfully submitted,

**WATTS LAW FIRM, L.L.P.**
Fort Brown Plaza
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 544-0500
Facsimile: (956) 541-0255

By:    _____
Mikal C. Watts
State Bar No. 20981820

Ray R. Marchan
State Bar No. 12969050

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned, as one of the attorneys of record for the Plaintiffs, certifies that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record as listed below, by the method of service indicated, on this the ___ day of February, 2004.

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Drabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522

RAY R. MARCHAN

IN THE UNITED STATES DISCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA  VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB | § § § § § | |

## PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPANY
### [RE: Testing of the 1994 Ford Ranger XLT Pickup Trucks]

TO:   DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)   The witness is:   **Ford Motor Company**

Pursuant to Rule 30(b)(6) of the Texas Rules of Civil Procedure, Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subject, and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition will concern the following matter(s):

(a)   The stability testing of the of the model 1994 Ford Ranger XLT

(c) The stability testing process and protocol for the 1994 Ford Ranger XLT Pickup Trucks, and the identities of the person(s) with knowledge of the same;

(d) The documents created within Ford Motor Company relating to stability testing of the 1994 Ford Ranger XLT Pickup Trucks, and its predecessors and successors;

(e) The resistance to rollover guidelines, or similar Ford Motor Company policies and procedures, applicable to the 1994 Ford Ranger XLTPickup Trucks, its predecessors, and successors;

(f) All written stability test data relating to the 1994 Ford Ranger XLT Pickup Trucks including, but not limited to, test reports, proving ground reports, and handling reports.

(g) The computer-aided analysis, including but not limited to CATIA and ADAMS, employed by Ford Motor Company and/or its suppliers, with respect to analysis of the stability of the 1994 Ford Ranger XLT Pickup Trucks.

(h) Whether, when and by whom, any documents described above have been destroyed or discarded, and if so, which documents were destroyed or discarded, and when and by whom, and the identities of the person(s) with knowledge of the same.

(2) The deposition will begin at _____, on _____, and continue from day to day until the same has been completed.

(3) Place of the deposition will be the offices of:

Ford Motor Company
Parklane Towers West
3 Parklane Towers Blvd.
Dearborn, MI 48126-2568

(4) The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5) Please take notice that the undersigned may cause the deposition to be videotaped.

(6) Pursuant to Rule 30(b)(5) of the Texas Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition if they have not been previously produced:

(a)    all documents in Ford Motor Company's possession relating to the subject matter of Paragraphs (1)(a-h) herein;

(b)    A curriculum vitae, personal history or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Respectfully submitted,

**WATTS LAW FIRM, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 75820
Telephone: (956) 544-0500
Facsimile: (956) 541-0255

By:    _____
Mikal C. Watts
State Bar No. 20981820

Ray R. Marchan
State Bar No. 12969050

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned, as one of the attorneys of record for the Plaintiffs, certifies that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record as listed below, by the method of service indicated, on this the _____ day of February, 2004.

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522

RAY R. MARCHAN

## IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

FEBRIONA VIERA ESCOBEDO § 
INDIVIDUALLY AND AS §
REPRESENTATIVE OF THE ESTATE §
OF JOSE ANGEL ESCOBEDO §
RODRIGUEZ, DECEASED; AND §
LUIS ALBERTO ESCOBEDO VIERA §      CIVIL ACTION
AND JOSE VIERA ESCOBEDO §
§      NO. B-03-135
VS. §
§
FORD MOTOR COMPANY, §
MICHELIN NORTH AMERICA, INC. §
AND WALMART STORES, INC. §
D/B/A SAM'S WHOLESALE CLUB §

## PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPAN
### [RE: Warnings for the 1994 Ford Ranger XLT Pickup Trucks]

TO:     DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)     The witness is:     **Ford Motor Company Corporation**

Pursuant to Rule 30(b)(6), of the Texas Rules of Civil Procedure, Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subject, and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition will concern the following matter(s):

(a)     all studies, published papers, official statements or documents in Ford Motor Company's possession reflecting warnings that were created for the 1994 Ford Ranger XLT Pickup Trucks;

(b)     Ford Motor Company's sales literature concerning the 1994 Ford Ranger XLT Pickup Trucks;



(c)   statements, written or verbal, made by Ford Motor Company to its suppliers or dealers concerning warnings for the 1994 Ford Ranger XLT Pickup Trucks;

(d)   restrictions, written or verbal, imposed by Ford Motor Company Corporation, or any governmental entity, on the sale of the 1994 Ford Ranger XLT Pickup Trucks;

(e)   the literature or documentation which explains the reason(s) concerning the prohibition on sales of the 1994 Ford Ranger XLT Pickup Trucks as a "school bus;"

(f)   the owner's manual for the 1994 Ford Ranger XLT Pickup Trucks as well as any additional Ford Motor Company documentation that is supplied to consumers at the time of the initial sale;

(g)   all technical service bulletins for the 1994 Ford Ranger XLT Pickup Trucks;

(h)   all defect investigations concerning the 1994 Ford Ranger XLT Pickup Trucks; and

(i)   all recall notices concerning the 1994 Ford Ranger XLT Pickup Trucks.

(2)   The deposition will begin at _____, on _____, and continue from day to day until the same has been completed.

(3)   Place of the deposition will be the offices of:

Brown McCarroll, L.L.P.
111 Congress Avenue, Ste 1400
Austin, Texas 78701

(4)   The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)   Please take notice that the undersigned may cause the deposition to videotaped.

(6)   Pursuant to Rule 30(b)(5) and 30(b)(6) of the Texas Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition if they have not been previously produced:

(a) all documents in Ford Motor Company's possession relating to the subject matter of Paragraphs (1) (a-i) herein;

(b) A curriculum vitae, personal history, or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Respectfully submitted,

**Watts Law Firm, L.L.P.**
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 544-0500
Facsimile: (956) 541-0255

By: _____
Mikal C. Watts
State Bar No. 20981820

Ray R. Marchan
State Bar No. 12969050

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned, as one of the attorneys of record for the Plaintiffs, certifies that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record as listed below, by the method of service indicated, on this the 23 day of February, 2004.

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522


RAY R. MARCHAN

@003

## IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO<br>INDIVIDUALLY AND AS<br>REPRESENTATIVE OF THE ESTATE<br>OF JOSE ANGEL ESCOBEDO<br>RODRIGUEZ, DECEASED; AND<br>LUIS ALBERTO ESCOBEDO VIERA<br>AND JOSE VIERA ESCOBEDO<br><br>VS.<br><br>FORD MOTOR COMPANY,<br>MICHELIN NORTH AMERICA, INC.<br>AND WALMART STORES, INC.<br>D/B/A SAM'S WHOLESALE CLUB | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. B-03-135 |

## PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPANY [RE: DESIGN AND DEVELOPMENT OF 1994 Ford Ranger XLT

TO:    DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)    The witness is:      Ford Motor Company

Pursuant to Texas Rule of Civil Procedure 30(b)6, Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subject, and authorized to testify as its designated corporate representative on this subject and give testimony in this case.

The subject matter of the deposition will concern the following matter(s):

(a)    The design and development process, including testing, of all sleds, prototypes and any other object of/by Ford relating to the 1994 Ford Ranger XLT pickup truck, and the identities of the person(s) with knowledge of the same;

(b)    The documents created within Ford Motor Company relating to section (a) above;

Plaintiffs' Notice, DT, of Ford Motor Company
Re: Design & Development
Page 1 of 4



(c)   The design and development process, including testing, of any modifications relating to the 1994 Ford Ranger XLT truck since the original design was arrived at, and the identities of the person(s) with knowledge of the same;

(d)   The documents created within Ford Motor Company relating to section (c) above, specifically including, yet not limited to, any Product Change Notices (PCNs) or similar notices referenced on Ford Motor Company's design drawings, including, yet not limited to, those which explain the change process, the development of the same, and/or the reasons therefor;

(e)   Any alternate designs relating to the roof structure and integrity, and the vehicle's effectiveness in containing its occupants during an accident with regard to 1994 Ford Ranger XLT pickup trucks;

(f)   The documents created within Ford Motor Company relating to section (e) above, specifically including, yet not limited to, any Product Change Notices (PCNs) or similar notices referenced on Ford Motor Company's design drawings, including, yet not limited to, those which explain the change process, the development of the same, and/or the reasons therefor;

(g)   With regard to each of the modifications listed above:

(1)   the reasons for developing the same;
(2)   when it was developed;
(3)   the cost for the same;
(4)   when it was implemented on the 1994 Ford Ranger XLT pickup truck;

(h)   Whether, when and by whom, any documents described above have been destroyed or discarded, and if so, which documents were destroyed or discarded, and when and by whom, and the identities of the person(s) with knowledge of the same.

(2)   The deposition will begin at _____ a.m. on _____ and continue from day to day until the same has been completed.

(3)   Place of the deposition will be the offices of:

Ford Motor Company
Parklane Towers West
3 Parklane Towers Boulevard
Dearborn, MI 48126-2568

(4)   The deposition will be taken upon oral examination before a court reporter authorized by law to take depositions.

(5)     Please take notice that the undersigned may cause the deposition to videotaped.

(6)     Pursuant to Texas Rule of Civil Procedure 30(b)(5), the following books, papers, documents and tangible things (hereinafter "documents") are hereby designed to be produced by the witness at the time and place of the deposition if they have not been previously produced:

    (a)     all documents in Ford Motor Company's possession relating to the subject matter of Paragraphs (1)(a-h) herein;

    (b)     A curriculum vitae, personal history or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 544-0500
Fax:             (956) 541-0255

By:

MIKAL C. WATTS
State Bar No. 20981820

RAY R. MARCHAN
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Plaintiffs' Notice of the Oral Deposition, Subpoena Duces Tecum, of the Witness, Ford Motor Company [RE: Design and Development of 1994 Ford Ranger XLT Pickup Trucks],* has this the 22 day of February, 2004, been served as follows on:

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522


RAY R. MARCHAN

Plaintiffs' Notice, DT, of Ford Motor Company
Re: Design & Development
Page 4 of 4

# IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

FEBRIONA VIERA ESCOBEDO                       §
INDIVIDUALLY AND AS                           §
REPRESENTATIVE OF THE ESTATE                  §
OF JOSE ANGEL ESCOBEDO                         §
RODRIGUEZ, DECEASED; AND                      §
LUIS ALBERTO ESCOBEDO VIERA                   §

§   NO. B-03-135

VS.                                            §
                                               §
FORD MOTOR COMPANY,                            §
MICHELIN NORTH AMERICA, INC.                   §
AND WALMART STORES, INC.                       §
D/B/A SAM'S WHOLESALE CLUB                     §

### PLAINTIFF'S NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPANY [RE: KNOWLEDGE OF HAZARDS OF ROOF CRUSH]

TO:    DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the

(2)    The deposition will begin at _____ **a.m.** on_____, and continue from day to day until the same has been completed.

(3)    Place of the deposition will be the offices of:

        Ford Motor Company
        Parklane Towers West
        3 Parklane Towers Boulevard
        Dearborn, MI 48126-2568

(4)    The deposition will be taken on oral examination before a court reporter authorized by law to take depositions.

(5)    Please take notice that pursuant to the Texas Rules of Civil Procedure, the undersigned may cause the deposition to videotaped.

(6)    Pursuant to Texas Rule of Civil Procedure 30(b)(5), the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition <u>if they have not been previously produced</u>:

    (a)    A curriculum vitae for the person who is designated to testify on behalf of the witness, /or a job description of said person, including a listing of all educational, training and/or other courses said person has taken part in regarding their area of work;

    (b)    all documents relating to the topics enumerated in Paragraphs (1)(a)-(b) herein;

    (c)    all documents reflecting the knowledge of Ford Motor Company of the hazards of roof crush in Ford pickup trucks;

    (d)    the documented policies and procedures of Ford Motor Company concerning the prevention of roof crush in Ford pickup trucks;

Respectfully submitted,

WATTS LAW FIRM, L.L.P.

Fort Brown Plaza
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone:    (956) 544-0500
Fax:    (956) 541-0255

By:    _____
MIKAL C. WATTS
State Bar No. 20981820

RAY R. MARCHAN
State Bar No. 12969050

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing *Plaintiffs' Notice of the Oral Deposition, Subpoena Duces Tecum, of the Witness, Ford Motor Company [RE: Knowledge of Hazards of Roof Crush]*, has this the 23 day of February, 2004, been served as follows on:

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522


RAY R. MARCHAN

# IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

FEBRIONA VIERA ESCOBEDO §
INDIVIDUALLY AND AS §
REPRESENTATIVE OF THE ESTATE §
OF JOSE ANGEL ESCOBEDO §
RODRIGUEZ, DECEASED; AND §
LUIS ALBERTO ESCOBEDO VIERA §     **CIVIL ACTION**
AND JOSE VIERA ESCOBEDO §
§     **NO. B-03-135**
VS. §
§
FORD MOTOR COMPANY, §
MICHELIN NORTH AMERICA, INC. §
AND WALMART STORES, INC. §
D/B/A SAM'S WHOLESALE CLUB §

---

## PLAINTIFF'S NOTICE OF THE ORAL DEPOSITION OF THE WITNESS, FORD MOTOR COMPANY [RE: OTHER SIMILAR INCIDENTS]

TO:    DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)    The witness is:    Ford Motor Company

Pursuant to Texas Rule of Civil Procedure 30(b)(6), Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subjects and authorized to testify as its designated corporate representative to give testimony in this case.

The subject matter of the deposition will concern the following matters:

(a)    Each incident in which Ford pickup trucks were involved in accidents where it was alleged to have caused bodily injury or death, and with regard to each such incident:

(1)    the date of the incident;
(2)    the place the incident occurred;

Plaintiffs' Notice of Depo, Ford Motor Company
RE: OSI
Page 1 of 4



(3)    the following information concerning each of the occupants of the Ford pickup truck at the time the incident occurred,

    (A)    for each seating position in the Ford pickup truck,

        (1)    the name of the occupant,
        (2)    the age of the occupant,
        (3)    whether the occupant was belted,
        (4)    whether the occupant was ejected,

    (B)    the same information described in paragraph (1)(a)(3)(A) herein for persons in the Ford pickup truck, yet not occupying a seating position at the time of the incident;

(4)    Year Model of the Ford pickup truck;
(5)    Make of the Ford pickup truck;
(6)    whether there was roof crush as a result of the collision, and if so, the orientation of the impact causing the roof crush, i.e.,

    (A)    Frontal Impact,
    (B)    Left Side Impact,
    (C)    Right Side Impact,
    (D)    Rear Impact,
    (E)    Rollover,

(7)    if there was roof crush as a result of the collision(s), the manner in which the collision(s) occurred;
(8)    if any person(s) was/were ejected, how the person(s) was ejected (through which portal, i.e., window, side door, etc...);
(9)    a description of the injuries sustained by each person in the Ford pickup truck;
(10)    the date when Ford Motor Company first received notice that such incident had occurred,
(11)    whether or not a claim was made or a lawsuit was filed, and if so,

    (A)    the name, address and phone number of the claimant(s)' attorneys,
    (B)    the style (case name), cause number, and court jurisdiction where the suit was filed,
    (C)    whether the claim was tried, and if so, the jury's verdict;
    (D)    whether the claim was settled;

(E)   the date when the claim was settled, or whether it is still pending.

(b)   Whether, when and by whom, any documents described above have been destroyed or discarded, and if so, which documents were destroyed or discarded, and when and by whom.

(2)   The deposition will begin at _____. on _____ and continue from day to day until the same has been completed.

(3)   Place of the deposition will be the offices of:

Ford Motor Company
Parklane Towers West
3 Parklane Towers Boulevard
Dearborn, MI 48126-2568

(4)   The deposition will be taken on oral examination before a court reporter authorized by law to take depositions.

(5)   Please take notice that pursuant to the Texas Rules of Civil Procedure, the undersigned may cause the deposition to videotaped.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
Fort Brown Plaza
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone:   (956) 544-0500
Fax:             (956) 541-0255

By:   _____

MIKAL C. WATTS
State Bar No. 20981820

RAY R. MARCHAN
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFF

Plaintiffs' Notice of Depo, Ford Motor Company
RE: OSI
Page 3 of 4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Plaintiffs' Notice of the Oral Deposition of the Witness, Ford Motor Company [RE: Other Similar Incidents]*, has this the ____ day of February, 2004, been served as follows on:

**VIA FAX AND REGULAR MAIL**
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522

RAY R. MARCHAN

## IN THE UNITED STATES DISCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

FEBRIONA VIERA ESCOBEDO §
INDIVIDUALLY AND AS §
REPRESENTATIVE OF THE ESTATE §
OF JOSE ANGEL ESCOBEDO §
RODRIGUEZ, DECEASED; AND §
LUIS ALBERTO ESCOBEDO VIERA §
AND JOSE VIERA ESCOBEDO §
§
VS. §
§
FORD MOTOR COMPANY, §
MICHELIN NORTH AMERICA, INC. §
AND WALMART STORES, INC. §
D/B/A SAM'S WHOLESALE CLUB §

CIVIL ACTION

NO. B-03-135

### PLAINTIFFS' NOTICE OF THE ORAL DEPOSITION, SUBPOENA DUCES TECUM, OF THE WITNESS, FORD MOTOR COMPANY [RE: HUDZIK, GARCIA and CASTRO DOCUMENTS]

TO: DEFENDANT FORD MOTOR COMPANY, by and through its attorneys of record, Mr. Jaime Saenz, at Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522.

Please take notice that the following oral deposition will be taken by the undersigned attorneys:

(1)    The witness is: Ford Motor Company

Pursuant to Texas Rule of Civil Procedure 30(b)(6), Ford Motor Company is hereby notified of its obligation to designate one or more person or persons having actual knowledge of the following subjects and authorized to testify as its designated corporate representative to give testimony in this case.

The subject matter of the deposition will concern the following matters:

(a)    document production in litigation, specifically

(1)    the documents produced by Ford Motor Company regarding the cases <u>Hudzik v. Ford</u> and <u>Garcia v. Ford</u> (Cause No. DC-99-369, 229th District Court, Duval County, Texas);



(2)     the manner in which Ford Motor Company searched to locate documents relating to <u>Hudzik v. Ford</u> and <u>Garcia v. Ford</u>;

(3)     Whether, when and by whom, any documents produced regarding <u>Hudzik v. Ford</u> and <u>Garcia v. Ford</u> were subsequently destroyed or discarded, and if so, which documents were destroyed or discarded and when and by whom;

(4)     the documents produced by Ford Motor Company regarding the cases <u>Castro v. Ford</u> (Cause No.2002-04-0011555-C, 197th District Court, Cameron County, Texas);

(5)     the manner in which Ford Motor Company searched to locate documents relating to <u>Castro v. Ford</u>;

(6)     Whether, when and by whom, any documents produced regarding <u>Castro v. Ford</u> were subsequently destroyed or discarded, and if so, which documents were destroyed or discarded and when and by whom;

(b)     Ford Motor Company's document retention policies applying to documents relating to the <u>Hudzik v. Ford</u> and <u>Garcia v. Ford</u> documents.

(2)     The deposition will begin at _____, and continue from day to day until the same has been completed.

(3)     Place of the deposition will be the offices of:

     Ford Motor Company
     ~~Parklane Towers West~~
     3 Parklane Towers Boulevard
     Dearborn, MI 48126-2568

(4)     The deposition will be taken on oral examination before a court reporter authorized by law to take depositions.

(5)     Please take notice that pursuant to the Texas Rules of Civil Procedure, the undersigned may cause the deposition to videotaped.

(6)     Pursuant to Texas Rule of Civil Procedure 30(b)(5), the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition <u>if they have not been previously produced</u>:

(a) All documents in Ford's possession relating to the <u>Hudzik v. Ford</u>; <u>Garcia v. Ford</u> and <u>Castro v. Ford</u> cases; and

(b) A curriculum vitae, personal history or other similar document showing positions held by the witness within Ford Motor Company and elsewhere, together with corresponding dates, locations and responsibilities.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
Fort Brown Plaza
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone:    (956) 544-0500
Fax:              (956) 541-0255

By: _____
MIKAL C. WATTS
State Bar No. 20981820

RAY R. MARCHAN
State Bar No. 12969050

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Plaintiffs' Notice of the Oral Deposition, Subpoena Duces Tecum, of the Witness, Ford Motor Company [RE: Hudzik, Garcia And Castro Documents]*, has this the 26th day of August, 2003, been served as follows on:

## VIA FAX AND REGULAR MAIL
Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

**VIA FAX AND REGULAR MAIL**
Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

**VIA FAX AND REGULAR MAIL**
Jaime A. Saenz
Rodriguez, Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522

RAY R. MARCHAN

# RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

### ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J URBIS
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS
SHAWN MATHIS ISBELL
CHRISTOPHER E. MOORE

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 3, 2004

**VIA FAX (956) 541-0255**
Mr. Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520

Re:    Cause No. 2003-05-2758-E
       Febriona Viera Escobedo, et al. v. Ford Motor Company; et al
       In the USDC for the Southern District of Texas, Brownsville Division
       RCCS File No. 19,269

Dear Ray:

I am in receipt of your numerous corporate deposition draft notices.  It appears that you seek a corporate representative on the separate and distinct issues of roof design, stability, steering, and general testing concerning the Ford Ranger XLT pick-up truck.  Since these notices are all of varying topics, we cannot possibly produce to you one individual to discuss all of the issues requested to be discussed.  My understanding was that this was not a stability case but was rather a roof crush case alone.  Is this understanding correct?  If the liability theories include steering and stability as well as roof crush, I will need several weeks to secure the appropriate persons to present as corporate representatives for each topic.

Before I begin that process, please call me so we can discuss whether you in fact seek corporate representative depositions on all these topics.  We can perhaps start on roof design and then work on others if you pursue additional defect theories.

Very truly yours,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

Jaime A. Saenz

JAS/mdl



McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, B[...]E (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN[...]56) 423-0213 TELECOPIER (956) 423-2035

Mr. Ray Marchan
Watts Law Firm, L.L.P.
March 3, 2004
Page 2

cc:    Ms. Jill Goldsmith
       Bowman & Brooke, L.L.P.
       2929 North Central Avenue, Suite 1700
       Phoenix, Arizona 85012-5761