

**Brown McCarroll**
L.L.P.

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101

direct 512-479-9773  tbullion@mailbmc.com

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

March 5, 2004

Mr. Juan (Butch) Barbosa
Deputy-in-Charge
1158 Federal Bldg.
600 E. Harrison Street
Brownsville, Texas 78520-7114

United States District Court
Southern District of Texas
RECEIVED

MAR 0 9 2004

Michael N. Milby, Clerk

Re: Civil Action No. B 03135; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.</u>, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

This letter is to inform the Court and all attorneys of record in the above referenced case that I will not be available for hearings, depositions or trial on the following dates due to vacation scheduling:

**July 26, 2004 - August 11, 2004.**

Thank you for your consideration.

Very truly yours,

*Tom Bullion tlg*

Thomas M. Bullion III

TMB:tlg
cc:  Ray Marchan
     Mikal Watts
     Jaime Saenz
     Jaime Drabek

AUS:2140004.1
32302.101

Austin • Dallas • Houston • Longview • El Paso