IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | CIVIL ACTION NO.:03-CV-135 |
| | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. AND | § | |
| WALMART STORES, INC., DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

COPY

## MICHELIN NORTH AMERICA'S MOTION TO COMPEL PRODUCTION OF TIRE FOR INSPECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Michelin North America, Inc. ("MNA"), Defendant, and files this Motion to Compel Production of Tire. Defendant would show the following:

I.

This is a products liability action arising out of injuries allegedly suffered by Plaintiffs as a result of an automobile accident which occurred on July 19, 2002 in which Juan Rangel Espinoza was driving northbound on a highway when the vehicle began to go out of control and rolled over causing the death of his passenger, Jose Angel Escobedo. Mr. Escobedo is the spouse and/or father of the plaintiffs in this matter.

II.

Plaintiffs bring this action against MNA asserting vague theories of product liability including manufacturing, design and warnings defects. They also assert claims of negligence,

negligence per se, gross negligence and misrepresentation.    MNA denied and continues to deny all of Plaintiffs' allegations.

III.

On July 22, 2003, MNA made a request to Plaintiff's counsel, Ray Marchan, for inspection of the tire in question.    A copy of the request is attached as Exhibit A and incorporated by reference.  MNA then made a second request on July 30, 2003 to Mr. Marchan. A copy of the request is attached as Exhibit B and incorporated by reference.  Since that time, MNA's counsel has made attempts on October 3, 2003, November 5, 2003 and December 17, 2003 to persuade Plaintiffs' counsel to provide the tire for inspection.    A copy of this correspondence regarding the efforts of MNA's counsel is attached as Exhibits C, D and E and incorporated by reference.  To date, Plaintiffs have not provided the tire for inspection.    In addition, MNA served the following discovery requests on plaintiff on July 24, 2003, which are attached as Exhibits F, G. H and I and incorporated by reference:

> MNA's Request for Inspection to Plaintiff Febriona Viera Escobedo, Individually, Subject to a Motion to Transfer Venue
>
> MNA's Request for Inspection to Plaintiff Febriona Viera Escobedo, as Representative of the Estate of Jose Angel Escobedo Rodriguez, Subject to a Motion to Transfer Venue
>
> MNA's Request for Inspection to Plaintiff Jose Viera Escobedo, Subject to a Motion to Transfer Venue
>
> MNA's Request for Inspection to Plaintiff Luis Alberto Escobedo Viera, Subject to a Motion to Transfer Venue.

Although Plaintiff, on September 12, 2003,  responded to all other discovery requests served on that same date, they have failed to respond to these discovery requests as of the filing of this motion.

Page 2 of 4

IV.

In order to prepare its defenses herein, it is necessary that Defendant MNA have an opportunity to examine the tire, wheel, all tire pieces and all evidence, and to have consultants of its choosing examine the evidence. MNA does not propose any form of destructive testing or examination - to the contrary, only a nondestructive examination will be performed.

WHEREFORE, PREMISES CONSIDERED, Defendant MNA prays that the Court grant this motion to compel, and enter its appropriate order that Defendant MNA have possession of the tire, wheel and all tire pieces for a period of sixty (60) days for a nondestructive examination, and that Plaintiffs be compelled to respond to Defendant MNA's written discovery requests without objection within fourteen (14) days.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
Thomas M. Bullion III
State Bar No. 03331005/ Federal I.D. 14690
Chris A. Blackerby
State Bar No. 00787091/Federal I.D. 20016

ATTORNEYS FOR DEFENDANTS
MICHELIN NORTH AMERICA, INC

## CERTIFICATE OF CONFERENCE

This will certify that the undersigned upon filing of the above-referenced motion on March 5, 2004, has made numerous attempts to resolve this matter with plaintiff's counsel to no avail. This matter is set for trial on November 11, 2004 and in order for MNA to be in a position to designate its experts and furnish their reports on July 16, 2004, it must have possession of the tire for some period of time in which to conduct non-destructive testing and inspection of the tire in question.

_____
Thomas M. Bullion/Chris A. Blackerby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by fax to the following attorneys this _9th_ day of March, 2004.

_____
Thomas M. Bullion III/Chris A. Blackerby

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

James A. Drabek
Drabek & Associates
1720 E. Harrison, Ste. B
Harlingen, TX 78550

AUS:2140151.1
32302.101



111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101

direct 512-479-9773   tbullion@mailbmc.com

July 22, 2003

<u>VIA FACSIMILE</u>

Ray Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

      Re:    Cause No. 2003-05-2758-E; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company,</u>
<u>et al.</u>; 357th Judicial District Court of Cameron County, Texas.

Dear Mr. Marchan:

      We would like to obtain information concerning the location of the accident vehicle and tire, and when the tire will be available for inspection. Also, if you have any information identifying the subject tire, such as the size and DOT number, or details regarding the other tires on the vehicle, please provide that to me at your earliest convenience.

      Thank you for your assistance. If you have any questions, please do not hesitate to call.

                  Very truly yours,

                  Thomas M. Bullion III

TMB:tlg
cc:    Mikal C. Watts
       Jaime Saenz

# EXHIBIT "A"

AUS:2050775.1
32302.101

# bROWN McCARROLL, L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# MULTIPARTY FAX COVER SHEET

AUSTIN OFFICE
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

(512) 479-9773

(512) 479-1101 (FAX)

**FROM: Tom Bullion**

**July 22, 2003**

Total Pages: 2

User ID: 1507

Client Matter No: 32302.101

| TO: Ray Marchan | TO: Mikal C. Watts |
|---|---|
| **Company:**Watts Law Firm, LLP | **Company:** Watts Law Firm, LLP |
| **Phone No.:**(956) 544-0500 | **Phone No.:**(361) 887-0500 |
| **FAX No.:**(956) 541-0255 | **FAX No.:** (361) 887-0055 |
| **TO:** Jaime Sanez | **TO:** |
| **Company:** Rodriguez, Colvin & Chaney | **Company:** |
| **Phone No.:** (956) 542-7441 | **Phone No.:** |
| **FAX No.:** (956) 541-2170 | **FAX No.:** |

**MESSAGE:**

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

PB    7·22

AUS:2854007.1
32302.101

```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************

TX/RX NO          3901
INCOMPLETE TX/RX
TRANSACTION OK    (1)   919565410255
                  (2)   913618870055
                  (3)   919565412170

ERROR·
```

# BROWN McCARROLL, L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# MULTIPARTY FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

(512) 479-9773                                        (512) 479-1101 (FAX)

**FROM: Tom Bullion**                                        **July 22, 2003**

Total Pages: 2                    User ID: 1507                    Client Matter No: 32302.101

| TO: Ray Marchan | TO: Mikal C. Watts |
|---|---|
| Company:Watts Law Firm, LLP | Company: Watts Law Firm, LLP |
| Phone No.:(956) 544-0500 | Phone No.:(361) 887-0500 |
| FAX No.:(956) 541-0255 | FAX No.: (361) 887-0055 |
| TO: Jaime Sanez | TO: |
| Company: Rodriguez, Colvin & Chaney | Company: |
| Phone No.: (956) 542-7441 | Phone No.: |
| FAX No.: (956) 541-2170 | FAX No.: |

**MESSAGE:**

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*



111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101

direct 512-479-9773  tbullion@mailbmc.com

July 30, 2003

<u>VIA TELECOPY</u>

Ray Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

   Re: Cause No. 2003-05-2758-E; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company,</u> <u>et al.</u>; 357th Judicial District Court of Cameron County, Texas.

Dear Mr. Marchan:

   Michelin North America, Inc. would like to conduct a detailed inspection of the accident tire and wheel in Spartanburg, South Carolina. Please make arrangements to ship the tire and wheel to Calvin McClain at the following address:

     Calvin P. McClain, Jr.
     Michelin North America, Inc.
     1785 New Cut Road
     Spartanburg, SC 29303

   We will be happy to pay the cost of shipping, either by reimbursing you or providing you with an account number for Federal Express or UPS. Please let me know your preference and call me if you have any questions.

       Very truly yours,

       Thomas M. Bullion III

TMB:tlg

cc: Mikal C. Watts

AUS:2052867.1
32302.101

**EXHIBIT "B"**

# B..OWN McCARROLL, L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# MULTIPARTY FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400

(512) 479-9773              Austin, Texas 78701-4043              (512) 479-1101 (FAX)

**FROM: Tom Bullion**                                                                 **July 30, 2003**

Total Pages: 2                     User ID: 1507              Client Matter No: 32302.101

| TO: Ray Marchan | TO: Mikal C. Watts |
|---|---|
| **Company:** Watts Law Firm, LLP | **Company:** Watts Law Firm, LLP |
| **Phone No.:** (956) 544-0500 | **Phone No.:** (361) 887-0500 |
| **FAX No.:** (956) 541-0255 | **FAX No.:** (361) 887-0055 |

| **MESSAGE:** | Cause No. 2003-05-2758-E; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.</u>; 357th Judicial District Court of Cameron County, Texas. |
|---|---|

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Dhm   7-30-03

AUS:2052071.1
32302.101

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  2391
CONNECTION TEL           7#32302*101#919565410255
CONNECTION ID            WATTS LAW FIRM
ST. TIME                 07/30 15:01
USAGE T                  01'29
PGS. SENT                   2
RESULT                   OK
```

## BROWN McCARROLL, L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# MULTIPARTY FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

(512) 479-9773

(512) 479-1101 (FAX)

**FROM: Tom Bullion**

July 30, 2003

Total Pages: 2

User ID: 1507

Client Matter No: 32302.101

| TO: Ray Marchan | TO: Mikal C. Watts |
|---|---|
| Company:Watts Law Firm, LLP | Company: Watts Law Firm, LLP |
| Phone No.:(956) 544-0500 | Phone No.:(361) 887-0500 |
| FAX No.:(956) 541-0255 | FAX No.: (361) 887-0055 |

**MESSAGE:** Cause No. 2003-05-2758-E; Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.; 357th Judicial District Court of Cameron County, Texas.

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                2392
CONNECTION TEL          7#32302*101#913618870055
CONNECTION ID           Watts LAW FIRM L
ST. TIME                07/30 15:03
USAGE T                 00'24
PGS. SENT                  2
RESULT                  OK
```

# BROWN McCARROLL, L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# MULTIPARTY FAX COVER SHEET

AUSTIN OFFICE
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

(512) 479-9773

(512) 479-1101 (FAX)

**FROM: Tom Bullion**

**July 30, 2003**

Total Pages: 2

User ID: 1507

Client Matter No: 32302.101

| TO: Ray Marchan | TO: Mikal C. Watts |
|---|---|
| Company:Watts Law Firm, LLP | Company: Watts Law Firm, LLP |
| Phone No.:(956) 544-0500 | Phone No.:(361) 887-0500 |
| FAX No.:(956) 541-0255 | FAX No.: (361) 887-0055 |

MESSAGE:    Cause No. 2003-05-2758-E; Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.; 357th Judicial District Court of Cameron County, Texas.

This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.



**Brown|McCarroll**
L.L.P.

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101
direct 512-479-9773    tbullion@mailbmc.com

October 3, 2003

<u>VIA FACSIMILE</u>

Ray Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

     Re:    Civil Action No. B 03135; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.</u>, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Marchan:

     This letter is a follow-up to our previous requests for inspection of the accident tire. Michelin would like to conduct a detailed inspection of the accident tire and wheel in Spartanburg, South Carolina. Please make arrangements to ship the tire and wheel to Mac McClain at the following address:

> Mac McClain
> Michelin North America, Inc.
> 1785 New Cut Road
> Spartanburg, SC 29303

     We will be happy to pay the cost of shipping, either by reimbursing you or providing you with an account number for Federal Express or UPS. We would also like to again request information concerning the location of the accident vehicle.

     Thank you for your assistance. If you have any questions, please do not hesitate to call.

Very truly yours,

Thomas M. Bullion III

TMB:tlg

AUS:2071132.1
32302.101

**EXHIBIT "C"**

Austin • Dallas • Houston • Longview

BROWN MCCARROLL LLP

## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

512-479-9773

(512) 479-1101 (FAX)

| From: | Thomas M. Bullion III | Client/Matter No.: | 32302.101. |
|-------|----------------------|--------------------|-----------|
| User ID: | 1507 | Total Pages: | 2 |

| Recipient | Company | Phone No. | Fax No. |
|-----------|---------|-----------|---------|
| Ray Marchan | Watts Law Firm | (956) 544-0500 | (956) 541-0255 |

**DATE:**    October 3, 2003

**Original Will Follow?**    No          **Confirmation Receipt Required?**   Yes

**MESSAGE:**  Civil Action No. B 03135; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.</u>, In the United States District Court for the Southern District of Texas, Brownsville Division

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: _____    Date: 10/03    Time: _____

AUS:2071151.1
32302.101

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3362
CONNECTION TEL          302*104#912145263101
SUBADDRESS
CONNECTION ID
ST. TIME                10/03 08:50
USAGE T                 00'43
PGS.                        2
RESULT                  OK
```

## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
Austin, Texas  78701-4043

512-479-9773

(512) 479-1101 (FAX)

| From: | Thomas M. Bullion III | Client/Matter No.: | 32302.104. |
|---|---|---|---|
| User ID: | 1507 | Total Pages: | 2 |

| Recipient | Company | Phone No. | Fax No. |
|---|---|---|---|
| Hal M. Browne | Clark Brown, LC | (214) 526-3100 | (214) 526-3101 |

**DATE:**    October 3, 2003

**Original Will Follow?**    No          **Confirmation Receipt Required?  Yes**

**MESSAGE: Cause No. DC03243;** Omar Escatel, et al. v. Michelin North America, Inc., et al., In the 381st Judicial District Court of Starr County, Texas

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: _____    Date: _____    Time: _____

**Brown | McCarroll**
**L.L.P.**

111 Congress Avenue, Suite 1400, Austin, Texas 78701-4043
512-472-5456  fax 512-479-1101
direct 512-479-9773  tbullion@mailbmc.com

November 5, 2003

Mr. Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

     Re:    Civil Action No. B 03135; <u>Febriona Viera Escobedo, et al. v. Ford Motor Company, et al.</u>, In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Marchan:

    This is to confirm your conversation with Kathy Lindsay today. You have provided us with the DOT number of the tire made the basis of this lawsuit (DOT# BEUUR51218). If this DOT number is correct, the tire was manufactured by Michelin North America, Inc. the 21st week of 1998 in its Tuscaloosa, Alabama plant. Therefore, Michelin North America is the proper party to the lawsuit, not B.F. Goodrich. It is my understanding that you have agreed to withdraw your motion for leave to amend your complaint and add B.F. Goodrich as a party based on our assurance that the tire made the subject of this lawsuit was manufactured by Michelin North America. Please let me know if I can provide you with any additional information at this time.

    Very truly yours,

    Thomas M. Bullion III

TMB:tlg

**EXHIBIT "D"**

AUS:2088238.1
32302.101   Austin • Dallas • Houston • Longview

## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

AUSTIN OFFICE
111 Congress Avenue
Suite 1400

512-479-9773                    Austin, Texas 78701-4043                    (512) 479-1101 (FAX)

| From: | Thomas M. Bullion III | Client/Matter No.: | 32302.101. |
| User ID: | 1507 | Total Pages: | 2 |

| Recipient | Company | Phone No. | Fax No. |
| Ray Marchan | Watts Law Firm | (956) 544-0500 | (956) 541-0255 |

**DATE:**     **November 5, 2003**

**Original Will Follow?**   No                    **Confirmation Receipt Required?**  Yes

**MESSAGE:** Civil Action No. B 03135; Febriona Viera Escobedo, et al. v. Ford Motor Company, et al., In the United States District Court for the Southern District of Texas, Brownsville Division

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: _MC_____    Date: _11/5____    Time: _____

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              3479
CONNECTION TEL       302*101#919565410255
SUBADDRESS
CONNECTION ID        WATTS LAW FIRM
ST. TIME             11/05 14:33
USAGE T              00 52
PGS. SENT            2
RESULT               OK
```

## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
Austin, Texas 78701-4043

512-479-9773                                    (512) 479-1101 (FAX)

| From: | Thomas M. Bullion III | Client/Matter No.: | 32302.101. |
|-------|----------------------|--------------------|-----------|
| User ID: | 1507 | Total Pages: | 2 |

| Recipient | Company | Phone No. | Fax No. |
|-----------|---------|-----------|---------|
| Ray Marchan | Watts Law Firm | (956) 544-0500 | (956) 541-0255 |

**DATE:**      November 5, 2003

**Original Will Follow?**  No                    **Confirmation Receipt Required?**  Yes

**MESSAGE:** Civil Action No. B 03135; Febriona Viera Escobedo, et al. v. Ford Motor Company, et al., In the United States District Court for the Southern District of Texas, Brownsville Division

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee. Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: _____    Date: _____    Time: _____

BROWN McCARROLL L.L.P.

## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

AUSTIN OFFICE
111 Congress Avenue
Suite 1400
Austin, Texas  78701-4043

512-370-3308                                                                                  (512) 479-1101 (FAX)

| From: | Mary H. Wiggins | Client/Matter No.: | 32302.101 |
|---|---|---|---|
| User ID: | 3037 | Total Pages: | One |

| Recipient | Company | Phone No. | Fax No. |
|---|---|---|---|
| Letty Fierros | Ray Marchan's office | 956-544-0500 | 956-541-0255 |

**DATE:**        **December 17, 2003**

**Original Will Follow?**   No                                    **Confirmation Receipt Required?**  Yes

---

**MESSAGE:  Escobedo**

**Letty, I am in receipt of your email stating that your expert has not yet inspected the tire and that the tire will be shipped to our client in early January.  Thank you for your assistance.**

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee.  Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

---

Completed By: _____ Date: __12-18.03__ Time: __9:27.03__



## EXHIBIT "E"

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO                4497
CONNECTION TEL          302*101#919565410255
SUBADDRESS
CONNECTION ID           WATTS LAW FIRM
ST. TIME                12/17 18:16
USAGE T                 00'39
PGS. SENT               1
RESULT                  OK
```



## Attorneys At Law

Austin • Dallas • Houston • Longview

# FAX COVER SHEET

**AUSTIN OFFICE**
111 Congress Avenue
Suite 1400
512-370-3308          Austin, Texas 78701-4043          (512) 479-1101 (FAX)

| From: | Mary H. Wiggins | Client/Matter No.: | 32302.101 |
|-------|-----------------|--------------------|-----------|
| User ID: | 3037 | Total Pages: | One |

| Recipient | Company | Phone No. | Fax No. |
|-----------|---------|-----------|---------|
| Letty Fierros | Ray Marchan's office | 956-544-0500 | 956-541-0255 |

**DATE:**    December 17, 2003

**Original Will Follow?**   No                          **Confirmation Receipt Required?**  Yes

**MESSAGE:  Escobedo**

**Letty, I am in receipt of your email stating that your expert has not yet inspected the tire and that the tire will be shipped to our client in early January.  Thank you for your assistance.**

*This facsimile message is PRIVILEGED and CONFIDENTIAL attorney-client communication and is transmitted for the exclusive information and use of the addressee.  Persons responsible for delivering this communication to the intended recipient are admonished that this communication may not be copied or disseminated except as directed by the addressee. If you receive this communication in error, please notify us immediately by telephone at (512) 472-5456, ext. 2613.*

Completed By: _____    Date: _____    Time: _____

NO. 2003-05-2758-E

| FEBRIONA VIERA ESCOBEDO, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 357TH JUDICIAL DISTRICT |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT MICHELIN NORTH AMERICA, INC.'S REQUEST FOR INSPECTION TO FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY, SUBJECT TO A MOTION TO TRANSFER VENUE

TO:    Plaintiff, Febriona Viera Escobedo, Individually, by and through her attorneys of record, Ray R. Marchan, Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520, Mikal C. Watts, Watts Law Firm, L.L.P., 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78478

Pursuant to the Texas Rules of Civil Procedure, defendant Michelin North America, Inc. ("MNA") propounds the following discovery to plaintiff, Febriona Viera Escobedo, Individually, subject to a motion to transfer venue..

MNA requests that you produce and make available the documents and tangible things requested herein at the offices of Brown McCarroll L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas within thirty (30) days after service of this request.

Finally, MNA demands that you continue to supplement your responses and answers to this discovery as required by the Texas Rules of Civil Procedure.

# EXHIBIT "F"

AUS:2050736.1
32302.101

1

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas  78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
    Thomas M. Bullion III
    State Bar No. 03331005
    Julian L. Rivera
    State Bar No. 00797325

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following attorneys this _____ day of July, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX  78520-2155

_____
Thomas M. Bullion III

<u>DEFINITIONS</u>

As used in the following request for production:

A.    "Document" and "documents" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto. Without limiting the foregoing, the terms "document" and "documents" shall include all agreements, contracts, communications, correspondence, letters, telegrams, telexes, messages, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations, minutes or summaries or other records of meetings and conferences, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, visitor records, forecasts, statistical data, statistical statements, financial statements, work sheets, work papers, drafts, graphs, maps, charts, tables, accounts, analytical records, consultants' reports, notices, marginal notations, notebooks, telephone bills or records, bills, statements, records of obligation and expenditure, invoices, lists, journals, advertisements, recommendations, files, printouts, compilations, tabulations, purchase orders, receipts, sell orders, confirmations, checks, canceled checks, letters of credit, envelopes or folders or similar containers, voucher analyses, studies, surveys, transcripts of hearings, transcripts of testimony, expense reports, microfilm, microfiche, articles, speeches, tape or disc recordings, sound recordings, video recordings, film, tapes, photographs, punch cards, programs, data compilations from which information can be obtained (including matter used in data processing), and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made. The terms "document" and "documents" shall include all copies of documents by whatever means made, except that where a document is identified or produced, identical copies thereof which do not contain any markings, additions, or deletions different from the original need not be separately produced. "Document" and "documents" shall mean and include all matters within the foregoing description in the possession, control or custody of Febriona Viera Escobedo or in the possession, control or custody of any attorney for Febriona Viera Escobedo. Without limiting the term "control," a document is deemed to be within your control if you have ownership, possession or custody of the documents, or the right to secure the document or copy thereof from any person or public or private entity having physical possession thereof.

B.    "Plaintiff," "plaintiffs," "Febriona Viera Escobedo," "you," and "your" shall mean Febriona Viera Escobedo, as well as other persons acting or purporting to act on behalf of Febriona Viera Escobedo, including any attorney or other representative.

C.    "MNA" shall mean defendant Michelin North America, Inc.

D.    As used herein, the words "and" and "or" shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these requests any document that

might be deemed outside its scope by another construction.

E.    "Person" shall mean any individual, partnership, association, corporation, joint venture, firm, proprietorship, agency, board, authority, commission, or other legal or business entity.

F.    "Statement" shall mean and include any written or graphic statement signed or otherwise adopted or approved by the users in making it, any stenographic, mechanical, electrical or other recording or transcription thereof which is a substantially verbatim recital of an oral statement made by the person making it and contemporaneously recorded.

G.    "Vehicle in question" shall mean the 1994 Ford Ranger XLT involved in the accident in question.

H.    "Tire in question" shall mean the BF Goodrich Radial T/A, the tire on the vehicle in question which allegedly failed.

I.    "Accident in question" shall mean the accident described in Plaintiffs' Original Petition or subsequent petitions.

## REQUEST FOR INSPECTION

Pursuant to the Texas Rules of Civil Procedure, plaintiff is hereby requested to permit representatives of MNA to inspect the vehicle in question and the tire in question at a convenient time after the 31st day after receipt of this request, for the purpose of inspecting, measuring, surveying, photographing, testing or sampling the vehicle in question and the tire in question.

NO. 2003-05-2758-E

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 357TH JUDICIAL DISTRICT |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT MICHELIN NORTH AMERICA, INC.'S REQUEST FOR INSPECTION TO FEBRIONA VIERA ESCOBEDO, AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED SUBJECT TO A MOTION TO TRANSFER VENUE

TO:    Plaintiff, Febriona Viera Escobedo, as Representative of The Estate of Jose Angel Escobedo Rodriguez, Deceased, by and through her attorneys of record, Ray R. Marchan, Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520, Mikal C. Watts, Watts Law Firm, L.L.P., 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78478

Pursuant to the Texas Rules of Civil Procedure, defendant Michelin North America, Inc.

("MNA") propounds the following discovery to plaintiff, Febriona Viera Escobedo, as

Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, subject to a motion to

transfer venue..

MNA requests that you produce and make available the documents and tangible things

requested herein at the offices of Brown McCarroll L.L.P., 111 Congress Avenue, Suite 1400,

Austin, Texas within thirty (30) days after service of this request.

Finally, MNA demands that you continue to supplement your responses and answers to this

discovery as required by the Texas Rules of Civil Procedure.

# EXHIBIT "G"

AUS:2050756.1
32302.101

1

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____

Thomas M. Bullion III
State Bar No. 03331005
Julian L. Rivera
State Bar No. 00797325

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following attorneys this _____ day of July, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

_____
Thomas M. Bullion III

<u>DEFINITIONS</u>

As used in the following request for production:

A.      "Document" and "documents" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto.  Without limiting the foregoing, the terms "document" and "documents" shall include all agreements, contracts, communications, correspondence, letters, telegrams, telexes, messages, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations, minutes or summaries or other records of meetings and conferences, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, visitor records, forecasts, statistical data, statistical statements, financial statements, work sheets, work papers, drafts, graphs, maps, charts, tables, accounts, analytical records, consultants' reports, notices, marginal notations, notebooks, telephone bills or records, bills, statements, records of obligation and expenditure, invoices, lists, journals, advertisements, recommendations, files, printouts, compilations, tabulations, purchase orders, receipts, sell orders, confirmations, checks, canceled checks, letters of credit, envelopes or folders or similar containers, voucher analyses, surveys, transcripts of hearings, transcripts of testimony, expense reports, microfilm, microfiche, articles, speeches, tape or disc recordings, sound recordings, video recordings, film, tapes, photographs, punch cards, programs, data compilations from which information can be obtained (including matter used in data processing), and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made.  The terms "document" and "documents" shall include all copies of documents by whatever means made, except that where a document is identified or produced, identical copies thereof which do not contain any markings, additions, or deletions different from the original need not be separately produced.  "Document" and "documents" shall mean and include all matters within the foregoing description in the possession, control or custody of Febriona Viera Escobedo, as representative of the estate of Jose Angel Escobedo Rodriguez, Deceased, or in the possession, control or custody of any attorney for Febriona Viera Escobedo, as representative of the estate of Jose Angel Escobedo Rodriguez, Deceased.  Without limiting the term "control," a document is deemed to be within your control if you have ownership, possession or custody of the documents, or the right to secure the document or copy thereof from any person or public or private entity having physical possession thereof.

B.      "Plaintiff," "plaintiffs," "Febriona Viera Escobedo, as representative of the estate of Jose Angel Escobedo Rodriguez, Deceased," "you," and "your" shall mean Febriona Viera Escobedo, as representative of the estate of Jose Angel Escobedo Rodriguez, Deceased, as well as other persons acting or purporting to act on behalf of Febriona Viera Escobedo, as representative of the estate of Jose Angel Escobedo Rodriguez, Deceased, including any attorney or other representative.

C.      "MNA" shall mean defendant Michelin North America, Inc.

D.      As used herein, the words "and" and "or" shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these requests any document that might be deemed outside its scope by another construction.

E.      "Person" shall mean any individual, partnership, association, corporation, joint venture, firm, proprietorship, agency, board, authority, commission, or other legal or business entity.

F.      "Statement" shall mean and include any written or graphic statement signed or otherwise adopted or approved by the users in making it, any stenographic, mechanical, electrical or other recording or transcription thereof which is a substantially verbatim recital of an oral statement made by the person making it and contemporaneously recorded.

G.      "Vehicle in question" shall mean the 1994 Ford Ranger XLT involved in the accident in question.

H.      "Tire in question" shall mean the BF Goodrich Radial T/A, the tire on the vehicle in question which allegedly failed.

I.      "Accident in question" shall mean the accident described in Plaintiffs' Original Petition or subsequent petitions.

## REQUEST FOR INSPECTION

Pursuant to the Texas Rules of Civil Procedure, plaintiff is hereby requested to permit representatives of MNA to inspect the vehicle in question and the tire in question at a convenient time after the 31st day after receipt of this request, for the purpose of inspecting, measuring, surveying, photographing, testing or sampling the vehicle in question and the tire in question.

NO. 2003-05-2758-E

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 357TH JUDICIAL DISTRICT |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | CAMERON COUNTY, TEXAS |

## DEFENDANT MICHELIN NORTH AMERICA, INC.'S REQUEST FOR INSPECTION TO JOSE VIERA ESCOBEDO, SUBJECT TO A MOTION TO TRANSFER VENUE

TO:    Plaintiff, Jose Viera Escobedo, by and through his attorneys of record, Ray R. Marchan, Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520, Mikal C. Watts, Watts Law Firm, L.L.P., 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78478

Pursuant to the Texas Rules of Civil Procedure, defendant Michelin North America, Inc.

("MNA") propounds the following discovery to plaintiff, Jose Viera Escobedo, subject to a motion

to transfer venue.

MNA requests that you produce and make available the documents and tangible things

requested herein at the offices of Brown McCarroll L.L.P., 111 Congress Avenue, Suite 1400,

Austin, Texas within thirty (30) days after service of this request.

Finally, MNA demands that you continue to supplement your responses and answers to this

discovery as required by the Texas Rules of Civil Procedure.

# EXHIBIT "H"

AUS:2050764.1
32302.101

1

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
Thomas M. Bullion III
State Bar No. 03331005
Julian L. Rivera
State Bar No. 00797325

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following attorneys this _____ day of July, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

_____
Thomas M. Bullion III

## DEFINITIONS

As used in the following request for production:

A.    "Document" and "documents" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto.  Without limiting the foregoing, the terms "document" and "documents" shall include all agreements, contracts, communications, correspondence, letters, telegrams, telexes, messages, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations, minutes or summaries or other records of meetings and conferences, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, visitor records, forecasts, statistical data, statistical statements, financial statements, work sheets, work papers, drafts, graphs, maps, charts, tables, accounts, analytical records, consultants' reports, notices, marginal notations, notebooks, telephone bills or records, bills, statements, records of obligation and expenditure, invoices, lists, journals, advertisements, recommendations, files, printouts, compilations, tabulations, purchase orders, receipts, sell orders, confirmations, checks, canceled checks, letters of credit, envelopes or folders or similar containers, voucher analyses, studies, surveys, transcripts of hearings, transcripts of testimony, expense reports, microfilm, microfiche, articles, speeches, tape or disc recordings, sound recordings, video recordings, film, tapes, photographs, punch cards, programs, data compilations from which information can be obtained (including matter used in data processing), and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made.  The terms "document" and "documents" shall include all copies of documents by whatever means made, except that where a document is identified or produced, identical copies thereof which do not contain any markings, additions, or deletions different from the original need not be separately produced.  "Document" and "documents" shall mean and include all matters within the foregoing description in the possession, control or custody of Jose Viera Escobedo or in the possession, control or custody of any attorney for Jose Viera Escobedo.  Without limiting the term "control," a document is deemed to be within your control if you have ownership, possession or custody of the documents, or the right to secure the document or copy thereof from any person or public or private entity having physical possession thereof.

B.    "Plaintiff," "plaintiffs," "Jose Viera Escobedo," "you," and "your" shall mean Jose Viera Escobedo, as well as other persons acting or purporting to act on behalf of Jose Viera Escobedo, including any attorney or other representative.

C.    "MNA" shall mean defendant Michelin North America, Inc.

D.    As used herein, the words "and" and "or" shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these requests any document that might be deemed outside its scope by another construction.

E.    "Person" shall mean any individual, partnership, association, corporation, joint venture, firm, proprietorship, agency, board, authority, commission, or other legal or business entity.

F.    "Statement" shall mean and include any written or graphic statement signed or otherwise adopted or approved by the users in making it, any stenographic, mechanical, electrical or other recording or transcription thereof which is a substantially verbatim recital of an oral statement made by the person making it and contemporaneously recorded.

G.    "Vehicle in question" shall mean the 1994 Ford Ranger XLT involved in the accident in question.

H.    "Tire in question" shall mean the BF Goodrich Radial T/A, the tire on the vehicle in question which allegedly failed.

I.    "Accident in question" shall mean the accident described in Plaintiffs' Original Petition or subsequent petitions.

## REQUEST FOR INSPECTION

Pursuant to the Texas Rules of Civil Procedure, plaintiff is hereby requested to permit representatives of MNA to inspect the vehicle in question and the tire in question at a convenient time after the 31st day after receipt of this request, for the purpose of inspecting, measuring, surveying, photographing, testing or sampling the vehicle in question and the tire in question.

NO. 2003-05-2758-E

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, ET AL. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 357TH  JUDICIAL DISTRICT |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | CAMERON COUNTY, TEXAS |

<u>DEFENDANT MICHELIN NORTH AMERICA, INC.'S REQUEST<br>FOR INSPECTION TO LUIS ALBERTO ESCOBEDO VIERA,<br>SUBJECT TO A MOTION TO TRANSFER VENUE</u>

TO:    Plaintiff, Luis Alberto Escobedo Viera, by and through his attorneys of record, Ray R.
        Marchan, Watts Law Firm, L.L.P.,  1926 E. Elizabeth, Brownsville, Texas 78520, Mikal C.
        Watts, Watts Law Firm, L.L.P., 555 N. Carancahua, Suite 1400, Corpus Christi, Texas 78478

        Pursuant to the Texas Rules of Civil Procedure, defendant Michelin North America, Inc.

("MNA") propounds the following discovery to plaintiff, Luis Alberto Escobedo Viera, subject to

a motion to transfer venue.

        MNA requests that you produce and make available the documents and tangible things

requested herein at the offices of Brown McCarroll L.L.P., 111 Congress Avenue, Suite 1400,

Austin, Texas within thirty (30) days after service of this request.

        Finally, MNA demands that you continue to supplement your responses and answers to this

discovery as required by the Texas Rules of Civil Procedure.

# EXHIBIT "I"

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By:_____
       Thomas M. Bullion III
       State Bar No. 03331005
       Julian L. Rivera
       State Bar No. 00797325

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following attorneys this ____ day of July, 2003.

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

_____
Thomas M. Bullion III

## DEFINITIONS

As used in the following request for production:

A.    "Document" and "documents" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto.  Without limiting the foregoing, the terms "document" and "documents" shall include all agreements, contracts, communications, correspondence, letters, telegrams, telexes, messages, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations, minutes or summaries or other records of meetings and conferences, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, visitor records, forecasts, statistical data, statistical statements, financial statements, work sheets, work papers, drafts, graphs, maps, charts, tables, accounts, analytical records, consultants' reports, notices, marginal notations, notebooks, telephone bills or records, bills, statements, records of obligation and expenditure, invoices, lists, journals, advertisements, recommendations, files, printouts, compilations, tabulations, purchase orders, receipts, sell orders, confirmations, checks, canceled checks, letters of credit, envelopes or files or similar containers, voucher analyses, studies, surveys, transcripts of hearings, transcripts of testimony, expense reports, microfilm, microfiche, articles, speeches, tape or disc recordings, sound recordings, video recordings, film, tapes, photographs, punch cards, programs, data compilations from which information can be obtained (including matter used in data processing), and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made.  The terms "document" and "documents" shall include all copies of documents by whatever means made, except that where a document is identified or produced, identical copies thereof which do not contain any markings, additions, or deletions different from the original need not be separately produced.  "Document" and "documents" shall mean and include all matters within the foregoing description in the possession, control or custody of Luis Alberto Escobedo Viera or in the possession, control or custody of any attorney for Luis Alberto Escobedo Viera.  Without limiting the term "control," a document is deemed to be within your control if you have ownership, possession or custody of the documents, or the right to secure the document or copy thereof from any person or public or private entity having physical possession thereof.

B.    "Plaintiff," "plaintiffs," "Luis Alberto Escobedo Viera," "you," and "your" shall mean Luis Alberto Escobedo Viera, as well as other persons acting or purporting to act on behalf of Luis Alberto Escobedo Viera, including any attorney or other representative.

C.    "MNA" shall mean defendant Michelin North America, Inc.

D.    As used herein, the words "and" and "or" shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these requests any document that might be deemed outside its scope by another construction.

E.    "Person" shall mean any individual, partnership, association, corporation, joint venture, firm, proprietorship, agency, board, authority, commission, or other legal or business entity.

F.    "Statement" shall mean and include any written or graphic statement signed or otherwise adopted or approved by the users in making it, any stenographic, mechanical, electrical or other recording or transcription thereof which is a substantially verbatim recital of an oral statement made by the person making it and contemporaneously recorded.

G.    "Vehicle in question" shall mean the 1994 Ford Ranger XLT involved in the accident in question.

H.    "Tire in question" shall mean the BF Goodrich Radial T/A, the tire on the vehicle in question which allegedly failed.

I.    "Accident in question" shall mean the accident described in Plaintiffs' Original Petition or subsequent petitions.

## REQUEST FOR INSPECTION

Pursuant to the Texas Rules of Civil Procedure, plaintiff is hereby requested to permit representatives of MNA to inspect the vehicle in question and the tire in question at a convenient time after the 31st day after receipt of this request, for the purpose of inspecting, measuring, surveying, photographing, testing or sampling the vehicle in question and the tire in question.

AUS:2050766.1
32302.101

5