

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO<br>INDIVIDUALLY AND AS<br>REPRESENTATIVE OF THE ESTATE<br>OF JOSE ANGEL ESCOBEDO<br>RODRIGUEZ, DECEASED;  AND<br>LUIS ALBERTO ESCOBEDO VIERA<br>AND JOSE VIERA ESCOBEDO<br><br>VS.<br><br>FORD MOTOR COMPANY,<br>MICHELIN NORTH AMERICA, INC.<br>AND WALMART STORES, INC. DBA<br>SAM'S WHOLESALE CLUB | § § § § § § § § § § § § § § § |

CIVIL ACTION

NO. B-03-135

## PLAINTIFF'S F.R.C.P. 26(a)(1) and (2) FIRST SUPPLEMENTAL DISCLOSURES

TO:   Walmart Stores, Inc. dba Sam's Wholesale Club by and through its attorney of record, Jaime A. Drabek, The Law Firm of Rabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, Texas  78550.

Michelin North America, Inc. by and through its attorney of record, Thomas M. Bullion, III, Brown, McCarrol, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas 78701

Ford Motor Company by and through its attorney of record, Jaime A. Saenz, Rodriguez, Colvin & Chaney, P.O. Box 2155, Brownsville, Texas  78522

NOW COMES, Febriona Viera Escobedo, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo Viera and Jose Enrique Viera Escobedo and Jose Angel Escobedo, Plaintiffs, Pursuant to F.R.C.P. 26(a)(1) and (2), and makes this their "First Supplemental Disclosures" as required by said rules to Defendants as follows:

A.    Individuals Likely to Have Knowledge of Discoverable Information
[F.R.C.P. 26(a)(1) and (2)].

See Exhibit A.  Plaintiffs will supplement.

B.    Documents, etc. in Plaintiff's Possession Relevant to the Disputed Facts [F.R.C.P.

26(a)(1) (B).

See attached the following documents:
a)    Photographs of vehicle;
b)    Newspaper Clipping in both English & Spanish;
c)    Inspection of the Body Report from the Public Investigative Office regarding Jose A. Escobedo; and
d)    Cadaver identification report from the Office of Public Investigations regarding Jose A. Escobedo

D.    Disclosure of Expert Testimony [F.R.C.P. 26(a)(1) (A).

See Exhibit B.  Plaintiffs will supplement.

Respectfully submitted on this the ___17th___ day of March, 2004.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas  78520
(956) 544-0500 Telephone
(956) 541-0255 Facsimile

Ray R. Marchan
Federal Bar Number 9522
State Bar Number 12969050

## CERTIFICATE OF SERVICE

On this the ___17th___ day of March, 2004, a true and correct copy of the foregoing

instrument was forwarded to all counsel via facsimile, by hand-delivery, or by certified

mail, return receipt requested.

Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Jaime A. Saenz
Rodriguez, Colvin & Chaney
P.O. Box 2155
Brownsville, Texas 78522

Ray R. Marchan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | CIVIL ACTION |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | NO. B-03-135 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

**EXHIBIT A**
**LIST OF PERSONS WITH KNOWLEDGE OF RELEVANT FACTS**

Febriona Viera Escobedo Individually and as
Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased
Luis Alberto Escobedo Viera
Jose Enrigue Viera Escobedo
Jose Angel Escobedo
Calle Tamaulipas y 5 Co. Tamaulipas
Valle Hermoso, Tamp. Mexico
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Jose Enrique Escobedo Viera
Elizabeth Gutierrez-Jose Enrigue's Wife
Calle Zochil #33
Cl. Azteca
San Nicolas De los Garzas, Nuevo Leon
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Agustin Escobedo-Father of Deceased
Andrea Rodriguez-Mother of Decease
Valle Hermoso, Tamp. Mexico
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Defendant Walmart Stores, Inc. dba Sam's Wholesale Club
c/o Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas  78550
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Defendant Michelin North America, Inc.
c/o Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas  78701
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Defendant Ford Motor Company
c/o Jaime A. Saenz
Rodriguez, Colvin & Chaney
P.O.  Box 2155
Brownsville, Texas  78520
Knowledge of facts and circumstances surrounding the incident made the basis of this lawsuit.

Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
5 de Febrero, Juarez y Morelos
Valle Hermoso, Tamaulipas
842-02-03
Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit.  All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit.  Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of records for
Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
5 de Febrero, Juarez y Morelos
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Francisco Trujillo-driver of ambulance
Cristina Ureno Casas-Directora del D.I.F. Municipal
C. Claudia Nava-Encargada de las ambulancias
Desarrol Integral De La Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff.

Custodian of Records for
Francisco Trujillo-driver of ambulance
Cristina Ureno Casas-Directora del D.I.F. Municipal
C. Claudia Nava-Encargada de las ambulancias
Desarrol Integral De La Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff to hospital. It is reasonably anticipated that the custodian of
records will testify that the financial records pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

C.P. Raul Garza Galvan-Owner
Jardina de la Paz Funeral Home
(FunerariaJardina de la Paz)
Calle Rio Bravo #310 Esquina con 21 de Marza Zona Cnetro
Cd. Valle Hermoso, Tamps.
8.842.0038
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit.

C.P. Raul Garza Galvan-Owner
Jardina de la Paz Funeral Home
(FunerariaJardina de la Paz)
Calle Rio Bravo #310 Esquina con 21 de Marza Zona Cnetro
Cd. Valle Hermoso, Tamps.
8.842.0038
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit.  It is reasonably
anticipated that the custodian of records will testify that the financial records pertaining
to decedent are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business, and that the funeral
expenses incurred are reasonable and necessary.

Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica
Agency of Public Investigations
Valle Hermoso, Tamp.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica
Agency of Public Investigations
Valle Hermoso, Tamp.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
Ministry Police of the State (Policia Minesterial Del Estado)
Address Unknown
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Gerardo Blanco Davila
Notary Public Number 93 (Notaria Publica)
Calle J. Garcia Cardenas No. 345
Cd. Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Gerardo Blanco Davila
Notary Public Number 93 (Notaria Publica)
Calle J. Garcia Cardenas No. 345
Cd. Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Juan Rangel Espinoza, Driver of vehicle
Privada Hidalgo 4 & 5
Colonia Tamaulipas
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit.

Maria Guadlaupe Alaniz Perez, Witness
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness

Dayra Oneyda Guerra Sanchez, Witness
Address Unknown
Knowledge of facts and circumstances surrounding the incident made the basis of this
lawsuit. Witness

Carlos Leonel Lozano
Corina Fabiola Arguelles
Ana Maria Torres Espinoza
Dr. Jaime Jaramillo Gonzalez
Benjamin Tijerina
Jesus Ballesteros
Procuraduria General De Justicia Del Estado
Departamento De Medicina Forense
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano
Corina Fabiola Arguelles
Ana Maria Torres Espinoza
Dr. Jaime Jaramillo Gonzalez
Benjamin Tijerina
Jesus Ballesteros
Procuraduria General De Justicia Del Estado
Departamento De Medicina Forense
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
Prevention Police (Policia Preventiva)
Valle Hermoso
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Isaias Diaz Perez
Direccion General De Seguridad Publica
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Isaias Diaz Perez
Direccion General De Seguridad Publica
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Dr. Jaime Jaramillo
Dr. Eduardo Hernandez E.
Dr. Quintero
Dr. Daniel Moreno Chapa-sub director medico
Secretaria De Salud Hospital Civil Luis G. Falcon
Calles Juarez y Morelos
Cd. Valle Hermoso, Tamps.
8.842.0203
Knowledge of facts and circumstances surrounding the medical examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Dr. Jaime Jaramillo
Dr. Eduardo Hernandez E.
Dr. Quintero
Dr. Daniel Moreno Chapa-sub director medico
Secretaria De Salud Hospital Civil Luis G. Falcon
Calles Juarez y Morelos
Cd. Valle Hermoso, Tamps.
8.842.0203
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
Social Security Hosptial
(Hospital del Seguro Social)
Address Unknown
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit.  It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

David Elizalde  Olguin
El Bravo Newspaper Clipping
Matamoros, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
David Elizalde  Olguin
El Bravo Newspaper Clipping
Matamoros, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Joseph L. Burton, M.D.
BURTON & ASSOCIATES
Forensic and Environmental Pathology and Medicine
13784 Georgia Highway 9
Alpharetta, Georgia  30004
770-777-0437
(770) 753-4389
Joseph L.  Burton, M.D. is a forensic.  Dr. Burton may testify as to biomechanical forces
exerted on the occupants of the vehicle.  He may also testify as to the mechanism for the
causation of the injuries to the occupants in the vehicle.  His opinions will be based on
his education, background, training and/or reasonable medical probability, and his
vehicle inspection and review/analysis of the facts of the case.

Andy Irwin
The Irwin Company
2623 Abrams Road
Dallas, Texas  75214
(214) 320-8686
(214) 320-1007  FAX
Mr. Irwin is an Accident Reconstructionist.  Mr. Irwin received his Bachelor of Science
in Civil Engineering from the University of Texas at Arlington, Arlington, Texas.

John Stilson
Stilson Consulting
18544 Old Gages Lake Road
Wildwood, IL 60030
P. O. Box 367
Grayslake, IL 60030
(847) 223-3101
(847) 223-3180 FAX
John Stilson is a Safety and Automotive Consultant. He received his Masters of Science in Mechanical Engineering from University of Michigan in 1969, an Automotive Engineering Degree from Chrysler Institute of Engineering in 1969, and Bachelor of Science in Mechanical Engineering from the University of Michigan in 1967. He will render opinions on the defective design and manufacture of the vehicle involved in the collision. Mr. Stilson will also testify as to a safer alternative design for the vehicle involved in this case as more specifically set forth in his report. Mr. Stilson will provide testimony regarding the accident scenario as it relates specifically to the subject vehicle, including expert opinions about the point of impact on the subject vehicle.

H. David Feltoon, Ph.D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas 78735
(512) 750-7164
Dr. H. David Feltoon is a clinical psychologist. He also holds a Ph.D. in Clinical and Neuropsychological. In general, Dr. Feltoon will testify regarding his evaluations of Plaintiffs. He will testify regarding his opinions of the present and future psychological effect and damages that accident has had on Plaintiffs.

**DEFENDANTS ALSO LISTED THE FOLLOWING EXPERTS AND/OR PERSONS WITH KNOWLEDGE OF RELEVANT FACTS AND PLAINTIFFS RESERVE THE RIGHT TO CROSS-EXAMINE:**

Based upon a review of the documents described below, and a reasonably diligent inquiry, Ford discloses below hereto as those likely to have discoverable information relevant to disputed acts alleged with particularity in the pleadings and sets forth the subject matter of that information.

ABLONDI R.
    Information about Things Gone Right/Wrong study of 1987 Ranger in Chicago and Los Angeles.

ADAMS G.
    Information about evaluation of steering.

ADAMS G. P.
    Information about Overall Exterior section of Ranger Things Gone Right/Wrong study.

ADAMS I.
    General Tire employee with information about tires for the Ranger.

ADAMS J.
    Information about weight anal sis and GVWR alignment of the Ranger.

ANTOUN R.
    Suspension design engineer with information about Ranger front and rear suspension design, handling and stability analysis for the Ranger, selection of tires for the Ranger, computer simulation of dynamic handling and light truck 4x4 label.

AQUINTO S. M.
    Information about rear suspension design for the Ranger.

ARDISANA L.
    Information about product planning for 1988-1989 Ranger.

ASHBURN P.
    Information about trailer towing evaluation of Ranger with diesel engine in 1982.

AVENMARG H.
    Information about compliance with FMVSS 208, seat belt warning indicators.

AVOURIS J.
    Information about wheel and tire design for the Ranger, including effect of various tires on handling, and computer simulation of dynamic handling.

**BACIGALUPI R.J.**
Information about tire evaluation and selection and brake development for the Ranger.

**BADANI K.**
Information about brake master cylinder design and evaluation.

**BADSKI W.**
Information about power steering gear evaluation for the 1989 Ranger Program.

**BAKER**
Information about tire evaluations.

**BAMBENEK C.**
Information about compliance certification for Ranger brakes.

**BANKSY.**
Information about drive evaluations of the Ranger.

**BARBOSA M.**
Information about Ranger brake evaluations.

**BARBOUR A.**
Information about Ranger brake evaluations.

**BARKERP.**
Information about options summaries for the Ranger, Ranger wheels, Ranger package, including track width and height, Ranger steering gear and product concerns for 1990 through 1992 Rangers and memo specifying general location of various safety decals in the 1983 Ranger.

**BARTHELEMY B.**
Information about roof crush testing.

**BARTLETT J.**
Information about warranty performance relating to tire and wheel balance.

**BASASJ.**
Information about steer and camber compliance under dynamic conditions.

**BAUMGARTNER E.**
Information about vehicle planning, including tires and wheels, gas shock absorbers, seatbelts, composite leaf springs, vehicle package, and Program Description Book.

**BAZZY J.**
Information about Ranger tire lineup, brakes, GVWR alignment, and Program Direction Letters re weight, axle/spring ratings, and brakes.

BEAL P. C.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

BEAMGARD D.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas and about vehicle weight and fuel economy.

BELDING
Information about parts change notices for brake evaluations done at Arizona Proving Ground.

BICKERSTAFF D.
Information about suspension design, vehicle handling, and stability analysis for the Ranger.

BIDOL M.
Information about brake design and brake compliance certification testing.

BINDON G.
Information about weight analysis of the Ranger.

BINDON M.
Information about tire evaluations for the Ranger.

BIRCHMEIER J.
Information about predictions of McLaren Ranger J-turn performance.

BOGENSCHUTZ B.
Information about Ranger steering linkage and weight.

BOHAN W.
Information about brake compliance testing for 1991 and 1992 model year Ranger.

BONZA C.
Information about development of drive line and axle components for 1982 Ranger and evaluation of steering linkage for 1989 Ranger.

BOROWSKI T.
Involved with Seats section of Ranger Things Gone Right/Wrong study.

BOSCHEERTJ.
Information about Electrical section of Ranger Things Gone Right/Wrong study.

BOUCHEZR.
Information about brake evaluations for 1992 Ranger.

BOYD C.
Information about steering and suspension for Ranger.

BRACK S. A.
Information about tilt table testing on the Ranger.

BRAVO J.
Information about evaluation of steering, suspension, ride, and handling of the Ranger.

BRAYBOY E.
Information about brake development and certification testing, build readiness assessments, steering and suspension for the Ranger.

BROWN
Information about wheel and brake evaluations for the Ranger.

BULIN J.
Information about 1988 model year marketing actions.

BUNKOSKY P.
Information about brake certification testing for the Ranger.

BURCAR J.
Information about brake system design and development.

CAMPBELL R.
Information about steering, ride and handling development, including tire and wheel development.

CANTALUPO J.
Information about Ranger GVWR weight analysis.

CARTY M.
Information about brake design and evaluation.

CHANNELL S.
Information about steering and brake performance evaluations and Ranger 4x4 Supercab Camper handling evaluations.

CHAPELL T.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

CHEEK C.
Information about Sheet Metal section of 1987 Ranger Things Gone Right/Wrong study.

CIELIESKA R.
Supervisor regarding weight analysis for Ranger.

CLARKSON G.
Information about Ranger wheel design and selection.

COMMONS T.
Information about Ranger hydraulic brake system and compliance certification.

COOPER D.
Information about brake development and design, and option content weight evaluations.

COVERT A.G.
Information about handling analysis of Ranger IRH 4x4 prototype.

COWLEY M.
Information about tire selection, weight analysis and front suspension design.

CRADDOCK R.
Information about Ranger front and rear suspension design, tire and wheel design and selection. Information about cycle plan--complexity for light trucks.

CROCKATT T.
Information about suspension for Ranger.
CROMWELL
Information about Ranger weight analysis.

CROMWELL H.
Information about handling and stability.

CUNNINGHAM C.
Information about roof testing.

CURRERI J.
Information about brake design and compliance testing.

DAHNKE F.
Information about wheel and tire design, selection, and evaluation.

DARATONY S.
Information about Ranger 4x2 weight analysis.

DAROLD A.
Information about design and development of Ranger and steering and handling of Ranger.

DAVIS
Information about wheels, tires, and selection of rear suspension components for the Ranger.

DAVIS R.
> Information about warning label re: 4x4 design and equipment features for off road use memo regarding response to Notice of Proposed Rule Making regarding operation of utility vehicles on a paved roadway.

De SANTIS T.
> Information about Ranger rear and suspension design and evaluation.

DONNELL R.
> Information about 1990 ad regarding Ford trucks.

DONOVAN F.
> Information about Paint section of 1987 Ranger Things Gone Right/Wrong study.

DORLING A.
> Information about compliance with FMVSS 208, seat belt warning indicators.

DROTAR F.
> Information about evaluation of steering and suspension for Ranger, tire and wheel evaluation, brake testing and overall handling and stability analysis, build readiness assessment, 1991 model Ranger, and 4x4 consumer information production incorporation dates.

DUHL N.
> Information about build readiness assessment, steering, brakes, tires.

DUVALL H.
> Information about development and evaluation of suspension and steering.

DZIUBA J.
> Information about Ranger suspension design and computer analysis of ride and handling information about suspension components and vehicle weight analysis.

EADY R.
> Information about weight analysis and GVWR alignment for Ranger.

EDWARDS M.
> Information about Mechanism section of 1987 Ranger things Gone Right/Wrong study.

EGNOTT.
> Information about Ranger rear suspension design and weight analysis.

ELDER K.
> Information about suspension for STX Ranger and wheel and tire selection.

EMMERT
> Information about 1992 New Vehicle Buyers' Survey and 1991 Ford News Release describing light truck lineup, including Ranger.

ENGLEHARTJ.
> Information about product planning and Ranger program at management level.

FAIRCHILD E.
> Information about Squeak and Rattle section of 1987 Ranger Things Gone Right/Wrong study.

FERRARESI L.
> Information about tire selection and wheel design, trailer towing ratings, and evaluation of steering, suspension, handling and stability, track width and height analysis of Ranger Supercab STX, brake system development and weight analysis. Information about dealer and district personnel meeting in St. Louis.

FIGLIOMENI F. (BRIDGESTONE/FIRESTONE)
> Information about testing of tires for Ranger.

FIGURSKI P.
> Brake development and certification testing.

FISCH R.
> Information about brake development and certification testing.

FROMM H.
> Tire evaluation and selection, including GVWR analysis.

FUNK J.
> Information about product planning, including trailer towing evaluations, weight analysis, suspension component evaluations, evaluation of suspension, ride and handling, power steering gear evaluation, brake development, and incorporation of 4x4 label in production.

GALANIUK A. H.
> Information about overall durability and handling analysis, and brake system design.

GHODSI F.
> Information about tire and wheel computer analysis.

GILLIES W.
> Information about Ranger front end suspension.

GODETIEF.
> Information about Ranger roof crush testing.

GOLBIW E.
> Information about brake development and evaluation.

GOLDFARB CONSULTANTS
Authored report entitled "Dallas Pickup Truck Market Probe."

GOMEZ J.
Information about evaluation of steering gear linkage, steering gear and front drive axle, handling, brakes, tires and GVW ratings for Ranger.

GOODMAN J.
Information about design of steering link assembly, parking brake system, trailer tow ratings and build readiness assessment.

GOODWIN
Information about brake development and certification testing.

GORCYCA E.
Information about Ranger Things Gone Right/Wrong study and New Vehicle Quality Survey and durability tracking study.

GORDON A.
Information about trailer tow evaluations for Ranger with mandatory equipment.

GOULD W.
Information about Ranger tire design.

GRANDINET D.
Information about evaluation of steering, suspension, ride and handling for Ranger. Also initial engineering assessment of rear anti-lock system.

GRASINSKI
Information about Denver and Phoenix dealer comments.

GREEN B.
Information about rear suspension design, steering geometry development and tire evaluation and selection.

GREENE L.
Information about brake system development and compliance certification testing.

GRIESBAUM J.
Information about brake system design and development.

GRIFFITH R.
Information about weight analysis and the GVW alignment, trailer tow evaluations, tire selection, suspension component design, evaluation of steering, suspension and handling.

GUARESIMO P.
Information about brake system design, GVWR analysis and alignment, and rear suspension component design.

HACKERTP
>Information about tire evaluations, suspension evaluations, and handling evaluations, including computer simulation of dynamic handling and suspension.

HAINES W.
>Information about 1992 News From The World of Ford article discussing improvements in performance, comfort and convenience in, among other vehicles, the Ford Ranger.

HALL D.
>Information about 1986 Ranger marketing plan.

HAMANN R.
>Information about brake development and compliance certification testing.

HARDICK R.
>Information about evaluation of steering linkage and trailer tow rating evaluations.

HARRIS W. B.
>Information about 1992 New Vehicle Buyers Survey.

HARRISON C.
>Information about parking brake system development, tire evaluation and selection, options package content and suspension for weight analysis, trailer tow ratings evaluation, and rear and front end suspension component design.

HATT J.
>Information about steering component evaluation, evaluations of steering linkage, and evaluations of ride and handling of Ranger.

HEALY C.
>Information about suspension and brakes for Ranger program.

HIMES R.
>Information about Ranger steering gear development and front drive axle considerations for fuel economy.

HOLM S.
>Information about interior trim, restraints and instrument Panel section of 1987 Ranger Things Gone Right/Wrong study.

HOLMES G.
>Information about suspension and tire clearance evaluations.

HOMMEL R.
>Information about trailer tow capability evaluations.

**HORSTMANN F.**
Information about evaluation of steering, suspension, ride and handling, trailer towing, and tires.

**HOUSTON D.**
Information about computer simulation of dynamic handling.

**HOWARD R.**
Information about wheel and tire design selection and brake development for the Ranger.

**J. WALTER THOMPSON**
This company has been the advertising agency in charge of all Ford Ranger advertising since its introduction in 1984, including television commercials, written ads and brochures.

**JACOBSEN K.**
Information about rear suspension evaluation of 1992 LW13 Ranger.

**JAMES R.**
Information about trailer towing evaluation of Ranger with mandatory and optional equipment.

**JANK P.**
Information about tire selection and tire and brake vacuum system evaluation for Ranger.

**JENDRUSCH T.**
Information about Ranger handling and stability analysis and tire and wheel development.

**JENZEN W.**
Information about handling and stability analysis and tire and wheel development and evaluation.

**JOHNSON R.**
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

**JONES D.**
Information about tire selection and design.

**JONES T.C.**
Information about wheel and tire design selection and alignment.

**KALINOWSKI D.**
Information about brake master cylinder design and evaluation.

**KAMMERER A.**

Information about tire evaluation and selection.

KAPADIA M.
Information about wheels, weight analyses and prototype reviews.

KARZUN H.
Information about front end suspension and wheel selection for the Ranger.

KATI70 M.
Information about Ranger wheel evaluation and design.

KEBLAITIS D,
Information about tire and brake evaluations for the Ranger.

KELSEY - HAYES
Information about Ranger brake development and evaluation.

KERT H.
Information about suspension, and overall handling evaluation and development.

KILGORE J.
Information about wheel design and evaluation.

KING J.
Information about Ford Bulletin No. 8891 regarding Safety Recall 482 (1984) to correct locking front-wheel drive hubs, 1987 sun visor and 4-wheel drive instruction label replacement, together with notification to dealers, letter to vehicle owners and installation instructions, and Ford general field bulletin, safety recall for, among other things, certain 1985 through 1987 light truck fuel line retainer clips.

KNEPPER R.
Information about Ranger steering and brakes.

KOCAJC.
Information about evaluation of tires for the Ranger.

KOHL R.
Information about development of ride and handling of the Ranger including trailer towing, steering damper evaluation, camper handling evaluation, and evaluations of various suspension components.

KOSZTOWNY B.
Information about steering and suspension design for Ranger.

KOTO D.
Information about options Ranger and signed product letters pertaining to options, suspension, wheels, shock absorbers, tires, and GVWR.

KOZMA, J.

Information about Ranger front and rear suspension geometry and dimensional analysis of Ranger including center or gravity.

KRAUSE S.
Information about steering evaluations for the 1987 Ranger.

KRESS E. (BRIDGESTONE/FIRESTONE)
Bridgestone/Firestone employee with information about tires and wheels for the Ranger.

KRISS J.
Information about drive evaluation for the Ranger.

KUCHERA
Information about evaluation trips, engineering assessments, and build readiness for the Ranger.

LABROAD S.
Information about the testing for Ranger.

LEACHMAN A.
Information about evaluation of Ranger brakes and suspension.

LEINONEN J.
Information about Ranger brake testing.

LIGON E.
Information about development of Ranger front and rear suspension.

LILJESTRAND R.
Information about incorporation of 4x4 label in production.

LINOVITZ S.
Information about assessment and development of Ranger steering, handling, and suspension.

LLOYD W.
Information about 1991 Ranger option summary, steering geometry, wheels, GVWR ratings, stabilizer bars, and engineering assessments.

LOCHRIE J.
Information about 1991 Model Competitive New Vehicle Quality Survey.

LUCHT H.
Information about installation drawings for Ranger rear axle, stabilizer bar and steering gear.

LUNDSTROM R.
Information about development of suspension for Ranger Splash.

LUTZ R.
 Information about tires and wheels of the Ranger.

LYONS, S.
 Information about choice of wheels for the Ranger.

MAHONEY R.
 Information about compliance certification for brakes for 1986 Ranger.

MAKOWSKI
 Information about tire, wheel, and brake development for the Ranger.
 Information about 19913.0 liter Ranger market research.

MALBOEUF P.
 Information about Ranger 3.0 liter market research.

MALONEY R.
 Information about Ranger brakes, steering, ride, handling, tires, wheels, and
 Program Direction letters.

MANNING H.
Information about Ranger powertrain and incorporation of front stabilizer bar.

MARGLE J.
Information about design engineering of Ranger axles.

MARITZ MARKETING RESEARCH
Authored 1992 durability tracking study.

MARTINS R.
Information about date 4x4 consumer information was incorporated at plants.

MASON F.
Information about brake certification for Ranger.

MASON J.
Information about the consideration of tire construction, steering, suspension and brakes for the Ranger.

MASTT.
Information about development of suspension, steering, ride and handling, and tires of the Ranger.

MAUGH R.
Information about response to NHTSA Docket No. 82-20 and memo concerning Ranger 4x4 handling.

MAZZOLA S.
Information about development of axles and suspension for the Ranger.

MCCLURE J.
Information about ride and handling, trailer towing, suspension, steering, and tire development for the Ranger.

McCORMICK D.
Information about 1990 general ads for Ford trucks, including the Ranger.

MCDANIEL D.
Information about 1993 Competitive New Vehicle Quality Report.

MCKEE J.
Information about tire and wheel choices for the Ranger.

MCKILLIP D. M.
Information about Ranger roof crush testing and certification and door crush certification and testing.

MCKIMMY J.
Information about front and rear geometry evaluations and tire evaluations for the Range.

MCLELLAN B.
Information about choice of tires and front shocks for the Ranger.

MENG
Information about Ranger camber/caster and steering.

MICHELIN
Information about tires for the Ranger.

MINER H.
Information about weight analysis of the Ranger.

MIOTTO C.
Information about Wind Noise/Water Leaks section of 1987 Ranger Things Gone Right/Wrong study.

MOCERI E.
Information about Ranger tire evaluation.

MODI N.
Information about Ranger brake system and brake certification.

MOHR J.
Information about tire clearance studies and brake hose evaluations of the Ranger.

MOODY S.
Information about testing and evaluation of Ranger brakes.

MOORE G.
Information about Ranger caster/camber evaluations.

MOORE M.
Information about design of Ranger suspension, handling, and limit handling.

MOORE T.
Information about consideration of composite leaf springs.

MORRISON, R. L.
Information about glazing issues.

MORRISON G.
Information about 1990 general ad for Ford trucks, including Ranger.

MOSTROG G. J.
Information about tire evaluations for the Ranger.

MOULTON G.
Information about light truck engineering letter specifying a general location for various vehicle safety decals on the 1983 Ranger.

MUIR R.
Information about departure angle and rear tire clearance for the Ranger.

MURPHY R.
Information about trailer towing equipment recommendations for the Ranger.

MURRAY T.
Information about tire, steering, ride and handling, brake and vehicle dynamics development of the Ranger.

MUSSELMAN T.
Information about steering gear evaluation, composite leaf spring project, and tire option availability for the Ranger.

NICHOL D.
Information about front wheel and the design, including caster split and rotor and stud characteristics.

NIKIRK C.
Information about Ranger wheels, brakes, tires, weight analysis, suspension, and program planning.

NORTH A.
Information about Ranger suspension, steering brake and axle development Reports.

NOVEL F.
Information about engineering assessments and build readiness assessments for the 1990-1993 Ranger.

O'LEARY M.
Information about computer simulation of Ranger handling.

ONKKA D.
Information about Ranger front and rear suspension, steering and J-turn testing for the Ranger.

ORLANDINI W.
Information about steering gear evaluations for the Ranger.

OURCHANE A.
Information about computer simulation of ride and handling for improved ride height Ranger.

PAGE N.
Information about weight analysis of Ranger.

PARKS J.
Information about handling and steering development of the Ranger. As executive engineer for Body, Frame and Fuel Systems in early 1990's, he had supervisory involvement with various aspects of the Ranger, including body, ride and handling, steering, and brakes, Also, information about deviation request re: light truck 4x4 label.

PASCARELLA R.
Information about computer simulation of dynamic handling including tilt table data relating to the 1992 Ranger.

PASKOVITZ J.
Information about 1989 Things Gone Right Executive Report.

PAWLING R. (BRIDGESTONE/FIRESTONE)
Employee with information about tires for the Ranger.

PELKEY J.
Information about brakes for the Ranger.

PEPIN M.
Information about analysis of brakes for the Ranger.

PETERSON D.
Information about Ranger ground clearance and wheel balance and retention.

PETTRY R.
Information about option content, GVWR alignment, and weight evaluation for the Ranger.

PHEBUS R.
Information VGWR alignment, option summary, suspension components, and Program Direction letters.

PHELPS D.
Information about the evaluation of Ranger steering gear and front drive axle.

PITTMAN R.
Information about Ranger tires and wheels, brakes, and weight analysis.

PLOTZKE M.
   Information about exterior ornamentation section of 1997 Ranger Things Gone
   Right/Wrong study.

PORTERFIELD
   Information about Ranger brakes.

POTOCZAK
   As Light Truck Chief Engineer in the early 1980's, Mr. Potoczak had overall
   supervisory responsibility for all light truck programs, including the Ranger.

PRIBAK M.
   Information about evaluation of ground clearance for the Ranger.

PROBUS C.
   Information about 1991 Ranger 3.0 liter study.

RADCLIFFE J.
   Information about tire selection and design verification testing.

RAINES R.
   Information about GVWR analysis, including rear brakes, axle/springs, wheels and
   options on GVWR alignment and regarding use of actual max payloads in 1988
   Ranger advertising.

RAMA G.
   Information about design and development of brake system in the 1992
   Ranger and 1992/1993 GVWR alignment.

RANEY R.
   Information about brake development and certification, evaluation of steering
   geometry and 1989 Ranger suspension.

REICHENBACH R.
   Information about tire development and testing for Ranger, including
   computer simulation.

REPLOGLE D.S.
   Information about over-all durability and handling evaluations, brakes, tires,
   and program planning.

RICH
   Information about Ranger brakes and weight evaluations.

RICH J.
   Information about Ranger power steering gear and trailer towing.

RITZ J.
Information about brake development and compliance testing, steering linkage design and evaluation of steering, ride and handling for 1986 Ranger.

RIVARD D.
Information about suspension evaluations and wheel and tire selection for Ranger.

ROBERTS M.
Information about design and development of front and rear suspension components and overall suspension handling and stability analysis.

ROBERTS R.
Information about 1986 Ranger marketing plan.

RODDEN C.
Information about Temperature Control, section of 1987 Ranger Things Gone Right/Wrong study.

RODGERS T.
Information about handling and stability analysis.

ROUKE G.
Information about Ranger product planning.

RUPP D.
Information about trailer towing evaluations, brake design and front and rear suspension design.

RUSH G.
Information about brake development and design.

SACRISON C.
Information about design and development of front end suspension.

SADLER R.
Information about design and development of brakes in 1991 to 1992 Ranger.

SAHUKAR A. E.
Information about the testing of the Ranger RABS System.

SALATA S. R.
Information about ride and management evaluations conducted on the Ranger.

SAPP J.
Information about analysis of brake system performance for the 4x2 Ranger.

SCHAUER J.
Information about Ranger brake development and compliance certification testing.

SCHNEIDER R.
Information about development of Ranger rear suspension and steering and handling evaluations.

SCHOEN D.
Information about development and design of brake system for Ranger.

SCHULTZ D.
Information about 1990 New Buyer Survey.

SHEDDEN L.
Information about Ranger Build Readiness Assessment.

SHELTON J.
Information about Ranger weight analysis and evaluation.

SHIN A.
Information about Ranger Flareside program letters.

SIDENER T.
Information about transmission, axle, driveshaft, transfer case, and clutch section of 1987 Ranger Things Gone Right/Wrong study.

SIMPSON R.
Responsible for the body structure design for the 1983-1984 Ranger.

SITCHIN A.
Information about computer simulation of dynamic handling for the Ranger.

SKUBIS K.
Information about design of front disc brakes, rear stabilizer bar, and rear suspension for Ranger.

SKYNAR L.
Information about 1992 Ranger pilot program regarding the rear springs and weight savings and information about evaluations of steering, ride and handling.

SLEATH H.
Information about the development and testing of the steering and ride handling subsystem for PN63 and the development of the Ranger Splash suspension, including improvement of the handling characteristics of the Ranger.

SMITH A.
Information about the design and release of wheels and tires and compliance certification of the Ranger brake system.

SMITH A. C.
Information about Ranger tires and wheels, handling, and compliance certification for the Ranger hydraulic brake system.

SMITH G. C.
Information about trailer tow evaluation and options regarding handling and suspension packages.

SMITH K. V.
Information about testing and compliance certification of Ranger brake system.

SMITH R.
Information about GVW and option weights and also suspension, including spring selection and truck/camper loading for the Ranger.

SMITH R. D.
Information about Ranger spring selection and safety certification labels.

SMITH W.
Information about the development of the 1993 Ranger tire ride and handling development, tire and wheel development, and vehicle dynamics as well as the development and evaluation of the front coil spring retainers.

SNODGRASS K.
Information about evaluations of Ranger handling, including evaluations of tires, stabilizer bars and other suspension components and computer simulations of limit handling.

SORONEN J.
Information about steering design and evaluation, handling evaluation, and jounce studies for the Ranger. Information about Steering and Handling section of 1987 Ranger Things Gone Right/Wrong study.

SPAULDING G.
Information about the 1992 and 1993 Ranger GVWR alignment and options.

SPENCER R.
Information about the development and evaluation of the Ranger brake systems. Information about Brakes section of 1987 Ranger Things Gone Right/Wrong study.

SPETH S.
Information about trailer tow handling evaluation and center of gravity measurement for the Ranger.

STARCH B.

Information about draft marketing plan for 1986 Ranger.

STAMELOS W.
Information about 1991 and 1992 Ranger weight reports.

STAPLES R.
Information about Ranger ride and handling characteristics.

STARR D. S.
Information about evaluation of handling properties of the Ranger IRH 4x4 prototype.

STEVENS G.
Information about a static jounce clearance study for the 1990 Ranger XLT 4x4.

STEVENSON A.
Information about the release of tire line-ups for the Ranger and with information about the 1989 Ranger trailer tow ratings.

STORNANT R.
Information about 1992 Ranger weight reduction program and reliability improvement program regarding Ranger wheel bearing retainer and evaluation of Yuma wheel durability.

STRZALKA J.
Information about compliance certification plans and reports regarding the Ranger hydraulic brake systems.

SULLA K.
Information about Ranger roof crush testing and certification.

SUTTER R.
Information about light truck tire construction detail sheets.

TANDY D.
Information about ADAMS modeling computer simulation of dynamic handling and measurement of steering system and suspension compliance.

TAYLOR M.
Information about the CPPRG Committee.

TATE D.
Information about the development of Ranger suspension system.

THEUS R.
Information about design of Ranger suspension, including stabilizer bars.

THORNE E.

Information about warning decal re: 4x4 design and equipment features for off-road use.

THRASHER D.
Information about the evaluation and approval of tires, steering, ride and handling development, tire and wheel development, and vehicle dynamics for the Ranger.

TILLY R.
Information about compliance testing for the 1984 Ranger hydraulic brake systems.

TODD J.
Information about testing of the Ranger brake systems.

TOMLIN W.
Information about test authorization and evaluation for Ranger tire clearance.

TOTARO S.
Information about the 1986 front shocks for the Ranger.

TRAINOR J.
Information about news release from News From The World of Ford.

TUREK L.
Information about 1993 Ranger Things Gone Right/Wrong study.

VANCE A.
Information about compliance certification plans and testing for Ranger brakes.

VANDERHAGEN G.
Information about Ranger vehicle planning and study of options preferred by customers.

VANNIER
Information about 1992 New Vehicle Buyer Survey.

VOGH R.
Information about 1991 Ranger 3.0 liter assessment trip.

VOUGHT 13.
Information about Ranger tires and wheels, brakes, suspension, and handling evaluations.

WAGNER L. (FIRESTONE)
Information about tire construction and design for Ranger tires.

WALKER J.

Information about tire construction for Ranger tires.

WALZ R. (DEFIANCE, INC.)
Information about Ranger 4x2 cast axle assembly.

WASLOWICZ G. (DEFIANCE, INC.)
Information about Ranger 4x2 cast axle assembly.

WEAVER C.
Information about Engine/Exhaust section 1987 Ranger Things Gone Right/Wrong study.

WEBBER R. (BRIDGESTONE/FIRESTONE, INC.)
Information about tire evaluation and design for the 1993 Ranger.

WESTPHAL R.
Information about 1991 3.0 liter Ranger assessment.

WHITE C.
Information about durability and handling assessments, brake suspension components, and tires and wheels for the Ranger.

WHITE G.
Information about warning decal re: 4x4 design and equipment features for off-road use.

WHITE J. A.
Information about Ranger test fleet evaluations.

WHITTLE B.
Information about brake and tire testing for the Ranger.

WILK J.
Information about Ranger durability.

WILKINSON J.
Information about initial engineering assessment of Ranger Supercab.

WILLIAMS S.
Information about Ranger tires.

WINNARD D.
Information about steering linkage and design and release.

WITSCHONKE R.
Information about Ranger tires, brakes, suspension, wheels, options, handling, and Program Direction Letters.

WOROSZ H.
Information about brake design and compliance testing.

WOTTOND.
Information about ride and handling, suspension, camper package, steering, trailer towing and tire development for the Ranger, including lane change testing, wet handling evaluations, and other driving evaluations.

WU J.
Information about brake testing for the Ranger.

YOUNG M.
Information about weight evaluations of the Ranger.

ZAVODNY D. (ALLEED SIGNAL)
Information about brake evaluations for the Ranger.

ZEVALKINK M.
Information about Ranger Things Gone Right/Wrong study. Information about Ranger tires, GVWR alignment, ride and handling evaluations, brakes, suspension components, and Program Direction Letters.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; AND | § | CIVIL ACTION |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | NO. B-03-135 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

# EXHIBIT B
## LIST OF EXPERTS

Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
5 de Febrero, Juarez y Morelos
Valle Hermoso, Tamaulipas
842-02-03
Knowledge of facts and circumstances surrounding the medical examination and treatment of Plaintiff for injuries sustained as a result of the accident made the basis of this lawsuit. All medical providers are expected to testify fully as to history, examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the health care provider's medical records through a qualified custodian of records.

Custodian of records for
Dr. Jaime Jaramillo Gonzalez
Gobierno del Estado de Tamaulipas
Procuria Duria General de Justicia
Depto. Medico Legal
Hospital Civil Luis G. Falcon
5 de Febrero, Juarez y Morelos
Valle Hermoso, Tamaulipas
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Francisco Trujillo-driver of ambulance
Cristina Ureno Casas-Directora del D.I.F. Municipal
C. Claudia Nava-Encargada de las ambulancias
Desarrol Integral De La Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff.

Custodian of Records for
Francisco Trujillo-driver of ambulance
Cristina Ureno Casas-Directora del D.I.F. Municipal
C. Claudia Nava-Encargada de las ambulancias
Desarrol Integral De La Familia
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the ambulatory service which
transported Plaintiff to hospital. It is reasonably anticipated that the custodian of
records will testify that the financial records pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records, that such records were
kept in the regular course of business, and that the medical expenses incurred are
reasonable and necessary.

C.P. Raul Garza Galvan-Owner
Jardina de la Paz Funeral Home
(FunerariaJardina de la Paz)
Calle Rio Bravo #310 Esquina con 21 de Marza Zona Cnetro
Cd. Valle Hermoso, Tamps.
8.842.0038
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit.

C.P. Raul Garza Galvan-Owner
Jardina de la Paz Funeral Home
(FunerariaJardina de la Paz)
Calle Rio Bravo #310 Esquina con 21 de Marza Zona Cnetro
Cd. Valle Hermoso, Tamps.
8.842.0038
Knowledge of facts and circumstances surrounding the funeral records and expenses
incurred as a result of the incident made the basis of this lawsuit. It is reasonably
anticipated that the custodian of records will testify that the financial records pertaining
to decedent are under the supervision, custody and control of the custodian of records,
that such records were kept in the regular course of business, and that the funeral
expenses incurred are reasonable and necessary.

Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica
Agency of Public Investigations
Valle Hermoso, Tamp.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Lic. Jaime Benjamin Tijerina Solorzano
Lic. Jesus Ramonez Ballesteros Garza
Direccion General de Seguridad Publica
Agency of Public Investigations
Valle Hermoso, Tamp.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano Gutierrez
Agent of Public Investigative office
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
Ministry Police of the State (Policia Minesterial Del Estado)
Address Unknown
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Gerardo Blanco Davila
Notary Public Number 93 (Notaria Publica)
Calle J. Garcia Cardenas No. 345
Cd. Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Gerardo Blanco Davila
Notary Public Number 93 (Notaria Publica)
Calle J. Garcia Cardenas No. 345
Cd. Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.  It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Carlos Leonel Lozano
Corina Fabiola Arguelles
Ana Maria Torres Espinoza
Dr. Jaime Jaramillo Gonzalez
Benjamin Tijerina
Jesus Ballesteros
Procuraduria General De Justicia Del Estado
Departamento De Medicina Forense
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Carlos Leonel Lozano
Corina Fabiola Arguelles
Ana Maria Torres Espinoza
Dr. Jaime Jaramillo Gonzalez
Benjamin Tijerina
Jesus Ballesteros
Procuraduria General De Justicia Del Estado
Departamento De Medicina Forense
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Custodian of Records for
Prevention Police (Policia Preventiva)
Valle Hermoso
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Isaias Diaz Perez
Direccion General De Seguridad Publica
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
Isaias Diaz Perez
Direccion General De Seguridad Publica
Valle Hermoso, Tamps.
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Dr. Jaime Jaramillo
Dr. Eduardo Hernandez E.
Dr. Quintero
Dr. Daniel Moreno Chapa-sub director medico
Secretaria De Salud Hospital Civil Luis G. Falcon
Calles Juarez y Morelos
Cd. Valle Hermoso, Tamps.
8.842.0203
Knowledge of facts and circumstances surrounding the medical examination and
treatment of Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. All medical providers are expected to testify fully as to history,
examination, treatment, diagnosis, prognosis and causation as related to Plaintiff's
injuries that form the basis of this suit. Additionally, Plaintiff may introduce all the
health care provider's medical records through a qualified custodian of records.

Custodian of Records for
Dr. Jaime Jaramillo
Dr. Eduardo Hernandez E.
Dr. Quintero
Dr. Daniel Moreno Chapa-sub director medico
Secretaria De Salud Hospital Civil Luis G. Falcon
Calles Juarez y Morelos
Cd. Valle Hermoso, Tamps.
8.842.0203
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

Custodian of Records for
Social Security Hosptial
(Hospital del Seguro Social)
Address Unknown
Knowledge of facts and circumstances surrounding the medical and financial records
pertaining to Plaintiff for injuries sustained as a result of the accident made the basis of
this lawsuit. It is reasonably anticipated that the custodian of records will testify that
the medical and financial records pertaining to Plaintiff are under the supervision,
custody and control of the custodian of records, that such records were kept in the
regular course of business, and that the medical expenses incurred are reasonable and
necessary.

David Elizalde Olguin
El Bravo Newspaper Clipping
Matamoros, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit.

Custodian of Records for
David Elizalde Olguin
El Bravo Newspaper Clipping
Matamoros, Texas
Knowledge of facts and circumstances surrounding the investigation of the accident
made the basis of this lawsuit. It is reasonably anticipated that the custodian of records
will testify that the investigation reports pertaining to Plaintiff are under the
supervision, custody and control of the custodian of records and that such records were
kept in the regular course of business.

Joseph L. Burton, M.D.
BURTON & ASSOCIATES
Forensic and Environmental Pathology and Medicine
13784 Georgia Highway 9
Alpharetta, Georgia 30004
770-777-0437
(770) 753-4389
Joseph L. Burton, M.D. is a forensic. Dr. Burton may testify as to biomechanical forces
exerted on the occupants of the vehicle. He may also testify as to the mechanism for the
causation of the injuries to the occupants in the vehicle. His opinions will be based on
his education, background, training and/or reasonable medical probability, and his
vehicle inspection and review/analysis of the facts of the case.

Andy Irwin
The Irwin Company
2623 Abrams Road
Dallas, Texas 75214
(214) 320-8686
(214) 320-1007 FAX
Mr. Irwin is an Accident Reconstructionist. Mr. Irwin received his Bachelor of Science
in Civil Engineering from the University of Texas at Arlington, Arlington, Texas.

John Stilson
Stilson Consulting
18544 Old Gages Lake Road
Wildwood, IL  60030
P. O. Box 367
Grayslake, IL  60030
(847) 223-3101
(847) 223-3180  FAX
John Stilson is a Safety and Automotive Consultant. He received his Masters of Science in Mechanical Engineering from University of Michigan in 1969, an Automotive Engineering Degree from Chrysler Institute of Engineering in 1969, and Bachelor of Science in Mechanical Engineering from the University of Michigan in 1967.  He will render opinions on the defective design and manufacture of the vehicle involved in the collision.  Mr. Stilson will also testify as to a safer alternative design for the vehicle involved in this case as more specifically set forth in his report. Mr. Stilson will provide testimony regarding the accident scenario as it relates specifically to the subject vehicle, including expert opinions about the point of impact on the subject vehicle.

H. David Feltoon, Ph.D.
Clinical & Neuropsychology
8025 Chalk Knoll
Austin, Texas  78735
 (512) 750-7164
Dr. H. David Feltoon is a clinical psychologist.  He also holds a Ph.D. in Clinical and Neuropsychological.  In general, Dr. Feltoon will testify regarding his evaluations of Plaintiffs.  He will testify regarding his opinions of the present and future psychological effect and damages that accident has had on Plaintiffs.

## DEFENDANTS ALSO LISTED THE FOLLOWING EXPERTS AND/OR PERSONS WITH KNOWLEDGE OF RELEVANT FACTS AND PLAINTIFFS RESERVE THE RIGHT TO CROSS-EXAMINE:

Based upon a review of the documents described below, and a reasonably diligent inquiry, Ford discloses below hereto as those likely to have discoverable information relevant to disputed acts alleged with particularity in the pleadings and sets forth the subject matter of that information.

ABLONDI R.
  Information about Things Gone Right/Wrong study of 1987 Ranger in Chicago and Los Angeles.

ADAMS G.
  Information about evaluation of steering.

ADAMS G. P.
  Information about Overall Exterior section of Ranger Things Gone Right/Wrong study.

ADAMS I.
  General Tire employee with information about tires for the Ranger.

ADAMS J.
  Information about weight anal sis and GVWR alignment of the Ranger.

ANTOUN R.
  Suspension design engineer with information about Ranger front and rear suspension design, handling and stability analysis for the Ranger, selection of tires for the Ranger, computer simulation of dynamic handling and light truck 4x4 label.

AQUINTO S. M.
  Information about rear suspension design for the Ranger.

ARDISANA L.
  Information about product planning for 1988-1989 Ranger.

ASHBURN P.
  Information about trailer towing evaluation of Ranger with diesel engine in 1982.

AVENMARG H.
  Information about compliance with FMVSS 208, seat belt warning indicators.

AVOURIS J.
  Information about wheel and tire design for the Ranger, including effect of various tires on handling, and computer simulation of dynamic handling.

**BACIGALUPI R.J.**
Information about tire evaluation and selection and brake development for the Ranger.

**BADANI K.**
Information about brake master cylinder design and evaluation.

**BADSKI W.**
Information about power steering gear evaluation for the 1989 Ranger Program.

**BAKER**
Information about tire evaluations.

**BAMBENEK C.**
Information about compliance certification for Ranger brakes.

**BANKS Y.**
Information about drive evaluations of the Ranger.

**BARBOSA M.**
Information about Ranger brake evaluations.

**BARBOUR A.**
Information about Ranger brake evaluations.

**BARKER P.**
Information about options summaries for the Ranger, Ranger wheels, Ranger package, including track width and height, Ranger steering gear and product concerns for 1990 through 1992 Rangers and memo specifying general location of various safety decals in the 1983 Ranger.

**BARTHELEMY B.**
Information about roof crush testing.

**BARTLETT J.**
Information about warranty performance relating to tire and wheel balance.

**BASAS J.**
Information about steer and camber compliance under dynamic conditions.

**BAUMGARTNER E.**
Information about vehicle planning, including tires and wheels, gas shock absorbers, seatbelts, composite leaf springs, vehicle package, and Program Description Book.

**BAZZY J.**
Information about Ranger tire lineup, brakes, GVWR alignment, and Program Direction Letters re weight, axle/spring ratings, and brakes.

BEAL P. C.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

BEAMGARD D.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas and about vehicle weight and fuel economy.

BELDING
Information about parts change notices for brake evaluations done at Arizona Proving Ground.

BICKERSTAFF D.
Information about suspension design, vehicle handling, and stability analysis for the Ranger.

BIDOL M.
Information about brake design and brake compliance certification testing.

BINDON G.
Information about weight analysis of the Ranger.

BINDON M.
Information about tire evaluations for the Ranger.

BIRCHMEIER J.
Information about predictions of McLaren Ranger J-turn performance.

BOGENSCHUTZ B.
Information about Ranger steering linkage and weight.

BOHAN W.
Information about brake compliance testing for 1991 and 1992 model year Ranger.

BONZA C.
Information about development of drive line and axle components for 1982 Ranger and evaluation of steering linkage for 1989 Ranger.

BOROWSKI T.
Involved with Seats section of Ranger Things Gone Right/Wrong study.

BOSCHEERT J.
Information about Electrical section of Ranger Things Gone Right/Wrong study.

BOUCHEZ R.
Information about brake evaluations for 1992 Ranger.

BOYD C.
Information about steering and suspension for Ranger.

BRACK S. A.
Information about tilt table testing on the Ranger.

BRAVO J.
Information about evaluation of steering, suspension, ride, and handling of the Ranger.

BRAYBOY E.
Information about brake development and certification testing, build readiness assessments, steering and suspension for the Ranger.

BROWN
Information about wheel and brake evaluations for the Ranger.

BULIN J.
Information about 1988 model year marketing actions.

BUNKOSKY P.
Information about brake certification testing for the Ranger.

BURCAR J.
Information about brake system design and development.
CAMPBELL R.
Information about steering, ride and handling development, including tire and wheel development.

CANTALUPO J.
Information about Ranger GVWR weight analysis.

CARTY M.
Information about brake design and evaluation.

CHANNELL S.
Information about steering and brake performance evaluations and Ranger 4x4 Supercab Camper handling evaluations.

CHAPELL T.
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

CHEEK C.
Information about Sheet Metal section of 1987 Ranger Things Gone Right/Wrong study.

CIELIESKA R.
Supervisor regarding weight analysis for Ranger.

CLARKSON G.
 Information about Ranger wheel design and selection.

COMMONS T.
 Information about Ranger hydraulic brake system and compliance
 certification.

COOPER D.
 Information about brake development and design, and option content weight
 evaluations.

COVERT A.G.
 Information about handling analysis of Ranger IRH 4x4 prototype.

COWLEY M.
 Information about tire selection, weight analysis and front suspension design.

CRADDOCK R.
 Information about Ranger front and rear suspension design, tire and wheel design
 and selection. Information about cycle plan--complexity for light trucks.

CROCKATT T.
 Information about suspension for Ranger.
CROMWELL
 Information about Ranger weight analysis.

CROMWELL H.
 Information about handling and stability.

CUNNINGHAM C.
 Information about roof testing.

CURRERI J.
 Information about brake design and compliance testing.

DAHNKE F.
 Information about wheel and tire design, selection, and evaluation.

DARATONY S.
 Information about Ranger 4x2 weight analysis.

DAROLD A.
 Information about design and development of Ranger and steering and
 handling of Ranger.

DAVIS
 Information about wheels, tires, and selection of rear suspension components
 for the Ranger.

DAVIS R.
> Information about warning label re: 4x4 design and equipment features for off road use memo regarding response to Notice of Proposed Rule Making regarding operation of utility vehicles on a paved roadway.

De SANTIS T.
> Information about Ranger rear and suspension design and evaluation.

DONNELL R.
> Information about 1990 ad regarding Ford trucks.

DONOVAN F.
> Information about Paint section of 1987 Ranger Things Gone Right/Wrong study.

DORLING A.
> Information about compliance with FMVSS 208, seat belt warning indicators.

DROTAR F.
> Information about evaluation of steering and suspension for Ranger, tire and wheel evaluation, brake testing and overall handling and stability analysis, build readiness assessment, 1991 model Ranger, and 4x4 consumer information production incorporation dates.

DUHL N.
> Information about build readiness assessment, steering, brakes, tires.

DUVALL H.
> Information about development and evaluation of suspension and steering.

DZIUBA J.
> Information about Ranger suspension design and computer analysis of ride and handling information about suspension components and vehicle weight analysis.

EADY R.
> Information about weight analysis and GVWR alignment for Ranger.

EDWARDS M.
> Information about Mechanism section of 1987 Ranger things Gone Right/Wrong study.

EGNOTT.
> Information about Ranger rear suspension design and weight analysis.

ELDER K.
> Information about suspension for STX Ranger and wheel and tire selection.

EMMERT
   Information about 1992 New Vehicle Buyers' Survey and 1991 Ford News
   Release describing light truck lineup, including Ranger.

ENGLEHARTJ.
   Information about product planning and Ranger program at management
   level.

FAIRCHILD E.
   Information about Squeak and Rattle section of 1987 Ranger Things Gone
   Right/Wrong study.

FERRARESI L.
   Information about tire selection and wheel design, trailer towing ratings, and
   evaluation of steering, suspension, handling and stability, track width and
   height analysis of Ranger Supercab STX, brake system development and
   weight analysis. Information about dealer and district personnel meeting in
   St. Louis.
FIGLIOMENI F. (BRIDGESTONE/FIRESTONE)
   Information about testing of tires for Ranger.
FIGURSKI P.
   Brake development and certification testing.
FISCH R.
   Information about brake development and certification testing.
FROMM H.
   Tire evaluation and selection, including GVWR analysis.

FUNK J.
   Information about product planning, including trailer towing evaluations, weight
   analysis, suspension component evaluations, evaluation of suspension, ride and
   handling, power steering gear evaluation, brake development, and incorporation of
   4x4 label in production.

GALANIUK A. H.
   Information about overall durability and handling analysis, and brake system
   design.

GHODSI F.
   Information about tire and wheel computer analysis.

GILLIES W.
   Information about Ranger front end suspension.

GODETIEF.
   Information about Ranger roof crush testing.

GOLBIW E.
   Information about brake development and evaluation.

GOLDFARB CONSULTANTS
Authored report entitled "Dallas Pickup Truck Market Probe."

GOMEZ J.
Information about evaluation of steering gear linkage, steering gear and front drive axle, handling, brakes, tires and GVW ratings for Ranger.

GOODMAN J.
Information about design of steering link assembly, parking brake system, trailer tow ratings and build readiness assessment.

GOODWIN
Information about brake development and certification testing.

GORCYCA E.
Information about Ranger Things Gone Right/Wrong study and New Vehicle Quality Survey and durability tracking study.

GORDON A.
Information about trailer tow evaluations for Ranger with mandatory equipment.

GOULD W.
Information about Ranger tire design.

GRANDINET D.
Information about evaluation of steering, suspension, ride and handling for Ranger. Also initial engineering assessment of rear anti-lock system.

GRASINSKI
Information about Denver and Phoenix dealer comments.

GREEN B.
Information about rear suspension design, steering geometry development and tire evaluation and selection.

GREENE L.
Information about brake system development and compliance certification testing.

GRIESBAUM J.
Information about brake system design and development.

GRIFFITH R.
Information about weight analysis and the GVW alignment, trailer tow evaluations, tire selection, suspension component design, evaluation of steering, suspension and handling.

GUARESIMO P.
Information about brake system design, GVWR analysis and alignment, and rear suspension component design.

HACKERT P.
Information about tire evaluations, suspension evaluations, and handling evaluations, including computer simulation of dynamic handling and suspension.

HAINES W.
Information about 1992 News From The World of Ford article discussing improvements in performance, comfort and convenience in, among other vehicles, the Ford Ranger.

HALL D.
Information about 1986 Ranger marketing plan.

HAMANN R.
Information about brake development and compliance certification testing.

HARDICK R.
Information about evaluation of steering linkage and trailer tow rating evaluations.

HARRIS W. B.
Information about 1992 New Vehicle Buyers Survey.
HARRISON C.
Information about parking brake system development, tire evaluation and selection, options package content and suspension for weight analysis, trailer tow ratings evaluation, and rear and front end suspension component design.

HATT J.
Information about steering component evaluation, evaluations of steering linkage, and evaluations of ride and handling of Ranger.

HEALY C.
Information about suspension and brakes for Ranger program.

HIMES R.
Information about Ranger steering gear development and front drive axle considerations for fuel economy.

HOLM S.
Information about interior trim, restraints and instrument Panel section of 1987 Ranger Things Gone Right/Wrong study.

HOLMES G.
Information about suspension and tire clearance evaluations.

HOMMEL R.
Information about trailer tow capability evaluations.

**HORSTMANN F.**
Information about evaluation of steering, suspension, ride and handling, trailer towing, and tires.

**HOUSTON D.**
Information about computer simulation of dynamic handling.

**HOWARD R.**
Information about wheel and tire design selection and brake development for the Ranger.

**J. WALTER THOMPSON**
This company has been the advertising agency in charge of all Ford Ranger advertising since its introduction in 1984, including television commercials, written ads and brochures.

**JACOBSEN K.**
Information about rear suspension evaluation of 1992 LW13 Ranger.

**JAMES R.**
Information about trailer towing evaluation of Ranger with mandatory and optional equipment.

**JANK P.**
Information about tire selection and tire and brake vacuum system evaluation for Ranger.

**JENDRUSCH T.**
Information about Ranger handling and stability analysis and tire and wheel development.

**JENZEN W.**
Information about handling and stability analysis and tire and wheel development and evaluation.

**JOHNSON R.**
Information about consideration of actions for future Ranger advertising in the 1986 time period and attended clinic in Dallas.

**JONES D.**
Information about tire selection and design.

**JONES T.C.**
Information about wheel and tire design selection and alignment.

**KALINOWSKI D.**
Information about brake master cylinder design and evaluation.

**KAMMERER A.**

Information about tire evaluation and selection.

KAPADIA M.
Information about wheels, weight analyses and prototype reviews.

KARZUN H.
Information about front end suspension and wheel selection for the Ranger.

KATI70 M.
Information about Ranger wheel evaluation and design.

KEBLAITIS D,
Information about tire and brake evaluations for the Ranger.

KELSEY - HAYES
Information about Ranger brake development and evaluation.

KERT H.
Information about suspension, and overall handling evaluation and development.

KILGORE J.
Information about wheel design and evaluation.

KING J.
Information about Ford Bulletin No. 8891 regarding Safety Recall 482 (1984) to correct locking front-wheel drive hubs, 1987 sun visor and 4-wheel drive instruction label replacement, together with notification to dealers, letter to vehicle owners and installation instructions, and Ford general field bulletin, safety recall for, among other things, certain 1985 through 1987 light truck fuel line retainer clips.

KNEPPER R.
Information about Ranger steering and brakes.

KOCAJC.
Information about evaluation of tires for the Ranger.

KOHL R.
Information about development of ride and handling of the Ranger including trailer towing, steering damper evaluation, camper handling evaluation, and evaluations of various suspension components.

KOSZTOWNY B.
Information about steering and suspension design for Ranger.

KOTO D.
Information about options Ranger and signed product letters pertaining to options, suspension, wheels, shock absorbers, tires, and GVWR.

KOZMA, J.

Information about Ranger front and rear suspension geometry and dimensional analysis of Ranger including center or gravity.

KRAUSE S.
Information about steering evaluations for the 1987 Ranger.

KRESS E. (BRIDGESTONE/FIRESTONE)
Bridgestone/Firestone employee with information about tires and wheels for the Ranger.

KRISS J.
Information about drive evaluation for the Ranger.

KUCHERA
Information about evaluation trips, engineering assessments, and build readiness for the Ranger.

LABROAD S.
Information about the testing for Ranger.

LEACHMAN A.
Information about evaluation of Ranger brakes and suspension.

LEINONEN J.
Information about Ranger brake testing.

LIGON E.
Information about development of Ranger front and rear suspension.

LILJESTRAND R.
Information about incorporation of 4x4 label in production.

LINOVITZ S.
Information about assessment and development of Ranger steering, handling, and suspension.

LLOYD W.
Information about 1991 Ranger option summary, steering geometry, wheels, GVWR ratings, stabilizer bars, and engineering assessments.

LOCHRIE J.
Information about 1991 Model Competitive New Vehicle Quality Survey.

LUCHT H.
Information about installation drawings for Ranger rear axle, stabilizer bar and steering gear.

LUNDSTROM R.
Information about development of suspension for Ranger Splash.

LUTZ R.
Information about tires and wheels of the Ranger.

LYONS, S.
Information about choice of wheels for the Ranger.

MAHONEY R.
Information about compliance certification for brakes for 1986 Ranger.

MAKOWSKI
Information about tire, wheel, and brake development for the Ranger.
Information about 19913.0 liter Ranger market research.

MALBOEUF P.
Information about Ranger 3.0 liter market research.

MALONEY R.
Information about Ranger brakes, steering, ride, handling, tires, wheels, and
Program Direction letters.

MANNING H.
Information about Ranger powertrain and incorporation of front stabilizer bar.

MARGLE J.
Information about design engineering of Ranger axles.

MARITZ MARKETING RESEARCH
Authored 1992 durability tracking study.

MARTINS R.
Information about date 4x4 consumer information was incorporated at plants.

MASON F.
Information about brake certification for Ranger.

MASON J.
Information about the consideration of tire construction, steering, suspension and brakes for the Ranger.

MASTT.
Information about development of suspension, steering, ride and handling, and tires of the Ranger.

MAUGH R.
Information about response to NHTSA Docket No. 82-20 and memo concerning Ranger 4x4 handling.

MAZZOLA S.
Information about development of axles and suspension for the Ranger.

MCCLUREJ.
Information about ride and handling, trailer towing, suspension, steering, and tire development for the Ranger.

McCORMICK D.
Information about 1990 general ads for Ford trucks, including the Ranger.

MCDANIEL D.
Information about 1993 Competitive New Vehicle Quality Report.

MCKEE J.
Information about tire and wheel choices for the Ranger.

MCKILLIP D. M.
Information about Ranger roof crush testing and certification and door crush certification and testing.

MCKIMMY J.
Information about front and rear geometry evaluations and tire evaluations for the Range.

MCLELLAN B.
Information about choice of tires and front shocks for the Ranger.

MENG
Information about Ranger camber/caster and steering.

MICHELIN
Information about tires for the Ranger.

MINER H.
Information about weight analysis of the Ranger.

MIOTTO C.
Information about Wind Noise/Water Leaks section of 1987 Ranger Things Gone Right/Wrong study.

MOCERI E.
Information about Ranger tire evaluation.

MODI N.
Information about Ranger brake system and brake certification.

MOHR J.
Information about tire clearance studies and brake hose evaluations of the Ranger.

MOODY S.
Information about testing and evaluation of Ranger brakes.

MOORE G.
Information about Ranger caster/camber evaluations.

MOORE M.
Information about design of Ranger suspension, handling, and limit handling.

MOORE T.
Information about consideration of composite leaf springs.

MORRISON, R. L.
Information about glazing issues.

MORRISON G.
Information about 1990 general ad for Ford trucks, including Ranger.

MOSTROG G. J.
   Information about tire evaluations for the Ranger.

MOULTON G.
   Information about light truck engineering letter specifying a general location for
various vehicle safety decals on the 1983 Ranger.

MUIR R.
   Information about departure angle and rear tire clearance for the Ranger.

MURPHY R.
   Information about trailer towing equipment recommendations for the
   Ranger.

MURRAY T.
   Information about tire, steering, ride and handling, brake and vehicle dynamics
   development of the Ranger.

MUSSELMAN T.
   Information about steering gear evaluation, composite leaf spring project, and
   tire option availability for the Ranger.

NICHOL D.
   Information about front wheel and the design, including caster split and rotor and
   stud characteristics.

NIKIRK C.
   Information about Ranger wheels, brakes, tires, weight analysis, suspension,
   and program planning.

NORTH A.
   Information about Ranger suspension, steering brake and axle development
   Reports.

NOVEL F.
   Information about engineering assessments and build readiness assessments
   for the 1990-1993 Ranger.

O'LEARY M.
   Information about computer simulation of Ranger handling.

ONKKA D.
   Information about Ranger front and rear suspension, steering and J-turn testing for
   the Ranger.

ORLANDINI W.
   Information about steering gear evaluations for the Ranger.

OURCHANE A.
Information about computer simulation of ride and handling for improved ride height Ranger.

PAGE N.
Information about weight analysis of Ranger.

PARKS J.
Information about handling and steering development of the Ranger. As executive engineer for Body, Frame and Fuel Systems in early 1990's, he had supervisory involvement with various aspects of the Ranger, including body, ride and handling, steering, and brakes, Also, information about deviation request re: light truck 4x4 label.

PASCARELLA R.
Information about computer simulation of dynamic handling including tilt table data relating to the 1992 Ranger.

PASKOVITZ J.
Information about 1989 Things Gone Right Executive Report.

PAWLING R. (BRIDGESTONE/FIRESTONE)
Employee with information about tires for the Ranger.

PELKEY J.
Information about brakes for the Ranger.

PEPIN M.
Information about analysis of brakes for the Ranger.

PETERSON D.
Information about Ranger ground clearance and wheel balance and retention.

PETTRY R.
Information about option content, GVWR alignment, and weight evaluation for the Ranger.

PHEBUS R.
Information VGWR alignment, option summary, suspension components, and Program Direction letters.

PHELPS D.
Information about the evaluation of Ranger steering gear and front drive axle.

PITTMAN R.
Information about Ranger tires and wheels, brakes, and weight analysis.

PLOTZKE M.
Information about exterior ornamentation section of 1997 Ranger Things Gone Right/Wrong study.

PORTERFIELD
Information about Ranger brakes.

POTOCZAK
As Light Truck Chief Engineer in the early 1980's, Mr. Potoczak had overall supervisory responsibility for all light truck programs, including the Ranger.

PRIBAK M.
Information about evaluation of ground clearance for the Ranger.

PROBUS C.
Information about 1991 Ranger 3.0 liter study.

RADCLIFFE J.
Information about tire selection and design verification testing.

RAINES R.
Information about GVWR analysis, including rear brakes, axle/springs, wheels and options on GVWR alignment and regarding use of actual max payloads in 1988 Ranger advertising.

RAMA G.
Information about design and development of brake system in the 1992 Ranger and 1992/1993 GVWR alignment.

RANEY R.
Information about brake development and certification, evaluation of steering geometry and 1989 Ranger suspension.

REICHENBACH R.
Information about tire development and testing for Ranger, including computer simulation.

REPLOGLE D.S.
Information about over-all durability and handling evaluations, brakes, tires, and program planning.

RICH
Information about Ranger brakes and weight evaluations.

RICH J.
Information about Ranger power steering gear and trailer towing.

RITZ J.
Information about brake development and compliance testing, steering linkage design and evaluation of steering, ride and handling for 1986 Ranger.

RIVARD D.
Information about suspension evaluations and wheel and tire selection for Ranger.

ROBERTS M.
Information about design and development of front and rear suspension components and overall suspension handling and stability analysis.

ROBERTS R.
Information about 1986 Ranger marketing plan.

RODDEN C.
Information about Temperature Control, section of 1987 Ranger Things Gone Right/Wrong study.

RODGERS T.
Information about handling and stability analysis.

ROUKEG.
Information about Ranger product planning.

RUPP D.
Information about trailer towing evaluations, brake design and front and rear suspension design.

RUSH G.
Information about brake development and design.

SACRISON C.
Information about design and development of front end suspension.

SADLER R.
Information about design and development of brakes in 1991 to 1992 Ranger.

SAHUKAR A. E.
Information about the testing of the Ranger RABS System.

SALATA S. R.
Information about ride and management evaluations conducted on the Ranger.

SAPP J.
Information about analysis of brake system performance for the 4x2 Ranger.

SCHAUER J.
Information about Ranger brake development and compliance certification testing.

SCHNEIDER R.
Information about development of Ranger rear suspension and steering and handling evaluations.

SCHOEN D.
Information about development and design of brake system for Ranger.

SCHULTZ D.
Information about 1990 New Buyer Survey.

SHEDDEN L.
Information about Ranger Build Readiness Assessment.

SHELTON J.
Information about Ranger weight analysis and evaluation.

SHIN A.
Information about Ranger Flareside program letters.

SIDENER T.
Information about transmission, axle, driveshaft, transfer case, and clutch section of 1987 Ranger Things Gone Right/Wrong study.

SIMPSON R.
Responsible for the body structure design for the 1983-1984 Ranger.

SITCHIN A.
Information about computer simulation of dynamic handling for the Ranger.

SKUBIS K.
Information about design of front disc brakes, rear stabilizer bar, and rear suspension for Ranger.

SKYNAR L.
Information about 1992 Ranger pilot program regarding the rear springs and weight savings and information about evaluations of steering, ride and handling.

SLEATH H.
Information about the development and testing of the steering and ride handling subsystem for PN63 and the development of the Ranger Splash suspension, including improvement of the handling characteristics of the Ranger.

SMITH A.
Information about the design and release of wheels and tires and compliance certification of the Ranger brake system.

SMITH A. C.
Information about Ranger tires and wheels, handling, and compliance certification for the Ranger hydraulic brake system.

SMITH G. C.
Information about trailer tow evaluation and options regarding handling and suspension packages.

SMITH K. V.
Information about testing and compliance certification of Ranger brake system.

SMITH R.
Information about GVW and option weights and also suspension, including spring selection and truck/camper loading for the Ranger.

SMITH R. D.
Information about Ranger spring selection and safety certification labels.

SMITH W.
Information about the development of the 1993 Ranger tire ride and handling development, tire and wheel development, and vehicle dynamics as well as the development and evaluation of the front coil spring retainers.

SNODGRASS K.
Information about evaluations of Ranger handling, including evaluations of tires, stabilizer bars and other suspension components and computer simulations of limit handling.

SORONEN J.
Information about steering design and evaluation, handling evaluation, and jounce studies for the Ranger. Information about Steering and Handling section of 1987 Ranger Things Gone Right/Wrong study.

SPAULDING G.
Information about the 1992 and 1993 Ranger GVWR alignment and options.

SPENCER R.
Information about the development and evaluation of the Ranger brake systems. Information about Brakes section of 1987 Ranger Things Gone Right/Wrong study.

SPETH S.
Information about trailer tow handling evaluation and center of gravity measurement for the Ranger.

STARCH B.

Information about draft marketing plan for 1986 Ranger.

STAMELOS W.
Information about 1991 and 1992 Ranger weight reports.

STAPLES R.
Information about Ranger ride and handling characteristics.

STARR D. S.
Information about evaluation of handling properties of the Ranger IRH 4x4 prototype.

STEVENS G.
Information about a static jounce clearance study for the 1990 Ranger XLT 4x4.

STEVENSON A.
Information about the release of tire line-ups for the Ranger and with information about the 1989 Ranger trailer tow ratings.

STORNANT R.
Information about 1992 Ranger weight reduction program and reliability improvement program regarding Ranger wheel bearing retainer and evaluation of Yuma wheel durability.

STRZALKA J.
Information about compliance certification plans and reports regarding the Ranger hydraulic brake systems.

SULLA K.
Information about Ranger roof crush testing and certification.

SUTTER R.
Information about light truck tire construction detail sheets.

TANDY D.
Information about ADAMS modeling computer simulation of dynamic handling and measurement of steering system and suspension compliance.

TAYLOR M.
Information about the CPPRG Committee.

TATE D.
Information about the development of Ranger suspension system.

THEUS R.
Information about design of Ranger suspension, including stabilizer bars.

THORNE E.

Information about warning decal re: 4x4 design and equipment features for off-road use.

THRASHER D.
Information about the evaluation and approval of tires, steering, ride and handling development, tire and wheel development, and vehicle dynamics for the Ranger.

TILLY R.
Information about compliance testing for the 1984 Ranger hydraulic brake systems.

TODD J.
Information about testing of the Ranger brake systems.

TOMLIN W.
Information about test authorization and evaluation for Ranger tire clearance.

TOTARO S.
Information about the 1986 front shocks for the Ranger.

TRAINOR J.
Information about news release from News From The World of Ford.

TUREK L.
Information about 1993 Ranger Things Gone Right/Wrong study.

VANCE A.
Information about compliance certification plans and testing for Ranger brakes.

VANDERHAGEN G.
Information about Ranger vehicle planning and study of options preferred by customers.

VANNIER
Information about 1992 New Vehicle Buyer Survey.

VOGH R.
Information about 1991 Ranger 3.0 liter assessment trip.

VOUGHT 13.
Information about Ranger tires and wheels, brakes, suspension, and handling evaluations.

WAGNER L. (FIRESTONE)
Information about tire construction and design for Ranger tires.

WALKER J.

Information about tire construction for Ranger tires.

**WALZ R. (DEFIANCE, INC.)**
Information about Ranger 4x2 cast axle assembly.

**WASLOWICZ G. (DEFIANCE, INC.)**
Information about Ranger 4x2 cast axle assembly.

**WEAVER C.**
Information about Engine/Exhaust section 1987 Ranger Things Gone Right/Wrong study.

**WEBBER R. (BRIDGESTONE/FIRESTONE, INC.)**
Information about tire evaluation and design for the 1993 Ranger.

**WESTPHAL R.**
Information about 1991 3.0 liter Ranger assessment.

**WHITE C.**
Information about durability and handling assessments, brake suspension components, and tires and wheels for the Ranger.

**WHITE G.**
Information about warning decal re: 4x4 design and equipment features for off-road use.

**WHITE J. A.**
Information about Ranger test fleet evaluations.

**WHITTLE B.**
Information about brake and tire testing for the Ranger.

**WILK J.**
Information about Ranger durability.

**WILKINSON J.**
Information about initial engineering assessment of Ranger Supercab.

**WILLIAMS S.**
Information about Ranger tires.

**WINNARD D.**
Information about steering linkage and design and release.

**WITSCHONKE R.**
Information about Ranger tires, brakes, suspension, wheels, options, handling, and Program Direction Letters.

**WOROSZ H.**
Information about brake design and compliance testing.

**WOTTOND.**
Information about ride and handling, suspension, camper package, steering, trailer towing and tire development for the Ranger, including lane change testing, wet handling evaluations, and other driving evaluations.

**WU J.**
Information about brake testing for the Ranger.

**YOUNG M.**
Information about weight evaluations of the Ranger.

**ZAVODNY D. (ALLEED SIGNAL)**
Information about brake evaluations for the Ranger.

**ZEVALKINK M.**
Information about Ranger Things Gone Right/Wrong study. Information about Ranger tires, GVWR alignment, ride and handling evaluations, brakes, suspension components, and Program Direction Letters.

# Cadaver Identification report from the Office of Public Investigation regarding Jose A. Escobedo

By means of this letter I inform you that we received a call around 07:50 of today July 19, 2002, of the Agency of Public Investigations to identify the body of a male person, 56 yrs. Old approximate, who died apparently because of a vehicular accident (rollover); for which Lic. Jaime Benjamin Tijerina Solorzano and Lic. Jesus Ramonez Ballesteros Garza, experts in this unit, were transported to the hospital to try to identify the body.  Description of Jose Angel Escobedo is as follows:

## = PERSONAL DATA =

| | |
|---|---|
| AGE: | 56 years old approximate |
| GENDER: | Male |
| COLOR: | dark-skinned |
| BUILD: | medium |
| HEIGHT: | 1.75 mts. Approximate |
| HAIR: | gray-haired |
| FOREHEAD: | medium |
| EYES: | Brown |
| NOSE: | wide |
| EYEBROWS: | semi-thick |
| MOUTH: | medium |
| LIPS: | thin |
| EARS: | medium |
| MUSTACHE: | grown |
| BEIRD: | unshaved |
| CHIN: | regular |
| THEETH: | Bad |
| PROSTHESIS: | none |

OBSERVATIONS: The body was found laying down facing up, head to the west and feet to the east, presenting a bruise on the nose and on his chest and bleeding by the ears.

PARTICULAR SIGNS: None

CLOTHING: gray pants, blue squared shirt, blue socks, and white underwear.

ADDRESS WERE BODY WAS FOUND: Hospital Civil

PERSON WHO IDENTIFIED BODY: Luis Alberto Escobedo Viera

RELATIONSHIP: Son

CAUSES OF DEATH: shock caused by explosion of the liver

Some pictures are attached.

X-Lic. Benjamin Tijerina S.
X-Lic. Jesus R. Ballesteros G.

Escobedo, Jose Ang.
205623-000067

# Inspection of Body Report from the Public Investigative Office regarding Jose A. Escobedo

Reason of notice. In Valle Hermoso, Tamaulipas, July 19,2002.

--- A phone call of PME was received to advise that on Hospital Civil is a male person, and apparently dead.

## = INSPECTION OF THE BODY =

--City of Valle Hermoso, Tamaulipas, July 19, 2002, the subscriber Carlos Leonel Lozano Gutierrez, Agent of the Public Investigative office, acknowledges that he has in sight a body of a dead person, male, laying on his back with head to the west and feet to the east, the autopsy will determine the cause of death.

Clothing that the victim was wearing is: gray pants, blue socks, white underwear and squared shirt.

Belongings: (1) 100 pesos bill, (2) dollar bills, (5) 25 cents coins, (1) five cents coin and (1) ten cents coin.

Particular Signs: none visible

## = GENERAL DATA OF THE VICTIM =

Name:　　　　Jose Angel Escobedo Rodriguez
Age:　　　　56 yrs. old, married
Occupation:　day laborer, originally from Brecha 32, Km 83, address Tamaulipas 4 & 5 Colonia Tamaulipas, same that was identified by:

## = WITNESS =

Name:　　　　Luis Alberto Escobedo Viera
Age:　　　　32 yrs. old, married
Occupation:　Transit Agent
Originally from Valle Hermoso Tamaulipas, address at Tamaulipas 4 & 5 Colonia Tamaulipas.
Relationship: son
Acknowledgement of Injuries: none at sight

## = ACKNOWLEDGEMENT OF THE BODY =

Build:　　　　Robust
Approx. height: 1.70 mts.
Complexion:　dark-skinned
Hair:　　　　gray-hair
Forehead:　　medium
Eyes:　　　　brown
Nose:　　　　broad
Eyebrows:　　semi-thick
Eyelashes:　　short
Mustache:　　scarce
Mouth:　　　medium
Lips:　　　　thin
Beard:　　　unshaved
Chin:　　　　oral

**OBSERVATIONS**: it is observed a male person in the pediatric area of the Hospital Civil in a hospital bed covered with a blanket, which appears to be dead.

Carlos Leonel Lozano Gutierrez

- - -RAZON DE AVISO. En Valle Hermoso Tamaulipas, a __19__ del mes

de __Julio__ del año Dos mil dos.- - - - - - - - - - - - - - - - - - - - -

- - -Se recibió el aviso vía telefónica de parte de P.M.E. en el sentido de que

en __Hospital Civil__ se encuentra persona del

sexo __Masculino__ y al parecer sin vida. Conste- - - - - - - - - - - - - - - - - -

## INSPECCION MINISTERIAL Y LEVANTAMIENTO DE CADAVER

- - -En ciudad Valle Hermoso Tamaulipas, a __19__ del mes de __Julio__

del año Dos mil dos el suscrito **CARLOS LEONEL LOZANO GUTIERREZ,**

Agente del Ministerio Público Investigador, quien actúa con Oficial Secretario en la

forma legal, se constituyó en __Hospital Civil__, y

con fundamento en lo dispuesto por los artículos 139 y 140 del Código de

Procedimientos Penales, da fé de tener a la vista el cuerpo de una persona sin

vida del sexo __masculino__ en posición de - __decubito dorsal__ con la

cabeza al __poniente__ y los pies al __Oriente__, en cuanto a las causas de

ello, el dictamen de __Autopsia__, lo determinará: la víctima presenta como:

**INDUMENTARIA.-** __pantalon gris, calcetines azules,__

__truza blanca, Playera a cuadros,__

_____

**PERTENENCIAS.-** __Un billete de cien pesos, 2 bi-__

__letes de un dollar, 5 monedas de un__

__franco centavos Americanos, una mone-__

__da de cinco centavos Americanos, una de diez centavos__

Que quedaron en poder de:_____

**SEÑAS PARTICULARES.-** __ninguna visible a simple__

__vista__

_____

## DATOS GENERALES DE LA VICTIMA

NOMBRE: __Jose Angel Escobedo Rodriguez__ de __56__ años

de edad, Estado Civil __Casado__ Ocupación __Jornalero__ Originario de

__Brecha 32 km 83__ y con domicilio en __Tamaulipas__

__4y5 col Tamaulipas Pte.__, mismo que es identificado por:

## TESTIGO DE IDENTIDAD

Nombre __Luis Alberto Escobedo Viera__ Edad __32__ años.

Estado civil __Casado__ Ocupación __Transito__ Originario

de __Valle Hermosa, Tam__ y con domicilio

en __Tamaulipas: 4y5 col. Tamaulipas Pte.__

Parentesco __Hijo__.

FE                         DE                         LESIONES

DEL: __ninguna visible a simple vista.__

## RECONOCIMIENTO DEL CADAVER

MEDIA FILACION. Complexión robusta Estatura Aproximada 1.70

TEZ: Morena

CABELLOS: entrecano

FRENTE: mediana

OJO: cafes

NARIZ: ancha

CEJAS: semi-pobladas

PESTAÑAS: cortas

BIGOTE: escaso

BOCA: Mediana

LABIOS: delgados

BARBA: sin rasurar

MENTON: oval

OBSERVACIONES: se observa una persona del sexo masculino en el area infantil del hospital civil en una silla cubierta con una sabana, el cual se encuentra sin vida.

Siendo todo lo que se aprecia en la Presente Delegación y da por terminada siendo las 08:20 horas del día y año a principio señaladas y se ordena el traslado del cadáver al Finales del Valle Para que se le practique Autopsia y alcoholemia

la cual se complementa en oficio de esta propia fecha DAMOS FE- - -

**Lic. CARLOS LEONEL LOZANO GUTIERREZ**

T. DE A

Escobedo, Jose An
205623-000064

# Newspaper Clipping

.

**EL BRAVO**
Saturday July 20, 2002
By: David Elizalde Olguin

- Tragic accident was registered by main road El Empalme 122, KM 63, where the roll-over of a pick up truck sand color took, the life of the driver's companion, which in despite of being rescued with vital signs, was delirious when he was transported to the hospital.

- Jose Angel Escobedo Rodriguez, 58 yrs. old, address at Calle Tamaulipas between 4 & 5, who turned out to be the father of the auto traffic agent Luis Alberto Escobedo, Mr. Escobedo Rodriguez died as a result of the injuries he sustained on the head and on different parts of his body, he was rescued alive in the truck however died on his way to the hospital.

- Juan Rangel Espinoza, 28 yrs. old, address at calle privada Hidalgo between 4 & 5 of the Colonia Tamaulipas appears to be as the driver of a Ford pick-up truck, model 1994, sand color, license plates 54GH61 of the state of Texas, he was also rescued at the place where the tragic accident happened, he was transported to the Hospital Civil where he was hospitalized and according to the doctors he will satisfactory recover.

- The accident happened when Escobedo Rodriguez & Rangel Espinoza were on their way to work to the U.S., the driver remarks that he suddenly felt something on one of the tires, being this one the left-back tire, he just lost complete control of the truck getting out of the road to their left side and rolling over ending with the tires upwards and over the roof of the truck.

- The rescue was done quickly and to the place of the accident arrived auto traffic elements and police elements who helped the 2 persons which at the moment both presented vital signs

- Unfortunately on the way to the hospital Mr. Jose Angel Escobedo Rodriguez was victim of head and body injuries arriving death to the hospital, where attorney Carlos Leonel Lozano Gutierrez, agent of the Public Department of Investigations was incharge of acknowledging the body.

- The driver of the unit and the survivor Juan Rangel Espinoza until yesterday was under custody for inprudential homicide and will be turned in to the corresponding court.

1

Escobedo, Jose An
205623-000060

Sábado 20 de Julio de 2002  H. Matamoros, Tam. de 2002

## VALLE HERMOSO

**EL BRAVO**

Escobedo, Jose Ang
205623-000081

5 H

# Acompañante muere en volcadura por la carretera El Empalme

### •Llegó sin vida al hospital
### •Es el padre de un agente de Tránsito

*Por Dové Elizalde Olguín*

Valle Hermoso, Tam.- Trágico amanecer se registró por la carretera El Empalme 122 a la altura del Km.63 donde la volcadura de una camioneta pick-up, color arena, cobró la vida al acompañante del conductor quien a pesar de que fue rescatado dando signos vitales, dejó cuando era trasladado para su atención médica al Hospital Civil de esta ciudad.

José Angel Escobedo Rodríguez, de 58 años de edad, con domicilio en calle Tamaulipas entre 4 y 5, de la colonia con el mismo nombre, resultó ser el padre del agente de Tránsito Luis Alberto Escobedo, éste falleció a causa de los golpes que presentó en la cabeza, en diferentes partes del cuerpo el occiso aún fue rescatado con vida de la camioneta sin embargo en el trayecto al Hospital Civil su arrebató destino dijo el no definitivo y dejó de existir en forma irremediable.

Juan Rangel Espinoza, de 28 años de edad, con domicilio en la calle Privada Hidalgo entre 4 y 5, de la colonia Tamaulipas aparece como el conductor de una camioneta Ford, modelo 1994, pick-up, color arena, con placas 54GH61 del Estado de Texas, éste también fue rescatado del lugar de la trágica volcadura y trasladado hasta el Hospital Civil donde quedó internado y según los últimos detalles médicos indican que recuperaba de manera satisfactoria.

Por causas del destino el accidente vehicular se



Valle Hermoso, Tam.- Del interior de la camioneta aún rescataron con signos de vida al conductor Juan Rangel Espinozo y su acompañante quien desafortunadamente falleció. (Foto Cárdenas)

registró cuando el occiso y el lesionado se dirigían a su trabajo hacia los Estados Unidos, señala en sus declara las versiones el conductor que repentinamente sin



Valle Hermoso, Tam.- Ingresó ya sin vida al Hospital Civil el acompañante José Angel Escobedo Rodríguez. (Foto Cárdenas).

algo en una de las llantas, siendo esta la posterior lado izquierdo y la camioneta se le descontroló totalmente saliendo de la cinta asfáltica hacia su extrema izquierda y volcando; en forma aparatosa quedando con las llantas hacia arriba y sobre el capacete.

Los trabajos de rescate se realizaron rápidamente y al lugar arribaron elementos de Tránsito, policías preventivos, así como particulares, quienes auxiliaron a las dos personas que en ese momento ambos presentaba signos de vida.

Desafortunadamente en el trayecto al Hospital

Civil el señor José Angel Escobedo Rodríguez fue víctima de los golpes en la cabeza y en todo el cuerpo arribando ya sin vida al citado nosocomio donde el Lic. Carlos Leonel Lozano Gutiérrez, agente del Ministerio Público Investigador se encargo de dar fe del cadáver.

El conductor de la unidad y sobreviviente Juan Rangel Espinoza hasta ayer se encontraba en calidad de detenido por homicidio imprudencial por lo que el caso deberá ser turnado al Juzgado correspondiente.

# Photographs of Vehicle







Escobedo, Jose Ang
205623-000089



Escobedo, Jose Ang
205623-000090



Escobedo, Jose
205623-0000091

Escobedo, Jose Ant
205623-0000092



**Escobedo, Jose  Ang**
205623-000093



**Escobedo, Jose  Ang**
205623-000094









Escobedo, Jose Ang
205623-000099



Escobedo, Jose An
205623-000100



Escobedo, Jose Ang
205623-000101



Escobedo, Jose Ang
205623-000102



Escobedo, Jose Ang
205623-000103

Escobedo, Jose An
205623-000104



Escobedo, Jose Ang
205623-000106



Escobedo, Jose An
205623-000107

Escobedo, Jose An
205623-000108



Escobedo, Jose Ang
205623-000109



Escobedo, Jose Ang
205623-000110









Escobedo, Jose Ang
205623-000115

Escobedo, Jose An
205623-000116



Escobedo, Jose Ang
205623-000118



Escobedo, Jose And
205623-000119

Escobedo, Jose An
205623-000120



Escobedo, Jose Ang
205623-000121