37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> AND JOSE VIERA ESCOBEDO § <br> § <br> § <br> VS. § <br> § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> WALMART STORES, INC., DBA § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO. B-03-135 |

# ORDER

On January 23, 2004, Plaintiffs filed a Motion for Leave to File an Amended "Petition". No opposition has been filed and indeed the Certificate of Conference indicates that most of the defendants are unopposed. Therefore, this court grants Plaintiffs Motion to File an Amended Petition.

On March 5, 2004, Ford Motor Company filed a Motion to Quash Plaintiff's Notice of Depositions and the attached subpoena duces tecum. Since no response has been filed with the time provided for within the local rules, the court presumes this motion to be unopposed and grants same pursuant to local rules 7.3 and 7.4.

The depositions and subpoena duces tecum directed to Ford Motor Company are hereby quashed.

Signed this the 2nd day of April, 2004.

_____
Andrew S. Hanen
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC., DBA SAM'S WHOLESALE CLUB | § § § § | |

# ORDER

On January 23, 2004, Plaintiffs filed a Motion for Leave to File an Amended "Petition". No opposition has been filed and indeed the Certificate of Conference indicates that most of the defendants are unopposed. Therefore, this court grants Plaintiffs Motion to File an Amended Petition.

On March 5, 2004, Ford Motor Company filed a Motion to Quash Plaintiff's Notice of Depositions and the attached subpoena duces tecum. Since no response has been filed with the time provided for within the local rules, the court presumes this motion to be unopposed and grants same pursuant to local rules 7.3 and 7.4.

The depositions and subpoena duces tecum directed to Ford Motor Company are hereby quashed.

Signed this the 2nd day of April, 2004.

_____
Andrew S. Hanen
United States District Judge