IN THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED, AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § |
| vs. | § CIVIL ACTION NO. B-03-135 |
| MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § |

### MICHELIN NORTH AMERICA, INC.'S
### ORIGINAL THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHELIN NORTH AMERICA, INC. Defendant/Third Party Plaintiff, (hereinafter referred to as "Michelin"), and files this its Original Third Party Complaint, complaining of Juan Rangel Espinoza, and in support thereof would show the Court as follows.

I.

### PARTIES, JURISDICTION, AND VENUE

1.01   Michelin is a Defendant in the above-styled and numbered civil action. Third Party Defendant Juan Rangel Espinoza is an individual residing in Mexico.

1.02   Service of this Third Party Complaint may be had on Juan Rangel Espinoza by registered mail at Privada Hidalgo 4 y 5, Colonia Tamaulipas, Valle Hermosa, Tamaulipas, Mexico, pursuant to F.R.C.P.(4)(f).

1.03   Jurisdiction and venue over this third party claim is proper, in that it arises out of Plaintiffs' claim against Michelin, a Defendant over whom this Court has jurisdiction in this

matter, and it arises in a suit in which Defendant has established proper venue in the United States District Court for the Southern District of Texas.

II.

## CAUSE OF ACTION

2.01   Plaintiffs have alleged that the injuries and damages for which they seek recovery in this action, including the death of Jose Angel Escobedo Rodriguez, were caused by an automobile accident which occurred on July 19, 2002 on a highway near Valle Hermoso, Tamaulipas, Mexico. Plaintiff Decedent, Jose Angel Escobedo Rodriguez was a passenger in a vehicle driven by Juan Rangel Espinoza. According to the accident report, the driver, Juan Rangel Espinoza lost control of his vehicle and rolled his vehicle.

2.02   Ford asserts that to the extent that Plaintiffs have suffered damages or injuries for which they are entitled to compensation, such injuries or damages were not due to any negligence of Michelin or product defect in the vehicle in question, but was instead proximately caused, in whole or in part, by the negligence of Third Party Defendant Juan Rangel Espinoza in that he failed to exercise ordinary care, caution, and prudence to avoid the accident as the driver of the vehicle involved.

2.03   Ford thus asserts that, pursuant to Tex. Civ. Prac. & Rem. Code §33.004, Third Party Defendant is a Responsible Third Party from whom Michelin is entitled to seek a determination by the jury of Third Party Defendants' comparative responsibility, and, from whom Michelin is entitled to contribution and/or indemnity as to any damages awarded to Plaintiffs in this action.

AUS:2138395.1
32302.101

III.

DAMAGES

Michelin asks that to the extent that any damages are awarded to Plaintiffs in this action, it be granted judgment for contribution and/or indemnity against Third Party Defendant Juan Rangel Espinoza for damages in such an amount as the jury may find.

IV.

JURY DEMAND

Michelin continues to demand a trial by jury.

WHEREFORE, Defendant/Third Party Plaintiff Michelin North America, Inc. requests that Third Party Defendant Juan Rangel Espinoza be cited to appear and answer the allegations herein, that Third Party Defendant's percentage of responsibility for causing or contributing to cause in any way the harm for which recovery of damages is sought by Plaintiffs be determined by the jury; and, in the unlikely event any recovery is had against Michelin, that Michelin in turn have judgment for contribution in whole or in part, from Third Party Defendant, Juan Rangel Espinoza, and Michelin further prays for such other and further relief, general or special, to which it may show itself justly entitled.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
 Thomas M. Bullion III
 State Bar No. 03331005/ Federal I.D. 14690
 Chris A. Blackerby
 State Bar No. 00787091/Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or regular mail to the following attorneys this 31st day of March, 2004.


Jaime Saenz
Alison D. Kennamer
Rodriguez, Covin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478
Attorneys for Plaintiffs

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Attorneys for Defendant Walmart Stores, Inc.
d/b/a Sam's Wholesale Club

_____
Thomas M. Bullion III/Chris A. Blackerby