IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § § § | |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC., DBA SAM'S WHOLESALE CLUB | § § § § | CIVIL ACTION NO.:03-CV-135 |

## ORDER

On the 15th day of April, 2004, Defendant Michelin North America, Inc.'s Motion to Compel Production of Tire For Inspection came on for hearing. The Court is of the opinion that defendant's motion should be granted.

IT IS, THEREFORE, ORDERED that plaintiffs must produce to Michelin North America, Inc. the accident tire, wheel and all pieces of the tire at the following location within fourteen (14) days of the signing of this order for non-destructive testing.

> Michelin North America
> 1785 New Cut Road
> Spartanburg, South Carolina 29303
> Attn.: Tim Thames

IT IS FURTHER ORDERED that Michelin North America, Inc. shall return the accident tire, wheel and all pieces of the tire it receives to plaintiffs within 60 days of its receipt of the accident tire, wheel and all pieces of the tire.

SO ORDERED, this 19th day of April, 2004.

_____
JUDGE PRESIDING