35

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2004

Michael N. Milby
Clerk of Court

FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO §

VS. §

FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC., DBA SAM'S WHOLESALE CLUB §

CIVIL ACTION NO.: B 03135

## AGREED STIPULATION REGARDING EXTENSION OF TIME TO DEPOSE WITNESSES PURSUANT TO JOINT DISCOVERY PLAN TO JUNE 30, 2004

TO THE HONORABLE JUDGE OF THIS COURT:

The parties to this litigation, Febriona Viera Escobedo, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo Viera and Jose Viera Escobedo, Plaintiffs, and Defendants Michelin North America, Inc., Ford Motor Company and Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club, hereby stipulate and agree to the following:

1. The parties agree and stipulate that the deadline for all parties to depose persons with knowledge of relevant facts, corporate representatives, plaintiffs, investigating officers, eyewitnesses and medical providers is extended from April 26, 2004 to June 30, 2004.

2. By the signatures below, the undersigned counsel with authority to so act for their respective clients, the party plaintiff and party defendant, hereby agree and stipulate to the above in all respects.

Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
Federal I.D. 14690
Chris A. Blackerby
State Bar No. 00787091/Federal I.D. 20016
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

[illegible] Marchan
State Bar No. 12969050
Federal I.D. 9522
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 (fax)
ATTORNEYS FOR PLAINTIFFS

Jaime A. Drabek
State Bar No. 06102410
Federal ID No. 8643
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

ATTORNEYS FOR DEFENDANT WAL-MART STORES,
INC. D/B/A SAM'S WHOLESALE CLUB

Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
Federal I.D. 14690
Chris A. Blackerby
State Bar No. 00787091/Federal I.D. 20016
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

Ray R. Marchan
State Bar No. 12969050
Federal I.D. ________
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 (fax)
ATTORNEYS FOR PLAINTIFFS

Jaime A. Drabek
State Bar No. 06102410
Federal ID No. 8643
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

ATTORNEYS FOR DEFENDANT WAL-MART
STORES,
INC. D/B/A SAM'S WHOLESALE CLUB



AUS:2148149.1
32302.101

Jaime Saenz
State Bar No. 17514859
Federal ID No. ____________
Eduardo Roberto Rodriguez
Federal ID No. 17144000
Southern District No. ____________
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by fax to the following attorneys this 27th day of April, 2004.

Jaime Saenz
Alison D. Kennamer
Rodriguez, Covin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478
Attorneys for Plaintiffs

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Attorneys for Defendant Walmart Stores, Inc.
d/b/a Sam's Wholesale Club

Thomas M. Bullion, III/Chris A. Blackerby



AUS:2148149.1
32302.101