IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; et al. | § § § § § § | |
| VS. | § § | CIVIL ACTION NO.: B 03135 |
| FORD MOTOR COMPANY, et al. | § § | |

## NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF THIS COURT:

This Notice is to certify that true and correct copies of Defendant Michelin North America, Inc.'s Initial Disclosure Statement, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure adopted by the United States District Court for the Southern District of Texas, was served on all counsel of record on the 28th day of May, 2004.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue
Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (FAX)

By: _____
Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
Federal I.D. 14690
Chris A. Blackerby
State Bar No. 00787091/Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

AUS:2164274.1
32302.101

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record as indicated below pursuant to the Federal Rules of Civil Procedure on this 28th day of May, 2004.

Jaime Saenz
Alison D. Kennamer
Rodriguez, Covin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

Jill Goldsmith
Bowman & Brooke
2929 N. Central, Ste. 1700
Phoenix, AZ 85012

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Thomas M. Bullion III

AUS:2164274.1
32302.101