*40*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED;  AND | § | CIVIL ACTION |
| LUIS ALBERTO ESCOBEDO VIERA | § | |
| AND JOSE VIERA ESCOBEDO | § | |
| | § | NO. B-03-135 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC. | § | |
| AND WALMART STORES, INC. DBA | § | |
| SAM'S WHOLESALE CLUB | § | |

## PLAINTIFF'S SECOND SUPPLEMENTAL DESIGNATION OF EXPERTS

NOW COMES, Febriona Viera Escobedo, Individually and as Representative of

the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo

Viera and Jose Enrique Viera Escobedo and Jose Angel Escobedo, Plaintiffs, and file this

their supplemental designation of experts as follows:

### I.

In addition to those expert previously designated and expert reports previously

filed with this Honorable Court, plaintiffs are filing herewith the expert report of Dr.

Joseph L. Burton.

Respectfully submitted this the ___ day of June, 2004.

WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone Number: (956) 544-0500
Facsimile Number: (956) 541-0255

_____
Ray R. Marchan
Attorney for Plaintiffs
State Bar No.12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the ___ day of June, 2004, a true and correct copy of the foregoing

instrument was forwarded to all counsel via facsimile, by hand-delivery, or by certified

mail, return receipt requested.

Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

Thomas M. Bullion, III
Brown, McCarrol, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Jaime A. Saenz
Rodriguez, Colvin & Chaney
P.O. Box 2155
Brownsville, Texas 78522

_____
Ray R. Marchan

# Burton & Associates

FORENSIC AND ENVIRONMENTAL PATHOLOGY AND MEDICINE

## Joseph L. Burton, M.D.

June 4, 2004

Ray Marchan
Watts Law Firm
Fort Brown Plaza
1926 East Elizabeth Street
Brownsville, Texas 78520

Re: Escobedo
Our case no: 04-32

Dear Mr. Marchan:

You have asked that I evaluate this case in order to determine the mechanism by which the fatal injuries occurred to Jose Escobedo Rodriguez, a 56 year old Hispanic male who was the right front seat occupant of a 1994 Ford pickup truck involved in a rollover crash on July 19, 2002 in Mexico.

In the evaluation of this case I have employed, as I have over the last 30+ years in case investigations, the Scientific Method of Analysis.

The methodology I have employed and the conclusions drawn by my analysis follows the general acceptance within the relevant scientific community as applied to similar investigations. The opinions that I will give are reliable based on the knowledge and experience of the education, background and research in my scientific discipline. The same method of reasoning and methodology is relied on by others in my field as is to any applied science.

The principles and methodology which I have used in my analysis of this incident have been applied to the facts of this case properly. These have been based on the case specific facts as well as the general background information which will be referenced.

Specifically, I have applied not only the same level of intellectual rigor which would characterize the practice of experts in this field but, in general, the level of intellectual rigor exceeds such, since I am aware that all opinions which I will give in this case will be carefully scrutinized by other experts as well as the court.

I was first taught this method of analysis in medical school at which time it was referred to as the "Problem Oriented Patient Evaluation".

---

PAUL R. LEWIS, Jr., Consultant-Biomechanical Engineer • DREW R. OLLEY, Executive Director
BOB TRESSEL, Senior Forensic Investigator • STEVE A. RUSH, Senior Forensic Investigator
13784 Highway 9, Alpharetta, Georgia 30004 • 770.777.0437 • Fax 770.753.4389 • e-mail: dolley@jburtonmd.com

Page 2
04-032
Report

"The practice of medicine is both a science and an art. A skilled physician must have extensive medical knowledge, which is the bedrock of technical competence. In addition, he or she must have judgment, tact, decisiveness, restraint, compassion, interest, time, and other personal qualities of caring and dedication."

"To be a scientist a physician must have more than rote scientific knowledge, or even fluency in its particular jargon. Physicians must be conversant with the processes of scientific inquiry-how data are obtained and evaluated; how hypotheses are framed, modified, or discarded; the uses and limitations of inductive reasoning. In short, they must understand science as an intellectual instrument which has been slowly perfected over centuries."*(Cecil Textbook of Medicine, Volume I, 17th Edition, Wyngaarden and Smith, page 6, WB Saunders Co., Philadelphia, 1985)*

From the forward of the medical text, Forensic Medicine, A Study in Trauma and Environmental Hazards, Dr. Milton Helpurn states, "Forensic Medicine is important not only as an off-shoot of pathology but in its own right as an integral and essential part of that major discipline as well as of medicine in general and the public health." *(Forensic Medicine, a study in trauma and environmental hazards, Volume I, Mechanical Trauma, Tedeschi, Eckert, Tedeschi, Philadelphia, WB Saunders, 1977)*

In the preface of the same text authored by Tedeschi, Eckerd and Tedeschi it is stated that forensic medicine "may be defined as the application within juris prudence of medical knowledge in the findings of its underlying sciences to the solution of questions of law. These questions concern the causes of death, identity of the living and dead, results of injuries of all kinds, effects of violent crimes and unnatural offenses, and the nature of toxic or lethal agents-those introduced by intent into the human structure, those ingested accidentally or in ignorance of their nature and those more subtly introduced by environmental pollutants."*(Forensic Medicine, a study in trauma and environmental hazards, Volume I, Mechanical Trauma, Tedeschi, Eckert, Tedeschi, Philadelphia, WB Saunders, 1977)*

The above preface also states that the physician must be acquainted with legal theories that are pertinent to trauma and hazards including familiarity with concepts of negligence, malpractice, product liability, due cause responsibility under the law and the right to damages.

It further describes "trauma" meaning an injury inflicted by a force upon a living tissue. It applies as well to emotional or mental stress resulting in a disordered psychic or behavioral state.

This text further indicates that the history of trauma parallels the history of the evolution of man.

The text Modern Legal Medicine Psychiatry and Forensic Science by Curran, McGarry and Petty states that "Medicolegal professionals and forensic scientists are dedicated to thorough investigation, impartial reporting to proper authorities, and scientific truth and

formulation of their findings and conclusions."(*Modern Legal Medicine Psychiatry and Forensic Science, William Curran, A. Louis McGarry, and Charles Petty, Philadelphia, FA Davis, 1980*)

Medicine and Forensic Medicine teaches the professional a scientific method of approach to case solving.

In the above referenced text by Curran, et al it is stated that Sir James Frazier traces the beginning of the "scientific method" to the magician's association of ideas in their orderly incantations.

The emergence of forensic science can be dated at least to the late 18th and early 19th century beginning in France. From this beginning over the next 100 + years the modern day scope of forensic medicine and the sciences has been defined.

A very good description of what the forensic pathologist deals with, and why he or she must have extensive background in areas other than medicine, can be found in Curran's text which states under *Special Areas of Trauma* "Although the Forensic Pathologist is not an electrical engineer, for example, he may have a good working knowledge of electricity as applied to cases of electrocution. He may not be a scuba diver but may well understand the problems associated with underwater breathing apparatus. He may not be a hunter or a gunner, but he may have excellent knowledge of firearms as applied to wound ballistics. Furthermore, he may never have fought a fire but he is usually very knowledgeable at conflagrations, fire extinguishment and the effects or carbon monoxide on the body as well as the pathology of burns. Because of his special knowledge in areas not ordinarily considered to be part of the medical specialty of pathology, it may appear as if he is over willing to testify in court as an expert in areas that appear not to be part of his background, training, and experience. This is generally not the case; these areas are a part of his regular environment if he is in full time forensic pathology work." (*Modern Legal Medicine Psychiatry and Forensic Science, William Curran, A. Louis McGarry, and Charles Petty, Philadelphia, FA Davis, 1980*)

By training the forensic pathologist is familiar with the consequences of motor vehicle crashes.

The forensic pathologist has training concerning the various component structures of the vehicle and how they interact to either protect the occupant or in some cases contribute to injury.

The forensic pathologist by his training is familiar with alcohol and drugs and how they affect the human body and potentially the human's body response to different types of environmental stresses and trauma.

Because of the nature of forensic investigations the forensic pathologist is often times called upon to address issues pertaining to conscious pain and suffering.

The forensic pathologist is taught concepts of force and laws of motion including those of Galileo and Sir Isaac Newton. He is taught how to apply these basic principles of physics and the understanding of injuries and how they may occur. *(Forensic Medicine, a study in trauma and environmental hazards, Volume I, Mechanical Trauma, Tedeschi, Eckert, Tedeschi, Philadelphia, WB Saunders, 1977)*

"The recognition and careful evaluation of wounds characteristic of known crash patterns frequently permit reconstruction of the accident with a degree of accuracy not commonly appreciated and therefore mostly neglected." *(Medicolegal Investigation of Death; Guidelines for the Application of Pathology to Crime Investigation, edited by Werner Spitz, M.D., Russell Fisher, M.D., page 321, Illinois, Charles Thomas, 1973)*

In evaluating injuries the forensic pathologist deals with the principles of biomechanics and biomedical issues.

The American College Heritage Dictionary defines *Biomechanics* as the study of trauma and injury and how they affect the human body and how stress and strain result in injuries or potential injuries to living humans.

In the evaluation of any instance of trauma the forensic pathologist applies the general basic concepts of biomechanics. However, as stated by Dr. J. K. Mason in the Pathology of Trauma, it is stated that "The contribution made by biodynamics is an attempt to provide a core of basic knowledge about the way in which biological structures respond to trauma." It further states… "Unfortunately, a large amount of the work which has been done has been restricted to the purely mechanical aspects and has ignored the biological input." *(The Pathology of Trauma, Second Edition, edited by JK Mason, Boston, Hodder and Stoughton, 1993)*

The Scientific Method of Analysis involves the statement or recognition of a problem, the collection of data and information concerning the problem and formation of a hypothesis or opinion that would solve the problem or answer the question.

Next, there is verification or validation of the opinion. This validation may be done through testing the hypothesis against known information, facts, and knowledge present within the scientific literature or other sources. The investigator may also compare the subject in the case and the opinions associated with it with others he or she may have experience in investigating. The investigator may utilize actual testing of various types or reference to testing that may be useful in proving or validating the hypothesis.

There is actually nothing within the Scientific Method as described decades ago that requires an actual physical or mechanical test to be done in each case investigated by a scientist.

Finally, consideration of the potential for error in the hypothesis or opinion must be considered. In the United States, in the area of civil litigation, the requirement concerning error is that the opinion be to a reasonable degree of scientific probability. This means that the opinion and hypothesis are more than chance or mere speculation.

Page 5
04-032
Report

It is almost impossible to give an "error rate" for clinical opinions.

However, the following opinions are given to at least a minimum of reasonable scientific, medical and forensic probability.

The discussion of injuries and their relationship to this automobile crash requires clinical, medical, forensic, and scientific evaluation and opinion.

## A.  STATEMENT OF THE ISSUE(S) TO BE ADDRESSED:

- I have been asked to determine the injuries which resulted in the death of Jose Escobedo Rodriguez.

- I have been asked to determine whether these injuries were sustained as a product of his interaction with the vehicle's interior or some part of the environment through which the vehicle was rolling.

- I have been asked to determine whether Jose Escobedo Rodriguez was using the vehicle's belt restraint system at the time of the subject incident.

- I have been asked to determine if the vehicle had not overturned would Jose Escobedo Rodriguez suffered fatal injuries.

## B.  DATABASE:

In arriving at my present opinions I have considered the following information:

1) MEXICO ACCIDENT REPORT.
2) SECRETARY OF HEALTH RECORD FOR JOSE ANGEL ESCOBEDO RODRIGUEZ.
3) PHOTOGRAPHS OF SUBJECT VEHICLE.
4) ADDITIONAL PHOTOGRAPHS OF SUBJECT VEHICLE.
5) PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURES.
6) MISCELLANEOUS RECORDS FOR JOSE ANGEL ESCOBEDO RODRIGUEZ.
7) COLOR LASER COPIES OF PHOTOGRAPHS OF JOSE ESCOBEDO.
8) RECONSTRUCTION REPORT OF STEVE IRWIN.
9) TRANSLATED POSTMORTEM REPORT.
10) COLOR LASER COPIES OF PHOTOGRAPHS OF JOSE ANGEL ESCOBEDO.
11) RECONSTRUCTION REPORT OF STEVE IRWIN.

Page 6
04-032
Report

Additionally, I have inspected the subject vehicle at the Watts Law Firm Warehouse in Corpus Christi, Texas April 5, 2004.

**The following is a summary of pertinent data that is case specific to the subject incident which I have considered in my evaluation of this case and in forming my opinions:**

### 1) <u>MEXICO ACCIDENT REPORT:</u>

The heading on this document is actually "Part of the Transit Accident".

Ford pickup truck, 1994 sand color, license plates 54GH61, state of Texas
Owner: Juan Rangel Espinoza
Driver: Same
Age: 28 years old

Statement of the driver: driving south to north I felt something in the tire and I lost control of the truck and because the road was little high we rolled over. I was injured and transported to the Hospital Civil for medical attention. My companion Jose Escobedo Rodriguez, 58 years old, died when we arrived to the hospital.

Damages: To a fence of a nearby ranch

Sketch of the accident:

1) Final position of the truck, turned over with tires upward, persons were rescued by Policia Preventiva and transported to Hospital Civil of Valle Hermoso, Tamaulipas
2) Fence was damaged
3) Track of the court of the vehicle until its final point

Determinant Causes:

Lack of precaution of the driver who loses control of the vehicle and gets off the road to the left side rolling over ending up with the tires upward.

Road and weather conditions:

Daylight, morning, no rain or fog, a two-way road.

My evaluation of the simple diagram that is part of the Mexican crash report suggests that this vehicle appears to have been traveling on the roadway possibly on the improved shoulder when suddenly the diagram indicates the vehicle moved diagonally across the road crossing the opposite lanes of travel and exiting over an entrance to a ranch where the vehicle overturned in what would look like a passenger's side leading roll coming to rest upside down.

## 2) RECONSTRUCTION REPORT OF STEVE IRWIN:

In this case, the exact roll distance is unknown. The scene inspection revealed that projecting a line from the rest position through the fence damage would indicate about 125 feet of off road travel. There is no "hard surface" scratching on the vehicle, so there is no evidence to support a rollover on the road. Assuming the 125 feet represented the maximum roll distance, the reference papers would lead to the conclusion that the vehicle rolled at a speed near 40 mph, while the vehicle rolled about two and a half (2 1/2 ) times.

The projected path crossed a gravel driveway. There is no clear evidence of contact with the driveway on the vehicle. Thus, it is possible the vehicle rolled as a consequence on encountering the elevated drive. In that case, the vehicle would have rolled about 75 feet. The roll distance implies a roll speed of about 30 to 35 mph and about 1 ½ rolls.

Evidence on the vehicle is consistent with the passenger side striking the fence. That side has a unique damage pattern that is consistent with fence geometry. The right front quarter panel made contact with a tree very near the fence line. That contact was about 50 feet from rest. Thus, the evidence indicates the vehicle was on its wheels at the fence. Further, it is most probable the vehicle rolled one and a half (1 1/2) times from that point to its rest position. If an additional roll occurred, it occurred prior to fence contact but without creating obvious evidence of contact with the driveway.

The pre-roll path included yaw movement to the left. Speed may have been lost during this event, depending on driver input.

**Opinions:**

- The accident took place on July 19, 2002 in Tamaulipas, Mexico. Juan Rangel Espinoza was driving a 1994 Ford Ranger pickup northbound on El Empalme 122. Juan Angle Escobedo Rodriguez was his passenger.

- Mr. Espinoza lost control of the vehicle, and it moved to the right side of the road. The vehicle yawed in a counterclockwise direction. It departed the roadway and rolled over with the passenger side leading.

- The vehicle traveled through a fence and came to rest upside down on a grassy surface.

- The scene inspection revealed that projecting a line from the rest position through the fence damage would indicate about 125 feet of off road travel. There is no "hard surface" scratching on the vehicle, so there is no evidence to support a rollover on the road.

Page 8
04-032
Report

- Assuming the 125 feet represented the maximum roll distance, the reference papers would lead to the conclusion that the vehicle rolled at a speed near 40 mph, while the vehicle rolled about 2 ½ times.

- The projected vehicle travel path crosses a gravel driveway. There is no clear evidence of contact with the driveway on the vehicle. Thus, it is possible the vehicle rolled as a consequence on encountering the elevated drive.

- If the vehicle rolled near the driveway, it would have rolled about 75 feet. The roll distance implies a roll speed of 30 to 35 mph and about 1 ½ rolls.

- Evidence on the vehicle is consistent with the passenger side striking the fence. That side has a unique damage pattern that is consistent with the fence geometry. The right front quarter panel made contact with a tree very near the fence line. That contact was about 50 feet from rest. Thus, the evidence indicates the vehicle was on its wheels at the fence.

- It is most probable the vehicle rolled one and a half (1 1/2) times from the fence to its rest position. If an additional roll occurred, it occurred prior to the fence contact but without creating obvious evidence of contact with the driveway.

- The pre-roll path included yaw movement to the left. Speed may have been lost during this event, depending on driver input.

### 3) **MEDICAL RECORDS FOR JOSE ANGEL ESCOBEDO:**

#### A) SECRETARY OF HEALTH RECORD FOR JOSE ANGEL ESCOBEDO RODRIGUEZ:

Personal data:

Approximately 56 year old male, medium build, 1.75 mts. approximately (68.8"), gray hair.

Observations: The body was found laying down facing up, head to the west and feet to the east, presenting a bruise on the nose and on his chest and bleeding by the ears.

Clothing: Gray pants, blue squared shirt, blue socks, and white underwear

Body was found at Hospital Civil

Inspection of the body:

Cause of death: Shock caused by explosion of the liver.

Page 9
04-032
Report

B) <u>MISCELLANEOUS RECORDS FOR JOSE ANGEL ESCOBEDO
RODRIGUEZ:</u>

There is a Secretary of Health record for Jose Angel Escobedo states of date of death is
July 19, 2002, Cause of death is Bursting of Intestines.

Health Services of Tamaulipas record for Jose Rodriguez dated 9/7/02 states:

> Male: Brought in by preventive police patrol car after having suffered an
> automobile accident. Is received in emergencies by paramedic having done the
> maneuvers of CPR, does not have pulse, no arterial pressure, continues with basic
> CPR and advanced with no good results.

> Physical exam presents cyanotic status (bluish of skin due to cardiac anomalies)
> without response to stimulation, arterial pressure zero, no pulse, no heart beat, no
> papillary response, dry blood in mouth and nose and fractures of anterior costal
> areas.

> Is pronounced dead at 7:50 hours.

4) **PHOTOGRAPHS OF SUBJECT VEHICLE.**

**My evaluation of photographs submitted with the file of the subject vehicle reveals
the following:**

- *Bates No. 2056230099*- Reveals the right front seat viewed through the
  windshield to be slightly canted outboard. The belt line interior trim panel of the
  passenger door shows no evidence of significant outbowing from occupant
  interaction. There appears to be possibly a stain on the belt line just below the
  plastic trim that runs along the top of the interior window ledge. This is
  approximately midway and has a reddish brown color. No other stains suggestive
  or consistent with blood are visible in this photograph. The portion of the
  passenger's lap belt attached to the rocker panel that has been cut is visible in part
  lying at the seat bight on the outboard side of the right front seat cushion. The
  glovebox lid which opens from left to right is in the open position.
- *Bates No. 205623000102*- This photo reveals the significant downward tenting of
  the header and adjacent roof panel over the inboard side of the driver's seated
  area. The steering wheel is without deformity. The glovebox is in the open
  position. The floor mounted gear shift lever shows no deformity.
- *Bates No. 2056230011*- Photo showing staining of the mid seat cushion
  suggestive of wetness. There may be some blood staining on what appears to be
  the cut portion of the driver's belt.

Page 10
04-032
Report

**Inspection of actual scene crash photos reveals the following:**

These photos appear to be made on July19[th] at 7:18 a.m. They are Bates numbered with the initial digits 205623 followed by additional digits.

- *Bates No. 000123-* Photo shows the vehicle at rest lying on its top/roof. It is inside what appears to be a dirt and grass pasture/field area. All four tires appear to be aired. There is some induced or contact damage to the left rear quarter panel and tail light. The left front headlamp cover and amber cover are intact.
- *Bates No. 000124-* Photo depicts part of the roll path off of the unimproved shoulder through the chain link fence and into the pasture-field area. Some debris is noted along the roll path. The terrain appears essentially level except for some mild undulations in a "ditch" like area between the chain link fence and the unimproved shoulder. The position of the vehicle would suggest a passenger side leading roll.
- *Bates No. 000128-* Shows the vehicle in an upright position with a detreaded tire lying in the trunk area as well as floor mats and potentially other debris including the front windshield glass which shows multiple stress fractures in the portion that is visible.
- *Bates No. 000132-*Photo shows the rear of the truck. The right rear tail light reflector is fractured. There is some inboard bending of the right quarter panel along the top of the bed of the truck. The rear window light is a sliding window and is open approximately 3 inches and intact and in place.
- *Bates No. 00087-* Front of the vehicle shows the right front amber reflector to be absent and some fracturing of the right front head lamp light diffuser on the inboard side. The grill is intact and unremarkable. Front bumper cover is unremarkable. The right front windshield wiper blade is absent, however, the arm does not exhibit any outward bending. The significant downward tenting of the header and adjacent roof on the driver's side is again observed. The antenna mounted on the cowling behind the hood on the right side in front of the right A pillar is broken off at its base.
- This antenna was at least partially visible in Bates Photo 000123.

## 5) VEHICLE INSPECTION:

**My personal vehicle inspection documented the following:**

The vehicle in question is a 1994 Ford Ranger, two door, regular cab, two wheel drive pickup truck. The vehicle has VIN #1FTCR10AXRPB96146. Manufactured 8/94.

Page 11
04-032
Report

## EXTERIOR EXAM:

### FRONT OF MOTOR VEHICLE:

The front of the motor vehicle reveals the bumper to be in place with no significant damage. It bears a front license plate Texas Truck 5YG861.

The grille is in place and unfractured.

The left front headlight assembly is in place. There is an outboard fracture to the amber turn signal cover.

On the right side the amber turn signal cover is fractured off for the most part and the lens cover for the headlight is fractured.

The front of the hood for the most part is intact. There is a buff in the midline where the paint has been rubbed off. The hood otherwise is slightly ajar but shows no deformity.

There are some faint striations on the left outboard edge of the hood.

### LEFT SIDE OF MOTOR VEHICLE:

The left front quarter panel is intact. There are several sculpted shallow dents above the left headlight assembly moving rearward over approximately a 15 inch area. There are some drill holes in the lower part of the left front quarter.

The Ranger XLT emblem is in place.

The left front door will open and close.

The driver's side window appears to be fractured out. There are some glass fragments on the lower part of the window edge and glass fragments are visible in the lower channel.

The lower window channel for the most part is unremarkable.

The exterior of the door shows minimal damage. The upper window frame is deformed inboard and downward consistent with the roof deformity. The outboard side view mirror is absent. The outside door release handle is intact.

The left rear quarter panel is in place. The door for the gas filler is in the open position. The left outboard aspect to the rear tail light cover is fractured.

There is a chrome bedrail that is in place.

Page 12
04-032
Report

The left front tire is de-aired. It is a Roadhugger Radial GT. The rim appears to be without significant damage. There is a small mud flap.

The left rear wheel is aired. It is a BF Goodrich Radial TA. The rim is intact. There is a mud flap. There is a scuffed linear horizontal area beginning at the rear of the left rear wheel opening and extending rearward approximately 10 to 12 inches. There is a small dent below the left rear tail light.

The tailgate is being held closed by a rope that engages the outboard rear gate release handle.

The rear bumper is intact. There is a trailer towing ball on the bumper. The rear tag reads 5YG861.

## RIGHT SIDE OF MOTOR VEHICLE:

The right front quarter panel is intact. No significant damage is noted although there is some slight what looks like induced bending at the forward edge of the wheel opening.

The right side door exhibits what appears to be some exterior contact damage creasing and indenting the door panel from just behind the hinge pillar to the B pillar. This extends approximately 4 inches above the lateral lower "trim" line and down to the rocker sill. There is a small oval 1 ½ inch indented area just below the beltline trim approximately 10 inches forward of the B pillar. The outboard door release handle is intact.

The window opening is intact. The window is in a full down non-fractured state.

There is some minor bending of the upper rear aspect of the window frame where it abuts damage that has occurred to the top of the right B pillar roof area.

The right rear quarter panel exhibits contact damage with indentations and sculpting beginning forward of the right rear axle and extending rearward to the rear tail light assembly which the lens as stated is fractured and missing.

The chrome side rail on the bed appears to be deformed downward in its mid position.

The bed of the truck is without any significant deformity. It contains a drive shaft and some type of tank. There is also what appears to be the windshield glass that is for the most part completely intact and has a tinted upper and lower rim and it is multifractured. There is some type of contact fracture in the upper aspect on the blank side.

Page 13
04-032
Report

The right front tire and wheel assembly is in place and off the bead and will no longer hold air.  It also appears to be somewhat bent inboard on the upper portion.

The right rear tire and wheel assembly is in place and fully inflated and exhibits no significant damage.

TOP AND REAR OF CAB:

The rear of the cab exhibits a sliding tinted window that is open approximately 3 inches in the midline and is unfractured.  The high mount brake light assembly is in place and unremarkable.

There is an 8 inch x 4 inch indented contact area on the tope of the right B pillar roof area.

The left side of the roof is collapsed down approximately 12 to 15 inches inboard from the side rail A pillar junction and now sits approximately 1 ½ inches to 2 inches below the top of the steering wheel rim.  The outer aspect of the roof otherwise is unremarkable except for some induced bending.

There are some light diagonal scuffs located on the upper aspect to the left outboard side of the B pillar and above this there is a crease in the roof and B pillar junction area.  These abrasions are oriented from approximately 11 o'clock to 5 o'clock.

The windshield wipers are in a partially raised position.  The right blade is missing.

The antenna is missing.

INTERIOR EXAM:

The driver's door interior trim panel is intact.  It doesn't exhibit any fracturing or any significant buffs or abrasions associated with significant occupant interaction.

The manual window crank lever is intact.  The metal post of the lock button is not bent but the plastic cover is absent.

There is a black about ½ to ¾ inch wide transfer on the beltline trim about 1 ½ inches rear of the forward most portion. Approximately 4 to 5 inches posterior to this there is another somewhat blackish transfer in the trim panel with a corresponding buff on the black interior trim of the door panel.

Presently the front header is deformed down blow the upper portion of the steering wheel rim.

Page 14
04-032
Report

The steering wheel hub is sprung open from the clip at the top. The rim doesn't appear to be significantly distorted but there may be some slight bending of the spokes although it is difficult to discern due to the hub being dislodged.

The headlight control knob has been broken off and the lever itself is bent leftward.

The left outer directional air louver has been popped out.

The vehicle has a mileage of 185,126.

The instrument cluster is intact and undamaged.

The entire windshield is laying in the back of the vehicle. It does exhibit a contact fracture pattern on the upper right side of the windshield that appears to be from the outside in because the inner plastic liner is pushed from outside to inside.

There are no fibers, hairs or other materials noted within the fracture pattern.

All the lower foot control pedals are undeformed.

The lower fascia is intact and unfractured and exhibits no buffs or abrasions.

The radio cluster has been salvaged.

The remainder of the center portion of the dash is unremarkable for any damage.

The right front door interior trim panel is in place. The forward portion of it has been bent backwards and there is some fracturing along this piece. It is caught between the dash.

The door will partially open but will not open all the way due to impingement with the front quarter panel.

There is no other fracturing of this door panel.

The lock button has slipped down from its opening but the plastic cover is still intact and the lever doesn't appear to be bent.

Examination of the periphery of the right front door window opening doesn't reveal any buffs or abrasions.

The right A pillar roof rail trim is intact and unfractured and doesn't exhibit any buffs or abrasions.

The driver's A pillar trim is also unremarkable for any damage but is somewhat twisted due to the pillar deformity.

The roof rail portion of the trim is also still intact and other than distortion due to the rail deformity is otherwise unremarkable as well.

There is a center console attached to the driver's seat between the two front seats that is bent down and displaced rightward.

The left edge is deviated above the right edge.

The front seats are reclining bucket seats with integrated headrests. These are manually adjustable on the tracks.

Presently the driver's seat is approximately 1 to 2 notches forward on the tracks than the passenger seat.

Neither seat back exhibits any deformity.

There may be just a very slight clockwise rotation of the #3 seat back.

The front center seat cushion is attached to the driver's seat.

These seats have manually recliner handles and are single recliner seats.

The plastic trim for the #3 recliner area is somewhat splayed outward.

There is a manual gearshift lever in the center tunnel that is undeformed.

The ashtray is absent.

The left control lever is broken off and laying in the driver's floorboard.

The driver's seat is in the full forward position on the tracks.

The two front outboard restraints are three-point what appear to be both vehicle and belt sensitive retractors with double loop pass through latch plates and B pillar mounted hard chrome non-adjustable D rings.

The front center restraint is a lap belt with cinching latch plate.

The front seat buckles are side release button buckles with metal housings and webbing stalks and plastic protective sleeves that are anchored to the floor.

Examination of the driver's restraint shows heat and load marks on both corners of the latch plate D ring.

There is heavy rust and oxidation as well as heavy use marks on the driver's latch plate.

The hard chrome B pillar D ring fro the driver's side also exhibits rust and oxidation.

The #3 restraint has been cut. Presently there is 13 inches of belt webbing from the rocker anchorage.

It appears that the remainder of the belt webbing has retracted back onto the retractor.

Also at this time it does not appear that the #3 latch plate could be identified.

There are approximately 6 or 7 open windows on the #3 seat track from the front. The locking pawls don't appear to be significantly engaged in the windows.

There is a stain on the driver's side visor that appears to be from the outside edge rearward like something has drained probably dirty water or something. It actually extends along the whole front edge of the liner all the way to the driver's inboard retaining clamp for the driver visor. The mirror on the back side of the passenger visor is intact. Stain is also soaked through and is underneath the visor and on the cover for the mirror.

The dome light reflector lens is absent and the fuse lamp also appears to be absent.

There is a clothes hanger hook in the rear header just inboard of the #3 seat that is intact and undeformed.

The glove box door was found open but will close again with some very minimal asymmetry about the opening.

The slats for the far right outboard directional air louver are bent and it appears that one may be broken out.

The plastic protective sleeve for the #3 buckle is somewhat torn and appears to possibly be just from environmental deterioration although it is possible from loading as well.

The buckle housings are heavily rusted.

There is a passenger assist grip located in the roof rail above the #3 position that does exhibits some bending as well as mold and mildew. The distortion may be associated with the roof rail deformity itself.

Page 17
04-032
Report

### The following measurements will be for the driver's position:

Seat cushion angle – 12 degrees.

Seat back angle – 10 degrees.

Seat cushion depth – 19 inches.

Seat back height including integrated headrest – 28 ¼ inches.

Seat cushion to hinge pillar – 10 ½ inches.

Seat cushion to lower fascia on the outboard – 8 ¼ inches.

Hub to seat back – 16 ¾ inches.

Top of headrest to roof in the front – approximately 2 inches.

Outer edge of cushion at the bight to the roof rail – 27 inches.

Seat bight to roof – 25 ¾ inches, and 6 inches forward – approximately 22 ¼ inches.

Window opening – 28 inches x 14 ¼ inches.

### The following measurements will be for the #3 position:

Seat cushion angle – 12 degrees.

Seat back angle – approximately 11 degrees.

Seat cushion depth – 18 ½ inches.

Seat back height including integrated headrest – 28 inches.

Seat back to face of IP – 30 inches.

Seat bight to roof – 32 ¼ inches, and 6 inches forward of this to the roof itself is 29 inches.

Outer edge of cushion at bight to roof rail – 31 inches.

Seat cushion to hinge pillar – 13 ½ inches.

Seat cushion to IP – 10 ¾ inches.

Page 18
04-032
Report

Seat bight to beltline opening – 17 inches.

Window opening – 27 ½ inches x approximately 15 ¾ inches.

## C.    OPINIONS AND SUPPORT OF OPINIONS:

**1)  It is my opinion based on the currently available information that the primary injury resulting in the death of Jose Escobedo Rodriguez is a severe head/intracranial injury.**

- The above is supported by the information contained within the report, the type of crash involved, and the fact that Jose Escobedo Rodriguez obviously suffered catastrophic injuries in the crash resulting in his death.
- Statistically, in a rollover the most common injury resulting in sudden and catastrophic collapse and death would be injuries related to the head or to the base of the skull/upper cervical spine complex.[3]
- This is also supported by my own personal research which has involved the investigation of nearly 700 rollover cases as a principle consultant, an additional 300 +/- rollovers as the Chief Medical Examiner in Metropolitan, Atlanta during my 30+/- year career as the Medical Examiner.[4]

**2)  It is my opinion that the injuries that proved to be fatal to Jose Escobedo which possibly included some injury to the torso as well as the head injury as described within the available records would not have occurred within the occupant space of the subject vehicle.**

- Support for this can be found in all of the literature suggesting that the probability of death and life threatening injury to an occupant in a lateral rollover where there is no sudden deceleration of the vehicle and no significant compromise of the surrounding occupant space is associated with partial and complete ejection from the subject vehicle.
- Typical vehicle to ground impacts result in velocity changes that average 5 +/- 1 to 2 mph.
- Ford's own documents indicate that if an occupant is restrained and contained in a rolling vehicle and unless some structure intrudes and causes the roof structure to penetrate into the occupant space that the likelihood of serious or fatal injuries is extremely small.[3e]

**3)  It is my opinion that Jose Escobedo was a restrained occupant. This is based on the fact that his belt was cut apparently by rescue workers in order to remove his body and transport it.**

Page 19
04-032
Report

- At the time of my vehicle inspection I did not find the latchplate, and most of the webbing was retracted back onto the retractor making a specific evaluation of the restraint impossible at that time.
- However, should the trim be removed and the belt webbing become available for evaluation or should the latchplate be found then further examination may yield additional forensic evidence to support this opinion.
- Although when some officials observed the body it was out of the vehicle, there is nothing within the Mexican Accident Report to indicate that he was fully ejected from the vehicle, and, in fact, there are no current records indicating his body's position relative to the vehicle when the vehicle was at rest upside down in the field.

**4) It is my opinion that but for the rollover of the vehicle the circumstances would not exist unless some other intervening collision between this vehicle and some other structure or another vehicle occurred that would have reasonably caused life threatening or fatal injury to Jose Escobedo.**

- Support for this opinion can be found simply in the fact that without significant crash forces, without events that place the occupant at harm that there would be no risk for any type of significant injury and especially for death.

**5) It is my opinion that the fatal injuries which occurred to Jose Escobedo were a product of at least his partial ejection of head and potentially portions of the torso from the subject vehicle as it overturned.**

- Support for this opinion can be found in the fact that contained occupants typically and within reasonable scientific probability do not sustain fatal injuries in a laterally rolling vehicle especially in a vehicle where the interior space is preserved for that particular occupant.
- Further support for this can be found in the fact that it is typically testified to by experts looking at lateral rollovers and analyzing vehicle occupant dynamics and injuries to opine that the trailing side of the vehicle sees the greatest force.
- In this case the trailing side is the passenger's side.
- The driver's side has the greatest deformation, however, the driver in this case apparently escaped without life threatening injury and certainly was not killed.
- All of the above is supportive of the opinion that had Mr. Escobedo been contained within the occupant space of the vehicle that he would not have sustained either life threatening or fatal injury.

**6) It is my opinion that since Jose Escobedo received fatal injuries, these injuries due to head, neck and potentially torso injuries, that the restraint system failed to contain him within the subject vehicle's occupant space.**

- The restraint system, assuming it to have been in use, allowed his head and potentially part of his upper torso to extend well out of the plane of the vehicle and make contact with the ground as the vehicle was overturning.

Page 20
04-032
Report

7) **It is my opinion that had the restraint system worked appropriately that it would have contained him within the vehicle and prevented such contact of his body with the ground.**

- Support for this opinion can be found in numerous peer reviewed research articles, documents from Ford Motor Company and based on my own research and experience as well as testimony from other experts who typically are giving evaluations and opinions for the auto manufacturer.
- "Light Occupant Ejections- A Comprehensive Investigation" by A.C. Malliaris, J. H. DeBlois and K. H. Digges, (*Accident Analysis & Prevention*, Vol. 28, No. 1, January 1996, article #2 on Rollover Bibliography) indicates that a three point restrained occupant regardless of the circumstances of the rollover has only a 15% +/- likelihood of being partially ejected and only a 5% +/- probability of being completely ejected.[3a]
- Therefore, based on this research article, the probability of Mr. Escobedo being killed in this crash, assuming he is wearing a three point restraint, would not exist as a probability.
- Ford Motor Company's own documents indicate that the use of three point restraints by occupants who are involved in rollovers is the most efficient and effective way to prevent serious harm and fatality.[3c]
- Studies done by auto manufacturers such as General Motors in what is referred to as the "Malibu" papers indicate that except for two instances in which one crash test dummy's head struck a 2 inch in diameter steel roll bar that was padded and in a second case where there was a catastrophic collapse of the roof onto a dummy's head of approximately 30 cm. [3b,3c]
- In all other cases the head injury criteria, chest loads, and other injury assessment that were done were within the tolerance range for humans. This excludes of course the loads that occurred to the necks of the crash test dummies.
- The crash test dummies experienced significant neck loads in circumstances in which there was significant loss of the vertical occupant space.
- In instances where the vertical occupant space was maintained only one instance occurred in which a crash test dummy recorded a neck load that would have in reasonable probability resulted in a catastrophic injury to a living human.
- Finally, information published in 2003 by the National Highway Traffic Safety Administration indicates that contained occupants that are restrained have less than a 5% probability of sustaining fatal or life threatening injuries and that unrestrained occupants who are contained have only a slightly greater likelihood of fatality.[3d]
- The above same study predicted that the likelihood of ejection from a vehicle that is overturning laterally for an unrestrained occupant is under 40%. Therefore 60% of occupants in rollovers that are unrestrained are not ejected from the vehicle.

Page 21
04-032
Report

## D.    CONSIDERATION FOR THE POTENTIAL OF ERROR:

There is little chance of error in my opinions concerning the cause of death of Mr. Escobedo.

Although no autopsy apparently was performed the fact that Mr. Escobedo is dead as a consequence of this incident, the fact that the vehicle's occupant space on the passenger's side is well maintained, the fact that the passenger's side of the vehicle was the trailing side of the vehicle during this rollover, the fact that some investigators observed obvious injury to the head and potentially the torso of Mr. Escobedo and the statistics concerning fatal injuries which occurred to occupants in lateral rollovers all are supportive of this opinion.

Furthermore, to my knowledge, no single individual trained in the analysis of injuries and their relationship to fatality and significant life threatening injury has had the exposure and the opportunity to have in-depth investigation of nearly 1,000 rollover incidents.[5]

This is a significantly large database from which I have had the opportunity to be involved with each case individually.

This database representing my own personal training, experience, education and professional endeavors is consistent with what has been previously published and peer reviewed studies concerning rollover crashes that are referenced within the Rollover Bibliography.[3]

My opinion concerning the fact that Mr. Escobedo was most probably belted is subject to some error.

However, I see no reason for anyone to have cut the passenger's side belt restraint system. His door did not need to be tied closed, and there is no evidence of any photographs of any portion of the belt being used for anything that would have to do with transportation of the vehicle or securing some part of the vehicle.

There is no evidence of any significant occupant to interior contact, although not conclusive, this is consistent with an occupant who is receiving some restraint during the crash event.

The opinion that Mr. Escobedo's fatal injuries occurred as a consequence of his minimal partial ejection of head and portions of torso from the vehicle is subject to very little chance of error in that virtually every study I am aware of and none that in opposition to this opinion have been published except for occasional anecdotal cases that result in significant vehicle to occupant interior contacts based on some idiosyncrasy of the actual incident crash event itself.

My opinion that Mr. Escobedo would not have received injuries had the vehicle not rolled over goes without saying. The rollover is the major event in this case and without it there would be no one subjected to harm or certainly to the risk of fatality assuming no other significant crash event occurred.

There is little chance of error in my opinion that had Mr. Escobedo been contained within the occupant space in the right front passenger area of the subject vehicle in a restrained or unrestrained condition that he would have survived this incident. There again is no literature, no research article, and only anecdotal references that would suggest any risk whatsoever and certainly not a probability for Mr. Escobedo to have sustained fatal injuries.

Furthermore, the occupant in the side of the vehicle which, according to typical allegations by defense, sustained the greatest impact, had the most energy and had the largest amount of passenger compartment intrusion survived the incident.

The error rate for clinical impressions such as these are difficult to actually calculate and give a number or percent error probability.

The concept of error rate applies well to other types of investigations, such as statistical analyses, animal studies or human exposure studies of toxicity, or other studies of aggregated data. It is not a particularly applicable concept with respect to forensic evaluation of injury causation in a specific case.

The opinions I have given, however, have been to a reasonable degree of forensic scientific and medical probability and certainty.

The methodology that I have used in my approach to this case employed the scientific method of analysis. The methodology is that which has been employed by forensic pathologists and scientists for over one hundred years in this country. I have utilized the same approach to over 50,000 different types of forensic cases with which I have been involved in my career, which spans nearly a quarter of a century.

"Consideration of Error" is somewhat applicable to the court's consideration of "falsifiability" of the expert's opinion.

There is no "percent of error" that can be determined for virtually anything other than some type of actual test procedure in which a likelihood of error by the testing machine or the mathematical formula or theory can be produced.

Clinical and scientific, medical and other opinions are testable as to whether there is substantial risk of error simply by looking at all of the supporting documentation and evidence that would lend credibility to the opinion.

If the overwhelming body of knowledge is such that the opinions are in opposition to such then a question as to the credibility or the likelihood of error of the opinion can be considered.

If, however, there is a substantial body of literature, research and education, background and training of the expert to support the opinion then the opinion should meet the requirement of reasonable scientific probability.

All of the opinions which I have given within the body of this report reach and exceed the minimal requirement of "probability".

They are supported by extensive references to the literature, to research and to 30 years of training, education and experience that I have utilized in my analysis of this case.

I am not attempting to tell the court that my opinions are right simply because they are mine. They are supported by extensive research and study which I have done considering automotive crashes and injuries over the past 30 years. They are based on my education and training as a forensic pathologist and a scientist who investigates automobile crashes.

They are based on my training as a medical doctor which involves the application of scientific method and principles even to the investigation of patient injury, disease and pathology.

They are supported by my specific training in analyzing motor vehicle crashes as a forensic pathologist including training in the area of the basic principles of physics including force and motion principles.

Physicians, scientists, and others gain knowledge concerning specific issues through their work experience and their research associated with this.

Based on all of the above I believe that my opinions satisfy the concept of exceeding some level of error that would result in these opinions being speculative or falsifiable.

Certainly, the methodology that I have employed in the investigation of this case, as well as the other cases with which I become involved, comports to the scientific method of inquiry.

Within the methodology of the Scientific Method there is no requirement that a test be done. The requirement is that the opinion be tested in some way. The method of testing may simply involve, according to the literature, comparing the opinion in the subject case to similar cases investigated by the scientists and/or others with previous similar endeavors and tasks.

All of my current opinions have been and are based on my current understanding of the subject incident.

**Page 24**
**04-032**
**Report**

These opinions may be subject to further clarification or reconsideration if additional or converse information or facts are received.

Sincerely,

Joseph L. Burton, M.D.

Consultant in Forensic
And Environmental
Pathology and Medicine

JLB.jr

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 01-033 | Beavers | Jason Dodson | 1991 Ford Tempo, GL | | |
| 01-032 | Drieth Vs. Ford | Frank Coppola | 1982 Ford F150, Pickup | 34-38 | 2 |
| 01-031 | London Vs. GM | John R. Parnell | 1990 Pontiac Grand Prix, 2-Door | 40-45 | 2/3 |
| 01-030 | Trawick Vs. Nissan | Emily H. Nelson | 1996 Nissan Sentra, 4-Door | 40 mph | 2 1/2 |
| 01-028 | Martin, Schiller & Young | Newton Porter | 1994 Dodge Caravan, Minivan | | |
| 01-026 | Tobias Vs. GM | Joseph Lane | 1990 Buick Regal, 2-Door | 35-45 mph | 3 |
| 01-024 | Ross Vs. Ford | Jason Dodson | 1995 Ford Aerostar, Minivan | 40-46mph | 3.5-4.5 |
| 01-022 | Zhao Vs. Chrysler | Mikal Watts | 1999 Dodge Caravan, Minivan | | |
| 01-021 | Scott Vs. GM | Brantley White | 1995 GMC Suburban, Carry-All | | 4 1/2 |
| 01-017 | Garcia Vs. Ford | Tom Stickel | 1989 Ford Escort, 2-Door | 36 mph | 2 |
| 01-013 | Lookingbill Vs. Ford | Craig Sico | Lincoln Towncar, 4-Door | | |
| 01-010 | Wright Vs. Christenberry Trucking | Scott Bethune | 1996 Honda Accord, 4-Door | 32-37 mph | 2 |
| 01-009 | Stansell Vs. Ford | Jason Crawford | 1996 Ford Explorer, 4-Door | | |
| 01-008 | McKenzie Vs. Volvo | Mark Andrews | 1994 Volvo Auto Cab, Semi | | |
| 01-001 | Willard Vs. Ford | Robert E. Ammons | 1997 Mercury Villager, Minivan | | 0.5 |
| 2K-221 | Hillock Vs. Graco | Stephen Goldner | 1994 Chevrolet Blazer, 4-Door | | 2 (max 3) |
| 2K-217 | Darletha Burch | David Perry | 1999 Toyota 4-Runner, SUV | | |
| 2K-216 | Stacy Vs. Ford | Jeffrey Wigington | 1994 Ford F150, Extended Cab | 26-29 mph | 1 3/4 |
| 2K-215 | Rodriguez Vs. Ford | Mikal Watts | 1992 Ford Aerostar, Minivan | | |
| 2K-213 | Styles Vs. GMC | Larry Coben | 1996 Chevrolet Suburban, 4-Door | | |
| 2K-207 | Gregorio Vs. GM | Shelley Stangler | 1990 Pontiac Grand Am, 2-Door | | |
| 2K-200 | Torres Vs. Ford | Lance A. Cooper | 1996 Ford Crown Victoria, 4-Door | | 1/2 |
| 2K-196 | Davenport Vs. Navistar | Brady Paddock | International Harvester F-1466, Tractor | | |
| 2K-187 | Mitchell Vs. Continental Tire | John Getz | Chevrolet G30, Van | | |
| 2K-185 | Pedro Zurita | Ray Marchan | Ford F150, Pickup | | |
| 2K-184 | Moore Vs. Jeep/Chrysler | Dennis Cathey | 1998 Jeep Cherokee, 2-Door | | |
| 2K-178 | Sturdevant Vs. Ford | Randolph Barnhart | 1993 Ford F350, Pickup | 20-26 mph | 1 1/2 - 2 1/2 |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 2K-175 | Thomas Vs. GM | Gary Robb | Chevrolet Suburban, 4-Door | | |
| 2K-171 | Steiner Vs. GM | Peter Daughtery | 1998 Pontiac Transport, Minivan | 35 mph | 2 |
| 2K-169 | Pressley Vs. GM | Robert E. Ammons | Chevrolet S10, Blazer | | |
| 2K-165 | Spoerlein Vs. Int. Harvester | Kent Emison | International Harvester 1066, Tractor | 11-16 | 1/2 |
| 2K-164 | Dimaso Vs. Ford | James Lowe | 1992 Ford Explorer, SUV | 48 mph | 4 1/2 |
| 2K-160 | Bradford Vs. Ford | Neil Smith | 1998 Ford Explorer, 4-Door | | 4 1/4 |
| 2K-159 | Davis Vs. Suzuki | David Bright | 1991 Suzuki Sidekick, 2-Door | | |
| 2K-157 | Douglas Vs. Ford | LaBarron N. Boone | 1994 Ford Explorer, SUV | | |
| 2K-154 | Tankersly Vs. GM | Stephen Bough | 1997 Chevrolet S10 Blazer, 4-Door | | |
| 2K-153 | Doris Peljae | Mark J. Evans | 1998 Jeep Grand Cherokee, 4-Door | | |
| 2K-148 | Bowman Vs. Ford | Kendall J. Few | 1999 Ford F250, Pickup | | |
| 2K-147 | Kendall Vs. Hyundai | Stanley White | 1993 Hyundai Sonata, 4-Door | | |
| 2K-146 | Fischer Vs. Ch2M Hill, Inc. | Michael P. Atkinson | 1996 Honda Prelude, 2-Door | | |
| 2K-144 | Lister Vs. Caltrans | Allan Davis | 1998 Plymouth Expresso, 4-Door | | |
| 2K-139 | Martinez Vs. Ford | John Granger | 1987 Ford Bronco II, 2-Door | 48 mph | 4 |
| 2K-138 | Hernandez Vs. Chrysler | Mikal Watts | 1994 Plymouth Voyager, Minivan | 22-25 mph | 2.75 |
| 2K-133 | Moore Vs. Ford/Jaguar | Mikal Watts | 1999 Jaguar XJ8, 4-Door | | 4.5 |
| 2K-127 | Long Vs. Ford | Greg J. Allen | 1986 Ford Bronco II, 2-Door | | |
| 2K-125 | Harris Vs. Ford | Larry Coben | 1987 Ford Econoline, Van | 36 mph | 3.25 |
| 2K-124 | Berry/Taylor Vs. Nissan | Greg J. Allen | 1994 Nissan Pathfinder, 4-Door | 53 | 4 |
| 2K-117 | Miller Vs. Mazda | Rod Squires | 1994 Mazda Protegé, 4-Door | 20-22 | 1 |
| 2K-116 | Ortiz Vs. GM | Kevin Calcagnie | 1999 Chevrolet Pickup, Extended Cab | | |
| 2K-115 | Smith Vs. Caltran | Kevin Calcagnie | 1986 Mitsubishi Truck, Pickup | | |
| 2K-114 | Chang Vs. Toyota | Kevin Calcagnie | 1997 Toyota 4-Runner, 4-Door | | |
| 2K-112 | Forcella Vs. Chrysler | Mikal Watts | 1992 Dodge Caravan, Minivan | | |
| 2K-109 | Edward Gibson | Steve Polidori | 1996 Nissan Pathfinder, 4-Door | | |
| 2K-104 | Morgan Vs. GM | R. Lee Steers | 1996 Pontiac Grand Am, 2-Door | 40 MPH | 3 |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 2K-092 | Stidham Vs. Cosco | Todd Vargo | 1990 Ford Ranger, Pickup | 25-30 mph | 1-2 |
| 2K-089 | Zimmerman Vs. GM | Roger G. Brown | 1999 Oldsmobile Alero, 2-Door | 25-28 | 2 1/2 |
| 2K-088 | Bigham Vs. Land Rover | James Lowe | 1991 Land Rover Range Rover, 4-Door | | |
| 2K-087 | Diaz Vs. GM | Norman Jolly | 1991 Chevrolet S10, Pickup | | |
| 2K-079 | Drury Vs. Isuzu | Paul Whelan | 1994 Isuzu Rodeo, 4-Door | | |
| 2K-066 | Sturns Vs. Ford | Mikal Watts | 1999 Ford E-350, Van | | |
| 2K-065 | Vu Vs. Nissan | Jeffrey Wigington | 1990 Nissan Pathfinder, 4-Door | | |
| 2K-064 | Cespedes Vs. Ford | Mikal Watts | 1997 Ford Escort, Station Wagon | | |
| 2K-056 | Cole Vs. GM | Thomas Willingham | 1995 Chevrolet S10 Blazer, 4-Door | 40 to 45 | 2 3/4 |
| 2K-055 | Robinson Vs. Nissan | Robert Bryan | 1984 Nissan Pickup, King Cab | | |
| 2K-054 | Griggs Vs. Fuji | Leslie Rosenbaum | 1984 Subaru GL, 4-Door | | |
| 2K-052 | Nunez Vs. Dunlop/Ford | Page Axen | 1997 Ford Ranger, Pickup | | |
| 2K-051 | Miller Vs. Freightliner | LaBarron N. Boone | 1995 Freightliner Truck, Semi | | |
| 2K-046 | Drury Vs. Ford | John MacInerney | 1990 Ford Escort, Hatchback | 20 mph | 1/2 |
| 2K-044 | Marshall Vs. Nissan | Christian Searcy | 1997 Nissan Pathfinder, 4-Door | 41 mph | 4 1/4 |
| 2K-043 | Newman Vs. Holmes | Mary Alice Barrett | 1994 Isuzu Rodeo, 4-Door | | |
| 2K-042 | Shaw | Jojene Mills | 1978 International Truck, Dump Truck | | |
| 2K-039 | De Aragon Vs. Honda | Chris Saucedo | 1995 Honda SUV, 4-Door | | |
| 2K-037 | Bowman Vs. Ford | Mark J. Evans | 1993 Ford Explorer, 4-Door | | |
| 2K-033 | Ritzhaupt Vs. Toyota | James L. Gilbert | 1988 Toyota Corolla, 2-Door | | |
| 2K-032 | Velasco Vs. Chrysler | James L. Gilbert | 1997 Dodge Ram 1500, Extended Cab | | |
| 2K-030 | Koenig Vs. Toyota | Mikal Watts | 1991 Toyota Tercel, 2-Door | | 1/2 |
| 2K-024 | Gallegos Vs. Ford | Catherine Smith | 1993 Ford Explorer, 2-Door | | |
| 2K-023 | Rowe Vs. GM | Michael W. Moody | 1996 Cadillac Seville, 4-Door | | |
| 2K-014 | Carter Vs. Ford | Daniel K. Evans | 1995 Ford Aerostar, Minivan | | |
| 2K-010 | Reeder Vs. Chrysler | Richard Hay | 1997 Jeep Cherokee, 4-Door | | |
| 2K-007 | Ownbey Vs. GM | Turner Branch | 1999 Chevrolet Monte Carlo, 2-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|-----------|------------|
| 2K-006 | Crow Vs. GM | Stephen Burke | 1997 Chevrolet Blazer, 4-Door | | |
| 99-182 | Cassie Parish | Charles Wooden | 1997 Chevrolet S10 Blazer, 4-Door | 52 mph | 2 |
| 99-179 | Randolph Mingling | Robert E. Ammons | 1995 Isuzu Rodeo, SUV | | |
| 99-175 | Cavazos Vs. Mitsubishi | James Jensen | 1992 Mitsubishi Pickup, Mighty Max | 35 mph | 3 |
| 99-173 | Stevens Vs. GM | Mark C. Joye | 1995 Chevrolet S10 Blazer, 4-Door | Hi 30's Lo 40's | 2-3 |
| 99-172 | Aragon Vs. GM | Mark Klecan | 1989 Chevrolet Beretta, 2-Door | | |
| 99-170 | Gonzalez Vs. Evenflo | William G. Neumann | 1989 Chevrolet Cavalier, 2-Door | | 4 1/2 |
| 99-161 | Williams Vs. Toyota | Robert E. Ammons | 1995 Toyota 4-Runner, SUV | 53 | 3 3/4 |
| 99-156 | Duff Vs. Toyota | Donald H. Slavik | 1997 Toyota 4-Runner, SUV | | |
| 99-150 | Booher Vs. Subaru | Stephen Bough | 1991 Subaru Legacy, 4-Door | 58-65 mph | 3 3/4 |
| 99-149 | Wennberg Vs. Ford | Stephen Bough | 1985 Ford Bronco, SUV | 28-33 | 1 3/4 |
| 99-148 | Garelick Vs. Ford | Marvin Rader | 1987 Ford Crown Victoria, 4-Door | | |
| 99-143 | Rungel Vs. Ford | Mikal Watts | 1996 Ford F150, Extended Cab | 20-25 mph | 1/2 |
| 99-142 | Faraci Vs. Ford | Mikal Watts | 1995 Ford Bronco, SUV | | 1.5-2.5 |
| 99-140 | Gonzalez Vs. Ford | Paula Wyatt | 1994 Ford F350, Pickup | 39 mph | 2 |
| 99-132 | Gillespie Vs. Chrysler | Patrick Ardis | 1995 Jeep Wrangler, 2-Door | | |
| 99-128 | Gomez | William R. Edwards | 1997 Ford Ranger, Pickup | | |
| 99-127 | Watkins Vs. Ford | LaBarron N. Boone | 1995 Ford F80, Tanker | | |
| 99-125 | Ruiz Vs. Isuzu | James P. Lyle | 1993 Isuzu Rodeo, 4-Door | | |
| 99-124 | Valdivia Vs. Callen | Herman Russomanno | 1997 Jeep Cherokee, 4-Door | | |
| 99-115 | Hall Vs. Ford | Bruce Kaster | 1996 Ford Explorer, 4-Door | 59 mph | 3 1/4 - 4 1/4 |
| 99-105 | Spurgeon Vs. Ford | Daniel T. Defeo | 1992 Ford F150, Pickup | | 1 1/2 |
| 99-101 | Neumann Vs. GM | Michael Miller | 1992 Chevrolet S10, Blazer | 41-49 mph | 2 |
| 99-100 | Alexander Vs. Isuzu | Jarvis Antwine | 1995 Isuzu Rodeo, SUV | 70-75 mph | |
| 99-096 | Adcock Vs. Honda | Lance A. Cooper | 1993 Honda Accord, 2-Door | | |
| 99-095 | Beamarth Vs. Sutton Dist. | Wil Florin | 1995 Nissan Pathfinder, SUV | | |
| 99-092 | Armstrong Vs. Cosco | Brantley White | 1991 Plymouth Voyager, Minivan | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 99-088 | Arguello Vs. Ford | Gerry E. Holmes | 1989 Ford Ranger, Pickup | --- | 1/4 |
| 99-083 | Thigpen Vs. GM | Richard Norman | 1996 Chevrolet Camaro, 2-Door | --- | |
| 99-076 | Schree Vs. Ford | Stephen M. O'Brien | 1995 Ford Taurus, 4-Door | --- | |
| 99-075 | Pham Vs. GM | Jeffrey Padwa | 1997 GMC Safari, Van | 40 mph | 3.5 |
| 99-074 | Taylor Vs. Land Rover | Dennis Cathey | 1996 Land Rover Town & Country, 4-Door | | |
| 99-071 | Thompson/Davis Vs. GM | James R. Hubbard | 1995 Chevrolet G20, Conversion | 39 mph | 2 |
| 99-070 | Kemp Vs. Chrysler | Rick Alvis | 1994 Chrysler LHS, 4-Door | | |
| 99-066 | Bentley Vs. Land Rover | Ben R. Hogan | 1989 Land Rover Range Rover, 4-Door | | |
| 99-063 | Pennington | John Gsanger | 1996 Isuzu Rodeo, 4-Door | | |
| 99-062 | Moreno Vs. Ford | Paula Wyatt | 1989 Ford Bronco II, 2-Door | | |
| 99-061 | Price Vs. Honda | Ralph Chapman | [N/A] Honda 200, 4 Wheeler | | |
| 99-059 | Trethewey Vs. Chrysler | Robert Ingram | 1994 Plymouth Colt, 2-Door | | |
| 99-055 | Morris Vs. Michelin/Chrysler | Shane Langston | 1990 Dodge Ram 350, Van | | |
| 99-054 | Augustine Vs. Ford | Doug Gwyther | 1991 Mercury Topaz, 4-Door | | |
| 99-052 | Lindeman Vs. Chrysler | D. Bruce Petway | 1996 Dodge Caravan, Minivan | | |
| 99-045 | Todecheene | Edward Fitzhugh | 1997 Ford Expedition, 4-Door | | |
| 99-041 | Ramczyk Vs. Ford | Russell Golla | 1987 Ford F250, Pickup | 25-29 mph | 1 1/2 |
| 99-039 | Cobb Vs. GM | Phillip Duncan | 1996 Chevrolet S10 Blazer, 4-Door | | |
| 99-035 | Rodriguez Vs. Chrysler | Kendall J. Few | 1995 Dodge Caravan, Minivan | | |
| 99-031 | Roach Vs. Geo | Eric G. Zajac | 1994 Geo Tracker, 2-Door | | |
| 99-028 | Salinas Vs. Ford | Catherine Smith | 1993 Ford Ranger, Pickup | | |
| 99-025 | Bateson Vs. GM | Barry G. O'connell | 1990 Chevrolet K-5 Blazer, 2-Door | | |
| 99-021 | Lebert Vs. Koch Pipeline | Kenneth W. Lewis | 1998 White 9400, Semi | | |
| 99-020 | George Fasnaught | Albert M. Pearson | 1989 Chevrolet S10 Blazer, 2-Door | | |
| 99-014 | Moore Vs. GM | Rodney Moore | 1995 Chevrolet S10 Blazer, 4-Door | | 1/2 |
| 99-012 | Bates Vs. Dot | David Boone | | | |
| 99-011 | Dearing Vs. GM | Christian Searcy | 1999 GMC Suburban, 4-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 99-010 | Wood Vs. Toyota | Jeffrey Foote | 1997 Toyota 4-Runner, 4-Door | | |
| 99-008 | Minton Vs. GM | R. Lee Steers | 1996 Oldsmobile Bravada, 4-Door | | |
| 99-007 | Wheeler Vs. Ford | Mike Eidson | 1997 Ford Explorer, 4-Door | 11-15 | 1/2 |
| 99-006 | Brenda Obrien | Paula Wyatt | 1997 Mitsubishi Eclipse, 2-Door | | |
| 99-004 | Duennenberg Vs. Chrysler | Thadd Llaurado | 1996 Dodge Ram, Pickup | 35-36 mph | 2 |
| 99-003 | Kay Vs. GM | Roy A. Jacobson | 1991 Chevrolet Cavalier, 2-Door | | |
| 99-002 | McGee Vs. Chrysler | Shane Langston | 1991 Plymouth Voyager, Minivan | | |
| 98-166 | Assel Vs. Ford | Daniel T. Defeo | 1995 Ford LT 9000, Dump Truck | | |
| 98-164 | Allen Vs. GM | Mikal Watts | 1978 Chevrolet Big 10, Pickup | | |
| 98-160 | Cabrera Vs. GM | Mike Eidson | 1996 Chevrolet Astro, Van | | |
| 98-159 | Leonard Vs. Subaru | Rick Alvis | 1991 Subaru Legacy, 4-Door | | |
| 98-158 | Florida Vs. Tait | William Davis | | | |
| 98-151 | Judson Vs. Nissan | Graham Esdale | 1995 Nissan Pathfinder, 2-Door | 33 mph | 1 3/4 |
| 98-150 | Guevara Vs. Chrysler | Mikal Watts | 1995 Dodge Caravan, Minivan | | |
| 98-149 | Franklin Vs. Ford | Greg J. Allen | 1986 Ford Bronco II, 2-Door | | |
| 98-147 | Bratton Vs. Chrysler | Mikal Watts | 1985 Dodge Prospector, Conversion | | |
| 98-146 | Maxwell Vs. GM | Rick D. Morrison | 1985 GMC Jimmy, 2-Door | | |
| 98-143 | Johnson Vs. Ford | James D. Sill | 1988 Ford Ranger, Pickup | | |
| 98-139 | Gilbert Giordano | Ross Buchanan | 1995 Chevrolet Tahoe, SUV | 30-40 mph | 3 |
| 98-134 | Farr Vs. Toyota | James Cain | 1986 Toyota Pickup, Pickup | 26 - 29 | 1 |
| 98-132 | Stowell Vs. Evenflo | Andrew Payne | 1996 Ford Explorer, 4-Door | | |
| 98-125 | Boury Vs. Ford | Richard F. Burke | 1992 Ford Explorer, 4-Door | | |
| 98-123 | Alfred Vs. Freightliner | Kenneth W. Lewis | 1993 Freightliner Truck, Semi | | 1/2 |
| 98-121 | Corrandini Vs. Chrysler | Kevin Calcagnie | 1977 Jeep CJ-7, 2-Door | | |
| 98-120 | Belin Vs. Ford | Kevin Calcagnie | 1995 Ford Explorer, 2-Door | | |
| 98-119 | Anderson Vs. Toyota | Kevin Calcagnie | 1995 Toyota 4-Runner, 4-Door | | |
| 98-116 | Johnson Vs. GM | Kendall J. Few | 1994 Chevrolet Suburban, 4-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 98-114 | Martha Draper | Mark R. Staun | 1993 Jeep Cherokee, 4-Door | | |
| 98-112 | Curral Vs. Toyota | James S. Rogers | 1998 Toyota Pickup, 4 X 4 | | |
| 98-110 | Ruder Vs. Chrysler | James S. Rogers | 1989 Jeep Wagoneer, 4-Door | | |
| 98-107 | Balleza Vs. Zarate/Chrysler | Mikal Watts | 1986 Chrysler Dodge, Van | | |
| 98-106 | Nita Wanless | James Lowe | 1991 Ford Probe, 2-Door | | |
| 98-100 | W. B. Smith | Sidney Gilreath | [N/A] GE Narrow Body, Locomotive | | |
| 98-098 | Vitegas Vs. Chrysler | Roger L. Pardieck | 1990 Dodge Caravan, Minivan | | |
| 98-096 | Beef America Vs. Ford | Kevin K. McQuillan | 1984 Ford Bronco II, 2-Door | | |
| 98-095 | Krotenberg Vs. Toyota | Carrie Frank | 1994 Toyota 4-Runner, 4-Door | 40-44 mph | 2 3/4 |
| 98-092 | Mostely Vs. GM | Joseph M. Brown | 1987 Chevrolet Astro, Minivan | | 1/4 |
| 98-087 | Newell Vs. GM/Starcraft | James R. Hubbard | 1984 GMC Vandura, Conversion | | |
| 98-082 | Lashley Vs. Toyota | Ben R. Hogan | 1994 Toyota 4-Runner, 4-Door | | |
| 98-078 | Tribe Vs. John Deere | Paul Whelan | 1980 John Deere 2240, Tractor | | |
| 98-074 | Moser Vs. Gates | Marvin Masters | 1990 Ford Escort, 2-Door | | |
| 98-073 | Sowell Vs. Mazda | James R. Green | 1994 Mazda Protégé, 4-Door | | |
| 98-071 | Elizabeth Herman | Frank Stefec | 1990 Ford Bronco II, 2-Door | | |
| 98-068 | Hicks Vs. Ford | James J. Murphy | 1996 Ford Escort, 2-Door | | |
| 98-067 | Bryan Vs. Budget | David Stone | 1996 Ford Taurus, 4-Door | | |
| 98-064 | McKenith Vs. Century | W. Joseph Reid | 1985 Mercury Topaz, 2-Door | | |
| 98-063 | Burns Vs. GM | Ben R. Hogan | | | |
| 98-056 | Trevino Vs. GM | David Perry | 1990 Chevrolet Astro, Minivan | | |
| 98-050 | Gonzales Vs. Crane Carrier | Mikal Watts | 1994 Crane Carrier Pakmor, Truck | | |
| 98-049 | Garva Vs. Ford | Mikal Watts | 1985 Ford F150, Extended Cab | | |
| 98-045 | Patricia Anderson | Joseph M. Brown | 1996 Buick Skylark, 4-Door | | |
| 98-036 | Aultman Vs. GM | David B. Chancellor | 1997 Oldsmobile Cutlass, 4-Door | | |
| 98-035 | Joshua Deno | A. V. Conway | 1990 Ford Mustang, 2-Door | | 1/2 |
| 98-031 | Grimes Vs. Willis Vs. Mazda | David Patterson | 1993 Mazda B2300, Pickup | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 98-029 | Thomas Vs. Isuzu | | 1995 Isuzu Rodeo, 4-Door | | |
| 98-022 | Sparks Vs. Ford | Greg J. Allen | 1989 Ford Bronco II, 2-Door | | 2 1/4 - 3 1/4 |
| 98-021 | Lester Vs. Chrysler | Scott Benkie | 1992 Dodge Caravan, Minivan | | |
| 98-020 | Ashby Vs. Ford | David Perry | 1997 Ford Explorer, 4-Door | | 2 3/4 |
| 98-017 | Cleghorn Vs. Ford | Kevin Calcagnie | [N/A] Ford Thunderbird, 2-Door | | |
| 98-016 | Cooper Vs. GM | Jason Crawford | [N/A] Chevrolet S10, Pickup | | |
| 98-012 | Lucero Vs. Toyota | Turner Branch | 1994 Toyota Paseo, 2-Door | | |
| 98-009 | Creason Vs. Dirty Dans | Woodruff Soldner | 1971 Buick Skylark, 2-Door | | |
| 98-007 | Allgood Vs. Ford | George W. Fryhofer | 1997 Ford Explorer, 4-Door | | |
| 97-161 | Estess Vs. Starcraft | William B. Curtis | 1990 Chevrolet G20, Conversion | | |
| 97-160 | Robinson Vs. GM | Joseph Mattingly | 1992 Chevrolet Astro, Minivan | | 1 1/2 |
| 97-158 | Brady Pierce | Kevin Hawkins | 1985 Toyota Pickup, 4 X 4 | | |
| 97-157 | Rodriguez Vs. Chrysler | Mikal Watts | 1989 Dodge Caravan, Minivan | | |
| 97-152 | Scott Vs. Ford | Scott Mullins | 1992 Ford Explorer, 2-Door | | |
| 97-151 | Fitts/Barber | Kevin Hawkins | 1992 Daihatsu Rocky, 2-Door | | |
| 97-150 | Thompson Vs. Chrysler | Lance A. Cooper | 1991 Dodge Caravan, Minivan | | |
| 97-147 | Phazis Vs. Paccar | Robert E. Ammons | 1981 Kenworth Semi, Conversion Cab | | |
| 97-146 | Ramirez Vs. Toyota | Norman Jolly | 1988 Toyota 4-Runner, 2-Door | | |
| 97-144 | Bramlitt Vs. Jacksonville | Angelo M. Patacca | 1989 Chevrolet Caprice, 4-Door | | |
| 97-141 | Hansen Vs. Mazda | Thomas Phillips | 1989 Mazda 323, 4-Door | | |
| 97-140 | Mariona Vs. Chrysler | Mikal Watts | 1988 Dodge Caravan, Minivan | | |
| 97-139 | Gross Vs. Chrysler | Mikal Watts | 1989 Plymouth Voyager, Minivan | | |
| 97-138 | Bice Vs. Jeep | Howell Cobb | 1997 Jeep Wrangler, 2-Door | | |
| 97-135 | Ballard Vs. Takata | Donald H. Slavik | 1993 Geo Tracker, 2-Door | | |
| 97-134 | Nelson Vs. Ford | Kevin Calcagnie | 1990 Ford Thunderbird, 2-Door | | |
| 97-127 | Visconti Vs. GM | Patrick Ardis | 1993 Saturn S-2, 4-Door | | |
| 97-126 | Cynthia Jackson | Robert E. Ammons | 1994 Ford Explorer, 2-Door | 48 mph | 3 1/2 |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 97-123 | Otis Ortiz | Robert E. Ammons | 1992 Toyota Pickup, 4 X 4 | 38 mph | 1 1/4 |
| 97-120 | Malissa Lockwood | Robert E. Ammons | 1990 Geo Tracker, 2-Door | | 2 |
| 97-115 | Byron Erickson | Courtney Morgan | 1989 Oldsmobile Cutlass, 2-Door | | |
| 97-111 | McWilliams Vs. Isuzu | Mark J. Evans | 1991 Isuzu Trooper, SUV | | |
| 97-105 | Quinn/Green Vs. GM | William Lloyd | 1993 Geo Tracker, 2-Door | | |
| 97-104 | Lashley Vs. Ford | Stephen Garner | 1993 Ford Explorer, 4-Door | | |
| 97-102 | Blackmon/Green Vs. GM | D. Bruce Petway | 1986 Ford Van, Conversion | | |
| 97-098 | Mares Vs. GM | Fred Haas | 1991 Chevrolet Astro, Van | | |
| 97-091 | Houser Vs. Chrysler | Mikal Watts | 1993 Dodge Caravan, Minivan | | |
| 97-086 | Tarby Vs. GM | Bernard Cohen | 1991 Chevrolet S10 Blazer, 2-Door | | |
| 97-085 | Jones Vs. Toyota | Graham Esdaic | 1995 Toyota 4-Runner, 4-Door | | |
| 97-083 | Rachel McGraw | Robert Cline | 1997 Chevrolet Suburban, 4-Door | | |
| 97-078 | Zinn Vs. GM | James Lowe | 1991 Buick Regal, 2-Door | | |
| 97-072 | Bayless Vs. GM | Allene D. Evans | 1996 Chevrolet 1500, Extended Cab | | |
| 97-071 | Cargile Vs. John Deere | Kent Emison | [N/A] John Deere Tractor, Farm | | |
| 97-065 | Bart Moran | William R. Edwards | 1997 Dodge Caravan, Minivan | | |
| 97-064 | Bass Vs. Isuzu | James R. Green | 1992 Isuzu Rodeo, 4-Door | | |
| 97-062 | Teal Vs. Ford | Greg J. Allen | 1988 Ford Bronco II, 2-Door | | |
| 97-061 | Blackovich Vs. Ford | Steven Harrell | 1995 Mazda B3000, Pickup | | |
| 97-059 | Colp Vs. Ford | Georgina Rizk | 1995 Ford Aerostar, Minivan | 13-19 | 1/4 |
| 97-054 | Yen Yen Ly | Andrew Meitel | 1984 Toyota Cressida, 4-Door | | |
| 97-051 | Barrera Vs. Ford | Mikal Watts | 1985 Ford F150, Pickup | | |
| 97-046 | Sarter Vs. Nissan | James Lowe | 1992 Nissan Sentra, 4-Door | | |
| 97-044 | Hobdy Vs. Isuzu | Blaine C. Stevens | 1995 Isuzu Rodeo, 4-Door | | |
| 97-042 | Mendez Vs. Ford | Tom Pennekamp | 1995 Ford Explorer, 4-Door | | |
| 97-041 | Lockett Vs. Sears | Geoffrey Becker | 1987 Ford Bronco II, 2-Door | | |
| 97-038 | Phipps Vs. Ford | Thomas E. Hayes | 1991 Ford F150, Extended Cab | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 97-033 | Longoria Vs. Chrysler | Robert E. Ammons | 1988 Dodge Ram 50, Pickup | | |
| 97-032 | Bullock Vs. GM | LaBarron N. Boone | 1992 Geo Metro, 2-Door | | |
| 97-030 | Castillo Vs. GM | William R. Edwards | 1989 Chevrolet S10, Blazer | | |
| 97-028 | Dailey Vs. Nissan | Todd Vargo | 1995 Nissan Pickup, 2-Door | | 1/4 |
| 97-026 | Warwick Vs. Nissan | Robert E. Ammons | 1981 Datsun Pickup, King Cab | | |
| 97-025 | Nichols Vs. GM | Kenneth Ingram | [N/A] Chevrolet S10 Blazer, 4-Door | | |
| 97-023 | Francisco Noyola | Paula Wyatt | 1989 Mazda RX-7, 2-Door | | |
| 97-020 | Guerrero Vs. GM | Mikal Watts | 1991 GMC Van, Full Size | | |
| 97-018 | Morgan Vs. Chrysler | Peter Daughtrey | 1980 Jeep CJ-5, 2-Door | | |
| 97-014 | Ornelas Vs. Chrysler | Maryann Gallagher | 1988 Dodge Caravan, Minivan | | 1/4 |
| 97-012 | Pompey Vs. Isuzu | Lance A. Cooper | 1992 Isuzu Rodeo, 4-Door | | |
| 97-011 | Martens Vs. Toyota | James L. Gilbert | 1990 Toyota 4-Runner, 4-Door | | |
| 97-007 | Garner Vs. GM | Patrick Ardis | 1991 Geo Prizm, 4-Door | | |
| 97-004 | Flot Vs. Kids II, Inc | Stephen Goldner | 1992 Ford Explorer, 4-Door | | |
| 97-003 | Thomas Morrow, Jr. | James K. King | 1990 Honda Accord, 4-Door | | |
| 97-001 | Casanova Vs. Ford | Paula Wyatt | 1992 Ford Crown Victoria, 4-Door | | |
| 96-162 | Stout Vs. G.M. | Krystyna Jamison | 1990 GMC Suburban, 4-Door | | |
| 96-161 | Cochran Vs. Ford | Lanahan Goodman | 1986 Ford Bronco II, 2-Door | 45 mph | 3 1/2 |
| 96-160 | Marva White | Robert E. Ammons | 1986 Ford Ranger, Pickup | 30-33 mph | 2 |
| 96-159 | Shane Myers | Robert E. Ammons | 1988 Ford F150, Pickup | | |
| 96-156 | Tidwell Vs. Ford | Russell Uselton | 1990 Ford F350, Extended Cab | | |
| 96-154 | Howington Vs. Nissan | Michael Jaques | 1992 Nissan Sentra, 4-Door | 35 mph | 3 |
| 96-153 | Bryan Olney | James S. Rogers | 1989 Toyota Pickup, 4 X 4 | | |
| 96-147 | Powell | Kenneth Ingram | 1995 Chevrolet K-10, Pickup | | |
| 96-143 | Tracy Snellen | Peter Perlman | 1995 Jeep Wrangler, 2-Door | | |
| 96-142 | Wright Vs. Penfield | Michael Mcleod | 1992 GMC Jimmy, 4-Door | | |
| 96-138 | Mudalige Vs. Ford | Gordon Phillips | 1994 Ford Aerostar, Minivan | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 96-137 | Kyser Vs. Ford | D. Bruce Petway | 1995 Ford Explorer, 4-Door | --- | --- |
| 96-135 | White Vs. King & Carpenter | John Ratzlaff | 1984 Toyon Pickup, 2-Door | --- | --- |
| 96-132 | Bearden Vs. Mazda | Paula Wyatt | 1991 Mazda 626, 4-Door | --- | --- |
| 96-131 | Vargas | Paula Wyatt | 1994 Toyota Pickup, 2-Door | --- | --- |
| 96-128 | Shirley Vs. G.M. | John Few | 1994 Chevrolet Lumina, Minivan | | --- |
| 96-126 | Even Vs. Chrysler | Mary I. Wilson | 1980 Jeep CJ-5, 2-Door | | --- |
| 96-125 | Decker & Park Vs. Chrysler | David Wilson | 1993 Plymouth Voyager, Minivan | | --- |
| 96-121 | McCrenie | Gerry E. Holmes | 1993 Ford Ranger, Pickup | | --- |
| 96-111 | Cantu Vs. Ford | Paula Wyatt | 1987 Ford Aerostar, Minivan | 40 mph | 2 1/2 |
| 96-110 | Weiker Vs. Ford | James Lowe | 1991 Ford Ranger, Pickup | | --- |
| 96-107 | Steward | Mikal Watts | 1990 Dodge Caravan, Minivan | | --- |
| 96-101 | Underwood Vs. Ford | Joel Wooten | 1996 Ford Explorer, 4-Door | | --- |
| 96-096 | Campbell Vs. Chrysler | Kevin Calcagnie | 1988 Dodge Caravan, Minivan | | --- |
| 96-095 | Cabibi Vs. Honda | Kevin Calcagnie | 1995 Honda Civic, 2-Door | | --- |
| 96-094 | Malik Vs. Suzuki | Kevin Calcagnie | 1988 Suzuki Samurai, SUV | | --- |
| 96-088 | Wilen Vs. Toyota | James R. Green | 1985 Toyota Pickup, 4 X 4 | | --- |
| 96-087 | Manjee Vs. Ford | Robert Palmer | 1991 Ford Tempo, 4-Door | | --- |
| 96-084 | Schornick Vs. Chrysler | James Henthman | 1991 Dodge Caravan, Minivan | | --- |
| 96-083 | Cynthia Propheter | Roy E. Paul | 1994 Isuzu Rodeo, 4-Door | | --- |
| 96-073 | Bradshaw Vs. Mitsubishi | Cal Holmes | 1990 Mitsubishi Mighty Max, Pickup | | --- |
| 96-072 | Dale Vs. G.M. | Cal Holmes | 1987 Chevrolet Nova, 4-Door | | --- |
| 96-070 | Alexander-Jeong Vs. Honda | Gloria Worch | 1988 Honda Accord, 2-Door | | --- |
| 96-067 | Poole Vs. Nissan | Karl Bayer | 1986 Nissan Pickup, King Cab | | --- |
| 96-062 | Calhoun Vs. G.M. | Rick Alvis | 1981 Pontiac Grand Prix, 2-Door | | 1/2 |
| 96-051 | Wendi Jones vs. Ford | Brehm Bell | 1992 Ford Aerostar, Minivan | | --- |
| 96-050 | Amburgey Vs. Suzuki | Scott Smith | 1990 Suzuki 500, 4 Wheeler | | --- |
| 96-046 | Carpenter Vs. Honda | Rick Alvis | 1989 Honda Accord, 4-Door | | --- |

| Case# | Case Name | Attorney | Trip Speed | # of Rolls | Vehicle |
|-------|-----------|----------|------------|------------|---------|
| 96-042 | Jimenez Vs. Chrysler | John Gerstein | | | 1985 Dodge Caravan, Minivan |
| 96-041 | Tyndall Vs. Chrysler | John Gerstein | | | 1993 Dodge Caravan, Minivan |
| 96-038 | Mickle Vs. Isuzu | D. Bruce Petway | | | 1987 Isuzu Pickup, 2-Door |
| 96-034 | Joseph Curran | Ellis Nelson | | | 1990 Isuzu Amigo, 2-Door |
| 96-033 | Weston Vs. Chrysler | Mikal Watts | | | 1994 Dodge Caravan, Minivan |
| 96-030 | Paul Vs. Chrysler | Peter Black | | | 1994 Dodge Caravan, Minivan |
| 96-029 | Kim Vs. Hertz | Geoffrey Becker | | | 1994 Chrysler Lebaron, Convertible |
| 96-026 | Wilson Vs. Ford | Linda B. Williamson | | | 1989 Ford Van, Conversion |
| 96-025 | Johnson Vs. Ford | D. Bruce Petway | | | 1987 Chevrolet S10 Blazer, 2-Door |
| 96-023 | Rangel Vs. Medina Ohio | Robert Marcis | | | 1981 Chevrolet Chevy Van, Van |
| 96-017 | Dar Schuster | Barry W. Krengel | | | 1987 Volkswagen Golf, 4-Door |
| 96-016 | Denham Vs. Uniroyal & Chrysler | Rebecca C. Branch | | | 1986 Dodge Caravan, Minivan |
| 96-015 | Abercrombie Vs. Chrysler | Turner Branch | | | 1990 Plymouth Voyager, Minivan |
| 96-012 | Schoenbeck Vs. Toyota | Patrick A. Hamilton | 48 mph | | 1987 Toyota 4-Runner, 2-Door |
| 96-009 | Guilford Vs. Paccar | Blaine C. Stevens | | | 1994 Peterbilt Rt68, Semi |
| 96-008 | Caro Vs. Saab | Kevin Calcagnie | 40 mph | | 1986 Saab 900, 2-Door |
| 96-004 | Shiflett & Wilson Vs. Ford | Whit Drake | | | 1979 Ford Bronco II, 2-Door |
| 96-003 | Gibbons Vs. G.M. | Edward Rubinoff | | | 1989 Chevrolet Blazer, 2-Door |
| 96-002 | Cervera Vs. G.M. | Joe Luna | | | 1986 Chevrolet Camaro, 2-Door |
| 95-180 | Herman Williams | Stephen L. Segall | 45 mph | 3 | 1985 Ford Bronco II, 2-Door |
| 95-178 | Dunagun Vs. Nissan | Pat Sigler | | | 1987 Toyota Pickup, 2-Door |
| 95-173 | Erickson Vs. Suburu | Jeff D. Eisenberg | 17-20 mph | | 1992 Subaru Loyale, Station Wagon |
| 95-169 | Ganith Vs. G.M. | Blaine C. Stevens | | | 1991 GMC Van, Full Size |
| 95-164 | Miller Vs. Ford | Rex Easley | | 1 1/4 | 1985 Ford Bronco II, 2-Door |
| 95-162 | Chavers Vs. Nissan | James R. Green | | | 1985 Nissan Pickup, 2-Door |
| 95-161 | Hernandez/DeLeon Vs. G.M. | Norman Jolly | 39 mph | | 1991 Chevrolet S10 Blazer, 2-Door |
| 95-147 | Coburn | Emily H. Nelson | | | 1993 Ford Escort, 4-Door |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 95-145 | Lori Surkic | Gregory Coleman | 1993 Subaru Justy, 3-Door | | |
| 95-141 | Elliott Vs. Chrysler | John Bell | 1987 Dodge Dakota, Pickup | | |
| 95-140 | Sainato Vs. G.M. | Russell Uselton | 1988 GMC 1500, Pickup | 24 mph | |
| 95-136 | Cunningham Vs. Nissan | Thadd Llaurado | 1992 Infinity Q20, 4-Door | 33 mph | 1 1/2 |
| 95-135 | Hall Vs. Ford | James O. Cunningham | 1994 Ford Aerostar, Minivan | | |
| 95-134 | Keningstein Vs. G.M. | David Casso | 1993 Pontiac Transport, Minivan | | |
| 95-128 | Brewer Vs. Ford | Cal Holmes | 1993 Ford F150, Pickup | | |
| 95-126 | Roiz Vs. G.M. | David Cherry | 1986 Chevrolet Camaro, 2-Door | | |
| 95-123 | Hardwick | Kent Emison | 1983 Jeep CJ-7, 2-Door | | |
| 95-117 | Hansen Vs. Chrysler | James L. Gilbert | 1993 Jeep Cherokee, 4-Door | | |
| 95-116 | Ulmer | James L. Gilbert | 1983 Pontiac T-1000, 4-Door | | |
| 95-109 | Burns Vs. Mitsubishi | James L. Gilbert | 1991 Mitsubishi Montero, 4-Door | | |
| 95-10R | Logsdon Vs. G.M. | James L. Gilbert | 1989 Pontiac Grand Prix, 2-Door | | |
| 95-101 | Alford Vs. Ford | | 1985 Ford Mustang, 2-Door | | |
| 95-098 | Klaus Vs. Ford | Joseph W. Phebus | 1994 Ford Escort, 2-Door | | |
| 95-097 | Johnston Vs. Ford | Joseph W. Phebus | 1993 Ford Tempo, 2-Door | | |
| 95-096 | Lane Vs. Ford | Joseph W. Phebus | 1989 Mercury Topaz, 4-Door | | |
| 95-095 | Christopher Wren | David K. Schwirian | 1988 Ford Bronco II, 2-Door | | |
| 95-093 | Mitchell Vs. G.M. | Scott Powell | 1990 Chevrolet Beretta, 2-Door | | |
| 95-089 | John Wood | Dane Perkins | 1994 Dodge Ram 1500, Pickup | | |
| 95-084 | Lawler Vs. Toyota | Kendall J. Few | 1988 Toyota 4-Runner, 2-Door | | |
| 95-079 | Wright Vs. G.M. | James R. Hubbard | 1986 Chevrolet Van, Conversion | | |
| 95-078 | Sellers Vs. Ford | Greg J. Allen | 1988 Ford Bronco II, 2-Door | | |
| 95-075 | Michael Betts | Scott Powell | 1991 Nissan 240 SX, 2-Door | | |
| 95-071 | Smith Vs. Ford | Robert Waltman | 1988 Ford Bronco II, 2-Door | | |
| 95-070 | Smith Vs. Ford | John Kittel | 1991 Mercury Topaz, 4-Door | | |
| 95-058 | Wolfe Vs. Chrysler | James W. Berry | 1993 Dodge Caravan, Minivan | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 95-040 | Fowlie Vs. G.M. | David Blair | 1982 Chevrolet Pickup, 2-Door | | |
| 95-038 | Brown Vs. G.M. | James R. Hubbard | 1991 Chevrolet Corvette, 2-Door | | |
| 95-036 | Smathers Vs. Volvo | Albert E. Jones | 1986 Volvo 760, 4-Door | | |
| 95-034 | Fiscus Vs. Ford | Paula Wyatt | 1989 Ford F150, Pickup | | |
| 95-033 | Ayala Vs. Chrysler | Paula Wyatt | 1982 Dodge Ram, Van | | |
| 95-019 | Williams Vs. G.M. | Kenneth Ingram | 1987 GMC 7000, Truck | | |
| 95-018 | Heath Vs. Suzuki | Robert D. Cheeley | 1986 Suzuki Samurai, SUV | | 2 1/2 |
| 95-014 | Rogers Vs. Ford | David Hodges | 1986 Ford Thunderbird, 2-Door | | |
| 94-187 | Long Vs. Chrysler | James Dunnam | 1986 Dodge Ram, Pickup | | |
| 94-186 | Taylor Vs. Ford | Paula Wyatt | 1987 Ford Escort, 2-Door | | |
| 94-185 | Chavez Vs. Mitsubishi | Paula Wyatt | 1989 Mitsubishi Pickup, 2-Door | | |
| 94-174 | Palacios Vs. Honda | Simeon Osborn | 1987 Acura Integra, 2-Door | | |
| 94-165 | Irving Vs. Mazda | Robert Palmer | 1990 Mazda MX6, 2-Door | | |
| 94-164 | Price Vs. GM | Lance A. Cooper | 1991 GMC Jimmy, 4-Door | | |
| 94-163 | Cable Vs. Ford | Edward Hohn | 1987 Ford Bronco II, 2-Door | | |
| 94-162 | Jones Vs. Chrysler | Jeffrey G. Rickard | 1989 Dodge Dakota, Pickup | | |
| 94-148 | Goods Vs. Navistar | Raymond S. Butler | 1982 International Truck, Semi | | |
| 94-140 | Brabender Vs. Chrysler | James J. Murphy | 1989 Dodge Spirit, 4-Door | | 2 |
| 94-135 | Villegas Vs. Ford | Newton Porter | 1990 Ford Bronco II, 2-Door | | 2 |
| 94-134 | Jones Vs. Toyota | Robert D. Cheeley | 1994 Toyota 4-Runner, 4-Door | 39 mph | 3 |
| 94-128 | Faircloth Vs. Chrysler | Gerry E. Holmes | 1988 Dodge Daytona, 2-Door | | |
| 94-127 | Henderson Vs. G.M. | Gerry E. Holmes | 1990 Pontiac Bonneville, 4-Door | | 1 |
| 94-124 | El-Dabbour Vs. Toyota | Roe Frazer | 1985 Toyota Camry, 4-Door | | |
| 94-123 | Ray Vs. Suzuki | Robert D. Cheeley | 1988 Suzuki Samurai, SUV | | |
| 94-122 | Nichols Vs. Ford | George W. Fryhofer | 1990 Ford Ranger, Pickup | | |
| 94-120 | Holcomb Vs. Chrysler | Anthony Stuart | 1984 Plymouth Turismo, 2-Door | | |
| 94-119 | Crenshaw Vs. Ford | Greg J. Allen | 1985 Ford Bronco II, 2-Door | | |

Rollovers

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 94-115 | Allen Vs. Chrysler | Ned B. Pillersdorf | 1988 Plymouth Conquest, 2-Door | | |
| 94-106 | Garcia Vs. Chrysler | James A. Sisserson | 1988 Jeep Cherokee, 4-Door | | |
| 94-105 | Heinann Vs. GM | | 1982 Chevrolet Chevette, 2-Door | | |
| 94-104 | Bennett Vs. Toyota | Allene D. Evans | 1984 Toyota Tercel, 4-Door | | |
| 94-081 | Livingston Vs. Isuzu | Steven J. Crowley | 1988 Isuzu Trooper, SUV | | |
| 94-075 | Davana Knapp Vs. Toyota | Kenneth Ingram | 1985 Toyota Pickup, 2-Door | | |
| 94-073 | | J. Steven Mobley | 1986 Chevrolet Van, Conversion | | |
| 94-071 | Hervey Vs. Ford | Ralph Chapman | 1991 Mercury Tracer, 4-Door | | |
| 94-059 | Baker Vs. GM | Kent Emison | 1979 Chevrolet Pickup, 2-Door | | |
| 94-053 | Brown Vs. G.M. | Raymond S. Butler | 1991 Chevrolet S10, Pickup | | |
| 94-051 | Melinda Jones Vs. Toyota | Mark R. Staun | 1974 Toyota Landcruiser, 2-Door | | |
| 94-047 | Dorsey Vs. Chrysler | Cal Holmes | 1990 Dodge Caravan, Minivan | | |
| 94-043 | Neeley Vs. Toyota | Robert Roden | 1983 Toyota Celica, 2-Door | | |
| 94-041 | Kepple Vs. Ford | Lynn Burford | 1987 Ford Bronco II, 2-Door | | |
| 94-040 | Espanola Vs. Chrysler | Ross Buchanan | 1989 Jeep Wrangler, 2-Door | | |
| 94-027 | Patck Vs. Ford | James P Frickleton | 1990 Ford Probe, 2-Door | | |
| 94-025 | Cater Vs. GM | | 1992 GMC Safari, Van | | |
| 94-013 | Walsh Vs. Ford | Robert Waltman | 1984 Ford Bronco II, 2-Door | 32 mph | 3 |
| 94-006 | Recio Vs. Suzuki | Stella Vargas | 1987 Suzuki Samurai, SUV | | |

# CASES INVOLVING GLAZING ISSUES

**\*List Incomplete: Glazing as a defect may not have been entered into database.**

| Case# | Case Name | Attorney | Vehicle |
|-------|-----------|----------|---------|
| 04-071 | Garza vs. GM | Jose G. Gonzalez | 2003 Chevrolet Suburban, 4-Door |
| 04-070 | Ruiz vs. Ford Motor Company | J. Hunter Craft | 1993 Ford Explorer, SUV |
| 04-057 | Egbert v Nissan | Patrick Ardis | 1998 Nissan Altima, 4-Door |
| 04-035 | Oriente Vs. Ford | Stephen Drinkard | 1998 Ford Explorer, 4-Door |
| 04-026 | Gobert/Moore v Ford | Robert J. Patterson | 2000 Ford Explorer, 4-Door |
| 04-015 | Childs vs. Ford | J. Hunter Craft | 1994 Ford Ranger, Pickup |
| 04-014 | Chavez Pecina vs. Ford Motor Co | Ray Marchan | 2001 Ford F150, Extended Cab |
| 04-009 | Kohutek vs. GM | Shalimar Wallis | 2003 Chevrolet Tahoe, 4-Door |
| 03-196 | Anderson vs. GM | Benjamin E. Baker | 1997 Chevrolet Suburban, 4-Door |
| 03-131 | Loredo Vs. Ford | William G. Neumann | 1989 Ford Bronco II, 2-Door |
| 03-067 | Johnson vs. GM | Martin Siegel | 1998 Geo Tracker, 2-Door |
| 03-066 | Burgess vs. Ford | Gregory L. Gowan | 1991 Ford Explorer, 4-Door |
| 03-024 | Caballero vs. GM | Mike Guerra | 2001 Chevrolet Blazer, 4-Door |
| 01-214 | Kendall Vs. Ford | T. O. Gilstrap | 1995 Ford Explorer, 2-Door |
| 01-177 | Cowles Vs. G.M. | Donald L. Harvey | 1999 Chevrolet 3500, Van |
| 01-022 | Zhao Vs. Chrysler | Mikal Watts | 1999 Dodge Caravan, Minivan |
| 2K-160 | Bradford Vs. Ford | Neil Smith | 1998 Ford Explorer, 4-Door |
| 2K-160 | Bradford Vs. Ford | Neil Smith | 1998 Ford Explorer, 4-Door |
| 2K-157 | Douglas Vs. Ford | LaBarron N. Boone | 1994 Ford Explorer, SUV |
| 2K-124 | Berry/Taylor Vs. Nissan | Greg J. Allen | 1994 Nissan Pathfinder, 4-Door |
| 2K-066 | Sturns Vs. Ford | Mikal Watts | 1999 Ford E-350, Van |
| 2K-065 | Vu Vs. Nissan | Jeffrey Wigington | 1990 Nissan Pathfinder, 4-Door |
| 2K-064 | Cespedes Vs. Ford | Mikal Watts | 1997 Ford Escort, Station Wagon |
| 2K-018 | Ruiz Vs. Boudreaux/Ford | Patrick Ardis | 1994 Ford Aerostar, Van |
| 98-146 | Maxwell Vs. GM | Rick D. Morrison | 1985 GMC Jimmy, 2-Door |
| 98-092 | Mosely Vs. GM | Joseph M. Brown | 1987 Chevrolet Astro, Minivan |
| 98-022 | Sparks Vs. Ford | Greg J. Allen | 1989 Ford Bronco II, 2-Door |
| 97-039 | Stone Vs. GM | Kenneth W. Lewis | 1990 Chevrolet Astro Van, Passenger |
| 97-031 | Meeks Vs. GM | LaBarron N. Boone | 1994 Chevrolet 1500, Pickup |
| 96-162 | Stout Vs. G.M. | Krystyna Jamison | 1990 GMC Suburban, 4-Door |
| 96-104 | Jason Williamson | Joseph Cloud | 1987 Chevrolet Beretta, 2-Door |
| 96-067 | Poole Vs. Nissan | Karl Bayer | 1986 Nissan Pickup, King Cab |

692

# ROLLOVERS

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 04-071 | Garza vs. GM | Jose G. Gonzalez | 2003 Chevrolet Suburban, 4-Door | | |
| 04-070 | Ruiz vs. Ford Motor Company | J. Hunter Craft | 1993 Ford Explorer, SUV | | 5 |
| 04-069 | Rodriguez/Reyes vs. Yokohama Ti | Jay L Winckler | 1990 Ford Aerostar, Van | | |
| 04-068 | Munoz/Garcia v Ford | Kevin W. Liles | 1992 Ford F150, Pickup | | |
| 04-066 | Canuto Vs. Ford | Graham Esdale | 2001 Ford F150, Extended Cab | | |
| 04-065 | Nunez vs. Ford | Jose G. Gonzalez | 1988 Ford Bronco II, 2-Door | | |
| 04-063 | Dana Click Bourbon, et al vs. Dain | Paul Passanante | 1999 Jeep Wrangler, 2-Door | | |
| 04-062 | Thompson vs, Nissan | Roger Braugh | 1993 Nissan Pathfinder, 4-Door | | |
| 04-060 | Cardenas v Ford | G. Joseph Barriteitos | 1998 Ford Expedition, 4-Door | | |
| 04-058 | Serrano Vs. Ford | Jeffrey Wigington | 1997 Ford Expedition, 4-Door | | |
| 04-056 | Hampton | George W. Fryhofer | 2004 Jeep Liberty, 4 Door | | |
| 04-054 | Hernandez vs. Ford | Brantley White | 1996 Ford Explorer, 4-Door | | |
| 04-051 | Mallard v GM | William Liston | 2003 Chevrolet Trailblazer, 4 Door | | |
| 04-049 | Ramos v Isuzu | Robert J. Patterson | 1991 Isuzu Trooper, SUV | | |
| 04-047 | Santos vs. Ford | Edgar F. Heiskell | 1995 Ford Explorer, 4-Door | | |
| 04-046 | Ruby Espinosa vs. Toyota Motor S | Chris Pinedo | 1999 Toyota 4-Runner, SUV | | |
| 04-037 | Bustamante vs. Ford | William J. Maiberger | 1997 Ford F150, Pickup | | |
| 04-036 | Ray vs. GM | Quinton S. Seay | 1990 GMC Suburban, Carry-All | | |
| 04-035 | Oriente Vs. Ford | Stephen Drinkard | 1998 Ford Explorer, 4-Door | 55-60 mph | 4 |
| 04-032 | Febriona Viera Escobedo, et al vs. | Ray Marchan | | | |
| 04-031 | Johnson vs. Nissan | Graham Esdale | 1997 Nissan Pathfinder, 4-Door | | |
| 04-029 | Robeck vs. Ford | Daniel T. Defeo | 2001 Ford F150, Extended Cab | | |
| 04-026 | Gobert/Moore v Ford | Robert J. Patterson | 2000 Ford Explorer, 4-Door | | 7 1/2 |
| 04-023 | Zavala | Bobby Garcia | | | |
| 04-022 | Bain vs. Toyota | Greg J. Allen | 1994 Toyota 4-Runner, 4-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 04-021 | Salinas v Ford | Jeffrey Wigington | 2000 Ford Taurus, 4-Door | | |
| 04-019 | Fernandez vs. Ford | Jose G. Gonzalez | 1995 Ford Explorer, 4-Door | | |
| 04-016 | Williams vs. Ford | Greg J. Allen | 2001 Ford F-450, 4-Door | | |
| 04-015 | Childs vs. Ford | J. Hunter Craft | 1994 Ford Ranger, Pickup | | |
| 04-014 | Chavez Pecina vs. Ford Motor Co | Ray Marchan | 2001 Ford F150, Extended Cab | | 2 3/4 |
| 04-009 | Kohutek vs. GM | Shalimar Wallis | 2003 Chevrolet Tahoe, 4-Door | 45 | 2 |
| 04-008 | Michael Linares vs. William John | Shalimar Wallis | 2002 Dodge Durango, 4-Door | | |
| 04-003 | Rincon vs. Ford | Roger Braugh | 2002 Ford F150, Pickup | | |
| 04-002 | Padilla vs. Bridgestone | Roger Braugh | 1993 Ford Explorer, 2-Door | | |
| 03-511 | Ellis vs. Ford | Greg Jones | 1998 Ford Explorer, 4-Door | 31 | 3 |
| 03-199 | Dray Vs. GM | Richard H. Middleton, | 1998 Chevrolet Blazer, 4-Door | | |
| 03-197 | Groff Vs. GM | Jeffrey Wigington | 1999 Chevrolet Silverado, Pickup | | |
| 03-196 | Anderson vs. GM | Benjamin E. Baker | 1997 Chevrolet Suburban, 4-Door | | |
| 03-195 | Carrillo Vs. DaimlerChrysler | David Bright | 1997 Dodge Ram 1500, Pickup | | 1 1/2 |
| 03-194 | Quiroga (Chapa) vs. Ford | Christopher Pinedo | 2001 Ford Excursion, 4-Door | 55 mph +/- | 4 |
| 03-192 | Garza vs. Ford | Michael R. Cowen | 1996 Ford F150, Pickup | 50 mph | 2 1/2 |
| 03-191 | Brewer vs. Ford | Jeffrey Wigington | 1986 Ford Bronco II, 2-Door | | |
| 03-190 | Alcantara Vs. DaimlerChrysler | Jeffrey Wigington | 2002 Dodge Ram 3500, Van | 28 mph | 1/2 |
| 03-188 | Garcia Vs. DaimlerChrysler | Josh W. Hopkins | 2000 Jeep Wrangler, 2-Door | | |
| 03-187 | Olivarez/Garcia vs. GM | Jeffrey Wigington | 2002 GMC Yukon, SUV | 55 mph | 5 |
| 03-185 | Ott vs. Ford | Richard Hay | 2000 Ford F250, Extended Cab | 50-55 | 1 1/2 |
| 03-184 | Dotten vs. Bryant | Mark J. Evans | 1997 Dodge Neon, 4-Door | | |
| 03-183 | Helm Vs. Ford | Robert Langdon | 2001 Ford F150, Pickup | | |
| 03-182 | Slayton Vs. DaimlerChrysler | Thomas Willingham | 1997 Dodge Ram, Pickup | 37-41 | 3-4 |
| 03-181 | Sandoval vs. Ford | Shalimar Wallis | 1996 Ford Explorer, 4-Door | | |
| 03-178 | Mendoza vs. Chrysler | William R. Edwards | 1996 Chrysler Town & Country, Minivan | 55-63 mph | 4 |
| 03-176 | Hosey/Davis vs. Isuzu | LaBarron N. Boone | 2002 Isuzu Rodeo, 2-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|-----------|-----------|
| 03-175 | Felipe Vs. Ford | Ervin Gonzalez | 1993 Ford Aerostar, Minivan | | |
| 03-168 | Garcia vs. G.M. | Michael A. McGurk | 1991 Chevrolet Lumina, Minivan | | |
| 03-166 | Lush Vs. Nissan | Ralph Chapman | 1994 Nissan Pickup, Pickup | | |
| 03-165 | Cavazos vs. Ford | Mike Guerra | 1995 Ford Explorer, 4-Door | | |
| 03-164 | Rodriguez vs. GM | Mike Guerra | 1995 Chevrolet Blazer, 2-Door | | |
| 03-163 | Zapata vs. DaimlerChrysler | Jose G. Gonzalez | 1998 Dodge 1500, 15 Passenger Van | | |
| 03-162 | Mata vs. DaimlerChrysler | Jose G. Gonzalez | 1998 Dodge Ram 1500, Pickup | | |
| 03-161 | Frenette vs. Isuzu | Robert Palmer | 2001 Isuzu Rodeo, 2-Door | | |
| 03-159 | Gallardo vs. Ford | Doug Gwyther | 1996 Ford Mustang, 2-Door | | |
| 03-156 | Odell vs. Ford | Martin Siegel | 1994 Ford Explorer, 2-Door | 35-42 | 2 1/2 |
| 03-149 | Cormier Vs. Guidry | Catherine E. Hensgens | 2001 GMC 1500, Pickup | | |
| 03-148 | Sallette vs. Hoskins | O. John Alpizar | 1999 GMC Jimmy, 2-Door | | |
| 03-147 | Dimmi vs. Cosco | R. Douglas Gentile | 1993 Geo Tracker, 2-Door | | |
| 03-146 | McReynolds Vs. Mitsubishi | Mark J. Evans | 2000 Mitsubishi Montero, 4-Door | | |
| 03-145 | Warner Vs. GM | Mark J. Evans | 1996 Chevrolet Blazer, 4-Door | 22 mph | 1/2 |
| 03-142 | Dameris vs. Nacco | Kenneth K. Vuylsteke | Yale 605, Forklift | | |
| 03-138 | de la Torre vs. Ford | Robert E. Ammons | 1998 Ford F150, Pickup | | |
| 03-137 | Disque Vs. Ford | Craig R. Zobel | 1999 Ford Explorer, 2-Door | 40 | 3 1/4 |
| 03-136 | Grayson Vs. DaimlerChrysler | Phillip Duncan | 2001 Dodge Ram, Van | | |
| 03-135 | Moore vs. Land Rover | Peter J. Hinton | 1994 Land Rover Discovery, 4 Door | | |
| 03-131 | Loredo Vs. Ford | William G. Neumann | 1989 Ford Bronco II, 2-Door | | |
| 03-127 | Isom vs. Ford | Robert W. Cottle | 1996 Ford Escort, 2-Door | | |
| 03-126 | Mohr-Callahan vs. Ford | Monica C. Vaughan | 1999 Ford Explorer, 4-Door | 44 to 48 | 3 1/2 |
| 03-124 | Torres vs. Toyota | Ervin Gonzalez | 1997 Toyota 4-Runner, 4-Door | | |
| 03-123 | Nishijima Vs. Ford | Steven R. Browning | 1996 Ford Explorer, 4-Door | 27 mph | 1 1/2 |
| 03-120 | Ortega vs. Ford | Vuk Stevan Vujasinovic | 2001 Ford F150, Extended Cab | 35-40 | 2 |
| 03-118 | Thompson Vs. Ford | Richard Denney | 2000 Ford F350, Pickup | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 03-116 | Allen vs. Ford | Ray Marchan | 2002 Ford E-350, Van | | |
| 03-115 | Lozano vs Ford | Jon Hanna | 2001 Ford F150, Extended Cab | | |
| 03-114 | Bosarge Vs. Ford | Jeffrey Wigington | 1998 Ford E-350, Van | 41 mph | 3 1/2 |
| 03-113 | Brown vs. Land Rover | Fredcric N. Halstrom | 1996 Land Rover Discovery, 4 Door | | 3 1/2 |
| 03-111 | French | James L. Gilbert | 1999 Dodge Ram, Pickup | | |
| 03-109 | Yniguez vs. DaimlerChrysler | Page Axen | 1975 Jeep CJ-7, 2-Door | 37 MPH | 2 |
| 03-108 | Jolley Vs. Ford | Vuk Stevan Vujasinovic | 2000 Ford Ranger, Pickup | 43-48 mph | 3 |
| 03-107 | Crabb vs. Ford | Neil Smith | 1988 Ford Bronco II, 2-Door | 60-74 | 4 1/2 |
| 03-104 | Malcolm Vs. Evenflo | Evan A. Douthit | 1995 GMC Suburban, 4-Door | | 3 |
| 03-102 | Villarreal vs. DaimlerChrysler | Robert E. Ammons | 2002 Dodge 1500, Quad Cab | | |
| 03-101 | Mead vs. Ford | Robert E. Ammons | 1996 Ford Explorer, 4-Door | 53-56 | 5 |
| 03-100 | Murillo Vs. GM | Robert E. Ammons | 1986 GMC Sierra 2500, Pickup | | |
| 03-099 | Mahfood vs. GM | Robert E. Ammons | 1996 Chevrolet S10, Pickup | | |
| 03-096 | Benjamin Milton | Peter Daughtery | Honda ATV, 3 Wheeler | | |
| 03-095 | Ramanirtham Vs. DaimlerChrysler | Robert E. Ammons | 1999 Jeep Grand Cherokee, 4-Door | | |
| 03-094 | Pacheco vs. GM | Robert E. Ammons | 1997 Chevrolet C-1500, Pickup | | |
| 03-093 | Jepson Vs. GM | Robert E. Ammons | 1998 GMC Jimmy, 4-Door | | |
| 03-092 | Garcia vs. GM | Robert E. Ammons | 2000 Chevrolet Silverado, Pickup | | |
| 03-091 | Galvez vs. Michelin | Robert E. Ammons | 1997 GMC Suburban, 4-Door | | |
| 03-088 | Corn Vs. Isuzu | Robert E. Ammons | 2000 Isuzu Trooper, SUV | | |
| 03-087 | Williams vs. GM | Shalimar Wallis | 2002 Chevrolet Trailblazer, 4 Door | | 2 |
| 03-086 | Smith vs. Mitsubishi | Frank Guerra | 2002 Mitsubishi Montero, 4-Door | | |
| 03-085 | Samudia Vs. GM | William J. Maiberger | 1983 Chevrolet Custom Deluxe, Pickup | | 3/4 |
| 03-084 | McClendon vs. Nissan | Frank Guerra | 2002 Nissan Frontier, Pickup | 47 - 58 | 4 |
| 03-082 | Hinton Vs. Central | Craig D. Cherry | 1996 Dina VG1000, Motor Bus | | |
| 03-080 | Goldman Vs. Lockwood | John Gehlhausen | 1994 Chevrolet S10 Blazer, 4-Door | | 1 1/2 |
| 03-079 | Horton vs. Ford | M. Clark Spoden | 2001 Ford Explorer, 2-Door | 44 mph | 5 |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 03-074 | Rodrigo vs. Ford | Rhett D. Klok | 1998 Ford Explorer, 4-Door | | |
| 03-073 | Ames vs. C.E.I. Florida | Bruce A. Gibson | 1996 Ford Explorer, 2-Door | 33 to 35 | 2 1/2 |
| 03-070 | Valero vs. Ford | Jose G. Gonzalez | 1992 Ford Aerostar, Van | | |
| 03-068 | Lopez | Frank Guerra | 1993 Volvo Semi, Tractor-trailer | 22 - 27 | 1 |
| 03-067 | Johnson vs. GM | Martin Siegel | 1998 Geo Tracker, 2-Door | 31-38 mph | 2 |
| 03-066 | Burgess vs. Ford | Gregory L. Gowan | 1991 Ford Explorer, 4-Door | | |
| 03-065 | Tedford Vs. Ford | John R. Bevis | 1991 Ford Explorer, 4-Door | 33-34 mph | 3 1/4 |
| 03-064 | Hutton vs. Firestone | Richard Denney | 1996 Ford Ranger, Pickup | 50-57 | 3 |
| 03-062 | Barnett Vs. Ford | John R. Bevis | 2002 Ford Excursion, 4-Door | | |
| 03-061 | Sigourney Vs. Honda | John R. Bevis | 1996 Honda Passport, 4-Door | | |
| 03-060 | Frede vs. Bridgestone | John G. Simon | 1997 Ford Explorer, 2-Door | 44.9-47.6 | 3 |
| 03-059 | Dupuis vs. DaimlerChrysler | Toby B. Fullmer | 1999 Jeep Cherokee, 4-Door | | |
| 03-058 | Kim vs. GMC | James C. Buckley | 2001 Chevrolet Suburban, 4-Door | 60 | 3 1/2 |
| 03-056 | Senter Vs. Ford | John J. Richardson | 2001 Ford Explorer, 4-Door | | |
| 03-054 | Ignacio Moreno vs. GM | Ricardo A. Garcia | 1997 Chevrolet Pickup, Extended Cab | 20 | 2 |
| 03-049 | Corrigan Vs. Toyota | James L. Gilbert | 1993 Toyota 4-Runner, 4-Door | | 1 |
| 03-048 | Griffin vs. Mitsubishi | Dana Taunton | 2000 Mitsubishi Montero, 4-Door | | 5 |
| 03-047 | Graham V. G.M. | Dana Taunton | 2000 GMC Jimmy, 4-Door | 51 mph | 3 3/4 |
| 03-046 | Desouza vs. DaimlerChrysler | Dana Taunton | 2001 Chrysler Voyager, Minivan | 49 | 3 1/2 |
| 03-044 | Potts Vs. Ford | Patrick J. Farrell | 2002 Ford Econoline, Van | | |
| 03-043 | Martinez, Vs. Continental | Robert E. Ammons | 1999 Ford F150, Extended Cab | 35 mph | 3 |
| 03-038 | Hooten vs. Lorentson/Bauer | Preston Henrichson | 1999 Chevrolet Tahoe, 2-Door | | |
| 03-036 | Bowden vs. GM | William R. Edwards | 2001 Chevrolet Tahoe, 4-Door | | |
| 03-035 | Macias | Jaime A. Gonzalez | 1997 Ford F150, Pickup | 27 mph | 3 |
| 03-034 | Morales | Jaime A. Gonzalez | 2002 Ford F150, Pickup | | |
| 03-033 | Guzman vs. Garcia | Jaime A. Gonzalez | 1999 Ford F150, Pickup | 42-48 | 3-4 |
| 03-031 | Thames vs. GM | David D. Guiley | 2000 Oldsmobile Bravada, 4-Door | | |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 03-028 | Wilson vs. Daimler Chrysler | Donald M. Hinkle | 1995 Dodge Ram 1500, Pickup | -- | 2 |
| 03-027 | Stiren vs. Daimler Chrysler | John C. Simon | 1996 Jeep Cherokee, 4-Door | -- | -- |
| 03-024 | Caballero vs. GM | Mike Guerra | 2001 Chevrolet Blazer, 4-Door | 49 - 55 | 3 1/2 |
| 03-019 | Eastham vs. Mazda | David B. Chancellor | 1993 Mazda B2600, Pickup | -- | 2 3/4 - 3 3/4 |
| 03-017 | Robinson vs. Ford | Neil Smith | 2001 Ford E-350, Van | 40 mph | 2 1/4 |
| 03-015 | Berkley/Beck Vs. DaimlerChrysler | Greg J. Allen | 1983 Jeep Wagoneer, 4-Door | -- | 1/4 |
| 03-012 | Gustin vs. Nissan | Brian J. Madden | 1999 Nissan Pathfinder, 4-Door | -- | -- |
| 03-010 | Kemmann vs. Toyota | Justin F. Madden | 2002 Toyota Spider, Convertible | -- | -- |
| 03-007 | Murray vs. Ford | Peter O'Neil | 1992 Ford Explorer, 4-Door | -- | -- |
| 03-004 | Brisco vs. Cosco / Dorel | Brantley White | 1998 Ford Escort, 4-Door | 30 | 2 |
| 02-181 | Lisa Fisher V. Juana Baez | Chuck Cole | 1996 GMC Jimmy, SUV | -- | -- |
| 02-177 | Walley vs. Toyota | Craig Hilborn | 1999 Toyota Rav 4, 2-Door | 54 | 3 1/2 - 5 1/2 |
| 02-175 | Muniz vs. GM | Pat Maloney | 2001 Chevrolet Suburban, 4-Door | 48-52 MPH | 3 |
| 02-173 | Nohemi Pinto | Jose G. Gonzalez | 1987 Ford Bronco II, 2-Door | -- | 2 1/4 |
| 02-172 | Ruth Lee | James H Hada | 1991 Ford Aerostar, Minivan | -- | -- |
| 02-171 | Marty Gomez | Jose G. Gonzalez | 1989 Chevrolet Blazer, 2-Door | -- | -- |
| 02-170 | Mirna Davila vs. Ford | Jose G. Gonzalez | 2000 Ford Windstar, Minivan | -- | -- |
| 02-169 | Becerra vs. Ford | Filemon B. Vela | 1993 Ford Explorer, 4-Door | 49 to 54 | 3 1/2 |
| 02-165 | Sanchez vs. Ford | Brantley White | 1989 Ford Bronco II, 2-Door | 38-43 mph | 3 |
| 02-164 | Dearing vs. Perry | Alan R. Trenz | 1999 Ford Expedition, 4-Door | -- | -- |
| 02-161 | Lijoi vs. GM | Joe Nicholson | 1996 Pontiac Grand Am, 4-Door | -- | -- |
| 02-160 | Izetta Taylor | Robert Berthold | 1994 Plymouth Voyager, Minivan | 28 | 2 |
| 02-159 | Woods vs. Ford | Scott B. Cooper | 1988 Ford Bronco II, 2-Door | -- | -- |
| 02-158 | Walker vs. Chrysler | James L. Gilbert | 1997 Jeep Wrangler, 2-Door | -- | -- |
| 02-157 | Gray v Toyota | James D. Nebout | 1995 Toyota 4-Runner, SUV | -- | -- |
| 02-153 | Miles vs. DaimlerChrysler | Frank M. Wilson | 1986 Plymouth Grand Fury, 4 Door | -- | -- |
| 02-150 | Earle vs. Ford | Omar Medina | 1998 Ford Explorer, 4-Door | -- | -- |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|---|---|---|---|---|---|
| 02-143 | Warner vs. GM | John L. Amsden | 1999 Oldsmobile Intrigue, 4-Door | 36 | 3 |
| 02-140 | Harrall vs. Paccar | John Gehlhausen | 1997 Kenworth Semi Tractor | 35 mph | 1/4 |
| 02-139 | Lloyd Vs. DaimlerChrysler | Greg J. Allen | 1993 Plymouth Voyager, Minivan | 65 mph | 3 3/4 |
| 02-130 | Hubbard | James N. Sadd | 1994 Chevrolet S10, Pickup | | |
| 02-127 | Blair vs. Navistar | Benjamin E. Baker | 1995 International 9300, Semi | | |
| 02-125 | Cobb Vs. Isuzu | David B. Chancellor | 1992 Isuzu Rodeo, 4-Door | | |
| 02-124 | Myles vs. Ford | James H Hada | 1995 Ford Explorer, 4-Door | | |
| 02-121 | Williams vs. Mitsubishi | Kevin W. Liles | 2002 Mitsubishi Montero, 4-Door | | |
| 02-120 | Gann/Miegs vs. Ford | Thomas E. Hayes | 1997 Ford Explorer, 4-Door | | |
| 02-116 | Bergeron vs. DaimlerChrysler | Kevin W. Liles | 1987 Jeep Comanche, Pickup | | |
| 02-114 | Hernandez Vs. Volkswagen | James H Hada | 2001 Volkswagen Beetle, 2-Door | 35-43 mph | 2 |
| 02-112 | Soria Vs. Ford | J. Hunter Craft | 1998 Ford Explorer, 4-Door | 50-60 mph | 4 |
| 02-111 | Alaniz vs. Ford | Jeffrey Wigington | 2000 Ford F150, Extended Cab | 44 mph | 3 |
| 02-108 | Ambati vs. Chrysler | Michael D. Meadows | 1995 Dodge Caravan, Minivan | | |
| 02-105 | Purdue vs. Toyota | LaBarron N. Boone | 1998 Toyota 4-Runner, 4-Door | | |
| 02-104 | Scherr vs. GM | Anthony De Los Reyes | 2000 Chevrolet S10, Pickup | | 1 |
| 02-103 | Brymer vs Ford | Robert Waltman | 1998 Ford Explorer, 4-Door | | 3.5 |
| 02-101 | Chesnutt Vs. Pirelli & GM | John Ramsey | 1992 Chevrolet Suburban, 4-Door | 24-29 mph | 1 1/2 |
| 02-099 | Defazio vs. Subaru | Tony Martinez | 1997 Subaru Legacy, 4-Door | | |
| 02-096 | Strode vs. Freightliner | Greg J. Allen | 2001 Freightliner FL80, Tanker | | |
| 02-095 | Aldrige Vs. Chrysler | Peter Perlman | 1999 Jeep Cherokee, 4-Door | | |
| 02-094 | Miller vs. Ford | G. Joseph Barrientos | 1999 Ford Expedition, 4-Door | | |
| 02-088 | Barfield vs. Nissan | Douglas A. Allison | 1989 Nissan 240 SX, 2-Door | | |
| 02-086 | Carroll Vs. Ford | Linda B. Williamson | 1998 Ford Explorer, 4-Door | <60 mph | 4 |
| 02-084 | Redding Vs. Ford | Richard Denney | 1995 Ford Explorer, 4-Door | | 1/4 |
| 02-077 | Richardson vs. Ford | Stephen Drinkard | 2000 Ford Ranger, Pickup | 59 | 3 1/2 - 4 1/2 |
| 02-076 | Ferm vs. Ford | J. Hunter Craft | 2000 Ford Explorer, 2-Door | 33-42 | 3 |

| Case# | Case Name | Attorney | Vehicle | Trip Speed | # of Rolls |
|-------|-----------|----------|---------|------------|------------|
| 02-075 | Gonzalez Vs. GM | Robert C. Hilliard | 1999 GMC Suburban, 4-Door | 55 mph | 4 |
| 02-071 | Seliner Vs. Ford | Jeffrey Wigington | 1997 Ford F150, Pickup | 40-45 MPH | 2 |
| 02-070 | Griesbach Vs. GM | James S. Rogers | 1999 Chevrolet Suburban, 4-Door | | |
| 02-068 | Labonte Vs. Ford | William J. Maiberger | 1998 Ford Expedition, 4-Door | | |
| 02-066 | Jackson vs. Ford | Virginia Buchanan | 2000 Mercury Mountaineer, 4-Door | | |
| 02-065 | Kidder Vs. GM | A. Clifford Edwards | 1993 Chevrolet S10 Blazer, 4-Door | | 1.75 |
| 02-061 | Hicks Vs. Daimler Chrysler | David D. Guiley | 1998 Chrysler Town & Country, Minivan | | |
| 02-057 | Hood Vs. Greyhound Lines, Inc. | Robert Simms Thompson | 2000 MCI Bus, Bus | | 1/2 |
| 02-056 | Gilmore et al vs. Ford | Benjamin E. Baker | 1997 Ford Explorer, 4-Door | | |
| 02-055 | Rodney & Karen Apple | Thomas E. Cooney | 2000 Mercury Mountaineer, SUV | 33-40 mph | 2 |
| 02-054 | Flowers Vs. Ford | Michael Olley | 1997 Ford Explorer, 2-Door | <50 mph | 1 |
| 02-051 | Miller Vs. Bridgestone/Firestone/F | Jim Jackson | 1989 Ford Bronco II, 2-Door | | |
| 02-048 | Johnson Vs. Ford | Peter O'Neil | 1997 Ford Explorer, SUV | | |
| 02-047 | Lazo Vs. Ford | Mike Guerra | 1996 Ford Explorer, 4-Door | | |
| 02-046 | Garza/Reyes Vs. Ford | Frank Guerra | Ford Ranger, Pickup | | |
| 02-045 | Stanton Vs. Ford | Roger Braugh | 2000 Ford Explorer, 4-Door | | |
| 02-044 | Larue Vs. Ford | Roger Braugh | 1998 Ford F150, Extended Cab | | |
| 02-041 | Castro Vs. Ford | Frank Guerra | 1997 Ford F150, Extended Cab | 30 | 1 1/2 |
| 02-040 | Perez Vs. Ford | David Bright | 1989 Ford Econoline, Van | | |
| 02-039 | Lozano Vs. GM | G. Joseph Barrientos | 1993 Chevrolet 1500, Pickup | | |
| 02-038 | Antonio Gonzales | Frank Guerra | 1993 Ford Aerostar, Van | | |
| 02-037 | Tony Dyer | Frank Guerra | 1986 Toyota Pickup, 2-Door | | |
| 02-036 | Bruno Garcia | Jose G. Gonzalez | 1997 Ford Explorer, 2-Door | 40-41 mph | 3 1/2 |
| 02-035 | Enrique Camillo | Kevin W. Liles | 1990 Ford Aerostar, Van | | |
| 02-030 | Lori Dwelle | Virginia Buchanan | 2000 Ford Explorer, 4-Door | | 3-4 |
| 02-026 | Gates Vs. Ford | James S. Rogers | 1998 Ford Expedition, 4-Door | | |
| 02-021 | De Zerpa Vs. Ford | Stephen Drinkard | 1998 Ford Explorer, 4-Door | 54 mph | |

| Vehicle | Trip Speed | # of Rolls |
|---|---|---|
| 1998 Ford Explorer, 4-Door | 40 mph | |
| 2001 Ford F250, Pickup | | |
| 2000 Ford Explorer, 4-Door | | |
| 1997 Pontiac Montana, Minivan | | 1/4 |
| 1998 Ford Explorer, 4-Door | 56-64 mph | 4-5 |
| 1990 Pontiac Grand Prix, 4-Door | | |
| 1994 Chevrolet Cavalier, Station Wagon | | 1/2 |
| 2000 Chevrolet Tahoe, 4-Door | | |
| 1994 Toyota Pickup, 2-Door | | |
| 1998 Nissan Pickup, King Cab | | 2.5 Driver Side |
| 2000 Dodge Caravan, Minivan | | |
| 1994 Dodge Ram 350, Van | | |
| 1999 Freightliner Truck, Semi | | 1/4 |
| 1998 GMC Safari, Van | 38 mph | 1 1/4 -3 1/4 |
| 1995 Ford Explorer, 2-Door | 43-46 | 3 |
| 1997 Toyota Rav 4, 4-Door | 44-54 mph | 2 1/2 |
| 1994 Ford Explorer, 4-Door | 45-50 mph | 3 1/2 |
| 1997 Ford Explorer, 4-Door | | |
| 1992 Ford E-350, Van | 25 mph | 1 |
| 1996 Chevrolet Blazer, 4-Door | | |
| 1996 Ford Explorer, 4-Door | 49-53 mph | 2 1/2 |
| 2000 Ford Pickup, Pickup | < 40 MPH | 2-3 |
| 1987 Plymouth Sundance, 4-Door | | |
| 2001 Ford Ranger, Extended Cab | | |
| 2000 Ford Explorer, 4-Door | 39 MPH | 2 |
| 1999 Chevrolet 3500, Van | 40 mph | 2 1/4- 3 1/4 |
| 1993 Isuzu Rodeo, SUV | 39 | 3 1/2 |

*Rollovers*

# BIBLIOGRAPHY FOR ROLLOVER CASES

1. INTRODUCTION: CRASH INJURY STATISTICS, KINEMATICS AND SOME HISTORY RELATING TO IMPACT BIOMECHANICS; Murray Mackay, Ph.D.

2. LIGHT VEHICLE OCCUPANT EJECTIONS – A COMPREHENSIVE INVESTIGATION; A. C. Malliaris, J. H. DeBlois and K. H. Digges; ACCIDENT ANALYSIS & PREVENTION; Vol. 28, No. 1, January 1996.

3. NHTSA: COST OF ROLLOVER STANDARD STILL OUTWEIGHS BENEFITS; Highway and Vehicle/Safety Report.

4. ROLLOVER AND DROP TESTS – THE INFLUENCE OF ROOF STRENGTH ON INJURY MECHANICS USING BELTED DUMMIES; G. S. Bahling, R. T. Bundorf and G. S. Gaspzyk; 34th STAPP Car Crash Conference Proceedings, SAE Paper No. 902314 (Malibu II).

5. DETERMINATION OF THE SIGNIFICANCE OF ROOF CRUSH ON HEAD AND NECK INJURY TO PASSENGER VEHICLE OCCUPANTS IN ROLLOVER CRASHES; Glen C. Raines and Joseph N. Kanianthra; SAE Paper No. 950655; Feb. 27 – March 2, 1995.

6. OPPORTUNITIES FOR CASUALTY REDUCTION IN ROLLOVER CRASHES; K. H. Digges, A.C. Malliaris and H. J. DeBlois; THE FOURTEENTH INTERNATIONAL TECHNICAL CONFERENCE ON ENHANCED SAFETY OF VEHICLES, May 23–26, 1994.

7. ROOF COLLAPSE AND THE RISK OF SEVERE HEAD AND NECK INJURY; Donald Friedman and Keith D. Friedman; 13TH EXPERIMENTAL SAFETY VEHICLE CONFERENCE, Paris, France, November 1991.

8. THE RELATIONSHIP BETWEEN ROOF STRENGTH AND OCCUPANT INJURY IN ROLLOVER ACCIDENT DATA; Edward A. Moffatt and Jeya Padmanaban; May 1995.

9. ROLLOVER CRASH STUDY – VEHICLE DESIGN AND OCCUPANT INJURIES; George Rechnitzer and John Lane; December 1994.

10. ROLLOVER CRASH TEST – THE INFLUENECE OF ROOF STRENGTH ON INJURY MECHANICS; K. Orlowski and R. Bundorf; SAE Paper No. 851734 (Malibu I).

11. BIOMECHANICAL ASPECTS OF CERVICAL TRAUMA; James McElhaney and Barry Myers.

12. HEAD AND SPINE INJURIES IN ROOF CRUSH AND ROLLOVER ACCIDENTS; Joseph L. Burton, M.D. and Paul Lewis, Jr.; APRIL 1997.

13. SERIOUS NECK INJURY IN ROLLOVERS – IS ROOF CRUSH A FACTOR? G. Rechnitzer, J. Lane, A.S. McIntosh and G. Scott; INTERNATION JOURNAL OF CRASHWORTHINESS, VOL. 3, No. 3, 1998, pp. 286-294; WOODHEAD PUBLISHING LTD; CAMBRIDGE, ENGLAND.

14. STUDY ON PASSENGER CAR ROLLOVER SIMULATION; Toshiaki Sakurai, Yoshiharu Takigawa and Hitoshi Ikeno; 13TH EXPERIMENTAL SAFETY VEHICLE CONFERENCE; PARIS, FRANCE; NOV. 4 – 7, 1991; PAPER NO. 91-56-O-10.

15. ANALYSIS OF ROLLOVER ACCIDENT FACTORS AND INJURY CAUSATION; Donald F. Huelke, Joseph C. Marsh, IV, and Harold W. Sherman.

16. INJURY FREQUENCY AND SEVERITY IN ROLLOVER CAR CRASHES AS RELATED TO OCCUPANT EJECTION, CONTACTS AND ROOF DAMAGE; Donald F. Huelke and Charles P. Compton, pp. 395-401, 1983, Pergamon Press Ltd.

17. FIELD STUDIES OF ROLLOVER PERFORMANCE; G.M. Mackay and I.D. Tampen, SAE #700417.

18. THE URBAN ROLLOVER; CHARACTERISTICS, INJURIES, SEAT-BELTS AND EJECTION; G.M. Mackay, S. Parkin, A.P. Morris and R.N. Brown; October 1991.

19. THE DIVING HYPOTHESIS; Steven Syson, Syson-Hille Engineering.

20. "ROLLOVER EJECTION WHILE WEARING LAP AND SHOULDER HARNESS: THE ROLE OF THE RETRACTOR", David A. Renfroe, SAE No. 960096, Society of Automotive Engineers, Inc., 1996.

21. "MODELING OF VEHICLE ROLLOVER AND EVALUATION OF OCCUPANT INJURY POTENTIAL USING MADYMO", David A. Renfroe, Ph.D., P.E., Joseph Partain, BSME, and James Lafferty, Ph.D., P.E., SAE Technical Paper Series No. 980021, SAE International Congress and Exposition, Detroit, Michigan, February 23-26, 1998.

Page 3
Rollover Bibliography

22. INJURY CAUSATION IN ROLLOVER ACCIDENTS, D.F. Huelke, J.C. Marsh & W.J. Ballard, Jr., 17th AAAM Conference Proceedings, 1973.

23. INJURIES, RESTRAINTS AND VEHICLE FACTORS IN ROLLOVER CAR CRASHES, Donald Huelke, Thomas E. Lawson & Joseph C. Marsh IV, Accident Analysis & Prevention, Vol. 9, pp 93-107, Pergamon Press 1977.

24. MEASURING ROLLOVER ROOF STRENGTH, Donald Friedman & Carl E. Nash, SAE 02B-56, 2002.

25. NHTSA 49 CFR PART 571, FMVSS; ROOF CRUSH RESISTANCE, Federal Register, Vol. 66, No. 204, October 22, 2001.

26. ADVANCED ROOF DESIGN FOR ROLLOVER PROTECTION, Donald Friedman & Carl E. Nash, paper # 01-S12-W-94.

27. DYNAMIC CHARACTERISTICS OF THE HUMAN CERVICAL SPINE, Frank A. Pintar, Narayan Yoganandan, Liming Voo, Joseph F. Cusick, Dennis J. Malman & Anthoney Sances, Jr., SAE 952722, 1995.

28. BIODYNAMICS OF THE TOTAL HUMAN CADAVERIC CERVICAL SPINE, George Unger, Joseph F. Cusick & Sanford J. Larson, SAE 902309.

29. OCCUPANTS TO ROOF CONTACT: ROLLOVERS AND DROP TESTS, Stephen R. Syson, SAE 950654.

30. BIOMECHANICAL EVALUATION OF THE AXIAL COMPRESSIVE RESPONSES OF THE HUMAN CADAVARIC AND MANIKIN NECKS, N. Yoganandan, A. Sances, Jr. & F. Pintar, Journal of Biomechanical Engineering, Vol. 111, August 1989.

31. BIOMECHANICAL MODELING OF MOTOR VEHICLE COLLISIONS AND OVERVIEW OF BELT RESTRAINT ANALYSIS.

32. HUMAN SUBJECT EXPERIMENTS IN OCCUPANT RESPONSE TO ROLLOVER WITH REDUCED HEADROOM, Donald Friedman & David Chng, SAE 980212, International Congress and Exposition, Detroit, Michigan, February 23-26, 1998.

33. HUMAN DROP TESTS OF RESTRAINED OCCUPANTS IN A SMALL PASSENGER CAR COMPARTMENT, Keith Friedman & Donald Friedman.

34. UPPER INTERIOR HEAD, FACE AND NECK INJURY EXPERIMENTS, Donald Friedman & Keith Friedman, paper # 98-S8-P-11.

35. EXPERIMENTAL COMPARISON OF INVERTED DUMMY AND LIVING HUMAN DROP TESTS, Keith Friedman, Fiona Gaston & Jack Bish.

36. HUMAN INVERTED DROP STUDIES, Anthony Sances, Jr., Keith Friedman & Donald Friedman, Abstract #15.

37. AN INVESTIGATION OF HYBRID III AND LIVING HUMAN DROP TESTS, Keith Friedman, Fiona Gaston & Jack Bish, Critical Reviews in Biomedical Engineering, 367-371, 1999.

38. "CURRENT RESEARCH IN ROLLOVER AND OCCUPANT RETENTION", Summers, Rains, and Willke, Research and Development, National Highway Traffic Safety Administration, United States, Paper No. 96-S5-0-01, 1996.

39. "THE CRASH AVOIDANCE ROLLOVER STUDY: *A Database for the Investigation of Single Vehicle Rollover Crashes*", Harwin and Emery, May 1989.

40. "LIGHT VEHICLE OCCUPANT PROTECTION- TOP AND REAR STRUCTURES AND INTERIORS", Fan and Jettner, NHTSA; SAE 820244, 1982.

41. "ROLLOVER PREVENTION AND ROOF CRUSH", Report to Congress, NHTSA, April 1992.

42. "EVALUATION OF EXPERIMENTAL RESTRAINTS IN ROLLOVER CONDITIONS", Mark W. Arndt, Gregory A. Mowry, Charles P. Dickerson, and Stephen M. Arndt, SAE No. 952712, 1995.

43. "THE INFLUENCE OF INCREASED ROOF STRENGTH ON BELTED AND UNBELTED DUMMIES IN ROLLOVER AND DROP TESTS", Gary Bahling, R. Thomas Bundorf, Edward Moffatt, Ph.D., and Kenneth F. Orlowski, *The Journal of Trauma: Injury, Infection and Critical Care*, Volume 28, No. 4, pages 557-563, 1995.

44. "REPEATABLE DYNAMIC ROLLOVER TEST PROCEDURE WITH CONTROLLED ROOF IMPACT", E. Cooper, E. Moffatt, A. Curzon and B. Smyth, K. Orlowski, SAE Technical Paper Series 2001-01-0476, SAE 2001 World Congress, Detroit, Michigan, March 5-8, 2001.

45. "RECONSTRUCTION OF ROLLOVER COLLISIONS", K. Orlowski, E. Moffatt, R. Bundorf, and M.P. Holcomb, No. 890857.

Page 5
Rollover Bibliography

46. "A COMPARISON OF THE CONTROLLED ROLLOVER IMPACT SYSTEM (CRIS) WITH THE J2114 ROLLOVER DOLLY", J. Carter, J. Habberstad, J. Croteau, No. 2002-01-0694, Society of Automotive Engineers, Inc., 2002.

47. "BIOMEDICAL ENGINEERING RECENT DEVELOPMENTS", Jafar Vossough, Proceedings of the Twenty First Southern Biomedical Engineering Conference, September 28-29, 2002, Bethesda, Maryland.

48. "A LONELY QUEST FOR SAFER CARS", Myron Levin, LA Times.

49. "INITIATIVES TO ADDRESS THE MITIGATION OF VEHICLE ROLLOVER", National Highway Traffic Safety Administration, June 2003.

50. "ROLLOVER SAFETY IN VOLVO'S XC90", *Automotive Engineering International*, pages 12-13, October 2002.

51. "VOLVO XC90: BEST ENGINEERED VEHICLE FOR 2003", *Automotive Engineering International,* pages 33-42, March 2003.

52. FORD DOCUMENTS PRODUCED IN THE CASE OF *Cruz Macias Galvan, Individually and on Behalf of the Estate of Sergio Alberto Macias, Deceased and Victor Quiroga as next friend of Diego A. Quiroga, a minor, vs. Ford Motor Company, et al.* , In the District Court of Cameron County, Texas 138th Judicial District, no. 2002-04-1485-B. *Documents unprotected.*

53. "REAL WORLD EXPERIENCE WITH EVENT DATA RECORDERS", Augustus "Chip" Chidester, John Hinch, Thomas A. Roston, National Highway Traffic Safety Administration, United States of American, Paper Number 247.

54. "MORE DIED ON ROADS IN 2003: Climb comes as miles driven rises", Jayne O'Donnell, USA Today, Thursday, April 29, 2004.

Page 6
Rollover Bibliography

# GLAZING BIBLIOGRAPHY

1.    "THE ISSUE AND THE CHALLENGE"; Hebert Yudenfriend; GLASS DIGEST; January, 1961.

2.    AUTOMOBILE GLAZING AS AN INJURY FACTOR IN ACCIDENTS-Car Report No. VJ-1825-R-1; B.J. Campbell and T. Hopens; pages 1-124; Cornell Aeronautical Laboratory, Inc, Buffalo, New York; December 1964.

3.    "AUTOMOTIVE SIDE –WINDOW GLASS IMPACT STUDY"; Harrison M. Brink; SHAPP CAR CRASH CONFERENCE; pages 250-268; Charles C. Thomas, Publisher; 1965.

4.    "DOOR AND BACKLITE GLASS - TEMPERED VS. LAMINATED" General Motors Technical Center, Warren, Michigan; "THE BIZARRE MYSTERY OF KENNEDY'S WRECK"; CONSUMER CONFIDENTIAL; Vol. 1, No. 4, October 1969.

5.    "SIDE IMPACT OCCUPANT EJECTION STATISTICS"; E.S. Grush and C.S. Saunby; Ford, Environmental and Society Engineering, March 29, 1974.

6.    "THE EJECTION REDUCTION POSSIBLITIES OF GLASS-PLASTIC GLAZING"; Carl C. Clark and Peter Sursi; THE ENGINEERING RESOURCE FOR ADVANCING MOBILITY; International Congress & Exposition, Detroit, Michigan; February 27- March 2, 1984.

7.    "CAR CRASH TESTS OF EJECTION REDUCTION BY GLASS-PLASTIC SIDE GLAZING"; Carl C. Clark and Peter Sursi; THE ENGINEERING RESOURCE FOR ADVANCING MOBILITY; Government/Industry Meeting & Exposition; Washington, D.C.; May 20-23, 1985.

8.    "THE EJECTION REDUCTION POSSIBILITIES OF GLASS-PLASTIC GLAZING"; Carl C. Clark and Peter Sursi; Automotive Industry Center/3M; Southfield, Michigan; July 10, 1986.

9.    Inter Office Memorandum from Ford Motor Company Glass Division; RE: Safety Design and Regulatory Concerns; April 5, 1988; R.L. Morrison.

10.   "SIDE IMPACT-DOCKET 88-06, QUESTIONS FROM NOTICES 3 AND 4, GLASS DIVISION RESPONSES"; A. Gonzalez; Ford Motor Company Glass Division; October 3, 1988.

11.    "ROLLOVER CRASH AND LABORATORY TESTS OF EJECTION REDUCTION BY GLASS-PLASTIC SIDE WINDOWS AND WINDSHIELDS"; Carl Clark and Peter Sursi; pages 1-22; Society of Automotive Engineers; February, 1989.

12.    "A CASE FOR SECURITY GLAZING"; A.P. Morris, A.M. Hassan, G.M. Mackay and S. Parkin; Birmingham Accident Research Center University of Birmingham, England; 37th Annual Proceedings, Association For The Advancement Of Automotive Medicine, November 4-6, 1993, San Antonio, Texas.

13.    "BILAYER GLAZING: A CONCEPT WITH IMPROVED SOLUTIONS FOR TOMORROW'S AUTOMOBILES"; Jean-Louis Bravet and Koji Kurita; THE ENGINEERING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 163-172, International Congress and Exposition; Detroit Michigan; February 27 – March 2, 1995.

14.    "DYNAMIC MODELING AND ROLLOVER SIMULATIONS FOR EVALUATION OF VEHICLE GLAZING MATERIALS"; Deren Ma, Annette L. Rizer and Louise A. Obergefell; THE ENGINEERING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 1-11; International Congress and Exposition; Detroit, Michigan; February 27-March 2, 1995.

15.    "2-PLY WINDSHIELDS: LABORATORY IMPACTOR TESTS OF THE POLYVINYL BUTYRAL/POLYESTER CONSTRUCTION"; Alan L. Browne; THE ENGINEERING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 1-21; International Congress and Exposition; Detroit, Michigan; February 27- March 2, 1995.

16.    "2 – PLY WINDSHIELDS: LABORATORY IMPACTOR TESTS OF THE POLYURETHANE CONSTRUCTION"; Alan L. Browne; THE ENGINEERING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 1-20; International Congress and Exposition; Detroit, Michigan; February 27- March 2, 1995.

17.    "ALTERNATIVE GLAZING COST STUDY"; William S. Ward, P.E.; Management Engineering Associates; Camas, WA; September, 1995.

18.    "EJECTION MITIGATION USING ADVANCED GLAZING"; Advanced Glazing Research Team; A Status Report, November, 1995.

Page 3
Bibliography
Glazing

19.   "ESTIMATING THE INJURY-REDUCING BENEFITS OF EJECTION-MITIGATING GLAZING"; John Winnicki, Ph. D.; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; pages 1-30;National Highway Traffic Safety Administration; February, 1996.

20.   "GLAZING EFFECTS OF DOOR OR FRAME DEFORMATIONS IN CRASHES"; Herbert Yudenfriend; THE ENGINEERING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 71-76; International Congress & Exposition; Detroit, Michigan; February 26-29, 1996.

21.   "GLAZING EFFECTS OF DOOR OR FRAME DEFORMATIONS IN CRASHES, PART 2"; Herbert Yudenfriend and Carl C. Clark; THE ENGINERRING SOCIETY FOR ADVANCING MOBILITY LAND SEA AIR AND SPACE; pages 29-34; International Congress & Exposition, Detroit Michigan, February 24-27, 1997.

22.   United States Patent papers for Patent Number: 5,707,695.  Bilaminate Window Glass Assembly; January 13, 1998.

23.   "EJECTION MITIGATION USING ADVANCED GLASING: STATUS REPORT II"; Donald Willke, Stephen Summers, Jing Wang, John Lee and Susan Partyka; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; pages 1-68; Transportation Research Center, Inc.; August, 1999.

24.   "FEDERAL MOTOR VEHICLE SAFETY STANDARDS: GLAZING MATERIALS"; Vol. 65 No. 139; pages 44711-44713; FEDERAL REGISTER; National Highway Traffic  Safety Administration; July 19,2000.

25.   "LACERATION AND EJECTION DANGERS OF AUTOMOTIVE GLASS, AND THE WEAK STANDARDS INVOLVED. THE STRAIN FRACTURE TEST"; Carl C. Clark, Herbert Yudenfriend and Alex S. Redner; pages 117-131; 4TH ANNUAL PROCEEDINGS; Chicago, Illinois; October 2-4, 2000.

26.   "ROLLOVER VAN AND LIGHT UTILITY PASSENGER WINDOW TESTING"; pages 1-10 BIOMECHANICS INSTITUTE; Santa Barbara, CA; October 5, 2000.

27.   "SAFETY GLASS BREAKAGE BY MOTORISTS DURING COLLISIONS"; Derwyn M. Severy and Harrison M. Brink; pages 205-236; UNIVERSITY OF CALIFORNIA INSTITUTE OF TRANSPORTATION AND TRAFFIC ENGINEERING.

Page 4
Bibliography
Glazing

28.    "VEHICLE INTERIOR SAFETY CONSTRAINT SYSTEMS"; Roger R.
Daniel; pages 1046-1056; Automotive Safety Research Office, Ford Motor
Company.

29.    "FACIAL INJURIES FROM WINDSHIELDS", G.M. Mackay, C.A. Smith,
27th Annual Proceedings, American Association for Automotive Medicine,
October 3-6, 1983, San Antonio, Texas.

30.    SOME OBSERVATIONS ON LAMINATED GLASS WINDSCREENS
AND THE INJURIES THEY CAUSE IN ACTUAL ROAD ACCIDENTS,
G.M. Mackay and C.A. Smith, Accident Research Unit, pages 269-285,
University of Birmingham.

31.    "SIMULATION OF ROAD CRASH FACIAL LACERATIONS BY
BROKEN WINDSHIELDS", Carl C. Clark, Edward Jettner, Kennerly
Digges, John Morris, and Daniel Cohen, Davis Griffith, pages 175-197, SAE
No. 870320.

32.    "WINDSHIELD IMPACT RESPONSE: AN EMPIRICAL STUDY OF THE
STANDARD THREE-PLY CONSTRUCTION", Alan L. Browne, SAE No.
892434, pages 153-175.

33.    "AN IMPROVED WINDSHIELD", H.M. Alexander, P.T. Mattimoe, J. J.
Hofman, SAE No. 700482, Michigan.

34.    "LOW VELOCITY IMPACTS AND TEMPERATURE SENSITIVITY OF
AUTOMOTIVE WINDSHIELDS", R.G. Riser, J. Chabal, C.W. Lewis, Glass
Research Center, PPG Industries, Inc., Society of Automotive Engineers, 15th
STAPP Car Crash Conference, Coronado, California, November 17-19, 1971.

35.    "CORRELATION BETWEEN WINDSHIELD HEAD INJURIES AND
LABORATORY TESTS; PART I: FEASIBILITY OF RELATING
HEADFORM IMPACTS TO CLINICAL HEAD INJURIES", Leonard M.
Cook and Raymond G. Rieser, Arnold W. Siegel and Alan M. Nahum, SAE
No. 690803, pages 167-190.

# CURRICULUM VITAE

## JOSEPH LAWSON BURTON

| | |
|---|---|
| Date of Birth: | February 10, 1945 |
| Marital Status: | Married, One Child<br>Sean Lawson, Age 17 (Died 12/15/87) |
| Wife: | Judy Puckett Burton |
| Home Address: | 13010 New Providence Road<br>Alpharetta, Georgia 30004 |
| Office/Mailing<br>Address: | 13784 Highway 9<br>Alpharetta, Georgia 30004<br>Ph.  770/777-0437<br>Fax: 770/753-4389 |
| Profession: | Forensic Pathology - Doctor of Medicine. |
| Title: | Consultant in Forensic and Environmental Pathology and Medicine<br>Chief Medical Examiner, Emeritus - Dekalb County and Senior Consulting Pathologist -<br>Cobb, Gwinnett & Paulding County Medical Examiner's Offices-State of Georgia |
| Appointments: | Chief Medical Examiner:<br>(a)  Dekalb County 1978 to 2000.<br>(b)  Cobb County 1978 to 1999.<br>(c)  Paulding County 1983 to 1999.<br>(d)  Clayton County 1988 to 1997.<br>(e)  Gwinnett County 1988 to 1999. |

JOSEPH LAWSON BURTON
Page 2

Director Forensic Pathology Training Program -
Emory University School of Medicine,
Atlanta, Georgia,
1981 to 1984.

Clinical Associate Professor -
Forensic Pathology - Emory University
School of Medicine, Atlanta, Georgia, 1978.

Regional Pathologist Federal Aviation Administration,
1979 to present.

Pathologist for United States Federal Penitentiary,
Atlanta, Georgia,
1978 to 1992.

Consultant - National Transportation Safety Board.

Consultant - Georgia Arson Investigators,
Atlanta, Georgia.

Instructor - Department of Public Safety Training
Programs - Dekalb, Cobb, Clayton, Paulding and
Gwinnett Counties,
1978 to present.

Certified Instructor, Forensic Medicine & Pathology.
Police Officers Standards and Training,
Georgia Police Academy.

Instructor Criminal Justice Education
Program, 1980 to present.

Forensic Consultant to several Metro Atlanta hospitals.

Consultant in Forensic Pathology to various State and
Southeastern United States District Attorney's Offices
and United States Federal District Attorney's Offices.

JOSEPH LAWSON BURTON
Page 3

Instructor in Forensic Pathology,
University of Miami, Pathology,
Training Program, 1974.
Instructor, Insurance Adjustors School of America,
1973 - 1974.

Instructor, Federal Narcotics Law
Enforcement Training Program,
Miami, Florida, 1974.

Instructor, Public Safety Department,
Cadet Training Program,
Miami, Florida, 1973 - 1974.

Instructor, Forensic Pathology,
Grady Memorial Hospital Pathology
Training Program, Atlanta, Georgia,
1975 - 1976.

Lecturer:
1. Emory University School of Medicine.
2. Emory University School of Law.
3. Georgia Criminal Justice Council.
4. Georgia State University School of Law.
5. National Law Enforcement Training
   Institute of California.

Special
Appointments:
Board of Directors, Regional Sudden
Infant Death Foundation.

Board of Directors, Sudden Infant
Death Syndrome Research Foundation, Atlanta.

Who's Who In Georgia - 1988-89.

Governor's Task Force on Unexplained
Child Fatalities, Ga. (1989-1990)

Governor's Task Force on Child Abuse.
(1989-1990)

JOSEPH LAWSON BURTON
Page 4

Member, Medical Task Force-Coalition
Against Sexual Abuse of Children,
January 1990 to 2000.

President, Institute for Infant and Child Survival, Inc.
1992 to 1998.

National Network for Child Fatality Review,
Los Angeles, California
Consultant-Forensic Expert, 1992 to present.

Appointed to Governor's Statewide
Child Abuse Prevention Panel.
Atlanta, Ga., July 1993 - July 1995.

International Autopsy Protocol Committee,
Children's Hospital,
San Diego, California 1992 to 1995.

Board of Directors, Institute for Injury Reduction,
1995.

Georgia Trauma Advisory Council,
Member (Evaluation Committee),
1994 to 1998.

Training:

House Physician & Surgeon - Pathology
Emory University Hospital System,
Atlanta, Georgia, 1971 -1972.

Resident Pathology, Emory University
Hospital System, Atlanta, Georgia,
1972 - 1973.

Fellow of American Cancer Society,
1972 - 1973.

JOSEPH LAWSON BURTON
Page 5

Assistant Pathologist, Office of the
Medical Examiner, Fulton County,
Atlanta, Georgia,
November 1972 - June 1973.
Resident Fellow in Forensic
Pathology, Dade County Medical
Examiner's Office, Miami, Florida
1973 - 1974.

Degrees & Education:    B.A. - Emory University, Atlanta,
Georgia, 1967.
M.D. - Emory University School of Medicine,
Atlanta, Georgia, 1971.
Board Eligible-Qualified Anatomic and
Forensic Pathology by American Board
of Pathology, 1976.
Forensic Pathology Boards - 1977 (passed).

Medical Licensure:    Georgia State License to practice
Medicine and Surgery by Examination, 1972.
Number - 14892.

Previous Employment:    Acting Deputy Chief Medical Examiner,
Dade County, Miami, Florida,
January 1974 to June 1974.

Associate Chief Medical Examiner,
Fulton County, Atlanta, Georgia,
1974 - 1978.

Present Employment:    Georgia State Appointment as Medical
Examiner since July 1974.

Medical Examiner, Metropolitan Atlanta, Georgia, 1974
to 2000.

Consultant Forensic Pathology - Forensic Medicine, 1975
to present.

JOSEPH LAWSON BURTON
Page 6

|  | Forensic Consultant - Metro Atlanta Department of Family and Children Services. Crimes Against Children. Metro Law Enforcement Agencies - Child abuse (physical/sexual). |
|---|---|
| Professional Associations: | Fellow of American Academy of Forensic Sciences. Member National Association of Medical Examiners. |
|  | CASAC - Coalition Against Sexual Abuse in Children, Cobb County, 1991 to present. |
|  | Fellow of Royal Society of Medicine, London, England, 1992 Member Society of Automotive Engineers, 1995. Association for the Advancement of Automotive Medicine, 1995. Member of American Academy of Family Practice. (past) Member of American Heart Association. (past) Member of Georgia Heart Association. (past) Member of Georgia Peace Officers Association. American Medical Association. American Humane Association - Children's Division, 1993 to present. International Wound Ballistics Association, 1999. Member American Society of Civil Engineers. Member American College of Sports Medicine. |
| Other Employment: | Chief of Staff, Kathy Crawford Nursing Home (formerly Martin Luther King, Sr. Nursing Home), Atlanta, Georgia, 1975 - 1978. |
| Special Forensic Case Involvements: | Atlanta Missing & Murdered Children - was the coordinating consultant to the FBI and GBI on the entire investigation's forensic aspects, 1980, 1981, and 1982. |

JOSEPH LAWSON BURTON
Page 7

Theodore Bundy Case. Florida

20/20 Television - Began an investigation
into a "Murder" which happened 25 years ago in
Arkansas - was the lead forensic expert chosen
for the State of Arkansas, 1985.

"Unsolved Mysteries" - State Prosecutor's Office,
Little Rock, Arkansas. Forensic Expert - Investigation
into death of two teenage boys, April 1988. National
television coverage.

Presentation on CBS Evening News
"Automatic Seatbelts - Passive Belt Systems"
June 13, 1991.

Presentation on Marketplace - Canada
Canadian Broadcasting News
"Automatic Seatbelts - Passive Belt Systems"
June 1991

Presentation on Connie Chung's Eye to Eye Program,
"Passive Restraints"
March 31, 1994.

HBO Special - "Autopsy III-Voices From the Grave"
Presentation of Crime Scene, Blood Spatter
Reconstruction - Salt Lake City, Utah.
HBO Feature Special 1996.

HBO Special - "Autopsy IV - Crime Scene
Reconstruction and Injury Pattern"
Analysis of Alleged Perpetrator's Injuries - 1997.

ABC Television-20/20 Show
"Secrets And Lies"
January 5, 1998

Court TV - "Prosecution Of A
26 Year Old Murder Case"
April 7, 1998

JOSEPH LAWSON BURTON
Page 8

Consultant to Kansas City Star
Dale Earnhardt and other Seatbelt Related Issues
May 10-11, 2001

Inside Edition  - WSB
"Danger of Automatic Passive Restraints/
Nikki Taylor Story"
May 11, 2001

Consulting Expert – Dateline NBC
"Airbag Related Death / ? Homicide"
February 13, 2002

Consulting Expert – Dateline
"Potential Dangers of Low Shield Child Booster Seats"
September 5, 2002
Presented on NBC - November 23, 2003


Special Areas of
Expertise:                    Scene reconstruction and injury pattern interpretation.

Exhumations.

Occupant & pedestrian injuries, injury causation,
biomechanics, and occupant kinematics.

Drug abuse.

Child abuse - physical/sexual.

Deaths occurring during legal intervention
and/or police custody.

Gunshot injuries and wounding potential of
various firearms.

JOSEPH LAWSON BURTON
Page 9

Publications and
Presentations:

"Automated Analysis of Serum Histidine"
Clinical Chemistry, 1967.

Research - 1) Pathologic Aspects of
Snake Envenomation, Procedures and Techniques.
2) Forensic Aspects of Exhumations.

Forensic Medicine in the Emergency Room
Post Graduate Course for Emergency Department
Nursing, Miami Beach, Florida, 1973.

"Investigation of Intoxication - Pitfalls and Problems,"
American Industrial Health Conference,
Miami, Florida, 1974.

"Sex-Rape Murders & Multiple Murders"
Death Investigation, Seminar Criminal Justice
Division, Institute of Government,
University of Georgia, Athens, Georgia,
April 1978.

"Asphyxial Deaths"
"Drowning"
"Exhumation" - Comprehensive Investigation of Death.
American Society of Clinical Pathologists,
Orlando, Florida, 1978.

Advanced Death Investigation University of Georgia -
Institute of Government. "Interpretation of Trauma -
Vehicular, Industrial, Homicide, Fire".
Athens, Georgia, May 4, 1980.

"Forensic Medicine - Terms and Procedures" Seminar,
National Shorthand Reporters Association,
Callaway Gardens, Pine Mountain, Georgia,
October 15, 1983.

National Shorthand Reporters Midyear Seminar.
"Forensic Medicine - Terms and Procedures."
Atlanta, Georgia, March 1984.

JOSEPH LAWSON BURTON
Page 10

"Creative Crime Scene Investigation Seminar", National
Law Enforcement  Institute, Inc.
Atlanta, Georgia, October 1983.

"The Medical Examiner as a Defense Witness and
Forensic Death Investigation." Seminar in Criminal
Defense Litigation - The Super Star - 1984.
Atlanta Bar Association, Atlanta Hilton Hotel,
Atlanta, Georgia, June 21, 1984.

"Difficult Forensic Cases" -
National Law Enforcement Training Seminar, 1985.

Drug Abuse and its consequences -
Program to local Schools and Civic Organizations.
Leadership Cobb - Crime: "Who Really Pays," Marietta,
Georgia, April 1985.

Northside Hospital - Medical Explorers -
"Forensic Pathology." Atlanta, Georgia, May 1985.

National Defenders - Investigators Association
Conference - "Forensic Pathology." June 1985.

Atlanta Pathology Society - Speaker
(Complex Forensic Cases), June 1985.

Emory - Grady Medical School Resident Training
Conference, Speaker, (Exhumations), Fulton County
Medical Examiner's Office, December 1985.

"Advance Evidence Technician Training Seminar",
Essex Institute of Public Service, Gainesville, Georgia,
January 27, 1986.

Georgia Probation Association, Mid Winter Conference,
Unicoi State Park, Helen, Georgia,
March 13, 1986.

"Forensic Pathology in the Community",
Optimist Club, Marietta, Georgia, March 14, 1986.

JOSEPH LAWSON BURTON
Page 11

"Answers from the Dead? - Just Ask!"  Speaker -
Joint Meeting - Medical Association of Atlanta and
Medical  Staff - West Paces Ferry Hospital,
Atlanta, Georgia, March 24, 1986.

"Substance Abuse...Terminal Consequences."
B.A.C.C.H.U.S., Alcohol & Drug Awareness, Georgia
State University, Atlanta, Georgia. October 21, 1986.

Emory University - Law Interns -  Speaker.
Marietta, Georgia,  October 27, 1986.

Sun Insurance Services - Speaker "Techniques &
Procedures in the Medical Examiner's Office",
Atlanta, Georgia, October 28, 1986.

Emory University - Law Students -  Speaker.
Atlanta, Georgia, November 6, 1986.
National Law Enforcement Institute Seminar - Speaker
"Death Scene Analysis", Atlanta, Georgia,
 November 20, 1986.

Criminal Justice Program for Leadership Dekalb.
"Medical Examiner's Role in Criminal Justice System."
Decatur, Georgia, November 20, 1986.

East Cobb Rotary Club - Speaker
"In Search of the Truth - Forensic  Medicine."  Marietta,
Georgia, January 1987.

Decatur Rotary Club - Speaker
"The Medical Examiner - A Health Detective."  Decatur,
Georgia, January 1987.

Georgia Legal Secretaries - Speaker.
"The Medical Examiner - pro vs. con or Just the Truth."
Marietta, Georgia, February 1987.

North Marietta Kiwanis Club - Speaker
"Forensic Medicine in your Community."
Marietta, Georgia, February 1987.

JOSEPH LAWSON BURTON
Page 12

North Georgia Police Academy, Lecturer - "The Role of
the Medical Examiner in Criminal Profiling."
Marietta, Georgia, February 1987.

Leadership Cobb - "Forensic Pathology -
The Medical Examiner." Marietta, Georgia,
March 11, 1987.

Georgia Claims Association of Insurance Investigators-
"Forensic Medicine and its Role in Death Investigation,"
Atlanta, Georgia,
March 19, 1987.

Kennestone Hospital Medical Staff,
"Trauma Victims - Clinical Pathological Correlation,"
Marietta, Georgia, April 8, 1987.

Georgia State University Biology Club
"Forensic Pathology." Atlanta, Georgia,
April 22,1987.

Explorer Scouts - "Forensic  Pathology."
Northside Hospital, Atlanta, Georgia,
May 4, 1987.

Federal Criminal Investigators Association - "Wounding
Potential of Various Handguns & Ammunition."
Atlanta, Georgia, June 9, 1987.

Douglas County "D.U.I." Offender Rehab Program.
"Alcohol & Drug Awareness Lecture."
Douglasville, Georgia, August 1987.

Emory University - Law Intern -  Speaker,
Atlanta, Georgia, October 15, 1987.

Georgia State College, "Chemical Abuse-Terminal
Consequences," Atlanta, Georgia, October 20, 1987.

JOSEPH LAWSON BURTON
Page 13

National Law Enforcement Institute Homicide Seminar
"Drug Related Deaths, i.e. Cocaine-Crack," "AIDS."
Ann Arbor, Michigan, October 27, 1987

National Law Enforcement Institute Homicide Seminar
"Drug Related Deaths, i.e. Cocaine-Crack," "AIDS"
Dallas, Texas, November 5, 1987.

Leadership Dekalb, "The Medical Examiner's Role in the
Criminal Justice System." Decatur, Georgia,
November 12, 1987.

National Law Enforcement Institute" AIDS."
Atlanta, Georgia, November 19, 1987.

Dekalb County Librarians -
Speaker "AIDS Awareness." Decatur, Georgia,
February 8, 1988.

Cobb County Rotary Club "Forensic Medicine - Impact
on Your Community." Marietta, Georgia,
February 22, 1988.

Hickory Hills School
"Drug Abuse." Marietta, Georgia,
February 24, 1988 & March 4, 1988.

Cobb County Grand Jury - Consultant.
"Drug Abuse in the Community."
Marietta, Georgia, April 4, 1988.

National Law Enforcement Institute,
"Deceptive Causes of Death - AIDS, Drug - Cocaine
Related Deaths, Complicated Suicides."
Chicago, Illinois, April 21, 1988.

Georgia Legal Secretaries Seminar
"Forensic Medicine in the Community."
Atlanta, Georgia, April 29, 1988.

JOSEPH LAWSON BURTON
Page 14

State Prosecutor's Office, Forensic Expert -
Investigations into death of two teenage boys on railroad
tracks. Little Rock, Arkansas, April 1988.

Dekalb County Employees, "AIDS - Awareness, Facts
about AIDS." Decatur, Georgia, May 4, 1988.

Northside Hospital Medical Explorers Post 401,
"Forensic Pathology." Atlanta, Georgia, May 16, 1988.

Jackson City Council, Forensic Expert - Investigation
into Alleged Suicide Death. Jackson, Mississippi,
May 1988.

National Law Enforcement Institute,
"Deceptive Causes of Death - AIDS, Drug - Cocaine
Related Deaths, Complicated Suicides."
Phoenix, Arizona, June 17, 1988.

Georgia Prosecutors Council.
"DUI, Accident Reconstruction and the Medical
Examiner." Savannah, Georgia, July 7, 1988.

National Law Enforcement Institute.
"Deceptive Causes of Death - AIDS, Drug -
Cocaine Related Deaths, Complicated Suicides."
Philadelphia, Pennsylvania, July 15, 1988.

National Law Enforcement Institute.
"Deceptive Causes of Death - AIDS, Drug -
Cocaine Related Deaths, Complicated Suicides."
Denver, Colorado, July 29, 1988.

Dekalb County Youth Rally.
"Youth Against Crime & Drugs."
Decatur, Georgia, August 20, 1988.

24th Southeastern Arson Seminar.
"Fire Deaths, Carbon Monoxide and Electrical
Deaths", Athens, Georgia, September 1, 1988.

JOSEPH LAWSON BURTON
Page 15

"Drugless, Ya'll."  Drug Prevention on Georgia
Campuses. Georgia State University,
Atlanta, Georgia, September 9, 1988.

Dekalb County Employees
"AIDS - Awareness - Facts about AIDS"
Decatur, Georgia, September 21, 1988.

Atlanta Falcon Football Training Camp
"Terminal Consequences of Substance
Abuse Including Steroids."
Lawrenceville, Georgia, October 25, 1988.

Snapfinger Woods Business Men's Association.
"Medical Examiner's Office and Drugs."
Lithonia, Georgia,  October 5, 1988.

Marietta Civitan Club
"Drug Abuse."
Marietta, Georgia, October 18, 1988.

Georgia State University
Students for Drug Free Campuses "Substance Abuse."
Atlanta, Georgia, October 18, 1988.

National Law Enforcement Institute
"Death Scene Analysis and Serial Murders."
Kansas City, Missouri, October 20, 1988.

Georgia State University College of Law Center for
Continuing Legal Education.  Troublesome Aspects of
Georgia Criminal Law. "Testimony by Medical
Examiners and Crime Scene Re-creation Experts."
Atlanta, Georgia, November 9, 1988.

Atlanta Bar Association,
"Forensic Medicine - The Expert - The System."
Atlanta, Georgia, January 1989.

JOSEPH LAWSON BURTON
Page 16

Georgia Insurance underwriters,
"Forensic Medicine - The Answers to Many Investigative
Questions."
Atlanta, Georgia, February 1, 1989.

Mercer University, School of Medicine.
"Terminal Consequences of Substance Abuse."
Macon, Georgia, February 8, 1989.

Auburn University.
"Terminal Consequences of Substance Abuse
Including Steroids."
Auburn, Alabama, February 22, 1989.

Mercer University - Macon Campus
"Substance Abuse."
Macon, Georgia, June 15, 1989.

South Dekalb Rotary Club.
"Impact of Forensic Medicine on the Community."
Lithonia, Georgia, June 22, 1989.

Blue Ridge Circuit Juvenile Court
Cherokee County.
Juvenile Intensive Diversion Program.
"Substance Abuse."
Cumming, Georgia, August 2, 1989.

Northside Hospital Emergency Department
Conference. "Role of the Medical Examiner
in Emergency Medicine."
Atlanta, Georgia, August 4, 1989.

25th Southeastern Arson Seminar
"Fatal Fires" - Advanced, Civil, and Criminal.
University of Georgia.
Athens, Georgia, August 28, 1989.

Dekalb County Crime and Drug Youth Rally.
"Telling It Like It Is."
Decatur, Georgia, October 14, 1989.

JOSEPH LAWSON BURTON
Page 17

District Attorneys & Law Enforcement Personnel -
Gwinnett & Paulding Counties.  "DNA" Lecture.
October 2, 1989.

Emory University Law Students
"Forensic Expert & Litigation."
Atlanta, Georgia, October 12, 1989.

Dekalb County Youth Rally  Sponsored by NAACP.
"Youth Against Crime & Drugs."
Decatur, Georgia, October 14, 1989.

Georgia Trial Lawyers Association Seminar.
"Forensic & Environmental Pathology, an Untapped
Resource." Atlanta, Georgia, December 8, 1989.

Georgia Association of Criminal Defense Lawyers
Seminar. "Impartiality & the Medical Examiner."
Atlanta, Georgia, January 12, 1990.

National Collegiate Drug Awareness Week - Conference.
"Substance Abuse - Terminal Consequences."  Atlanta,
Georgia, January 30, 1990.

Marietta Kiwanis Club
"Forensic Pathology - Impact on Community Health."
Marietta, Georgia, February 15, 1990.

Leadership Cobb
"Forensic Pathology - Impact on Community Health."
February 15, 1990.

Dallas Rotary Club.
"How the Medical Examiner Works for You in Paulding
County Georgia." February 20, 1990.

Dekalb College - North Campus.
"Substance Abuse - Terminal Consequences."
Dunwoody, Georgia, February 23, 1990.

JOSEPH LAWSON BURTON
Page 18

National Collegiate Drug Awareness Week. "Substance Abuse - Terminal Consequences."
The College at New Paltz,
Albany, New York, March 6, 1990.

Southeastern Home Office Underwriters Association Conference. "Forensic Medicine, It's Application to Life Insurance Industry."
Mobile, Alabama, April 5, 1990.

Cobb County Trial Lawyers Association
"Forensic Medicine & Injury Pattern Interpretation."
Marietta, Georgia, May 9, 1990.

Georgia Association of Special Programs Personnel Conference. "What's Killing our Future?"
Jekyll Island, Georgia,  May 17, 1990.

East Cobb Kiwanis Club
"Forensic Medicine in your Community."
Marietta, Georgia, May 30, 1990.

Gwinnett County Family & Children's Services.
"Children Born with Drug Addiction - Long Term Effects." Lawrenceville, Georgia, June 18, 1990.

Georgia Southern University Upward Bound Project.
"Substance Abuse - Terminal Consequences."
Statesboro, Georgia,  June 28th & 29th, 1990.

Morris Brown College Upward Bound Project.
"Substance Abuse - Terminal Consequences."
Atlanta, Georgia, July 11, 1990.

Georgia Community Action Association.
"Focus on the Family - Substance Abuse."
 Atlanta, Georgia, July 23rd & 24th, 1990.

Georgia Southern University
"Substance Abuse - Terminal Consequences."
 Statesboro, Georgia, September 13, 1990.

JOSEPH LAWSON BURTON
Page 19

Abraham Baldwin College
"Substance Abuse."
Tifton, Georgia, September 25, 1990.

Emory University Law Students Speaker
Atlanta, Georgia, October 4, 1990.

Gwinnett Hospital System Emergency Nurses -
Course Instructors "Child Abuse."
Lawrenceville, Georgia, October 16, 1990.

Leadership Dekalb - "The Medical Examiner's Role
in the Criminal Justice System."
Atlanta, Georgia, October 19, 1990.

Georgia Trial Lawyers Fall Workshop
"Forensic & Environmental Pathology and Medicine -
Answers from the Dead And the Almost Dead."
Atlanta, Georgia, October 26, 1990.

Georgia Police Academy
"Child Deaths"
Forsyth, Georgia, October 31, 1990.

National Defender Investigator Association,
1990 National Conference,
"Impartiality and the Medical Examiner."
Atlanta, Georgia, November 8, 1990.

Cobb County Law Enforcement Association.
"Medical Examiner's Role in  Law Enforcement."
Marietta, Georgia, January 10, 1991.

Southern Methodist University
"Substance Abuse - Terminal Consequences."
Dallas, Texas, February 11, 1991.

Dekalb College, North Campus
"Substance Abuse - Terminal Consequences."
Dunwoody, Georgia, March 4, 1991.

JOSEPH LAWSON BURTON
Page 20

Mercer College - Macon Campus
"Substance Abuse – Terminal Consequences."
Macon, Georgia, March 7, 1991.

Criminal Trial Lawyers
"Impartiality and the Medical Examiner."
Atlanta, Georgia, April 19, 1991.

National Law Enforcement Institute
"Death Scene Analysis."
Pittsburgh, Pennsylvania, April 22, 1991.

Metro Marietta Kiwanis
"The Criminal Justice System."
Marietta, Georgia, April 29, 1991.

Joint Meeting of the Royal College of Pathologists of
Australia and National SIDS Council.
"Discussion & Protocol for Infant Death Investigation
including SIDS Deaths - Paper." April 1991.

Perimeter Center Kiwanis Club
"Substance Abuse."
Atlanta, Georgia, May 6, 1991.

Course Director
Advanced Death Investigation - 40 hours.
Sponsored by Cobb County Law Enforcement Training
Division. Marietta, Georgia, May 20th-May 24th, 1991.

Golden Key National Honor Society Convention.
"Biophysiology of Drug Use - Drug Abuse."
Ritz Carlton, Atlanta, Georgia, August 10, 1991.

The Coalition Against the Sexual Abuse of Children.
"Physical Injury, Bruising, Shaken Baby Syndrome,
Broken Bones, Internal Injuries." Kennestone Hospital,
Marietta, Georgia, August 15, 1991.

JOSEPH LAWSON BURTON
Page 21

Southeastern Arson Seminar.
"Fatal Fires." University of Georgia,
Athens, Georgia, August 29, 1991.

NAACP - Dekalb County  Georgia Branch
Anti-Crime and Drug Prevention
Decatur, Georgia, September 21, 1991.

Emory University Law Students
Expert Witness - Litigation
Atlanta, Georgia, October 10, 1991.

University of North Carolina at Charlotte
"Substance Abuse - Terminal Consequences."
Charlotte, North Carolina,  October 14, 1991.

State Child Abuse Fatality Committee.
"Forensic Pathologist Role in Child Abuse and Child
Death Cases." Macon, Georgia, November 6, 1991.

Baron Users Group - 12th Annual Convention.
"Drugs in the Work Place."
Atlanta, Georgia, November 8, 1991.

Contributor - Legal Medicine 1991
Edited by Cyril H. Wecht, M.D., J.D.
Chapter - "Crime Scene Videos",
Mark Curriden, Butterworth Legal Publishers,
1992

National Law Enforcement Institute Seminar.
"Crime Scene Analysis - Masqueraded Deaths."
Atlanta, Georgia, November 19, 1991.

Georgia Claims Association
"Drugs in the Work Place."
Atlanta, Georgia, January 16, 1992.

Brown Court Reporting and Medical Transcription
School.  "Introduction to Forensic Sciences."
Atlanta, Georgia, January 28, 1992.

JOSEPH LAWSON BURTON
Page 22

The National Kidney Foundation Regional Forum
"Controversies in Organ Donation."   Presenter.
Atlanta, Georgia, February 18, 1992.

Dekalb College, Central Campus
"Substance Abuse - Terminal Consequences."
Decatur, Georgia, March 4, 1992.

Kennestone Hospital Trauma Conference
"Murder or Suicide-Stabbing in a 43 Year Old Female"
Marietta, Georgia, April 8, 1992.

Georgia Fire Academy
Fire, Lightning, Electrical and Carbon Monoxide Deaths.
Forsyth, Georgia, April 17, 1992.

Shepherd Spinal Center
"Drugs in the Work Place."
Atlanta, Georgia, April 27, 1992.

Course Director
Advanced Death Investigation - 40 hours.
Sponsored by Cobb County Law
Enforcement Training Division.
Marietta, Georgia, May 18th - May 22nd, 1992.

Buckhead Exchange Club
"Interesting & Complicated Forensic Cases."
Atlanta, Georgia, May 26, 1992.

Seminar Instructor,
"Death Scene Investigation and Deaths Occurring During
Legal Intervention and/or Police Custody." "Gunshot
Injuries and Wounding Potential of Various Firearms."
Little Rock, Arkansas, August 24, 1992.

"Investigation SIDS and Other Infant Deaths."
Published - Journal of the Medical Association of
Georgia, Page 433-436.  September, 1992.

JOSEPH LAWSON BURTON
Page 23

Dekalb College Athletes
"Substance Abuse - Terminal Consequences."
Decatur, Georgia, October 14, 1992.

American Association of Suicidology Conference.
Panel Member - "Community Responses to Suicide."
Atlanta, Georgia, October 18, 1992.

North Georgia Police Academy
Death Investigation Seminar - General Aspects of
Forensic Medicine & Motor Vehicle Biomechanics and
Occupant Kinematics.
Marietta, Georgia, January 11, 1993.

Hemlock Society of Georgia
"Suicide"
Atlanta, Georgia, January 16, 1993.

American Association of Legal Nurse Consultants -
Atlanta Chapter  "The Forensic Expert in Civil
Litigation."  Atlanta, Georgia, January 19, 1993.

North Fulton Hospital Trauma Advisory Committee
"Presentation of Unusual Accidental Death of a Two
Year Old."  Roswell, Georgia, January 20, 1993.

Kennestone Hospital Medical Staff
"Child Abuse"
Marietta, Georgia, January 27, 1993.

Scottish Rite Children's Hospital Medical Staff
"Pitfalls in the Recognition and Diagnosis of Physical
and Sexual Abuse in Children."
Atlanta, Georgia, March 18, 1993.

Metro Swat Team
"Prevention & Recognition of Suicides in Hostage
Situations."   Decatur, Georgia, April 14, 1993.

JOSEPH LAWSON BURTON
Page 24

Dekalb Addiction Clinic
"Substance Abuse - Terminal Consequences."
Atlanta, Georgia, May 11, 1993.

Georgia Indigent Defense Counsel Seminar
"Child Molestation - Physical Aspects."
Mableton, Georgia, May 14, 1993.

Course Director
Advanced Police/Medical Death
Investigation Course
Speaker:
1. General Forensic Pathology and Medicine.
2. Problems and Solutions in "Under the Influence"
Prosecution.
3. Child Abuse - Physical, Recognition and Diagnosis.
4. Child Abuse - Sexual, Recognition and Diagnosis.
5. Motor Vehicle Accidents - General Forensic
Information.
6. Motor Vehicle Accidents - Biomechanics and
Occupant Kinematics.
Marietta, Georgia, May 17-21, 1993.

Georgia Trial Lawyers Annual Meeting and Seminar,
"Use of Forensic Evidence & Witnesses in Civil
Litigation - The Forensic Pathologists Role in
Understanding of the Biomechanics & Kinematics of
Occupant & Pedestrian Injuries in Motor Vehicle
Accident Cases." Atlanta, Georgia, May 21, 1993.

Emergency Nurses Association
Scottish Rite Children's Medical Center
"Patterns of Injury in Children."
Atlanta, Georgia, May 24, 1993.

Douglas County Advanced Death Investigation Course
Course Director - Speaker
"Child Abuse, Gunshot Wounds, Blunt & Sharp Injuries,
and Occupant Kinematics/Biomechanics - Motor Vehicle
Accidents."
Douglasville, Georgia, September 14, 1993.

JOSEPH LAWSON BURTON
Page 25

Georgia Fire Academy
"Fire, Carbon Monoxide & Electrical Death
Investigations." Forsyth, Georgia, September 24, 1993.

Metropolitan Atlanta Homicide Commanders
"Intersection of Medical Examiner and Law Enforcement
& Other Agencies within the Criminal Justice system."
Lawrenceville, Georgia,
October 13, 1993.

Leadership Dekalb "The Medical Examiner -
An Advocate for the People."
Decatur, Georgia, October 21, 1993.

National Law Enforcement Institute Homicide Seminar
"Death Scene Analysis & Deceptive Means
& Causes of Death."
Atlanta, Georgia, November 4, 1993.

Clayton County Police Services
"Child Abuse"
Jonesboro, Georgia, February 14, 1994.

Dekalb College
"Substance Abuse - Terminal Consequences."
Dunwoody, Georgia, February 22, 1994.

American Bar Association National Institute on
Emerging Issues in Motor Vehicle Litigation.
"Injury Enhancement in Victims of Automobile
Accidents - Real Life Experience - A Forensic
Pathologist's Viewpoint."
Phoenix, Arizona, March 24, 1994.

Gwinnett County - Trauma Rounds
"Biomechanics and Kinetics of Injury
Causation in Motor Vehicle Accidents."
Lawrenceville, Georgia, April 6, 1994.

JOSEPH LAWSON BURTON
Page 26

Memorial Medical Center - Fatal Child
Abuse Seminar "Patterns of Injury in Children -
Physical and Sexual Abuse."
Savannah, Georgia, April 8, 1994.

Automotive Safety Seminar
"The Role of Forensic Pathology and Medicine in Motor
Vehicle Accidents, Biomechanics and Occupant
Kinematics." Cleveland, Ohio, May 12, 1994.

St. Ives County Club
"The Medical Examiner as a Public Health Physician."
Alpharetta, Georgia, August 19, 1994.

University of Georgia,
Office of Insurance & Fire Commissioner - 30th Annual
Southeastern Arson Seminar "Fatalities in Fires, and
Carbon Monoxide, and Electrical Deaths." Athens,
Georgia, August 25, 1994.

Cobb County Police Department
"Communicable Diseases - AIDS, Hepatitis,
Tuberculosis, etc." Marietta, Georgia, August 26,1994.

National Law Enforcement Institute
Homicide Investigation Seminar, "Deceptive Causes of
Death (Homicide vs. Suicide vs. Accidental vs. Natural)",
"Time of Death", "Most Frequent Errors Made by
Homicide Investigators from Your Point of View",
"Disease Exposure", "SIDS and Child Deaths",
Atlanta Airport Marriott Hotel, College Park, Georgia,
October 25, 1994.

Ridgeview Institute, Coalition for Child Abuse
Prevention, "Our Common Agenda:  Our Children's
Future." "Diagnosis of Physical and Sexual Abuse in
Children-Pitfalls." Smyrna, Georgia, October 27, 1995.

JOSEPH LAWSON BURTON
Page 27

Association for the Advancement of Automotive
Medicine Course:  The Biomechanics of  Impact
"Chest and Abdomen:  Anatomy and  Biomechanical
Characteristics."
"The Medical Examiner's Contribution
to Understanding Vehicular Injuries."
  a. Diagnosis of Cervical Injuries.
  b. Diagnosis of Belt Use based on
     Anatomical findings.
  c. MVA fires and occupant carbon monoxide levels
  d. General discussion of role of Medical Examiner
     in biomechanics and kinematics of injury
     causation.
Chicago, Illinois, November 14, 1995

Kennestone Hospital System Trauma Rounds
"Application of Biomechanic and Kinematic information
in the diagnosis of injuries sustained
in motor vehicle accidents"  Marietta, Georgia
March 13, 1996

Clayton County Abuse and Child Death Team
Continuing Education Seminar
"Pitfalls in the Diagnosis of Physical and Sexual
Abuse in Children" Jonesboro, Georgia  April 2, 1996

Georgia Court Reporters Association
"Forensic Medicine in the Community"
Stone Mountain, Georgia, October 5, 1996

Association for the Advancement of Automotive
Medicine "Chest and Abdomen: Anatomy and Injuries in
Motor Vehicle/Crashes," December 9, 1996;

"The Medical Examiner's Contribution to Understanding
Motor Vehicular Injuries,"
Chicago, Illinois December 10, 1996

JOSEPH LAWSON BURTON
Page 28

Southern Trial Lawyers Association
"Pathology" - "Modre Wol Out"
New Orleans, Louisiana, February 8, 1997

AIEG Spring Seminar
"Head and Spine Injuries in Roof Crush
and Rollover Accidents", Atlanta Airport Hilton, Atlanta,
Georgia May 9, 1997

The Georgia Council on Child Abuse,
13th Annual Training Symposium
"The Power of Prevention"
"Pitfalls in the Diagnosis of Physical and Sexual
Abuse in Infants and Children".
Crowne Plaza Ravinia,
Atlanta, Georgia, June 9-11, 1997.

American Bar Association Emerging Issues in Motor
Vehicle Product Liability Litigation,
"Air Bag Injuries to Infants,
Children and Small Adults".
Phoenix, Arizona
April 2-3, 1998

Coalition for Child Abuse Prevention
Annual Conference, - "The Assessment
and Investigation of Physical Abuse
Cases and Child Deaths".
Atlanta, Georgia, April 24, 1998

Kennestone Hospital Emergency Room Staff -
"Assessment of Patterned Injuries
and Steroid Psychosis"
Marietta, Georgia, April 27, 1998

Clinical Management of Crime Victims From
Trauma To Trial.
"Career Development In Forensic Health Science"
Forensic Expert Panel
Georgia State University, Atlanta, Georgia
May 1, 1998

JOSEPH LAWSON BURTON
Page 29

Motor Vehicle Products Liability Seminar
"Biomechanics and Occupant Kinematics
Issues-Forensic Investigation, Injury
Reconstruction, Vehicle Inspections and
Use of Visual Aids in Presenting Cases".
Little Rock, Arkansas
May 15, 1998

AIEG Auto Focus 1998 Seminar
"Air Bag Injuries"
September 24, 1998
San Francisco, California.

AIEG Auto Focus 1998 Seminar
"Head & Neck Injuries in
Roof Crush & Rollover Accidents"
September 25, 1998
San Francisco, California.

International Association of Bomb
Technicians and Investigators Region VI, 1
998 Regional Training Conference
"The Medical Examiner's Role In Investigations
Of Bombings And Of Explosive Type Events"
October 12-16, 1998
Marietta, Georgia

Cobb County Bar Association's Death &
Accident Investigation Seminar
"Biomechanics & Occupant Kinematics-
Automotive Crash Injuries Including Air Bags"
Marietta, Georgia, September 16, 1999

Seoul 2000 FISITA World Automotive Congress
"Belt Integrated Vehicular Seat Rear Impact Studies"
Seoul, Korea, June 12-15, 2000: Paper #F2000G279
Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D.,
Paul R. Lewis, Jr., Todd K. Saczalski, Peter E. Baray.

JOSEPH LAWSON BURTON
Page 30

Atlanta Volunteer Law Foundation
Annual Jury Trial Seminar
Emory University Law School-Mock Trial
Plaintiff's Expert Witness
December 15, 2000

"Air Bag Injuries to Infants, Children and
Small Adults".
Paper G-96 - Presented at Proceedings of the American
Academy of Forensic Sciences 53rd Annual Meeting
Seattle, Washington, February 23, 2001
Successful Handling of Wrongful Death Cases
in Florida-Seminar
"Proving Cause of Death-The Child Death Case"
Miami, Florida, June 28, 2001

Georgia Defense Lawyers Association
34th Annual Convention
"Forensic Medicine-Answers From the Dead – And Not
So Dead - Real World Application of Forensic Scientific
Principles"
Sandestin, Florida, July 20, 2001

ASME International Congress and Exposition
"Evaluation of Rear Impact Seat System Performance
Using Combined Load Neck Injury Criteria and
Hybrid III Surrogates"
Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D.,
Paul R. Lewis, Jr., Todd K. Saczalski, Peter E. Baray.
New York, NY November 11-16, 2001

"Post Collision Vehicle Fires-Determination of
Probability of Occupant Survival Post Impact"
Paper #531 - Presented at Proceedings of the American
Academy of Forensic Sciences 54th Annual Meeting
Atlanta, Georgia, February 15, 2002

JOSEPH LAWSON BURTON
Page 31

Successful Handling of Wrongful Death Cases in
Florida-Seminar
"Proving Cause of Death-Children's Unique Proof
Circumstances".
Lorman Education Services
Miami, Florida, September 20, 2002

ASME International Mechanical Engineering
Congress and Exposition
"Study of Seat System Performance Related to Injury of
Rear Seated Children & Infants in Rear Impacts"
New Orleans, Louisiana, November 17-22, 2002
Paper #IMECE2002-33517
Kenneth J. Saczalski, Ph.D., Joseph L. Burton, M.D.,
Paul R. Lewis, Jr., Keith Friedman, Todd K. Saczalski

40th International ISA Biomedical Sciences
Instrumentation Symposium
"Experimental Data for Injury to Children Seated Behind
Collapsing Front Seats in Motor Vehicle Rear Impacts"
Biloxi, Mississippi, April 11-13, 2003, Paper #2003-046
Kenneth J. Saczalski, Ph.D., Anthony Sances, Ph.D.,
Joseph L. Burton, M.D., Paul R. Lewis, Jr.

American Bar Association
Tort Trial & Insurance Practice Section Self-Insurers' &
Risk Manager's Committee presents
Transportation Megaconference VI
"Biomechanics-Kinematics-Conscious Pain & Suffering"
New Orleans, Louisiana, April 17, 2003

SAE International Digital Human Modeling for Design
and Engineering ASME International Mechanical
Engineering Conference and Exhibition
"Experimental Verification of Biomechanical Occupant
Response Predictions for Front & Rear Seated Passengers
Subjected to Rear Impacts"
Montreal, Canada, June 16-19, 2003
Paper #2003-03-2205
Kenneth J. Saczalski, Ph.D., Jay Saul, CSE, Joseph L.
Burton, M.D., Paul R. Lewis, Jr.

JOSEPH LAWSON BURTON
Page 32

Association for the Advancement of Automotive
Medicine 47th Annual Scientific Conference
Poster Presentation
"Occupant Kinematics with Child Safety Seats Tested
Under Real World Conditions"
Gary R. Whitman & John Yannaccone, ARCCA Inc.,
Joseph L. Burton, M.D. & Paul Lewis, Jr.,
Burton and Associates,
Dennis F. Shanahan, Injury Analysis
Lisbon, Portugal, September 22-24, 2003

# DEPOSITION AND TRIAL TESTIMONY

## JOSEPH L. BURTON, M.D.

### 1999-2004

## 2004 DEPOSITION TESTIMONY

| 01-06-04 | Lynn Grisham | Lance Jones, et al vs. General Motors Corporation In the District Court of Grayson County, Texas, 59th Judicial District No. 02-1208. |
|---|---|---|
| 01-06-04 | W. Coleman Allen, Jr. | Philip R. Kingsley vs. Choo Choo Customs Group, Inc. et al Virginia: In the Circuit Court for the city of Richmond, John Marshall Courts Building. No. LM-1687-3. |
| 01-07-04 | Jeff Wigington | Lee and Larry Bosarge et al vs. Ford Motor Company In the District Court 111th Judicial District, Webb County, Texas No. 2002-CV-E001730D2. |
| 01-08-04 | Hunter Craft | Abigail Aragon, as Personal Representative of the Estate of Amanda Ferm, Deceased, and Christene Ferm, Eric Ferm, and Michele Ferm, Individually vs. Ford Motor Company, et al. In the State of New Mexico, County of San Miguel, Fourth Judicial District. No. 2003-104-CV. |
| 01-08-04 | Foy Devine | Leonard and Nancy Colp vs. Ford Motor Company In the State Court for the County of Cobb, State of Georgia. No 96A-00220-5. |
| 01-16-04 | Jim Gilbert | Amy Corrigan vs. Toyota Motor Sales, et al Superior Court of California, County of Los Angeles-Central District . No. BC241885. |
| 01-20-04 | Vuk S. Vujasinovic | Frederico Gonzales Ortega and Jose Amilcar Reyes vs. Ford Motor company, et al In the District Court of Harris County, Texas 152nd Judicial District No. 2003-06532. |
| 01-23-04 | Jaime Gonzalez | Francisco Guzman, et al vs. Homero Garcia, et al In the District Court of Zapata County Texas, 49th Judicial District. No. 5309 |
| 01-28-04 | Ralph Chapman/ Jeff Harris | Kelsey A. Sasser and Rhonda M. Sasser vs. Ford Motor Company et al In the United States District Court for the Middle District of Georgia Columbus Division No. 4:02-CV-802. |
| 01-29-04 | Robert Ammons | Jose Murillo, Jr. et al vs. General Motors Corporation et al In the U.S. District Court for the Northern District of Illinois, Eastern Division. No. 03 C 2652. |
| 01-29-04 | Neil Smith | Melissa Bradford vs. Ford Motor Company, et al vs Penny Bradford. In the District Court, Titus County, Texas, 76/276th Judicial District. No. 28901 |

Page 2

Deposition Testimony

| 02-12-04 | James Lowe | Saundra Gay, et al vs. Bridgestone Firestone, Inc. In the Court of Common Pleas, Cuyahoga County, Ohio No. 440162, Judge Robert T. Glickman |
|---|---|---|
| 02-12-04 | James Lowe | Robert J. Arena vs. Ford Motor Company et al IN the U.S. District Court Northern District of Ohio Eastern Division No. 1:02CV1637. |
| 02-12-04 | Kent Emison | John Mathes, et al vs. Ford Motor Company, et al. In the Circuit Court of Jackson County Missouri at Kansas City. No. 00-CV-226979. |
| 02-17-04 | John Simon | Alicia Frede vs. Bridgestone/Firestone, Inc., et al In the Circuit Court of the City of St. Louis, State of Missouri. No. 022-09936 |
| 02-17-04 | George Fryhofer | Joshua Flax, deceased, et al. vs. DaimlerChrysler Corporation, et al In the First Circuit Court for Davidson County, Tennessee No. 02C1288. |
| 02-18-04 | Dana Taunton | Ednaldo DeSouza, et al vs. DaimlerChrysler Corporation, et al In the U.S. District Court for the Middle District of Alabama Northern Division No. 03-A-482-N. |
| 02-18-04 | Michael Cowen | Cintia Scarlett Garza, et al vs. Ford Motor Company In the District Court 229th Judicial District of Starr County, Texas No. DC-02-364 |
| 02-19-04 | Jaime Gonzalez | Cruz Macias Galvan, Individually and on Behalf of the Estate of Sergio Alberto Macias, Deceased and Victorino Quiroga as next friend of Diego A. Quiroga, a Minor, vs. Ford Motor Company et al In the District Court of Cameron County, Texas 138th Judicial District. No. 2002-04-1485-B. |
| 02-24-04 | Mark Joye | Clifford Stevens, Individually and as Personal Representative of the Estate of Anne Stevens, deceased, vs. General Motors Corporation, et al In the Court of Common Pleas, State of South Carolina, County of Hampton. No. C/A #02-CP-25-73. |
| 03-02-04 | Lynn Johnson | Timothy A.B. Richards, et al vs. Mazda Motor Corporation, et al. In the Circuit Court of Jackson County, Missouri at Independence NO. 02CV205688-01. Division 11. |
| 03-03-04 | Randy Rhodes | Cindy Gesiriech, Terry and Kim Cowart, et al vs. Ford Motor Company, Inc., In the Circuit Court of Jackson County, Missouri at Kansas City. No. 01CV220935, Division 15. |

Page 3

Deposition Testimony

| 03-11-04 | Peter Perlman | Robert W. Vaughn, et al vs. DaimlerChrysler Corporation et al. In the Commonwealth of Kentucky, Clay Circuit Court Civil Action No. 01-CI-00362. |
|---|---|---|
| 03-17-04 | Mark Evans | James G. Warner, Individually and as Personal Representative of the Estate of Ann Malee Warner, et al vs. General Motors Corporation, et al In the Circuit Court for Baltimore City. No. 24-C-03-001921. |
| 3-18-04 | Jeff Wigington | Emede Garcia, et al and David Olivarez vs. General Motors Corporation, et al In the 229th Judicial District Court, Duval County, Texas. No. DC-03-161. |
| 03-22-04 | Jeff Wigington | Deborah Evone Seliner et al vs. Ford Motor Company, et al. In the District Court 127th Judicial District, Harris County, Texas. No. 2002-30454. |
| 03-23-04 | Robert Langdon | Carla Collins, Individually and as Next Friend for Tyler A. Vance vs. Mazda Motor Corporation In the Circuit Court of the City of St. Louis, State of Missouri. No. 022-11248. |
| 03-30-04 | Monica Vaughan/Houssiere | Virginia Mohr-Callahan and Gerald Callahan vs. Ford Motor Company In the U.S. District Court for the District of Colorado No. 02-RB-2384 (MJW). |
| 03-31-04 | Ben Baker | Robert Teters et al vs. Ford Motor Company In the District Court, Comanche County, Oklahoma No. CJ-2002-755. |
| 04-01-04 | Monte Beck/Don Slavik | Linda Warner, et al vs. General Motors Corporation In the Montana Eighteenth Judicial District Court, Gallatin County No. DV-03-261. |
| 04-13-04 | Robert Patterson | Guadalupe Garcia Garcia, et al vs. DaimlerChrysler Corporation et al. In the District Court Hidalgo County, Texas, 93rd Judicial District. No. C-497-030B. |
| 04-21-04 | Robert Ammons | Kristina Marie King, et al vs. General Motors Corporation et al. In the District Court of Walker County, Texas, 278th Judicial District. No. 21,829-C. |
| 04-21-04 | Peter Daughtery | Synovus Trust Company, N.A. as the Guardian of the Property of Benjamin Guthrie Milton, et al vs. Honda Motor Company, Ltd. In the U.S. District Court for the Middle District of Georgia, Columbus Division. No. 4:03-CV-140-2. |

Page 4

Deposition Testimony

| 04-22-04 | Virginia Buchanan | Tommy Weekley and Scott Dwelle, as Co-Personal Representatives of the Estate of Lori Weekley Dwelle, Deceased, vs. Ford Motor Company<br>In the Circuit Court In and For Escambia County, Florida.<br>No. 01-001812-CA-01. |
|---|---|---|
| 04-27-04 | Dennis Cathey | John Conway and Virginia Fritz vs. Ford Motor Company, TRW Automotive, Inc. and Breed Technologies, Inc.<br>In the U.S. District Court Northern District of Georgia Atlanta Division.<br>No. 1:03-CV-0492-BBM. |
| 04-28-04 | Patrick McGroder | Jason and Suzie Schechterle, et al vs. Ford Motor Company, et al<br>In the Superior Court of the State of Arizona In and For the County of Maricopa.<br>No. CV2003-003427. |
| 04-28-04 | Chris Pinedo | Reynaldo Quiroga as Personal Representative of the Estates of Carlos Chapa Chapa, deceased, and Maria Alejandra Chapa, deceased and as Next Friend of Carlos Chapa Quiroga, minor children, et al vs. Ford Motor Company, et al.<br>In the District Court, 215th Judicial District,<br>Harris County, Texas.<br>No. 2003-06069. |
| 05-04-04 | Roger Braugh | Frederico & Maria Espinoza, et al vs. General Motors Corporation, et al<br>In the District Court of Nueces County, Texas, 117th Judicial District.<br>No. 03-3297-B. |
| 05-05-04 | Ray Marchan | Jose Cruz Chavez Pecina, Blanca Oralla Chavez, and Cruz Pecina Chavez vs. Ford Motor Company, et al<br>In the District Court, 190th Judicial District, Harris County, Texas.<br>No. 2003-29805. |
| 05-11-04 | Graham Esdale | Jeffrey & Belinda Catchings, et al vs. Nissan Motor Company Limited, et al<br>In the Circuit Court for Clay County, Alabama.<br>No. CV-03-8. |
| 05-12-04 | Robert Ammons | Kenneth Wayne Mead, Jr. and Kimberly Jean Neagle, et al vs. Ford Motor Company et al<br>In the District Court of Matagorda County, Texas, 23rd Judicial District.<br>No. 03-H-0089-C. |
| 05-17-04 | Allene Evans | St. Clair County and City of Centreville, et al vs. Ford Motor Company.<br>In the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois.<br>No. 03-L-115. |

**Page 5**

Deposition Testimony

| 05-17-04 | William Edwards | Abizahid Esperanza Ocampo et al vs. Texas Department of Transportation and Ford Motor Company.<br>In the District Court of the 341 Judicial District Webb County, Texas.<br>No. 2002CUE001744D3. |
|----------|-----------------|----------------------------------------------------------|

## 2004 TRIAL TESTIMONY

| 01-15-04/<br>01-21-04 | Kevin Liles/<br>Brad Klager | Alfonso Gonzalez, Jr., Individually and As Next Friend of Veronica Alejandra Gonzalez, Minor and As Representative of the Estate of Janet Valdez Gonzalez et al vs. Ford Motor Company et al<br>In the District Court, Duval County, Texas, 229th Judicial District<br>No. DC-02-332. |
|---|---|---|
| 01-22-04 | Ken Suggs | Robert Edward McCoy vs Honda Motor Company<br>In the Court of Common Pleas, State of South Carolina, County of Greenville<br>No. 2001-CP-23-7483 |
| 02-04-04 | James Carter | Eugene Jamison and Delores Isaac, individually and as Personal Representative for the Estate of Virnell Isaac vs. Ford Motor Company et al.<br>In the Court of Common Pleas for the Ninth Judicial Circuit, County of Berkeley, State of South Carolina<br>No. 2001-CP-08-1443. |
| 02-23-04 | Ralph Chapman/<br>Jeff Harris | Kelsey A. Sasser and Rhonda M. Sasser vs. Ford Motor Company et al<br>In the United States District Court for the Middle District of Georgia Columbus Division<br>No. 4:02-CV-802. |
| 02-25-04 | Kent Emison | John Mathes, et al vs. Ford Motor Company, et al.<br>In the Circuit Court of Jackson County Missouri at Kansas City.<br>No. 00-CV-226979. |
| 03-09/10-04 | James Pettit | Katherine V. Dresdner vs. Claire C. Meehan; Robert Meehan; Ann C. Meehan; DaimlerChrysler Corp.<br>Superior Court of New Jersey; Law Div.– Mercer Cty.<br>No. MER-L-2556-00. |
| 03-25-04 | Neil Smith | Melissa Bradford vs. Ford Motor Company, et al vs Penny Bradford.<br>In the District Court, Titus County, Texas, 76/276th Judicial District.<br>No. 28901. |
| 03-29-04 | Jeffrey Diamant | A.D. and Sue Richins vs. Deere and Company, and Hitachi Construction Machinery Co., Ltd., et al<br>In the U.S. District Court for the District of New Mexico.<br>No. CIV-03-0072-LCS/LAM. |
| 04-06-04 | Jaime Gonzalez | Francisco Guzman, et al vs. Homero Garcia, et al<br>In the District Court of Zapata County Texas, 49th Judicial District.<br>No. 5309. |
| 04-07-04 | Lance Cooper | Mai Thi Tran and Nader Nemai vs Toyota Motor Corporation.<br>In the United States District Court for the Middle District of Florida, Orlando Division.<br>No 6:02-CV-1014-ORL-31-DAB |

**Page 2**

Trial Testimony

| 05-06-04 | David Chancellor | Anita R. and Robert Eastham vs Mazda Motor of America, Inc, Mazda North American Operations. In the Circuit Court of Montgomery County, Alabama No.  CV-02-995. |
|----------|------------------|---|
| 05-18-04 | Richard Morrison | Betty Whitman, et al vs. Deere & Company, et al In the Circuit Court of Winston County, Alabama No. CV-2000-08. |
| 05-20-04 | Tom Newman | Bruce Thorndike and Letitia N. Jordan, as next friend of Christopher Thorndike, a minor, vs. DaimlerChrysler Corporation, et al U.S. District Court, District of Maine No. 00-198-B |

## 2003 DEPOSITION TESTIMONY

| | | |
|---|---|---|
| 01-02-03 | Robert Ammons | Marilyn Benavides et al vs. General Motors Corporation<br>In the District Court Hidalgo County, Texas 93rd Judicial District<br>No. C-2956-95-B. |
| 01-02-03 | Doug Daniels | John Mateja et al vs. Ford Motor Company<br>In the U.S. District Court for the Southern District of Texas, Houston Division<br>No. H-02-1377. |
| 01-02-03 | Chris Kirchmer | Ronni and Jeremy McGraw vs. Kawasaki Motors<br>In the District Court, 356th Judicial District, Hardin County, Texas.<br>No. 41,326 |
| 01-06-03 | Judith Heim | D'Elia vs. Billotti, et al<br>In Bergen County Court, State of New Jersey.<br>No. L423701. |
| 01-07-03 | Larry Coben | Nancy Norm, etc, et al vs. Honda Motor Company<br>In the U.S. District Court for the Northern District of Georgia, Atlanta Division.<br>No. 1:01 CV-1477-TWT |
| 01-08-03 | James Carter | Dennis Johnson vs. Nissan Motor Company, et al<br>In the U.S. District Court for the Northern District of Georgia, Atlanta Division.<br>No. 1:00- CV-1705-RWS. |
| 01-09-03 | Kevin Liles | Mark Hill, et al vs. Ford Motor Company et al<br>In the County Court at Law Number Two Dallas, TX<br>No. 02-00938-B. |
| 01-09-03 | Theodore Leopold | Sieni Eberhardt, et al vs. CM&S Enterprises, Corp.<br>In the Circuit Court of the Fifteenth Judicial Circuit of Florida, In and For Palm Beach County, Civil Action.<br>No. CA-01-12479 AB. |
| 01-14-03 | George Fryhofer | Otis Earl Howard, et al. vs. Ford Motor Company.<br>In the U.S. District Court, Middle District of Georgia, Macon Division.<br>No. 5:00-CV-0448-3. |
| 01-14-03 | Thomas Willingham | Kirby Ellis, et al vs. Odell Hicklen, Jr., Dixie Kovar, an individual, Richard Julius Wynn, an individual, R & L Transfer, Inc., a corporation, Gator Freightways, Inc., a corporation and Roadway Express, Inc.<br>In the U.S. District Court for the Northern District of Alabama. No. CV-01-C-3290-M. |
| 01-15-03 | Mark Tanenbaum | Michael David Haun and Lori Ann Duckett, as Personal Representatives of the Estate of Amanda Michelle Haun vs Ford Motor Company<br>In the U.S. District Court for the District of South Carolina, Charleston Division.<br>No. 2:01-2238-18. |
| 01-28-03 | Lance Cooper | Tania Cameal Torres, et al vs Ford Motor Company<br>In the State Court of Fulton County, State of Georgia<br>No. 00-VS-008220H. |

Page 2

Deposition Testimony

| 01-29-03 | John Parnell | Mary A. London vs. General Motors Corporation. In the Circuit Court for the County of Midland, State of Michigan. No:  01-44473 NZ |
|---|---|---|
| 02-03-03 | James Rogers | Marlene Keeley et al vs. Ford Motor Company. In the U.S. District Court, Western District of Washington at Tacoma. No.  C02-5054JKA. |
| 02-04-03 | Steve Drinkard | Carlos Brzobohaty vs. Bridgestone Firestone, Inc., Ford Motor Company, et al. In the U.S. District Court for the Southern District of Indiana, Indianapolis Division. No.  00-C-2555-W. |
| 02-04-03 | Frank Guerra | Mario A. Galvan Castro vs. Ford Motor Company In the District Court Cameron County, Texas 197th Judicial District No.  2002-04-1555-C. |
| 02-13-03 | Kent Emison | John Mathes, et al vs Ford Motor Company, et al. In the Circuit Court of Jackson County Missouri at Kansas City. No.00-CV-226979. |
| 02-19-03 | Laura Adams | State vs Natalie Rovirosa In the Felony Circuit Court, 11th Judicial System, Miami, Dade County, Florida. No. F-0131278. |
| 02-25-03 | Paul Thomson | Cari K. Proctor et al. vs Cosco, Inc., et al. In the U.S. District Court for the Western District of Virginia, Charlottesville Division. No.  3:02cv00053. |
| 03-10-03 | Kenneth Lewis | Dianna Allred, et al vs Freighliner LLC In the District Court of Johnson County, Texas 249th Judicial District No.  249-187-98. |
| 03-11-03 | Bradley Kuhlman | Cindy Hahs, et al vs. General Motors Corporation In the Missouri Circuit Court Twenty-Second Judicial Circuit(St. Louis City) No.  022-00146. |
| 03-11-03 | Ben Baker | Donna Blair, et al vs. Navistar International Corp. In the Circuit Court for Lamar County, Alabama No.CV-01-135. |
| 03-12-03 | James Cain | Michael Derek Farr, et al vs. Tokai Rika Co., et al In the U.S. District Court, Southern District of Mississippi. No.  3:99CV891WS |
| 03-18-03 | Tim Leonard | Cynthia L. Fowler, et al vs. DaimlerChrysler Motors Corporation, et al In the District Court, Brazoria County, Texas, 149th Judicial District No.  11964*RM00 |

Page 3

Deposition Testimony

| 03-18-03 | Jeff Wigington | Hoat Duc Vu, et al vs. Nissan Motors Company et al In the District Court of Nueces County, Texas, 94th Judicial District. No. 01-2409-C |
|---|---|---|
| 03-19-03 | A. Clifford Edwards | Vicki and Tom Kidder vs. General Motors Corp. In the U.S. District Court, District of Montana, Billings Division No. CV-01-206 BLG/RFC |
| 03-20-03 | Roger Pardieck | Steven Lytle, et al vs Ford motor Company et al In the Montgomery Circuit Court of Indiana No. 54C01-8910-DP-0532. |
| 03-25-03 | James Rogers | Elizabeth Pelfort, et al vs. General Motors Corporation, et al In the Circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, Florida, General Jurisdiction Division.   No. 00-33220 (CA 15) |
| 03-26-03 | Mike Eidson | Randy Eugene Wheeler, vs. Ford Motor Company In the Court of Common Pleas Eleventh Circuit No. 01-CP-32-0656. |
| 04-02-03 | Andrew Custer | Robin Dancisin vs State Farm Insurance In the Circuit Court of the Nineteenth Judicial Circuit, In and For Saint Lucie County, State of Florida. No. 02 C A 000563 AN |
| 04-03-03 | Lance Cooper | Jayne Markstein, et al vs. DaimlerChrysler Corporation et al In the State Court for the County of Fulton, State of Georgia. No. 01VS019735. |
| 04-08-03 | William Winingham/Harry Wilson | Kevin and Dawn Goforth, et al vs DaimlerChrysler Corporation and Marindy Estes In the District Court of Dallas County, Texas E-101st Judicial District No. 01-06267-E. |
| 04-09-03 | Brantley White | Nidia Sanchez, et al vs Ford Motor Company et al In the District Court of Hidalgo County, Texas 206th Judicial District. No. C-1348-01-D |
| 04-10-03 | Robert Palmer | Sheila Ray-Hayes, et al vs. Nissan Motor Company In the Superior Court of Wayne County, Indiana No. 89D02-9807. |
| 04-10-03 | Donna Emenhiser/ Robert Waltman | Thomas E. Brymer and Christel Brymer et al vs. Ford Motor Company. In the U.S. District Court for the Eastern District of Texas, Marshall Division. No. 2-02CV-155TJW |
| 04-14-03 | Ben Baker | Leticia Gilmore et al vs Ford Motor Company et al In the Circuit Court of Pickens County, Alabama No. CV01-123. |

Page 4

Deposition Testimony

| 04-15-03 | James Carter | Harold Maddox, Sr., et al vs Toyota Motor Corporation, et al In the U.S. District Court for the Northern District of Georgia, Atlanta Division. No. 01-CV-0997. |
|---|---|---|
| 04-15-03 | Terrell Wynn | Cory Blackwell et al vs Carter Brothers Inc. et al IN the Circuit Court of Crenshaw County, Alabama No. CV-01-47. |
| 04-22-03 | George Nader | Betty F. Lichtenberg et al vs University Community Hospital, Inc, et al In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida No. 02-00923 |
| 04-23-03 | Bruce Kaster | Joan Hall-Edwards, et al vs. Ford Motor Company In the Circuit Court of the 11th Judicial Circuit In and For Dade County, Florida, General Jurisdiction Div. No. 99-9450 CA 22 |
| 05-06-03 | Kirk Post | Stanley & Susan Brotherton, as Parents of Kyle Brotherton, deceased, et al. vs. Medlock Bridge One In the State Court of Fulton County, State of Georgia No. 019296-A. |
| 05-08-03 | Scott Cleary/David Boone | Patricia Granquist vs. National Garages, Inc. In the Circuit Court, Fourth Judicial circuit, In and For Duval County, Florida No. 99-04088-CA |
| 05-13-03 | Andrea Anders | Johnnie T. Holden et al vs. Toyota Motor Corporation In the U.S. District Court for the District of South Carolina, Aiken Division No. 1:02-1235-22. |
| 05-14-03 | Bradford Leigh | Robin Warren Winslett, et al vs. General Motors Corporation In the Probate Court Number One, Harris County, Texas. No. 320025-401 |
| 05-19-03 | Timothy Davis | Marla Cunningham vs. American Honda Motor Company, Inc., et al In the Circuit Court for Etowah County, Alabama No. CV-2001-0007-WWC. |
| 05-20-03 | James Carter | Eugene Jamison and Delores Isaac, individually and as Personal Representative for the Estate of Virnell Isaac vs. Ford Motor Company et al. In the Court of Common Pleas for the Ninth Judicial Circuit, County of Berkeley, State of South Carolina No. 2001-CP-08-1443. |
| 05-21-03 | Francis Murphy | Dr. Paula G. Rose, as parent and guardian of her son Maxfield Caruana vs. General Motors Corporation and Saturn Corporation et al In the Superior Court of the State of Delaware In and for New Castle County. No. 99-12-215-CLS. |

Page 5

Deposition Testimony

| 05-27-03 | Gerald P. Word | Genie Leigh Nichols, vs. General Motors Corporation<br>IN the State Court of Fulton County, State of Georgia<br>No. 94-VS-89026D. |
|----------|----------------|-------------------------------------------------|
| 06-04-03 | Doug McCalla/Michelle Jackson | Raymond Wayne Rutledge, et al vs. Bell Sorts, Inc<br>In the Superior Court of the State of California for the County of Los Angeles, Northwest District.<br>No. LC 061641. |
| 06-10-03 | Stephen Weinstein | Adam Doll vs Ford Motor Company et al<br>In the Superior Court of new Jersey Law Division – Middlesex County<br>Docket No. L-6420-00. |
| 06-11-03 | John Goldsmith | Edward and Amanda Bearint, on behalf of their minor child, Kagan Bearint vs. Cosco, Inc and Saturn Corporation. In the U.S. District Court Middle District of Florida Tampa Division.<br>No. 8:01-CV-2506-T-24EAJ. |
| 06-12-03 | George Fryhofer | Artumus G. Gibson, Jr. et al vs. Ford Motor Company<br>In the State Court of Athens-Clarke County, State of Georgia.<br>No. ST-00-CV-0111 |
| 06-19-03 | Ralph Chapman | Kelsey A. Sasser and Rhonda M. Sasser vs. Ford Motor Company et al<br>In the United States District Court for the Middle District of Georgia Columbus Division<br>No. 4:02-CV-802. |
| 06-30-03 | Ricardo Garcia | Ignacio Moreno et al vs General Motors Corporation<br>In the District Court 381st Judicial District Starr County, Texas.<br>No. DC-01-299 |
| 07-01-03 | Richard Denney | Bill R. Hutton, as General Guardian of Michael S. Hutton, an Incompetent Adult, vs. Bridgestone/ Firestone, Inc. and Ford Motor Company et al<br>In the District Court of Dallas County, Texas, 192 Judicial District Court. No. 02-4658-K. |
| 07-03-03 | Lance Cooper | Mai Thi Tran and Nader Nemai vs Toyota Motor Corporation<br>In the United States District Court for the Middle District of Florida, Orlando Division.<br>No 6:02-CV-1014-ORL-31-DAB |
| 07-07-03 | Ken Suggs | Robert Edward McCoy vs Honda Motor Company<br>In the Court of Common Pleas, State of South Carolina, County of Greenville<br>No. 2001-CP-23-7483 |
| 07-08-03 | Terry Mackey | Dennis D. Ruppert vs. American Honda Motor Company, Inc, et al<br>In the United States District Court for the District of Wyoming.  No. 02 CV 119. |

Page 6

Deposition Testimony

| 07-10-03 | Ian Mattoch | Joseph Oandasan, a minor, through his Guardian of the Person, Vickathy L. Kelekolio vs. Isuzu Motors Limited, et al<br>In the Circuit Court of the Third Circuit State of Hawaii, No. 01-1-0494. |
|----------|-------------|---------------------------------------------|
| 07-14-03 | Steve Drinkard | Leira Julissa Castrillo as personal representative of the Estate of Carlos Manuel Gari Viloria(Herrera) vs. Ford Motor Company, et al<br>IN the U.S. District Court Southern District of Indiana Indianapolis Division<br>No. IP-00-5078 C-B/S |
| 07-15-03 | Lynn Johnson | Jacob Canfield, et al vs. Ford Motor Company, et al<br>In the Circuit Court of Jackson County, Missouri at Independence  No. 02CV211111 Division 16 |
| 07-16-03 | John Walker | Gwendolyn Bennett et al vs. General Motors et al<br>In the Circuit Court of the First Judicial District Hinds County, Mississippi<br>No. 92-72-120. |
| 07-29-03 | Tim Dollar | Anthony and Michelle Leake, vs. Gainey Transportation Services, Inc., et al<br>In the Circuit Court of Jackson County Missouri at Kansas City<br>No. 02CV-216444. |
| 08-19-03 | Don Wheeler | Deborah Pardue, et al vs. Bell Sport Corporation etal<br>In the Commonwealth of Kentucky McCracken Circuit Court Division No. II<br>No. 01-CI-405. |
| 08-19-03 | Bruce Gibson | Charlene D. Ames et al vs. C.E.I. Florida, Inc., et al<br>In the Circuit Court of the fifth Judicial Circuit, In and For Lake County, Florida<br>No. 2002 CA 1584. |
| 8-20-03 | Michael Olley | Rashad K. Flowers vs. Ford Motor Company, et al<br>In the United States District Court for the Eastern District of Pennsylvania<br>No. 02-CV-6855 |
| 8-21-03 | Graham Esdale | Carmella Johnson Penn, as Administrator of the Estate of Marco A. Gaspar Morales, deceased vs. Ford Motor Company et al<br>In the Circuit Court of Bullock County, Alabama<br>CV-01-101 |
| 8-27-03 | Filemon Vela | Jesus Becerra, et al vs. Bridgestone/Firestone, Inc. and Ford Motor Company et al<br>In the Statutory Probate Court Number One of Harris County, Texas<br>No. 324907-401. |
| 08-28-03 | Steven Marks | Anne Buettner, vs. Kia Motors America, Inc. et al<br>In the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida<br>No. CI0-00-5710  (39) |

Page 7

Deposition Testimony

| 09-03-03 | James Nebout | Christine Gray, et al vs. Memorial 1 Imports, Toyota Motor Corporation, et al<br>In the District Court of Harris County, Texas<br>165th Judicial District.  No.  2002-40993 |
|----------|--------------|-------------|
| 09-04-03 | Henry Didier | Carmen Semidey, et al vs. Ford Motor Company etal<br>In the Circuit Court of the Seventeenth Judicial Circuit, In and For Broward County, Florida<br>No. 02-4758-05. |
| 09-09-03 | LaBarron Boone | Willie Newell et al vs. General Motors Corporation<br>IN the Circuit Court of the First Judicial District of Hinds County, Mississippi<br>No.  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CIV |
| 09-09-03 | Jeff Wigington | Bobbie Stacy et al vs. Ford Motor Company, et al<br>In the District Court 332nd Judicial District Hidalgo County, Texas<br>No.  C-1686-02-F. |
| 09-11-03 | Linda Williamson | Gail Whyte et al vs. Ford Motor Company et al<br>In the Superior Court of the State of Arizona In and For the County Maricopa<br>No. CV2002-000622. |
| 09-18-03 | Craig Hilborn | Stephanie Hall et al vs. Department of Natural Resources<br>State of Michigan, In the Court of Claims<br>No.  02-192-MZ. |
| 09-23-03 | Jim Gilbert | Amy Corrigan vs. Toyota Motor Sales, et al<br>Superior Court of California, County of Los Angeles-Central District<br>No. BC241885. |
| 09-30-03 | Steve Drinkard | Carmen Dominga Castillo De Zerpa, et al vs. Ford Motor Company, et al<br>In the U.S. District Court for the Southern District of Indiana, Indianapolis Division.<br>No.  IP 01-5434-C-B/S. |
| 09-30-03 | Cheryl Perkins | Catherine B. Jenkins and Douglas O. Jenkins, as Co-Administrators of the Estate of Douglas Henry Jenkins vs. Rayloc.<br>IN the U.S. District Court for the District of South Carolina, Anderson Division.<br>No.  8-02-1456-25. |
| 10-01-03 | Max Kirk | Marc W. Brey, et al vs. BMW North America, Inc. Michelin North America, Inc., et al<br>In the U.S. District Court Northern District of Iowa, Cedar Rapids Division,<br>No.  C01-135-JAJ. |
| 10-07-03 | Ralph Chapman | Mary Reynolds, individually and on behalf of the wrongful death beneficiaries of Chiquita Reynolds, Deceased vs. Ford Motor Company et al<br>In the Circuit Court of Jefferson County, Mississippi<br>No.  2002-191. |

Page 8

Deposition Testimony

| 10-09-03 | James J. Pettit | Thomas and Carmella Brady v. Ford Motor Company, et al<br>In the Superior Court of New Jersey Law Division-Monmouth County.<br>No. L-0387-00. |
|----------|-----------------|----------------------------------------------------------|
| 10-14-03 | Larry Sword | Floyd vs. Cosco<br>Russell Circuit Court, Commonwealth of Kentucky<br>C.A. 00-CI-00213 |
| 10-14-03 | John Alpizar | Kevin and Teresa Sallette, et al vs. Tadd D. Hoskins and Frances Jesselli, as Personal Representative of the Estate of Lori Ann Jesselli, deceased.<br>In the Circuit Court of the 19th Judicial Circuit In and For St. Lucie County, Florida<br>No. 01-Ca-0000948 (AN) |
| 10-16-03 | Kevin Liles | Alfonso Gonzalez, Jr., Individually and As Next Friend of Veronica Alejandra Gonzalez, Minor and As Representative of the Estate of Janet Valdez Gonzalez et al vs. Ford Motor Company et al<br>In the District Court, Duval County, Texas, 229th Judicial District<br>No. DC-02-332. |
| 10-16-03 | Bradford Klager | Alfonso Gonzalez, Jr., Individually and As Next Friend of Veronica Alejandra Gonzalez, Minor and As Representative of the Estate of Janet Valdez Gonzalez et al vs. Ford Motor Company et al<br>In the District Court, Duval County, Texas, 229th Judicial District<br>No. DC-02-332. |
| 10-22-03 | David Patterson | Michael S. Weinman, et al vs. Armor Holdings Inc.<br>In the Court of Common Pleas of Franklin County, Ohio. No. 00CVB-12-11075. |
| 10-22-03 | Greg Allen | Kenneth Berkley, as Executor of the Estates of Cynthia Berkley(deceased) and Rebekah Berkley(deceased), and Joseph Beck and Jeannie Garrison, Individually and as Parents and Next Friends of Samantha Beck, a minor vs. DaimlerChrysler Corporation, et al.<br>In the U.S. District Court for the Middle District of Alabama Southern Division.<br>No. CV-03-T-111-S. |
| 10-23-03 | Brantley White | Shonteye Brisco, Individually and as Next Friend of Levonteye Brisco, a minor vs. Dorel Juvenile Group, INC. f/k/a Cosco, Inc. and Dorel Industries, Inc.<br>In the U.S. District Court for the Western District of Texas, Waco Division.<br>NO. W-03-CA-050. |
| 10-29-03 | Frank Guerra | Hugo and Rosa M. Lopez vs. Volvo Trucks North America, Inc., et al<br>In the District Court 381st Judicial District Starr County, Texas<br>No. DC-03-83. |

Page 9

Deposition Testimony

| 10-30-03 | James Lowe | Vittorio and Rosanna DiMaso vs. Ford Motor Company<br>In the State Court of Cobb County, State of Georgia<br>No. 99A6172-6. |
|---|---|---|
| 10-30-03 | Jose Gonzalez, Jr. | Nohemi Teruel Pinto et al vs. Ford Motor Company and Julio Cesar Valladares<br>In the District Court of Starr County, Texas 229th Judicial District<br>No. DC-03-4 |
| 11-11-03 | Brian Galligan | Tuyen Nguyen et al vs Nissan Motor Corporation<br>In the Iowa District Court for Polk County<br>No. CL89459 |
| 11-18-03 | Robert Berthold | Garland Taylor as Administrator of the Estate of Izetta Taylor, deceased. Vs. DaimlerChrysler Corporation et al<br>IN the State of West Virginia, Kanasha Circuit Court<br>No. 02-C-3282        Judge Louis Bloom |
| 11-20-03 | Jim Gilbert | Laura G. Kendall et al. vs Ford Motor Company et al<br>In the Thirteenth Judicial District, County of Sandoval, State of New Mexico.<br>No. D 1329 CV 010617. |
| 11-25-03 | Benjamin Hall/<br>Elizabeth Hawkins | Angel Aleman, et al. vs. Toyota Motor Sales, et al<br>In the Probate Court at Law No. One(1) of Harris County, Texas.<br>No. 332762-401. |
| 11-25-03 | Del Percilli, Jr. | James Horace Samford, Jr., and Rebecca Rhodes Samford, SAMFORD, et al. vs. Kauffman Tire, Inc., Michael F. Kakta, and Daniel W. Evans as Administrator of the Estate of Rebekkah D. Evans.<br>In the State Court of Fulton County, State of Georgia<br>No. 02VS030538G. |
| 12-2-03 | John Simon | Christopher Stiren vs. DaimlerChrysler Corporation<br>In the Missouri Circuit Court, Twenty-Second Judicial Circuit, St. Louis City.<br>No. 012-00304. |
| 12-3-03 | Neil Smith | Martin Jeffrey Crabb, et al vs. Ford Motor Company And Hercules Tire & Rubber, Inc.<br>In the District Court of Upshur County, Texas 115th Judicial District.    No. 696-98. |
| 12-4-03 | David Chancellor | Anita R. and Robert Eastham vs Mazda Motor of America, Inc, Mazda North American Operations.<br>In the Circuit Court of Montgomery County, Alabama<br>No. CV-02-995. |
| 12-15-03 | Mike Guerra | Jesus G. Peralez, Individually and as Next Friend of Leticia Caballero, et al vs. General Motors Corporation.<br>In the District Court of Starr County, Texas 381st Judicial District   No. DC-02-375. |
| 12-16-03 | Frank Guerra | Michael McClendon et al vs. Nissan Motor Company<br>In the U.S. District court for the Eastern District of Texas, Marshall Division<br>No. 2-03CV-015. |

Page 10

## Deposition Testimony

| 12-17-03 | Irving Warshauer | Ellen Gwendolyn McKee et al vs Valet Management Services, et al<br>In the U.S. District Court Eastern District of Louisiana<br>No.  03-0535, Section "I", Magistrate 5 |
|----------|------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 12-18-03 | Jeffrey Thomas | Alvin E. Calhoun, et al vs. Volvo White Truck Corporation et al<br>In the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana<br>No.  408-775   Division "D" |
| 12-18-03 | Richard Lagarde | Bill and Erna Goucher vs Kia Motors America Inc.<br>In the Circuit Court of Washington County, Arkansas<br>No.  CV 02-1513-4. |

## 2003 TRIAL TESTIMONY

| 01-17-03 | Henry Owens | Joseph and Soosamma Simon vs. DaimlerChrysler Motors Corporation.<br>In the Commonwealth of Massachusetts Superior Court<br>No. M1CV2000-01486. |
|---|---|---|
| 02-14-03 | George Fryhofer | Otis Earl Howard, et al. vs. Ford Motor Company.<br>In the U.S. District Court, Middle District of Georgia, Macon Division.<br>No. 5:00-CV-0448-3. |
| 02-18-03 | Peter O'Neil | Ken L. Jaramillo, et al. vs. Ford Motor Company, et al<br>In the U.S. District Court, Western District of Washington at Tacoma<br>No. C01-5311JKA. |
| 02-24-03 | Larry Coben | Elke Greenwood et al vs. Honda Motor Corp. et al<br>In the Superior Court of Arizona, Maricopa County<br>No. CV99-22663. |
| 03-19-03 | Douglas County Prosecutor/<br>District Attorney McDade | State of Georgia vs Gerald Patrick Lewis<br>In the Superior Court Douglas County, Georgia<br>No. CR01-389. |
| 03-24-03 | Frank Guerra | Mario A. Galvan Castro vs. Ford Motor Company<br>In the District Court Cameron County, Texas 197th Judicial District<br>No. 2002-04-1555-C. |
| 07-17-03 | LaBarron Boone | Jamie Graham, as Administrator of the Estate of his mother, Christine Marie Graham, deceased vs. Hyundai Motor America; et al.<br>In the Circuit Court of Lowndes County, Alabama<br>CV 00-94. |
| 07-30-03 | James Cain | Michael Derek Farr, et al vs. Tokai Rika Co., et al<br>In the U.S. District Court, Southern District of Mississippi.<br>No. 3:99CV891WS |
| 07-31-03 | Tom Stickel | David A. Garcia et al. vs Ford Motor Company<br>In the 6th Judicial District, State of Louisiana<br>No. 97-211. |
| 08-18-03 | Leon Russell | Marivel Paiz et al vs General Motors Corporation<br>In the District Court of Dallas County, Texas F-116th Judicial District<br>No. 93-10141. |
| 08-26-03 | Ben Baker | Donna Blair, et al vs. Navistar International Corp.<br>In the Circuit Court for Lamar County, Alabama<br>No. CV-01-135. |
| 09-17-03 | Marvin Kay | Agneta Karlsson, et al vs. Michael A. Savage, Transcontinental, Ford Motor Company, et al<br>In the Superior Court for the State of California In and For the County of Los Angeles.<br>No. PC019980 X. |
| 10-10-03 | Lynn Johnson | Jacob Canfield, et al vs. Ford Motor Company, et al<br>In the Circuit Court of Jackson County, Missouri at Independence.<br>No. 02CV211111 Division 16 |

Page 2

Trial Testimony

| 10-21-03 | John Walker | Gwendolyn Bennett et al vs. General Motors et al In the Circuit Court of the First Judicial District Hinds County, Mississippi No. 92-72-120. |
|---|---|---|
| 10-31-03/ 11-05-03 | Henry Didier | Carmen Semidey, et al vs. Ford Motor Company et al In the Circuit Court of the Seventeenth Judicial Circuit, In and For Broward County, Florida No. 02-4758-05. |
| 11-04-03 | Gerald P. Word | Genie Leigh Nichols, vs. General Motors Corp. et al In the State Court of Fulton County, State of Georgia No. 94-VS-89026D. |
| 11-6-03 | John Goldsmith | Edward and Amanda Bearint, on behalf of their minor child, Kagan Bearint vs. Cosco, Inc and Saturn Corporation. In the U.S. District Court, Middle District of Florida, Tampa Division. No. 8:01-CV-2506-T-24EAJ. |
| 11-12-03 | James Lowe | Vittorio and Rosanna DiMaso vs. Ford Motor Company In the State Court of Cobb County, State of Georgia No. 99A6172-6. |
| 12-5-03 | Michael Olley | Rashad K. Flowers vs. Ford Motor Company, et al In the United States District Court for the Eastern District of Pennsylvania No. 02-CV-6855 |

## 2002 DEPOSITION TESTIMONY

| 01-09-02 | Mario Palermo | David Evans, as Special Administrator of the Estate of Marion Evans vs. Ford Motor Company, et al In the U.S. District Court for the Northern District of Illinois Eastern Division No 01 CV 401. |
|---|---|---|
| 01-09-02 | Russell Golla | Anton and Sharon Ramczyk vs. Ford Motor Company, et al In the Circuit Court, State of Wisconsin, Portage County. No. 97-CV-317 |
| 01-10-02 | Russell Golla | Dennis Schmitz vs. General Motors Corporation et al In the Circuit Court, State of Wisconsin, Outagamie County, Branch I No 00 CV 381. |
| 01-10-02 | Norman Jolly | Blanca Lopez, Dimez Lopez, Jr. Eduardo Lopez and Orlando Lopez vs Charles Clark Chevrolet Company and General Motors Corporation. In the 381st Judicial District Court Starr County, Texas No. DC 01-51 |
| 01-15-02 | Scott Bethune | Kathryn Wright, et al v. Christenberry Trucking and Farm, Inc. et al. In the Circuit Court of Jackson County, Missouri at Kansas City. No. 00-CV-202275. |
| 01-15-02 | Mark Evans | Kenneth D. Morse, Jr., Sarah Dale Morse, Samantha Kay Morse, and Jennilynn Morse vs. Ford Motor Company et al. In the Circuit Court of Jackson County, Missouri at Kansas City. No. 00-CV-220638. |
| 01-16-02 | James Ragan | Richard Paul Whitney and Dejean Whitney vs. Ford Motor Company, et al In the District Court Nueces County, Texas 214th Judicial District No. 01-781-F. |
| 01-22-02 | Dana Taunton | Allen Forte, Jr. and Josephine Forte v. General Motors Corporation, et al In the Circuit Court for Barbour County, Alabama Eufaula Division No. CV-00-130. |
| 01-22-02 | Timothy O'Brien | Susan D. and Kevin M. Gerrity vs. Bellsouth Communications, Inc. et al In the Circuit Court of the 1st Judicial Circuit, in and for Santa Rosa County, Florida. No. 99-2128-CA, Div. B |
| 01-23-02 | Steve Bryant | Eleanor Haik Etie Bazer, on behalf of Renee Etie vs. Honda Motor Company, et al In the sixteenth Judicial District Court for the Parish of Iberia, State of Louisiana No. 889-74F, Division "F" |

Page 2

Deposition Testimony

| 01-30-02 | Stephen O'Brien | Viola Haddix et al vs General Motors Corporation et al<br>Commonwealth of Kentucky 39th Circuit Court Breathitt County, Kentucky<br>No. 97-CI-00275. |
|---|---|---|
| 01-31-02 | Larry Coben | Marc Roeder, et al., vs Chrysler Corporation et al<br>In the Court of Common Pleas Cuyahoga County, Ohio<br>No. 303825. |
| 02-12-02 | George Hilborn | Michael A. Nemir, M.D. vs. Mitsubishi Motors Corporation et al<br>In the U.S. District Court for the Eastern District of Michigan Southern Division<br>No. 96-75380. |
| 02-12-02 | Tom Magee | Benjamin Uxa, by and through Margaret Uxa, and Margaret and Charles Uxa, individually vs Victor C. Marconi and Cosco, Inc.<br>In the Circuit Court of the City of St. Louis, State of Missouri.<br>Cause No. 002-00308. |
| 02-13-02 | Steve Polidori | Gibson et al vs Nissan et al<br>U.S. District Court for the District of Colorado<br>No. 200268. |
| 02-14-02 | Greg Allen | Ruby Shinhoster and Samimah Aziz et al vs Bridgestone/Firestone, et al<br>In the Circuit Court of Mason County, Alabama<br>No. CV-00-197. |
| 02-21-02 | Paul Gold | Rachel Lozano vs. DaimlerChrysler et al<br>In the 28th Judicial District Court, Nueces County, Texas<br>No. 01-2090-A |
| 02-27-02 | Julian P. Hardy, Jr. | Frank and Lori Wall v. General Motors Corporation et al<br>In the Circuit Court of Morgan County, State of Alabama<br>No. CV-00-244 |
| 02-27-02 | Joe Escobedo, Jr. | Guadalupe Guerra et al, vs. General Motors Corporation, et al<br>In the 206th Judicial District Court of Hidalgo County, Texas<br>No. C-011-00-D |
| 02-28-02 | Peter Daughtery | Sherry Bradstreet, as Personal Representative of the Estate and on behalf of the heirs of Corrina M. Gallagher, deceased, et al vs. General Motors Corporation, et al<br>In the U.S. District Court for the District of Montana, Missoula Division<br>No: CV 00 195 M DWM; CV 00 196 M DWM; CV 00 197 M DWM; CV 00 198 M DWM |
| 03-04-02 | Walter McClelland | Mary Spencer et al vs Marta<br>In the Superior Court of Fulton County, State of Georgia<br>No. 2000CV21896 |

Page 3

Deposition Testimony

| 03-14-02 | Joe Kalbac | James Epstein, as Personal Representative of the Estate of Joan Corboy, deceased vs. Le Parc Condominium Association Inc. et al In the 20th Judicial Circuit Court, In and For Collier County, Florida, General Jurisdiction Division No. 99-1731-CA-01. |
|---|---|---|
| 03-14-02 | Stephen Goldner | Hannah Elizabeth Hillock et al v. Graco Children's Products, Inc. et al In the U.S. District Court for the Northern District of Georgia, Atlanta Division No. 1:00-CV-2479-JOF |
| 03-21-02 | Jeff Wigington | Angela Brown, et al vs. Mazda Motor Corporation et al In the 165th Judicial District Court, Harris County, Texas No. 2000-14594. |
| 03-25-02 | Lynn Grisham | John and Kathleen Casteel et al vs. General Motors Corporation In the 59th Judicial District Court, Grayson County, Texas No. 00-0876. |
| 03-26-02 | Frank Coppola | Rhonda R. Drieth vs. Ford Motor Company In the U.S. District Court for the District of Colorado No. 00-B-2051. |
| 03-27-02 | Robert Waltman | Amanda Srader, Individually and as next friend of Lizette Lashay Cruz a minor, and Vicki Chaney vs. Evenflo. In the 249th Judicial District Court of Johnson County, Texas No. C200100009. |
| 03-27-02 | Greg Allen | Wilbert Jernigan et al vs. General Motors Corporation. In the Circuit Court of Bullock County, State of Alabama No. CV-2000-104. |
| 03-28-02 | Doug Gentile | Damon J. Steele et al vs. Spalding and Evenflo. In the Twenty Second Judicial Circuit Court, for the City of St. Louis, State of Missouri No. 992-08626. |
| 04-02-02 | Stanley Karsman | Connie E. Truett, et al vs. General Motors Corporation. Superior Court of Elbert County, Georgia No. 01EV500T. |
| 04-02-02 | David Cherry | Virginia and Tim Gilroy vs. Ford Motor Company In the 76th Judicial District Court Morris county, Texas No. 17,914. |
| 04-03-02 | Henry Owens | Joseph and Soosamma Simon vs. DaimlerChrysler Motors Corporation. In the Commonwealth of Massachusetts Superior Court No. M1CV2000-01486. |
| 04-09-02 | Alton Todd | Frances Proctor et al vs. General Motors Corporation In the 56th Judicial District Court, Galveston County, TX No. 95CV0779 |

Page 4

Deposition Testimony

| 04-10-02 | Joe Escobedo, Jr. | Guadalupe Guerra et al, vs. General Motors Corporation, et al<br>In the 206th Judicial District Court of Hidalgo County, Texas<br>No. C-011-00-D |
|----------|-------------------|------------------|
| 04-10-02 | Aizar J. Karam, Jr. | Dana C. Roberts, et al vs. Ford Motor Company, et al<br>In the 92nd Judicial District Court, Hidalgo County, Texas<br>No. C-764-01-A. |
| 04-11-02 | Tom Newman | Bruce Thorndike and Letitia N. Jordan, as next friend of Christopher Thorndike, a minor, vs. DaimlerChrysler Corporation, et al<br>U.S. District Court, District of Maine<br>No. 00-198-B |
| 04-11-02 | Kendall Few | Michael Rodriguez vs. DaimlerChrysler Corporation et al<br>In the Court of Common Pleas, County of Colleton, State of South Carolina.<br>No. 00-CP-15-37. |
| 04-24-02 | George Fryhofer | Otis Earl Howard, et al. vs. Ford Motor Company, et al.<br>In the U.S. District Court, Middle District of Georgia, Macon Division.<br>No. 5:00-CV-0448-3. |
| 04-24-02 | LaBarron Boone | Larry Turner et al vs. W.H. Murphree et al<br>In the Circuit Court for Marengo County, Alabama<br>No. CV-2001-007. |
| 04-25-02 | James Rogers | Thomas W. Gasseling, Guardian of Jason E. Gasseling vs. Sohoei Safety Helmet Corporation, et al<br>In the U.S. District Court, Eastern District of Washington; The Honorable Wm. Fremming Nielsen<br>No. CY-00-3049-WFN. |
| 05-22-02 | James Lowe | Vittorio and Rosanna DiMaso vs. Ford Motor Company<br>In the State Court of Cobb County, State of Georgia<br>No. 99A6172-6. |
| 05-30-02 | Ralph Chapman | Antwun Clark vs. General Motors Corporation<br>In the Circuit Court of Holmes County, Mississippi<br>No. 99-0452. |
| 05-30-02 | James Carter | Lorraine W. Fowler vs. DaimlerChrysler Corporation<br>In the U.S. District Court for the Middle District of Georgia, Athens Division<br>No. 3:01-CV-4(DF). |
| 06-17-02 | Gary Smith | Ronald Golden vs. Volvo Cars of North America et al<br>In the U.S. District Court for the Western District of Tennessee Western Division<br>No. CV-98-2926-TU-A |
| 06-18-02 | Leon Russell | Marivel Paiz et al vs General Motors Corporation, et al<br>In the District Court of Dallas County, Texas F-116th Judicial District<br>No. 93-10141. |

Page 5

Deposition Testimony

| 06-20-02 | Brian Hill | Regina Dietrich, as Mother and next friend of Kevin William Dietrich, a minor, vs. Ryan J. Abeijon, Jorge W. Abeijon, Terry L. Goss, Shell Services International In the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, Florida No. 99-170-CA-08-K. |
|---|---|---|
| 06-20-02 | Shawn George | Betty J. and Ronald C. Stone vs. Fuji Heavy Industries, LTD, Subaru of America, Inc., et al In the Circuit Court of Brooke County, West Virginia No. 00-0-150 REW. |
| 06-25-02 | James Pettit | Katherine V. Dresdner vs. Claire C. Meehan; Robert Meehan; Ann C. Meehan; DaimlerChrysler Corporation. Superior Court of New Jersey; Law Division – Mercer County. No. MER-L-2556-00. |
| 06-26-02 | John Ramsey | Larry & Belinda Goolsby et al vs. Continental General Tire, Inc., and Ford Motor Company. In the U.S. District Court for the Southern Division of Texas, Galveston Division. No. G-01-486. |
| 06-27-02 | Patrick Ardis | Nina G. Buckley vs General Motors et al In the Circuit Court of the County of St. Louis, State of Missouri. No. 00CC-003492 H CV, Division No. 20. |
| 07-03-02 | Neil Smith | Erma Williams et al vs. Ford Motor Company et al In the U.S. District Court for the Eastern District of Texas Marshall Division No. 201-CV-213. |
| 07-11-02 | Joseph Costner | Hank and Annette Snyder vs. Ford Motor Company In the U.S. District Court for the Eastern District of Tennessee, Northern Division. No. 3:99-CV-668. |
| 07-16-02 | Greg Allen | C.V. and Teresa E. Taylor; Wilbur R and Linda J. Berry et al vs. Nissan Motor Corporation Limited, et al In the Circuit Court for Macon County, Alabama. No. 2000-180. |
| 07-17-02 | Lynn Johnson | Jayse Edward Wolfe vs Ford Motor Company In the District Court of Neosho County, Kansas No. 00-C-35E. |
| 07-23-02 | Kent Emison | Elaine T. Hinderks vs. General Motors Corporation In the Circuit Court for Jackson County, Missouri at Independence No. 01CV219287, Division 16. |
| 07-23-02 | Joseph McDowell/Jeff Osburn | Dennis W. McLaughlin et al vs Michael R. Brassard and Fisher Engineering Defendants In the Superior Court of Hillsborough, SS. Northern District, State of New Hampshire No. 00-C-68. |

Page 6

Deposition Testimony

| 07-25-02 | Pat Ardis | Janice Moore-Gambrell and Obyster Moore, Sr., personal representative of William Moore, Sr. and Tessie C. Moore vs. Ford Motor Company In the U.S. District Court for the Northern District of Mississippi Delta Division. No. 2:99cv224-P-B |
|----------|-----------|---------------------------------------------------------------------------------------------------------------------------------|
| 07-26-02 | Mark Evans | Randall D. Peters, et al vs General Motors Corporation In the Circuit Court of Jackson County, Missouri at Independence. No. 01CV205917 |
| 08-14-02 | Kurt Maier | Tony R. King, Individually, and as Administrator for the Estates of Trudy King, deceased, Daniel King, deceased and as Guardian of Tony A. Cherry, a Minor; and Robert L. Kirby, Conservator for Lisa Cherry, a Minor vs. General Motors Corporation In the Commonwealth of Kentucky, Edmonson Circuit Court. No. 01-CI-00152. |
| 08-20-02 | Jim Gilbert | Sonya Savant Duhon vs. Ford Motor Company et al In the District Court of Jefferson County, Texas 172nd Judicial District. No. E-157,171. |
| 08-20-02 | Cale Conley | Daniel W. Evans et al vs Kauffman Tire Inc. et al In the State Court of Fulton County, State of Georgia No. 01VS018400-E. |
| 08-27-02 | Eldridge Suggs | Viola Dorsey, et al vs. the City of Griffin, et al In the U.S. District Court, Northern District of Georgia No. 3:01-CV-152 (JTC) |
| 08-27-02 | Dante diTrapano | Buddy Keesee, individually, and as the Administrator of the Estate of Douglas Saville, et al vs. General Refuse Service, et al In the Circuit Court of Cabell County West Virginia No. 99-C-0761. |
| 08-28-02 | Christopher Bandas | Mary Ann Chapa, et al vs Alan Hackley, M.D. and Alice Hospital, LLC, et al In the District Court, 79th Judicial District Jim Wells County, Texas. No. 01-05-39470 |
| 08-29-02 | Marvin Kay | Agneta Karlsson, et al vs. Michael A. Savage, Transcontinental, Ford Motor Company, et al In the Superior Court for the State of California In and Ford the County of Los Angeles. No. PC019980 X. |
| 08-29-02 | Kent Emison | Dee N. Kaleo-Williams et al vs Ford Motor Company In the Circuit Court of the Second Circuit State of Hawaii No. 01-1-0353. |
| 09-04-02 | Robert Valadez | Janet Jobe, et al vs. H.E. Butts Grocery Company et al In the 45th Judicial District Court, Bexar County, Texas No. 2000-CI-14702 |
| 09-05-02 | Richard Morrison | Betty Whitman, et al vs. Deere & Company, et al In the Circuit Court of Winston County, Alabama No. CV-2000-08. |

Page 7

Deposition Testimony

| 09-10-02 | Mikal Watts | Sylvester Copeland, III vs. Nissan Motor Company<br>In the District Court 334th Judicial District Harris County, Texas<br>No. 2001-28856. |
|----------|-------------|--------------------------------------------------------------------------------------------------------------------------------------------|
| 09-12-02 | Gary Piper | Kristina Beall vs. William Carper, Jr., vs. Cosco, Inc.<br>In the Court of Common Pleas Hancock County, Ohio<br>No. 2000-429-T  Judge Reginald J. Routson |
| 09-17-02 | Foy Devine | Kimberly Elaine Banks, et al vs. Ford Motor Company<br>In the State Court of Cobb County, State of Georgia<br>No. 2000A-7538-3. |
| 09-18-02 | Larry Coben | Elke Greenwood et al vs. Honda Motor Corp. et al<br>In the Superior Court of Arizona, Maricopa County<br>No. CV99-22663. |
| 09-19-02 | Roberto Martinez | State of Florida vs. Eller Media Company, et al<br>In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.<br>No. 99-12275 A, B & C. |
| 09-24-02 | Robert Scott | Laura Lindberg, et al. vs. J&R Schugel Trucking, Inc.<br>In the Circuit Court for Baltimore County, Maryland<br>No. 03-C-01-012562 |
| 09-24-02 | William Hahn | Mary Jane Hopper and Harrison Hopper, her husband vs. Nissan Motor Corporation, et al<br>In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida<br>No. 99-6596 CI-21. |
| 09-25-02 | Mikal Watts/Brantley White | Roy Breneman and Jennifer M. Breneman et al vs. Daimler Chrysler Corporation, Century Products, Inc., Graco Children's Products, Inc.<br>In the District Court, 155th Judicial District Waller County, Texas.<br>No. 00-11-14494. |
| 10-01-02 | Peter O'Neil | Ken L. Jaramillo, et al vs. Ford Motor Company, et al<br>In the U.S. District Court, Western District of Washington at Tacoma<br>No. C01-5311JKA. |
| 10-02-02 | Richard Morrison | Jacqueline Long, et al vs Freightliner Truck Corp.<br>In the Circuit Court of Jefferson County, Alabama Bessemer Division<br>No. CV-98-586. |
| 10-02-02 | George Fryhofer | Roy Louis Belli et al vs. DaimlerChrysler Corporation<br>In the State Court of Fulton County State of Georgia<br>No. 01VS018431G. |
| 10-03-02 | Charles Sorenson | Pamela L. Winkle vs. Betty P. and Earl A. Howell et al<br>IN the circuit Court, Fourth Judicial circuit, In and For Duval County, Florida.<br>No. 01-03424 CA. |
| 10-03-02 | Richard Denney | Jonathan Merchant vs. DaimlerChrysler Motors Corp.<br>In the U.S. District Court for the Western District of Texas, Waco Division.<br>No. W01CA275. |

Page 8

Deposition Testimony

| 10-08-02 | Leila Watson | William Christopher Sanders, et al vs. Century Products, Inc. et al<br>In the Circuit Court of Marion County, Alabama<br>No. CV-97-87. |
|---|---|---|
| 10-09-02 | Edward Curtis | Jean Robert Bein-Aime et al vs State Farm Automobile Insurance Company, a foreign corporation.<br>In the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida<br>No. 95-008749-25. |
| 10-09-02 | LaBarron Boone | Jamie Graham, as Administrator of the Estate of his mother, Christine Marie Graham, deceased vs. Hyundai Motor America; et al.<br>In the Circuit Court of Lowndes County, Alabama<br>CV 00-94. |
| 10-17-02 | Charles Adams | Noel and Christy Spain et al vs. Ford Motor Company and Independent Protection Company, Inc. d/b/a Turtle Top.<br>In the U.S. District Court Eastern Division of Kentucky, Lexington Division<br>No. 01-0362. |
| 10-17-02 | Lance Cooper | Joyce Gail and Jerry Millsap v. Kia Motors Corporation, et al<br>In the State Court of Fulton County State of Georgia<br>No. 99VS157702D |
| 10-31-02 | Jeff Wigington | Ludivina C. Benavides, individually and on Behalf of the Estate of Laura Benavides vs. The Estate of Paul Alaniz; K.A. Childs Motors, Inc. and Ford Motor Comp.<br>In the District Court Duval County, Texas 229th Judicial District<br>No. DC-01-195 |
| 11-06-02 | Cale Conley | Daniel W. Evans et al vs Kauffman Tire Inc. et al<br>In the State Court of Fulton County, State of Georgia<br>No. 01VS018400-E. |
| 11-13-02 | Pat Ardis | Janice Moore-Gambrell and Obyster Moore, Sr., personal representative of William Moore, Sr. and Tessie C. Moore vs. Ford Motor Company<br>In the U.S. District Court for the Northern District of Mississippi Delta Division.<br>No. 2:99cv224-P-B |
| 11-13-02 | Richard Denney | Kaye Redding, et al vs. Ford Motor Company, et al.<br>In the Court of Common Pleas, State of South Carolina, County of Darlington<br>C/A No: 00CP160690. |
| 11-19-02 | Steve Drinkard | Bianca Richardson vs. Ford Motor Company et al<br>In the U.S. District Court for the Northern District of Alabama, Middle Division.<br>No. CV 01-PT-1641-M. |
| 11-19-02 | Marvin Masters | Sylvia and Andrews Shatz vs. Bridgestone/Firestone.<br>In the U.S. District Court, Southern District of Indiana, Indianapolis Division.<br>No. WV 3:01-CV-47. |

Page 9

Deposition Testimony

| 11-20-02 | Frank Guerra/Joe Gonzalez | Bruno G. and Edilia Garcia, III, et al. vs Ford Motor Company and North Park Lincoln-Mercury, Inc. In the District Court of Maverick County, Texas 365th Judicial Circuit No. 01-12-17778-MCV-AJA. |
| 12-3-02 | Marie DeMarco | Brenda Dale Parrish et al vs Nissan North America, Inc In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, State of Florida, Civil Division. No. 0003682. |
| 12-4-02 | Kent Emison | Ruth Kircher vs. Nissan Motor Company, et al In the Circuit Court of the Second Circuit State of Hawaii No. 02-1-0087(2). |
| 12-4-02 | Mark Poses | Yaneth Orjuela vs. Publix Supermarkets, Inc. et al In the Circuit Court of the 17th Judicial Circuit In and For Broward County, Florida No. 01-7119. |
| 12-5-02 | Tom Stickel | David A. Garcia et al. vs Ford Motor Company In the 6th Judicial District, State of Louisiana No. 97-211. |
| 12-16-02 | Dan DeFeo | Audilio Arenivas, et al vs. AGCO Corporation, et al. In the District Court of Oklahoma County, State of Oklahoma. No. CJ-2002-999. |
| 12-17-02 | Dana Taunton | Dwight Sasser, as Administrator of the Estate of LeAnna Sasser Stubbs, deceased, vs. Ford Motor Company. In the Circuit Court of Crenshaw County, Alabama No. CV-98-54. |
| 12-17-02 | Dana Taunton | Douglas Phillip Barber, as Father and Next Friend of Michael Barber, a minor child, vs. DaimlerChrysler. In the Circuit Court of Houston County, Alabama NO. CV-00-677 J. |
| 12-17-02 | Steve Goldner | Hannah Elizabeth Hillock et al v. Graco Children's Products, Inc. et al In the U.S. District Court for the Northern District of Georgia, Atlanta Division No. 1:00-CV-2479-JOF |

**2002 TRIALTESTIMONY**

| 01-17-03 | Henry Owens | Roger Hillhouse, Individually and as the Next Friend of Ashlee Hillhouse, a minor vs DaimlerChrysler Corporation and Gunn Dodge, Inc<br>In the District Court 57th Judicial Court, Bexar County, Texas<br>No. 2000-CI-11445 |
|----------|-------------|---------|
| 02-04-02 | Michael Hopkins | Eldon McMillan and Frances McMillan, each individually vs. Chrysler Corporation et al<br>In the 278th Judicial District Court of Madison County, Texas<br>No. 99-9013-278-06 |
| 02-19/20-02 | Michael J. Piuze | Noele Camara vs. Ford Motor Company, et al<br>Superior Court, Los Angeles County, California<br>No. GC 025039. |
| 02-26-02 | Tom Magee | Benjamin Uxa, by and through Margaret Uxa, and Margaret and Charles Uxa, individually vs Victor C. Marconi and Cosco, Inc.<br>In the Circuit Court of the City of St. Louis, State of Missouri.<br>Cause No. 002-00308. |
| 03-05-02 | Julia Beasley | Jon H. Deal and Charlotte D. Newman as executors of the estate of Jewell D. Deal, Deceased vs. Rite Aid of Alabama, Inc. et al.<br>In the Circuit Court for Montgomery County, Alabama.<br>Civil Action No. CV-99-839. |
| 03-06-02 | Bruce Petway | Rose Marie Smith vs. G.M. Corporation; Greene County Mississippi; G.L. Dearman; Morris Hill; Ernest Holder; L. F. Lambert; & Marion Pierce<br>In the Circuit Court of Greene County, Mississippi<br>Cause No.: 97-08-039 (3) |
| 03-11-02 | Larry Coben | Marc Roeder, et al., vs Chrysler Corporation et al<br>In the Court of Common Pleas Cuyahoga County, Ohio<br>No. 303825. |
| 03-18-02 | Graham Esdale | Danita Dawn Judson, individually, and as the Custodial Parent of Derrick Austin Judson, a minor, who is now deceased, vs. Nissan Motor Corporation, et al.<br>In the Circuit Court of Dale County, Alabama.<br>Civil Action No. CV-98-338. |
| 03-19-02 | David Bianchi | Elwood I. Kaplan and Norma Kaplan, his wife, vs. DaimlerChrysler, et al.<br>In the United States District Court Middle District of Florida Fort Myers Division<br>No. 99-493-CIV-FTM-26D. |
| 04-12-02 | Russell Golla | Dennis Schmitz vs. General Motors Corporation et al<br>In the Circuit Court, State of Wisconsin, Outagamie County, Branch I<br>No 00 CV 381. |
| 04-26-02 | Greg Allen | Wilbert Jernigan et al vs. General Motors Corporation.<br>In the Circuit Court of Bullock County, State of Alabama<br>No. CV-2000-104 |

Page 2

Trial Testimony

| 05-09-02 | George Hilborn | Michael A. Nemir, M.D. vs Mitsubishi Motors Corporation<br>In the U.S. District Court for the Eastern District of Michigan Southern Division.<br>No. 96-75380. |
|---|---|---|
| 05-16-02 | Steve Bryant | Eleanor Haik Etie Bazer, on behalf of Renee Etie vs. Honda Motor Company et al.<br>In the Sixteenth Judicial District Court for the Parish of Iberia, State of Louisiana<br>No. 889-74F, Division "F". |
| 06-06-02 | Craig Sico | Estate of Jack and Linda Boley et al. vs General Motors Corporation, et al.<br>In the U.S. Circuit Court of the Eighteenth Judicial Circuit, County of Du Page, State of Illinois.<br>No. 97P1019/97P689. |
| 06-11-02 | Paul Whelan | Jesse Magana vs Hyundai Motor America et al<br>In the Superior Court of the State of Washington in and for the County of Clark<br>No. 00-2-09553-2. |
| 06-12-02 | Joseph McDowell | Arthur M. Connelly, Administrator DBN of the Estate of Eduardo Cabrera, vs Hyundai Motor Company, et al<br>In the U.S. District Court for the District of New Hampshire<br>C.A. No. 99-362-JD. |
| 07-02-02 | Aizar J. Karam, Jr. | Dana C. Roberts, et al vs. Ford Motor Company, et al<br>In the 92nd Judicial District Court, Hidalgo County, Texas<br>No. C-764-01-A. |
| 07-10-02 | Bruce Carr | Gerald G. Sison v. DaimlerChrysler Corporation.<br>In the Porter Superior Court Sitting At Valparaiso, Indiana.<br>No. 64D01-9903-CP-642. |
| 07-22-02 and 07-24-02 | Julia Beasley | Jon H. Deal and Charlotte D. Newman as executors of the estate of Jewell D. Deal, Deceased vs. Rite Aid of Alabama, Inc. et al.<br>In the Circuit Court for Montgomery County, Alabama.<br>Civil Action No. CV-99-839. |
| 08-15-02 | Norman Jolly | Lazaro Sepulveda, et al vs. Ford Motor Company<br>In the District Court Starr County, Texas 229th Judicial District<br>No. DC-00-176. |
| 08-19-02 | Doug Gentile | Damon J. Steele et al vs. Spalding and Evenflo.<br>In the Twenty Second Judicial Circuit Court, for the City of St. Louis, State of Missouri<br>No. 992-08626. |
| 08-22-02 | Larry Coben | Reverend Lawrence H. Harris and Lynn Harris, husband and wife vs. Ford Motor Company, et al<br>In the Superior Court of New Jersey Law Division, County of Gloucester.<br>No. GLO-L-1728-98. |

Page 3

Trial Testimony

| 09-11-02 | Richard Denney | Gregory Cummings and Tracey Cummings v General Motors Corporation. In the United States District Court for the Western District of Oklahoma Case No. CIV-00-1562W. |
|---|---|---|
| 09-17-02 | Gwinnett Cty. Prosecutor(Wiley) | State vs Michael Wayne Nance In the Superior Court Gwinnett Judicial Circuit, State of Georgia. No. 95-B-2461-4 |
| 09-26-02 | Robert Bryan | Robby L. Robinson vs Nissan Motor Corporation In the Circuit Court for Walker County, Alabama No. CV 95-340. |
| 10-10-02 | Joseph McDowell/Jeff Osburn | Dennis W. McLaughlin et al vs Michael R. Brassard and Fisher Engineering Defendants In the Superior Court of Hillsborough, SS. Northern District, State of New Hampshire No. 00-C-68. |
| 10-15-02 | Charles Sorenson | Pamela L. Winkle vs. Betty P. and Earl A. Howell et al In the Circuit Court, Fourth Judicial circuit, In and For Duval County, Florida. No. 01-03424 CA. |
| 10-16-02 | Filemon Vela | Elisa Gomez, et al vs. H. Yturria Land & Cattle Company, et al 197th Judicial District Court; Willacy County, Texas No. 99-166. |
| 10-18-02 | Joseph Costner | Hank and Annette Snyder vs. Ford Motor Company In the U.S. District Court for the Eastern District of Tennessee, Northern Division. No. 3:99-CV-668. |
| 10-23-02 | Joe Escobedo, Jr. | Guadalupe Guerra et al, vs. General Motors Corporation, et al In the 206th Judicial District Court of Hidalgo County, Texas No. C-011-00-D |
| 10-29-02 | Steve Polidori | Gibson et al vs Nissan et al U.S. District Court for the District of Colorado No. 200268. |
| 10-31-02 | Dante diTrapano | Buddy Keesee, individually, and as the Administrator of the Estate of Douglas Saville, et al vs. General Refuse Service, et al In the Circuit Court of Cabell County West Virginia No. 99-C-0761. |
| 11-13-02 | Bryan Lumpkin | State of Georgia vs Nicole Boynton In the Superior Court of Cobb County, State of Georgia No. 01-5715. |
| 11-14-02 | Jeff Wigington | Ludivina C. Benavides, individually and on Behalf of the Estate of Laura Benavides vs. The Estate of Paul Alaniz; K.A. Childs Motors, Inc. and Ford Motor Comp. In the District Court Duval County, Texas 229th Judicial District No. DC-01-195. |

Page 4

Trial Testimony

| 11-18-02 | Robert Valadez | Janet Jobe, et al vs. H.E. Butts Grocery Company et al<br>In the 45th Judicial District Court, Bexar County, Texas<br>No. 2000-CI-14702 |
|---|---|---|
| 11-21-02 | Doug Peters | State vs. Routh<br>In the Superior Court Criminal Division, Gwinnett County,  State of Georgia.<br>No.  01-B-3896-B. |
| 12-18/19-02 | Larry Coben | Patrick A. Ricci and Patricia Ricci, husband and wife, vs. Volvo Car Corporation, et al<br>United State District Court for the District of Nevada<br>No. CV-N-00-088 |

## 2001 DEPOSITION TESTIMONY

| | | |
|---|---|---|
| 01-03-01 | Craig Sico | Minh Thien Le, Individually and as Representative of the Estate of Vang Thi Le, et al vs. Romulo Corrada, M.D., P.A., Sandra I. Noriega, M.D., Christus Spohn Health System Corporation, et al. In the District Court, Nueces County, Texas 117th Judicial District. No. 99-5024-B. |
| 01-03-01 | John E. Parker | Judy P. Breland, Personal Representative of the Estate of James Brian Cooke vs. Love Chevrolet Olds, Inc., and General Motors Corporation. In the Court of Common Pleas for the County of Hampton, State of South Carolina. No. 98-CP-25-107. |
| 01-04-01 | Mark Spellman | Candy S. Janson, Individually and as Conservator of Katelyn Janson, a Minor, vs. Century Products Company. In the Iowa District Court for Woodbury County. Law No. LACV 117981 |
| 01-16-01 | Bruce Carr | Gerald G. Sison v. DaimlerChrysler Corporation. In the Porter Superior Court Sitting At Valparaiso, Indiana. No. 64D01-9903-CP-642. |
| 01-17-01 | LaBarron Boone | Kenneth W. Martin, as Administrator for the Estate of Willie Elizabeth Aultman, deceased, et al. vs. General Motors Corporation, Inc., et al. In the Circuit Court of Bibb County, Alabama No. CV-98-20. |
| 01-17-01 | John Getz | Cecil Mitchell, Brenda Mitchell, His wife, and Tracy Mitchell, by and through her mother and guardian, Brenda Mitchell vs. Continental General Tire, Inc., and B & E of Pompano, Inc. et al. In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida General Jurisdiction Division No. 99-010192 CA CE 02. |
| 01-18-01 | Randolph Barnhart | Merlinda Sturdevant, Individually And as Personal Representative of the Estate of John Franklin Sturdevant, Deceased v. Ford Motor Company. First Judicial District Court, County of Rio Arriba, State of New Mexico No. RA 97-1318 (C) |
| 01-25-01 | Richard Hay | Gwendolyn Williams and Joseph Williams vs. Nissan Motor Company, LTD, et al. United States District Court Western District of Kentucky, Bowling Green Division. No. 1:99CV-187-M. |

Page 2

Deposition Testimony

| 01-29-01 | David Bright | Susan Adelle Davis, Individually, as Representative of the Estate of Suzy Mae Davis, Deceased, et al. vs Suzuki Motor Corporation.<br>In the 28th Judicial District Court Nueces County, Texas<br>Cause No. 99-5633-A. |
|----------|--------------|-------------------------------------------------------------|
| 01-30-01 | Paula Wyatt | Alonzo Mendoza vs. Halliburton Energy Services<br>In the 49th Judicial District Court of Zapata County, Texas<br>No. 98-0978. |
| 02-01-01 | James Clark | Karen Lynn Harper v. Hufco-Delaware Corp., et al.<br>U.S. District Court, Middle District of Florida, Tampa Division<br>No. 8:99-cv-2143-T-30E. |
| 02-14-01 | Chris Pinedo | Barbara Evans, et al. vs. Warm Springs Rehabilitation Foundation, Inc., Et Al.<br>In the County Court At Law Number Three Nueces County, Texas<br>No. 97-61206-3. |
| 02-15-01 | Joe Cloud | Jennifer Davis & Jimmy Ray Davis vs. Ford Motor Company.<br>In the Circuit Court for Madison County, Alabama<br>Case No. CV99-1785. |
| 02-27-01 | Randy James | Paul E. and Lynda G. Rueff vs Teledyne Industries<br>No. CV98-9439<br>Judith A. Rudder, et al vs Teledyne Industries<br>No. CV98-10216<br>Belinda J. Schuman vs Teledyne Industries<br>No. CV98-10454<br>Denise Buckley, et al vs Teledyne Industries<br>No. CV98-10458<br>Darlene Snyder, et al vs Teledyne Industries<br>No. CV98-24645<br>Gene and Linda Douglass vs Teledyne Industries<br>No. CV99-217589<br>In the Circuit Court of Jackson County, Missouri at Kansas City |
| 03-01-01 | Kendall Few | Bruce Stephen Duncan vs. Volkswagen Of America, INC.<br>Superior Court of the State of California in and for the County of San Diego.<br>No. GIC733937. |
| 03-01-01 and 03-28-01 (completed) | David Bright | Gail Symons, as guardian and personal representative of Christopher Symons, et al, vs. Griffin Products, and Helmtec, et al<br>United State District Court Middle District or Florida Fort Myers Division.<br>No. 2:99-cv-157-FTM-29D. |
| 03-07-01 | Mark Spellman | Candy S. Janson, Individually and as Conservator of Katelyn Janson, a Minor, vs. Century Products.<br>In the Iowa District Court for Woodbury County.<br>Law No. LACV 117981. |

Page 3

Deposition Testimony

| 03-08-01 | Stephen Segall | Lillie Mae Williams, as Plenary Guardian of the person and Property of Herman Williams, Jr., an incapacitated person v. Jason Eugene Zaborske, Anthony Zaborske, and Ford Motor Company. In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida No. 97-001935, Division J. |
|---|---|---|
| 03-13-01 | Chris Rackers | Monica Schlipp vs. Daniel A. Raniere and General Motors Corporation, et al. Missouri Circuit Court, Twenty-Second Judicial Circuit, St. Louis City. No. 982-10080. |
| 03-14-01 | Gerald Edenfield | Joe Threatte and Beulah Threatte, as surviving parents of Courtney Threatte, Deceased, v. Toyota Motor Corporation, et al In the U.S. District Court South District of Georgia Statesboro Division CV600-085. |
| 03-20-01 | Kenneth Mendelsohn/ David Chancellor | Anthony Cleveland vs. Hyundai Motor Corporation In the Circuit Court of the Tenth Judicial Circuit, In and For Jefferson County, Alabama No. CV 97-7680. |
| 03-20-01 | Robert Ammons | Kevin Wayne Willard, et al vs. Ford Motor Company, et al. In the District Court of Montgomery County, Texas, 284th Judicial District No. 99-12-07433-CV. |
| 03-28-01 | Robert Ammons | Martha Pressley and Henry Pressley vs. General Motors Corporation, et al In the District Court of Harris County, Texas 55th Judicial District No. 2000-29994. |
| 03-29-01 | Edward Fitzhugh | Joe R. and Mary Todecheene, as the surviving natural parents of Esther Todecheene, deceased, v. Ford Motor Company, et al. In the District Court of the Navajo Nation, Kayenta Judicial District No. KY-CV-191-2000 / Re: TC-CV-076-2000. |
| 04-12-01 | Edward Sanders | Darrell Moore and Estelle Moore vs. Mazda Motor Corporation, et al. In the Circuit Court of Leflore County, Mississippi No. 99-0136CI. |
| 04-16-01 | Mikal Watts | Amanda Guzman, Individually, as Representative of the Estate of Joe Contreras, et al vs. DaimlerChrysler Corporation, et al. In the 148th Judicial District Court, Nueces County, Texas. No. 00-1917-E. |

Page 4

Deposition Testimony

| | | |
|---|---|---|
| 04-18-01 | Page Axen | Julio Nunez et al. vs. Dunlop Tire Corporation; Ford Motor Corporation; Costco Corporation, et al In the Superior Court of the State of Arizona, In and For the County of Maricopa. No. CV 99-16229. |
| 04-19-01 | Jack Wagoner | Community Bank(of Cabot, Arkansas) and Susann Betts as Co-Guardian of the Estate of Bryce Mueller; Branden Mueller and; Sonia Mueller v. Gerry Baby Products Company; Mitsubishi Motor Corporation, et al In the Circuit Court of Lonoke County, Arkansas No. CIV-98-477. |
| 04-26-01 | David Bianchi | Elwood I. Kaplan and Norma Kaplan, his wife, vs. DaimlerChrysler, et al. In the United States District Court Middle District of Florida Fort Myers Division No. 99-493-CIV-FTM-26D. |
| 05-03-01 | Richard Denney | Gregory Cummings and Tracey Cummings v General Motors Corporation. In the United States District Court for the Western District of Oklahoma Case No. CIV-00-1562W. |
| 05-03-01 | Don Hinkle | Peter Griffin v. Kia Group, Kia Motors Corp., Kia Motors America, Inc., & Cook-Whitehead Ford Inc In the Circuit Court For The Second Judicial Circuit In And For Leon County, Florida Case No.: CV-97-6474. |
| 05-08-01 | Ellis Nelson | Glenda & Milton Trawick, as the surviving parents of Lemeika Trawick, deceased vs. Nissan Motor Company, et al. In the U.S. District Court for the Middle District of Georgia Macon Division. No. 5:00-CV-49-1. |
| 05-09-01 | Mikal Watts | Concepcion Hernandez, Individually, as Representative of Estate of Juan Balarin Hernandez, deceased et al vs. GM In the U.S. District Court for the Southern District of Texas, Corpus Christi Division. No. 00-332. |
| 05-10-01 | Greg Allen | Quinnon Long and Sharon Long et al. vs. Ford Motor Company, et al. In the Circuit Court for Baldwin County, Alabama. CV-00-549. |
| 05-15-01 | Ken Lewis | Dudley H. Thornton, et al. v. Ford Motor Company In the U.S. District Court for the Eastern District of Texas Beaumont Division. No. 1:99CV829 Judge Howell Cobb |

Page 5

Deposition Testimony

| 05-16-01 | David Waxler | Stacey Leger et al v. David Cobb, et al. U.s. District Court, District of Massachusetts No. 98 CV 10776 EFH |
|---|---|---|
| 05-22-01 | Robert Ammons | James Thomas Hunt, Sr. and wife, Janice Hunt, Ledia Pruetz, Donald Pruetz et al v. General Motors Corporation, et al In the District Court of Brazoria County, Texas 239th Judicial District. No. 6935 JB99 |
| 05-22-01 | Kenneth Ingram | Vicki A. Wade, as Administratrix of the Estate of Jim Curtis Wade, deceased, v. Mazda Motor Corporation, et al. No. CV 99-174. |
| 05-23-01 | Stephen Bough | Ericka Wennberg vs Ramon G. Juiliano, and Jimmie & Kathy James, et al. In the District Court of Cloud County, Kansas. No. 99 C 11. |
| 05-23-01 | Paula Wyatt | Mario Gonzalez, Sr., Individually and as Surviving Spouse of Margarita Gonzalez, Deceased and on Behalf of Alfredo Gonzalez, et al. vs. Bridgestone/ Firestone, Inc., Ford Motor Company, et al. In the 107th Judicial District Court, Cameron County, Texas No. 2000-08-3598-A. |
| 06-11-01 | Craig Sico | Estate of Jack and Linda Boley et al. vs General Motors Corporation, et al. In the U.S. Circuit Court of the Eighteenth Judicial Circuit, County of Du Page, State of Illinois. No. 97P1019/97P689. |
| 06-12-01 | Robert Bryan | Robby L. Robinson vs Nissan Motor Corporation In the Circuit Court for Walker County, Alabama No. CV 95-340. |
| 06-13-01 | Mikal Watts | Don Koenig & Dorothy Koenig, Individually and as Representatives of the Estate of Dienne Marie Koenig, v. Kumho Tire Company and Toyota Motor Sales, et al. In the District Court 135th Judicial District, Victoria County, Texas. NO. 00-4-54,710-B. |
| 06-14-01 | Pat Ardis | Janice Moore-Gambrell and Obyster Moore, Sr., personal representative of William Moore, Sr. and Tessie C. Moore vs For Motor Company. In the U.S. District Court for the Northern District of Mississippi Delta Division. No. 2:99cv224-P-B. |
| 06-14-01 | David Bright | James L. Hemphill vs. Helmtech, Inc., et al In the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida. No. CI99-8051. |

Page 6

Deposition Testimony

| 06-18-01 | Larry Coben | Reverend Lawrence H. Harris and Lynn Harris, husband and wife vs. Ford Motor Company, et al In the Superior Court of New Jersey Law Division, County of Gloucester. No. GLO-L-1728-98. |
|----------|-------------|---------|
| 06-19-01 | Greg Allen | Angela Murphree, as the next friend of Tonia Darlene Thomas, Billy Todd Thomas and Tara Kay Thomas, the dependent children of decedent, Edward Thomas v. Krispy Kreme Doughnut Corporation; Adrian Harris; et al. In the Circuit Court of Macon County, Alabama No. CV-99-0115. |
| 06-19-01 | Thomas Jones | Roger Hillhouse, Individually and as the Next Friend of Ashlee Hillhouse, a minor vs DaimlerChrysler Corporation and Gunn Dodge, Inc In the District Court 57th Judicial Court, Bexar County, Texas No. 2000-CI-11445 |
| 06-20-01 | Randolph Barnhart | Merlinda Sturdevant, Individually and as Personal Representative of the Estate of John Franklin Sturdevant, Deceased vs. Ford Motor Company and Ziems Corners. In the First Judicial District Court, County of Rio Arriba, State of New Mexico. No. RA-97-1318 C. |
| 06-27-01 | Andrew Yaffa | Janet Simon, as Personal Representative of the Estate of Nicole Elaine Kleban, deceased, vs. Scott Michael Hanish; et al. In the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida No. 98-26834 CA 15 |
| 07-05-01 | Kenneth Brosnahan | Aaron Evans, Jr., et al vs. General Motors Corporation and CSX Transportation, et al. In the State Court for the County of Fulton, State of Georgia No. 97VS0127726J, 98VS138033F, 98VS160522F |
| 07-10-01 | Mark Evans | Jeanetta Bowman v Ford Motor Company et al In the Circuit Court of the City of St. Louis, State of Missouri No. 992-08726 |
| 07-17-01 | Tom Magee | Benjamin Uxa, by and through Margaret Uxa, and Margaret and Charles Uxa, individually vs Victor C. Marconi and Cosco, Inc. In the Circuit Court of the City of St. Louis, State of Missouri. Cause No. 002-00308. |
| 07-18-01 | Filemon Vela | Elisa Gomez, et al vs. H. Yturria Land & Cattle Company, et al 197th Judicial District Court; Willacy County, Texas No. 99-166. |

Page 7

Deposition Testimony

| 07-23-01 | Jason Dodson | The Estate of Sarah Ross, by Carole Ross as Personal Representative of the Estate of Sarah Ross, Carole Ross, Individually, James A. Ross, and James T. Ross, a minor by his next friend, Carole Ross v. Ford Motor Company, et al. In the United States District Court for the Southern District of Illinois. No. 00-4137-JPG. |
| --- | --- | --- |
| 07-23-01 | Timothy Monsees | Gerald Davis, et al vs American Drug Stores, Inc. d/b/a Osco Drug Stores, et al In the Circuit Court of Jackson County, Missouri at Kansas City. No. 99CV225502. |
| 07-24-01 | LaBarron Boone | Sarah P. Mauldin and Toyvian Brand vs General Motors Corporation, et al. In the Circuit Court for Hale County, Alabama No. CV-98-026. |
| 07-25-01 | Sidney Gilreath | Ashley Nicole Manes and Joseph L. Manes vs. Daimlerchrysler Corporation, et al In the Circuit Court for Knox County, Tennessee No. 2-537-00 |
| 07-25-01 | Mark Evans | Kenneth D. Morse, Jr., Sarah Dale Morse, Samantha Kay Morse, and Jenni Lynn Morse vs. Ford Motor Company et al. In the Circuit Court of Jackson County, Missouri at Kansas City. No. 00-CV-220638. |
| 07-26-01 | Kirk Post | Ronda Morgan-Holmes and Larry Holmes, vs. Richard Arthur Black, III and World Wide Site Development, Inc. In the State Court of Fulton County, Georgia. No. 00VS000567H. |
| 07-31-01 | A.J. Krouse | Kim Tolliver, Individually and on Behalf of Ora Tolliver vs. Danny Naor et al. In the U.S. District Court, Eastern District of Louisiana. No.99-0586; c/w 99-0587,99-2164,00-1002,00-1008 |
| 07-31-01 | Robert Sanders | Mary Beth Rohrer and Jimmy Dale Rohrer as natural parents and next friends of Jacob Rohrer, a minor vs. Yamaha Motor Corporation et al. In the Circuit Court of Graves, Kentucky No. 99-CI-361. |
| 08-01-01 | Al Pearson | Blaney vs. Dr. Sara O'Heron and The Emory Clinic Superior Court of Dekalb County, State of Georgia No. 99-11578-9. |
| 08-02-01 | George Fryhofer | Morgan Layne Dize et al vs. DaimlerChrysler Corp. In the State Court of Gwinnett County, Georgia. No. 00-C-4666-S5. |

Page 8

Deposition Testimony

| 08-14-01 | Tom Willingham | Elizabeth W. Cole and Justin Michael Cole, a minor by his Guardian Ad Litem, Gene White, v. General Motors Corporation. In the U.S. District Court, Western District of North Carolina, Asheville Division. No. 1:00CV195-T. |
|---|---|---|
| 08-16-01 | Robert Palmer | Michael Rosenberg v. American Honda Motors Company, et al In the Circuit Court, St. Louis, Missouri. No. 002-1138. |
| 08-21-01 | Michael J. Piuze | Noele Camara vs. Ford Motor Company, et al Superior Court, Los Angeles County, California No. GC 025039. |
| 08-28-01 | Graham Esdale | Hazel Small, as wife and Administratrix of the Estate of William D. Small, deceased, vs. Volkswagen of American, Inc., et al In the Circuit Court of Lowndes County, Alabama CV 99-115. |
| 08-30-01 | John Scofield | Maria Guadalupe Ayala Cardenas and Daniel Loaeza Enriquez, Individually and on Behalf of the Estate of Miguel "Mike" Gutierrez Ayala et al. vs. Roberts Chevrolet Company. In the 370th Judicial District Court of Hidalgo County, Texas No. C-028-01-G. |
| 08-30-01 | Brantley White | Lourdes Rodrigues Castillo et al vs. Roberts Chevrolet Company and General Motors. In the 370th Judicial District Court of Hidalgo County, Texas No. C-028-01-G. |
| 09-10-01 | Sidney Gilreath | Ashley Nicole Manes and Joseph L. Manes vs. Daimlerchrysler Corporation, et al In the Circuit Court for Knox County, Tennessee No. 2-537-00 |
| 09-11-01 | Monica Vaughn | Susana Garcia; Manual Garcia; Margarita Macedo; and Rosa Reyes vs. Honda Motor Corporation, et al 55th Judicial District, Harris County, Texas No. 2000-15815. |
| 09-19-01 | Randy James | Maria Church, Individually and as Natural Mother and Next Friend of Jesse Church and Shon Aaron Church and Shondel Church, Individually vs. Ford Motor Company, et al. In The Circuit County of Jackson County, Missouri No. 99-CV-228935. |
| 09-19-01 | Pete Daughtery | Perry L. Steiner, individually, and for the benefit of his wife, Barbara J. Steiner, vs. General Motors Corporation, et al. In the United States District Court for the District of Kansas. 00-1108-JTM. |

Page 9

Deposition Testimony

| 10-02-01 | Andy Custer | David and Dana Rich, Lloyd and Clyda Sue Crawford et al vs DaimlerChrysler Corporation et al In the Circuit Court of the 20th Judicial Circuit of Florida, in and for Collier County No. 99-3932-CA. |
|----------|-------------|---------|
| 10-03-01 | Paul Whelan | Jesse Magana vs Hyundai Motor America et al In the Superior Court of the State of Washington in and for the County of Clark No. 00-2-09553-2 |
| 10-03-01 | Kirsten Tinglum | Terry Kincaid, as Father and next friend to Kimberly Kincaid vs. Ford Motor Company et al In the Superior Court for the State of Alaska Third Judicial District No. 3AN-00-8298 CI |
| 10-04-01 | Joseph Lane | John Tobias as the personal representative and administrator of the estate of Shannon Lynn Tobias vs General Motors Corporation. In the United States District Court for the Northern District of Ohio Western Division No. 3:00CV7544 |
| 10-04-01 | Norman Jolly | Lazaro Sepulveda, et al vs. Ford Motor Company In the District Court Starr County, Texas 229th Judicial District No. DC-00-176. |
| 10-09-01 | William Rankin | Brad L. Mohan and Lory Mohan, as husband and wife vs Super Seer Corporation et al In the Circuit Court for Escambia County, Florida No. 99-192-CA-01. |
| 10-18-01 | Larry Coben | Patrick A. Ricci and Patricia Ricci, husband and wife, vs. Volvo Car Corporation, et al United State District Court for the District of Nevada No. CV-N-00-088 |
| 10-24-01 | Neil Smith | Melissa Bradford vs. Ford Motor Company, et al vs Penny Bradford. In the District Court, Titus County, Texas, 76th Judicial District, 276th Judicial District No. 28901 |
| 10-30-01 | Roger Brown | Donald Gruenloh, Sr., et al., vs. DaimlerChrysler et al In the Circuit Court for the County of Jackson, State of Missouri No. 00CV-214262 |
| 10-31-01 | Lance Cooper | Joyce Gail and Jerry Millsap v. Kia Motors Corporation, et al In the State Court of Fulton County State of Georgia No. 99VS157702D |
| 11-6-01 | Kent Emison | Linda Fay Davis, General Administratrix and Administratrix ad Prosequendum of the Estate of Moses Gerome Davis, deceased, and Linda Fay Davis, individually vs. Subaru of America, Inc. et al Superior Court of New Jersey Law Division-Camden County, Docket No. CAM-L-001306-01 |

Page 10

Deposition Testimony

| | | |
|---|---|---|
| 11-13-01 | Enrico Schaefer | Lisa Harris and William Jacobs et al vs. Francisco's Stores, Inc, et al<br>State of Michigan, In the Circuit Court for the County of Grand Traverse<br>No. 01-21369-NO |
| 11-14-01 | Kenneth Brosnahan | Jerry Payne and John K. Ebner et al vs General Motors et al<br>In the State Court for the County of Fulton, State of Georgia<br>No. 98 VS 138033F and 99VS 150552F |
| 11-14-01 | Donald Harvey | David and Elena Cowles, et al vs General Motors et al<br>District Court of Bexar County, Texas 37th Judicial District<br>No. 2000-CI-10586 |
| 11-15-01 | Gary Smith | Ronald Golden vs. Volvo Cars of North America et al<br>In the U.S. District Court for the Western District of Tennessee Western Division<br>No. CV-98-2926-TU-A |
| 11-20-01 | Lee Steers | Sandra K. Morgan, Administratrix of the Estate of Sarah Jeanne Morgan, and individually vs General Motors Corporation, et al<br>In the United States District Court Western District of Kentucky Paducah Division<br>No. 5:00CV195-R. |
| 11-27-01 | Judson Orrick | Estate of Christopher Seth Walker vs General Motors Corporation, et al.<br>In the U.S. District Court for the Northern District of Florida Tallahassee Division<br>No. 4:01-CV-134-RH. |
| 11-27-01 | Jason Crawford | Tomme and Berrien McCutchen v General Motors Corporation et al<br>In the State Court of Troup County, State of Georgia<br>No. 00-CS-306 |
| 11-28-01 | Greg Jones | Trung Pham, et al vs General Motors Corporation, et al<br>In the United State District Court, Eastern District of Texas, Texarkana Division<br>No. 599-CV-182 |
| 11-29-01 | Kenneth Steel | David and Elizabeth Bates, as Parents and Next Friends of Terry Bates, a minor, vs. Evenflo et al<br>In the U.S. District Court, Middle District of Florida, Jacksonville Division<br>No. 3:00-CV-1106-J-20TEM |
| 11-29-01 | Michael Hopkins | Eldon McMillan and Frances McMillan, each individually vs. Chrysler Corporation et al<br>In the 278th Judicial District Court of Madison County, Texas<br>No. 99-9013-278-06 |
| 12-04-01 | Shelley Stangler | Angelina Gregorio et al, vs. General Motors Corporation<br>U.S. District Court for the District of New Jersey<br>No. 97-4984. |

Page 11

Deposition Testimony

| 12-05-01 | Rick Morrison | Charles Hurd as Administrator of the Estate of Janet Rose Hurd, deceased vs. General Motors Corporation In the Circuit Court of Coffee County, Alabama Elba Division. No. CV-99-H-71. |
|----------|---------------|---------------------------------|
| 12-05-01 | David Guiley | Karen R. Lashley, as Personal Representative of the Estate of Christopher J. Lashley, deceased vs. Toyota Motor Corporation. In the Circuit Court In and For Orange County, Florida No. CIO99-7739, Division 34 |
| 12-18-01 | Joseph McDowell | Arthur M. Connelly, Administrator DBN of the Estate of Eduardo Cabrera, vs Hyundai Motor Company, et al In the U.S. District Court for the District of New Hampshire C.A. No. 99-362-JD |
| 12-18-01 | Donald Slavik | Cathy MacFarlane, et al vs Indiana Mills and Manufacturing, et al In the U.S. District Court for the District of Utah, Central Division No. 2-00-CV-634 |
| 12-20-01 | Robert Skoblar | Robert Zaremba et al vs. General Motors Corporation U.S. District Court Eastern District of New York No. 98 CIV 2505 |
| 12-20-01 | Ross Buchanan | Gilbert R. and Donna M. Giordano vs. General Motors Corporation. In the U.S. District Court for the District of Colorado No. 98-B-2648. |

## 2001 TRIAL TESTIMONY

| 02-05-01 | David Palmiere | Kim M. Pierron, Personal Representative of the Estate of Roger Allan Pierron, and Electric Insurance Co., vs. Ford Motor Company. In the Circuit Court for the County of Wayne, State of Michigan. File No. 96-621360-NP. |
|---|---|---|
| 02-06-01 | John Gsanger | Mary Ruth Pennington, et al. v. Isuzu Motors Limited, et al. In the 281st Judicial District of Harris County, Texas No. 1999-31168. |
| 04-25-01 | Donald Slavik | Brain, Elaine & Roger Looney vs. Mazda Motors Corporation, et al. In the Circuit Court for Greene County, Tennessee at Greenville. No. 95-CV-369. |
| 04-30-01 thru 05-02-01 | Larry Coben | Ann Styles, Administratrix of the Estate of James Styles, Ann Styles, individually and Ann Styles as guardian et al. vs. General Motors Corp. et al. In the Supreme Court of the State of New York, County of New York. No. 10008/99. |
| 05-17-01 | Don Hinkle | Peter Griffin vs. Kia Group et al. In the Circuit Court for the Second Judicial Circuit in and for Leon County, Florida. No. CV-97-6474. |
| 05-29-01 | Larry Coben | Ann Styles, Administratrix of the Estate of James Styles, Ann Styles, individually and Ann Styles as guardian et al. vs. General Motors Corp. et al. In the Supreme Court of the State of New York, County of New York. No. 10008/99. |
| 05-31-01 | Kenneth Mendelsohn/ David Chancellor | Anthony Cleveland vs. Hyundai Motor Corporation In the Circuit Court of the Tenth Judicial Circuit, In and For Jefferson County, Alabama No. CV 97-7680. |
| 06-05-01 | Aaron Woods | Caswell P. Lane, as Administrator of the Estate of Jimmy D. Denniston, Deceased and Judith Denniston, Deceased, & Judith Denniston, widow of Jimmy D. Denniston, Deceased vs. Deere & Company, & Kingsley Equipment Company Commonwealth of Kentucky, Fayette Circuit Court, 5th Division. Civil Action No.: 97-CI-3705. |
| 06-21-01 | Edward Fitzhugh | Jenifer Leonhardt vs. Gary R. Garcia & Jane doe Garcia, husband & wife; Southwest General Services, Inc., an Arizona Corp. d/b/a Southwest Ambulance, Inc., Heather Leigh Hurst & John Doe Hurst; John Does II-V; Jane Does II-V; ABC Corps. I-V; Def partnerships I-V In the Superior Court of the State of Arizona In & For the County of Maricopa No.: CV-98-91690 |

Page 2

Trial Testimony

| 06-25-01 | Cynthia Chapman | Victor Manuel Vasquez & Brenda Suarez Vasquez, individually, and on behalf of the Estate of Alyssa Amber Vasquez vs. Hyundai Motor Corporation, et al. In the 73rd Judicial District Court of Bexar County, Texas. Cause No. 99-CI-14064. |
|---|---|---|
| 07-02-01 | Kevin McQuillan | David Douglas, Beef America Operating Co, Inc., d/b/a Harvest Meat Co., for the use & benefit of National Union Fire Insurance Co. of Pittsburgh, PA, & United States Fidelity & Guaranty Co. vs. Ford Motor Co., a foreign corporation & P. J.'s Auto World, Inc., a corporation. Circuit Court of the 13th Judicial Circuit of the State of Florida, In and for Hillsborough County Civil Division Case No: 96-4533 Division: "D" |
| 09-17-01 | Sidney Gilreath | Ashley Nicole Manes and Joseph L. Manes vs. Daimlerchrysler Corporation, et al In the Circuit Court for Knox County, Tennessee No. 2-537-00 |
| 09-20-01 | Charles Pharis | Sharon Ranell Grimes et al. vs. Mazda et al. In the U.S. District Court, Western District of Kentucky at Bowling Green. Case No. 1:97CV-95-M |
| 10-15-01 | George Healy | Mary Seither, Individually and in Her Capacity as Tutrix of the Minors Mark Seither and Stephen Seither vs. Winnebago Industries, Inc. et al. In the Civil District Court for the Parish of Orleans State of Louisiana. No. 99-17502 Division "C: Section 6. |
| 11-5-01 | William Liston | Velma Ruth Seavy vs. Mazda Motor Corporation; Steadman Motors Inc.; Beneva Collins Circuit Court of Hinds County, First Judicial District, State of Mississippi Civil Action No. 251-96-853CIV |
| 11-7-01 | A. Remy Fransen, Jr. | Kim Tolliver, on behalf of Robert Allen, Jr. vs Danni Naor, et al U.S. District Court Eastern District of Louisiana No. 99-0586 c/w 99-0687, 99-2164, 00-1002 |
| 11-13-01 | Robert Murray | Patrick Murray, et al v DaimlerChrysler et al Court of Common Pleas of Wyoming County, Pennsylvania, Civil Division No 96-68 |

## 2000 DEPOSITION TESTIMONY

| | | |
|---|---|---|
| 01-10-00 | William Neumann | Miguel A. Gonzalez, et al. vs. Evenflo Company, Inc., f/n/a/ Juvenile Furniture Company, Inc., et al. In the 138th Judicial District of Cameron County, Texas Cause No. 98-08-3035-B |
| 01-18-00 | David Tuszynski | Jamie L. Schneider-Irwin, a minor, b/n/f Vicki Schneider; & Vicki Schneider, Individually vs. Honda Motor Co., LTD; Honda Research & Development Company, LTD.; American Honda Motor Co., INC.; Honda R & D of North America, Inc., Honda of America MFG., INC., Metro Atlanta Honda Dealers Advertising Association, INC.; & Jerry Brown Chevrolet, INC. In the U.S. District Court, For the Northern District of Georgia, Atlanta Division Civil Action File No. 1:99-CV-0930-CC |
| 01-27-00 | Gene Ludwig | Clyde Edward Cole, Individually and as Guardian of the Person & Estate of Terry Edward Cole, An Incapacitated Person vs. Glenn McClendon Trucking Company, Inc., & Thomas A. Jonovitch vs. Advanced Distribution System, Inc. & Robert A. Pool vs. Eual J. Smith, Louann Howell, Jeffrey C. Hill & Debbie McKnight In the U.S. District Court, Eastern District of Arkansas, Western Division No. I.R-C-98-821 |
| 02-02-00 | Donald Hinkle | Peter Griffin v. Kia Group, Kia Motors Corp., Kia Motors America, Inc., & Cook-Whitehead Ford, Inc. In the Circuit Court For The Second Judicial Circuit In And For Leon County, Florida Case No.: CV-97-6474 |
| 02-03-00 | Paul Whelan | Linda Tribe, as personal representative of the Estate of Daryl E. Tribe, & individually vs. Deere & Company, a foreign corporation In the U.S. District Court, Western District of Washington at Tacoma No.: C99-5094 JKA Hon. J. Kelley Arnold |
| 02-14-00 | Jeffrey Wigington | Melissa Garza, et al., vs. The Houston Exploration Company, et al. In the 49th Judicial District, Zapata County, Texas Cause No.: 3913 |
| 02-15-00 | Mark Young | Lorie Ballard, et al. vs. G.M. Corporation, et al. In the U.S. District Court, For the Northern District of Texas, Wichita Falls, Texas Case No.: 7:98-CV-232-X |

Page 2

Deposition Testimony

| 02-24-00 | Kendall Few | Wanda Johnson vs. G.M. Corporation & Whatley, Inc.<br>In the State of South Carolina, Court of Common Pleas, County Of Allendale<br>Case No. 98-CP-03-76 |
|---|---|---|
| 03-02-00 | Kevin Hawkins | Mary Helms for Estate of Damen Williams vs. Blue Bird, a corporation; business entity, et al.<br>In the Circuit Court of Barbour County, Alabama<br>Civil Action No.: CV-99-015 |
| 03-07-00 | Marvin Kurzban | Stephanie Bastos vs. Nissan Motor Company LTD, a Japanese Corp. & Nissan Motor Corp. in U.S.A., a California Corp., ACCO,Inc., a Florida Corp., & Allstate Ins. Co.<br>In the Circuit Court of the 11th Judicial Circuit In and For Dade County, Florida<br>General Jurisdiction Division<br>Case No.: 96-16385 CA (08) |
| 03-09-00 | Edward Fitzhugh | Jenifer Leonhardt vs. Gary R. Garcia & Jane doe Garcia, husband & wife; Southwest General Services, Inc., an Arizona Corp. d/b/a Southwest Ambulance, Inc., Heather Leigh Hurst & John Doe Hurst; John Does II-V; Jane Does II-V; ABC Corps. I-V; Def partnerships I-V<br>In the Superior Court of the State of Arizona In & For the County of Maricopa<br>No.: CV-98-91690 |
| 03-13-00 | Bruce Petway | Rose Marie Smith vs. G.M. Corporation; Greene County Mississippi; G.L. Dearman; Morris Hill; Ernest Holder; L. F. Lambert; & Marion Pierce<br>In the Circuit Court of Greene County, Mississippi<br>Cause No.: 97-08-039 (3) |
| 03-17-00 | Mikal Watts | Robert D. Smith & Rebecca Smith vs. American Honda Motor Co., Inc., & Honda Motor Co., LTD<br>In the Superior Court of the State of California In and For the County of Riverside<br>Case No.: RC230400 |
| 03-20-00 | Matthew Stone | Raleigh & Beulah Pitts & Teresa L. Clark vs. Paul Motor Company d/b/a Conyers Mazda; & John Doe<br>In the State Court of Fulton County, State of Georgia<br>Civil Action No.: 98VS143618J |
| 03-20-00 | Robert Slattery | Sandra S. Hensler & Eric Hensler vs. Ford Motor Company, Capital Ford Sales, Inc., & ABC Insurance Company<br>In the Circuit Court of Jefferson County, State of Wisconsin<br>Case No.: 98-CV-218 |

Page 3

Deposition Testimony

| 03-21-00 | Pat Ardis | Janice McCullough vs. Roy Douglas Enos, individually & Enterprise Leasing Co. of Orlando, a Florida Corp., d/b/a Enterprise Rent-A-Car In the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida Case No.: CI-96-3136 |
|---|---|---|
| 03-27-00 | Dana Taunton | Gary Lee Stringfield, as Administrator of the Estate of Aaron Lee Reid Stringfield, deceased vs. G.M. Corp., Jim Burke Motors, Inc., et al. In the Circuit Court for Jefferson County, Alabama Civil Action File No.: CV-98-07267 |
| 03-28-00 | LaBarron Boone | Robert Meeks, as the Administrator of the Estate of Gennetta Meeks, deceased vs. G.M. Corp.; The Bendix Corp.; Dean McCrary d/b/a Dean McCrary Imports; et al. In the Circuit Court for Sumter County, Alabama Civil Action No.: CV-98-39 |
| 03-29-00 | Mikal Watts | Delia Caudillo vs. Valley Baptist Medical Center In the District Court of Cameron County, Texas 103rd Judicial District Cause No.: 98-11-4412-D |
| 04-3-00 | Greg Allen | Samuel Woods vs. Ford Motor Company: Tulisha Laquanea Graves; et al. In the Circuit Court for Bullock County, Alabama. Civil Action No. CV-99-40. |
| 04-4-00 | Tommy Malone | Hattie J. Crissman, Individually as Surviving Spouse and on Behalf of the Children Michael J. Crissman, Jodie Lee Crissman and Paul E. Crissman, and as Executor of the Estate of Wayne P. Crissman, vs Robert G. Dillon, M.D. and Dekalb Medical Center, Inc., a Georgia Corporation. In the State Court of Dekalb County, Georgia. Civil Action No. 99A52373-6. |
| 04-10-00 | Robert Lapin | Rita L. Iracheta, Administrator of the Estates of David Iracheta and Edgar Iracheta, Deceased vs. General Motors Corporation, et al. In the 49th District Court of Webb County, Texas. Cause No. 97-CV-E-01382. |
| 04-12-00 | Mikal Watts | Raymond & Melanie Armstrong Individually, and as Representatives of the Estate of Christopher Armstrong, Deceased et al. vs. Cosco, Inc., In the U.S. District Court for the Southern District of Texas, Corpus Christi Division. Civil Action No. C-99-212. |
| 04-13-00 | Courtney Morgan | Laurie Erickson, as personal representative of the estate of Byron Erickson, deceased, vs. General Motors Corporation in the Circuit Court for the County of Macomb, in the state of Michigan. C.A. #95-6037-NZ |

Page 4

Deposition Testimony

| 04-13-00 | Tom Trimble | Peter C. Serio, et al. vs. Montgomery Tank Lines, Inc., et. al. In the Common Pleas Court of Mercer County, Ohio, Civil Division. Case No. 98 CIV 105. |
|---|---|---|
| 04-18-00 | Doug Morris | Paul and Karen Tucker and Lumberman's Mutual Casualty Company vs. CSX Transportation vs. Kentucky Auto Ramp Services, et al. In the Jefferson Circuit Court Division Eleven. No. 95-CI-05211. |
| 4-18-00 | Cynthia Chapman | Isabel G. Andrade, vs. Phillip J. Chojnacki, et al. In the U.S. District Court for the Western District of Texas, Waco Division. Civil Action No. W-96-CA-139 |
| 4-19-00 | Brad Kuhlman | Prashant Kumar vs. Estate of Alfred C. Shumar, Toyota Motor Corporation, et al. In the Circuit Court for Baltimore City. Case No. 98096065 CC 3026 |
| 4-20-00 | William Edwards | Yvonne Moran, Individually; as next friend of Autumn Rhae Moran, and as Personal Representative of the Estate of Bart Moran, deceased vs. Chrysler Corporation, et al. In the County Court, Court of Law No.1 Nueces County, Texas. Cause No. 97-6054-1. |
| 4-24-00 | Peter Martin | Richard and Judith Ireland vs. DaimlerChrysler. In the U.S. District Court for the Middle District, Tampa Division, State of Florida. Case No. 99-1839-CIV-T-24C. |
| 4-24-00 | Herman Russomanno | Arlee Valdivia, Representative of the Estate of Kevin Valdivia vs. London Trust and Justin Callen. In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Case No. CL 99-10567 AO |
| 4-25-00 | Paula Wyatt | Brenda & Brianna O'Brien vs. Rebecca Gonzales, Alberto Cavazos, Mitsubishi, et al. In the 24th District Court of Victoria County, Texas Case No. 98-12-52919-A |
| 4-26-00 | James Robinson | Charles S. Jones vs. General Motors, et al. In the U.S. District Court for the Southern District of Mississippi Western Division. Case No. 5:99CV43LN |
| 4-26-00 | Patrick Ardis | Teresa Hall & David Price, Co-Personal Representatives of the Estate of Gertrude Michelle Elder, et al. vs. General Motors Corporation, et al. In the Circuit Court for Oskaloosa County, Florida Civil Case No. 98-397-CA-KB |

Page 5

Deposition Testimony

| 5-11-00 | Al Pearson | Martin Barquin, et al. vs. Evan Bagley, et al.<br>In the District Court of 57th Judicial District Bexar County, Texas.<br>Case No. 98-CI-06859 |
|---------|------------|------------------------------------------------|
| 5-16-00 | Lanahan Goodman | Sandra G. Huy, et al. vs. General Motors Corp.<br>In the Hamilton County Common Pleas Court, Cincinnati, Ohio.<br>Case No. A92-00711 |
| 5-16-00 | Charles Pharis | Sharon Ranell Grimes et al. vs. Mazda et al.<br>In the U.S. District Court, Western District of Kentucky at Bowling Green.<br>Case No. 1:97CV-95-M |
| 5-18-00 | Peter Daughtery | Alvin K. Phillips, as personal representative of the Estates of Timothy, Darrell L., and Angela Byrd, et al. vs. General Motors Corporation.<br>In the U.S. District Court for the District of Montana Missoula Division.<br>Case Nos. CV 98-168-171-M-DWM |
| 6-1-00 | Thadd Llaurado | Dalena Hicks v Ford Motor Company/Kent Bertsch<br>In the Wayne County Superior Court, State of Indiana Room No. 1<br>Cause No. 89D01-9810-CT-024. |
| 6-2-00 | Michael Moody | Julian N. Rowe & Carla Brown, v Anna L. Bryant vs. General Motors<br>In the Superior Court for the State of Alaska Third Judicial District at Anchorage.<br>Case No. 3AN-99-4149 CI |
| 6-6-00 | Robert Ammons | Marvin Clamp and wife, Marian Clamp vs. Toyota Motor Corporation, et al.<br>In the District Court of Brazoria County, Texas 239th Judicial District.<br>Cause no. 5619*JG98. |
| 6-6-00 | Barry Krengel | Dar Schuster v Volkswagen of American et al<br>In the Court of Common Pleas Civil Law Division Chester County<br>Case No. 97-05677 |
| 6-7-00 | William Neumann | Stella Camfield, Individually and as next friend for Derek Means, a minor vs. Charles Blake Jackson et al.<br>In the 239th Judicial District Court of Brazoria County, Texas<br>Case No. 96G-1955. |
| 6-8-00 | Ross Buchanan | Gilbert R. Giordano & Donna M. Giordano vs. General Motors Corporation.<br>In the United States District Court, District of Colorado.<br>Case No. 98-B-2648. |

Page 6

Deposition Testimony

| 6-8-00 | Robert Tyler | Lorrie Ann Thomas, Individually and as Conservator/Guardian for the Estate of Greg Allen Thomas, L.I.P., vs. Toyota Motor Company et al. In the Circuit Court for the County of Berrien, State of Michigan. Case No: 98-3871-NP. |
|--------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 6-22-00 | David Palmiere | Kim M. Pierron, Personal Representative of the Estate of Roger Allan Pierron, and Electric Insurance Co., vs. Ford Motor Company. In the Circuit Court for the County of Wayne, State of Michigan. File No. 96-621360-NP. |
| 6-22-00 | Richard Hay | Heather Lewis Huber vs. Suzuki, et al In the Pulaski Circuit Court, Second Division, State of Kentucky. File No. 97-CI-00619. |
| 6-28-00 | Dennis T. Cathey | Joseph Wayne Taylor and Holly Taylor, Individually and as Representatives of the Estate of William Alexander Taylor, Deceased, and James Nicholas Taylor, v. Land Rover et al. In the United States District Court for the Northern District of Georgia, Atlanta Division. Civil Action No.  1:99-CV-0228 TWT . |
| 6-29-00 | Robert Rohrbaugh | Lillian Elking, Administrator of the Estate of Cinnamon Elking, et al., vs. Cosco, Inc. In the United States District Court for the Southern District of Ohio, Eastern Division. Case No. C2-99-963. |
| 6-29-00 | James Rogers | Phillip Corral v Toyota Motor Sales, et al. In the Superior Court of Washington in and for King County. Case No. 99-2-08186-2 SEA |
| 7-5-00 | Graham Esdale | Danita Dawn Judson, individually, and as the Custodial Parent of  Derrick Austin Judson, a minor, who is now deceased, vs. Nissan Motor Corporation, et al. In the Circuit Court of Dale County, Alabama. Civil Action No. CV-98-338. |
| 7-12-00 | Robert Ammons | Wallace Williams v Toyota Motor Corp. et al. In the District Court of Jefferson County, Texas, 60th Judicial Court. Cause No. B-160530 |
| 7-18-00 | Dennis T. Cathey | Doug and Mary Behrends, Individually and as Administrators of the Estate of Betsy Behrends, vs. General Motors. In the United States District Court for the Northern District of Georgia, Gainesville Division. File No. 2:99-CV-01430-WCO. |

Page 7

Deposition Testimony

| 7-19-00 | James Lowe | Randall Bigham vs. Land Rover, Ltd. et al. In the U.S. District Court, Middle District of Georgia , Macon Division. Civil Action Number 5:99 CV 159-2. |
|---------|------------|--------|
| 7-24-00 | JoJene Mills | Eileen Shaw vs. Wesley Eugene Wright & Jane Doe Wright. In the Superior Court of the State of Arizona, In and For the County of Pima. Case No. 335342. |
| 8-10-00 | Lance Cooper | Nancy & Tony Zaboli vs. Mazda Motor Corp. et al. In the U.S. District Court for the Northern District of Georgia, Atlanta Division. Civil Action No. 98-CV-3210. |
| 8-17-00 | Pat Maloney, Jr. | Josephine Ashley and Husband, Juan A. Hernandez vs. Benson Ingram Park Mazda and Mazda Motor of America, Inc. et al. In the District Court of Bexar County, Texas, 224th Judicial District. Cause No. 2000-CI-00172. |
| 8-17-00 | Rick Morrison | Eugenia Maxwell, mother and next friend of Reschina L. Maxwell, deceased and Jaqual T. Maxwell, deceased vs. General Motors Corporation, et al. In the Circuit Court of Wilcox County, Alabama. Civil Action No. CV-97-33. |
| 8-24-00 | Pat Ardis | James W. Gillespie and Sandra Gillespie, Parents and Next of Kin of James Wade Gillespie, Deceased vs DaimlerChrysler Corporation et al. In the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis. No. 76600-9 |
| 8-24-00 | Anita Johnson | Margo Barber, Kyle Lon May et al, vs Glenn E. Beverly, General Motors Corporation, et al. In the Circuit Court of Floyd County, Kentucky. Cause No. 98-CI-00376. |
| 8-30-00 | Cynthia Chapman | Victor Manuel Vasquez & Brenda Suarez Vasquez, individually, and on behalf of the Estate of Alyssa Amber Vasquez vs. Hyundai Motor Corporation, et al. In the 73rd Judicial District Court of Bexar County, Texas. Cause No. 99-CI-14064. |
| 8-30-00 | Lee Steers | Alma J. Minton et al vs. General Motors Corp. et al In the United States District Court for the Eastern District of Kentucky, Lexington Division. No. 98-471. |
| 9-12-00 | David Montgomery | Francesca Montealvo v Ford Motor Co., et al. In the Superior Court of Athens-Clarke County, GA Civil Action No.SU-99-CV-0690-G. |

Page 8

Deposition Testimony

| 9-14-00 | George Healy | Mary Seither, Individually and in Her Capacity as Tutrix of the Minors Mark Seither and Stephen Seither vs. Winnebago Industries, Inc. et al. In the Civil District Court for the Parish of Orleans State of Louisiana. No. 99-17502 Division "C: Section 6. |
|---------|--------------|------------------------------------------------|
| 9-14-00 | Craig Sico | Yvette Garcia, Individually, and as representative of the estate of Petra Perez Rangel et al. vs. Ford Motor Company and Port City Imports, Inc. In the District Court of Duval County, Texas 229th Judicial District Cause No. DC-99-369. |
| 9-21-00 | Richard Hay | Harry "J.R." Reeder, Individually, etc., et al., vs. Daimler Chrysler Corporation, et al. In the Circuit Court of Woods County, West Virginia Case No. 99-C-00422. |
| 10-4-00 | Paula Wyatt | Antonio Gonzalez, et al., vs. Ford Motor Company. In the United State District Court for the Southern District of Texas, Laredo Division. Civil Action No. L-99-35. |
| 10-17-00 | Julia Beasley | Jon H. Deal and Charlotte D. Newman as executors of the estate of Jewell D. Deal, Deceased vs. Rite Aid of Alabama, Inc. et al. In the Circuit Court for Montgomery County, Alabama. Civil Action No. CV-99-839. |
| 10-17-00 | John Gsanger | Mary Ruth Pennington, et al. v. Isuzu Motors Limited, et al. In the 281st Judicial District of Harris County, Texas No. 1999-31168. |
| 10-19-00 | Mikal Watts | Genaro Galvan Hernandez, et al. v. DaimlerChrysler Corporation, et al; In the 357th Judicial District Court Cameron County, Texas. Cause No. 2000-04-1500E. |
| 10-20-00 | Chris Saucedo | Ray John and Rosa Maria de Aragon, et al. vs. Cross Country Auto Sales; Garcia imports, and American Honda Motor Company. et al. In the Fourth Judicial District Court, County of San Miguel, State of New Mexico No. CV-98-338. |
| 10-26-00 | Pat Ardis | Peggy Ruiz, as Personal Representative of the Estate of Eric Anthony Ruiz, et al vs. Ford Motor Company et al. In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Case No. 96-1673. |

Page 9

Deposition Testimony

| 11-1-00 | Greg Allen | Orita Artis Johnson III, as the Administrator of the Estate of Clarence Johnson, deceased, vs. Mack Trucks, et al.<br>In the Circuit Court for Perry County, Alabama<br>CV-99-106. |
|---|---|---|
| 11-2-00 | Mikal Watts | Odilla Lopez Saenz, Individually and as Representative of the Estate of Salome Saenz, Deceased, et al. vs. DaimlerChrysler Corporation, et al.<br>In the District Court of Duval County, Texas 229th Judicial District<br>No. DC-99-329. |
| 11-9-00 | Rick Stratton | Sam D. Moore, etc., et al. v. Cosco, Inc., et al.<br>In Circuit Court of Jefferson County, Alabama<br>Bessemer Division<br>No. CV 99-1094 |
| 11-14-00 | William Edwards, III | Jose Antonio Ramirez and Patricia Ramirez, et al. vs. Daimler Chrysler Corporation, et al<br>In the District Court 92nd Judicial District Hidalgo County, Texas.<br>No. C-351-00-A |
| 11-14-00 | Chris Pinedo | Barbara Evans, et al. vs. Warm Springs Rehabilitation Foundation, Inc., Et Al.<br>In the County Court At Law Number Three Nueces County, Texas<br>No. 97-61206-3 |
| 11-15-00 | Kent Emison | Douglas E. Spoerlein, a minor by his Guardian ad Litem, Patricia Zamba, and Richard and Therese Spoerlein, et al vs. International Harvester Company et al.<br>In the Circuit Court, Kenosha County, State of Wisconsin.<br>No. 99-CV-00583. |
| 11-28-00 | Matthew Stone | Raleigh & Beulah Pitts, Individually and as the Surviving Parents of Charles Wilson Pitts; and Teresa L. Clark, as the Administratrix of Estate of Charles Wilson Pitts, v Paul Motor Company, et al.<br>In the State Court of Fulton County, State of Georgia.<br>No. 98-VS-143618-J. |
| 11-30-00 | Stephen Bough | Ericka Wennberg vs Ramon G. Juiliano, and Jimmie & Kathy James, et al.<br>In the District Court of Cloud County, Kansas.<br>No. 99 C 11 |
| 11-30-00 | Rod Squires | Angela Miller, Individually and as next Friend for Aimee Angel Harris, Amare Gerel Harris, and Renecia Daon Harris, Minors, and Aronte Darpree Harris v. Mazda Motor Corporation, et al.<br>In the District Court of Bell County, Texas 146th Judicial District.<br>No. 178,473-B. |

**Page 10**

### Deposition Testimony

| 12-7-00 | Robert Ammons | Laurie M. Sepulvado & Husband Larry Sepulvado vs. Chrysler Corporation, Navistar International Transportation Corporation, Rosenberg Chrysler-Plymouth, Inc & Rollins Leasing Corporation. In the 113th District Court of Harris County, Texas. No. 98-39897. |
|---------|---------------|---|
| 12-7-00 | Robert Ammons | Estate of Evangelina Fuentes Munoz, Deceased In the Probate Court Number Three(3) of Harris County, Texas No. 291,845-401 |

## 2000 TRIAL TESTIMONY

| | | |
|---|---|---|
| 01-19-00 | David Kuntz | Carlin Schweizer vs. Ford Motor Company<br>In the U.S. District Court for the Southern District<br>Of Texas, Corpus Christi Division<br>C-98-369 |
| 01-20-00 &<br>01-21-00 | Tim Morrison | Ralph & Sandra Gentry vs. Volkswagen of<br>America & Tony S. Dorsey<br>In the State Court of Fulton County,<br>State of Georgia<br>Civil Action No. 90-VS-14930-H |
| 03-01-00 | Thomas Hayes | Connie Phipps, Jerry Phipps, Abby Phipps, by &<br>through her next friend, Connie Phipps, & Connie<br>Phipps, personal representative of the Estate of<br>Julie Phipps, deceased vs. Ford Motor Co., &<br>Neley Jean Milner<br>In the Circuit Court of Jasper County, Missouri<br>Case No.: 198-700CC |
| 03-08-00 | Dana Taunton | Ann L. Hanks, Individually & as Next Friend of<br>Katie Marie Hanks, a minor vs. G.M. Corp., et al.<br>In the Circuit Court of Butler County, Alabama<br>Civil Action No.: CV-98-24 |
| 03-14-00 | Michael Hendrickson | State of Missouri vs. Lois Williams<br>In the Circuit Court of Pulaski County,<br>State of Missouri<br>Case No.: CR598-1586FX |
| 03-14-00 | Beth Taylor | Michele Cole vs. D.A. Steward, & J.K. Tiller<br>In the U.S. District Court, Northern District of<br>Georgia, Atlanta Division<br>Case No.: 1:97-CV-1144 WBH |
| 03-16-00 | James Cain | Rodrick & Cathy Landry vs. Mitsubishi Motor<br>Manufacturing of America, Inc., et al.<br>33rd Judicial District Court, Parish of Allen,<br>State of Louisiana<br>No.: C-98-375 |
| 03-30-00 | William Neumann | Miguel A. Gonzalez, et al. vs. Evenflo Company,<br>Inc., f/n/a Juvenile Furniture Company, Inc., et al.<br>In the 138th Judicial District of Cameron County,<br>Texas.<br>Cause No.: 98-08-3035-B |
| 4-6-00 | Brad Kuhlman | Amber Bell v Toyota Motor Corp., Toyota Motor<br>Sales, U.S.A. Inc, New United Motor<br>Manufacturing Inc. and Continental Auto Mall,<br>Inc. In the Circuit Court of Jasper County,<br>Missouri, at Joplin<br>Cause No CV198-1551CC |
| 4-27-00 | Brad Kuhlman | Prashant Kumar vs Toyota, et al.<br>In the Circuit Court for Baltimore City, Maryland.<br>Case No. 98096065 CC 3026 |

Page 2

Trial Testimony

| 5-2-00 | Charles Henshaw | Alan J. Horn, personal representative for the Estate of Sadie Florence Horn v Michael H. Pearman, Anesthesiologist of Columbia, PA et al. In the State of South Carolina, County of Richmond, Common Pleas Court. Case No. 95-CP-40-183 |
|---|---|---|
| 5-3-00 | Greg Allen | Samuel Woods vs. Ford Motor Company: Tulisha Laquanea Graves; et al. In the Circuit Court for Bullock County, Alabama. Civil Action No. CV-99-40. |
| 5-10-00 | Robert A. Slattery | Sandra S. Hensler and Eric Hensler v Ford Motor Company, Capital Ford Sales & ABC Insurance In the Circuit Court of Jefferson County State of Wisconsin. Case No. 98-CV-218 |
| 5-24-00/ 5-25-00 | Jim Gilbert | Borgia v Chrysler Corp., a Delaware Corp. et al. In the Superior Court of the State of California, for the County of Los Angeles. Case No: BC13705 |
| 5-31-00 | Douglas R. Gentile | Kathleen L. Taylor, Individually, as Special Administrator of the Estate of Kenneth L. Taylor, deceased, et al v Chrysler Corporation In the U.S. District Court for the Eastern District of Missouri Eastern Division. Case No. 4:98CV00467CEJ. |
| 6-20-00 | William Edwards | Yvonne Moran, Individually; as next friend of Autumn Rhae Moran, and as Personal Representative of the Estate of Bart Moran, deceased vs. Chrysler Corporation, et al. In the County Court , Court of Law No.1 Nueces County, Texas. Cause No. 97-6054-1. |
| 6-22-00 | Thomas Malone | Hattie J. Crissman, Individually as Surviving Spouse and on Behalf of the Children Michael J. Crissman, Jodie Lee Crissman and Paul E. Crissman, and as Executor of the Estate of Wayne P. Crissman, vs Robert G. Dillon, M.D. and Dekalb Medical Center, Inc., a Georgia Corporation. In the State Court of Dekalb County, Georgia. Civil Action No. 99A52373-6. |
| 7-10-00 | Mike Miller | George Neumann, et al. vs. General Motors Corporation & Bridgestone/Firestone, Inc. In the U.S. District Court; For the Southern District of Texas, Galveston Division. C.A. No. G-98-514. |

Page 3

Trial Testimony

| 7-25-00 | Aaron Woods | Caswell P. Lane, as Administrator of the Estate of Jimmy D. Denniston, Deceased and Judith Denniston, Deceased, & Judith Denniston, widow of Jimmy D. Denniston, Deceased vs. Deere & Company, & Kingsley Equipment Company Commonwealth of Kentucky, Fayette Circuit Court, 5th Division. Civil Action No.: 97-CI-3705. |
|---------|-------------|-----------|
| 8-8/9-00 | Barry Krengel | Dar Schuster V Volkswagen Of American et al In The Court Of Common Pleas Civil Law Division Chester County Case No. 97-05677. |
| 8-23-00 | Tim Morrison | Richard Rodgers Mason, as Sole Surviving Parent & Administrator of the Estate of Richard Robert Mason, a Deceased Minor vs. Ford Motor Company, Inc., a Delaware Corporation In the U.S. District Court, Northern District of Georgia, Atlanta Division Civil Action File No.: 1:99-CV-0459-TWT. |
| 8-31-00 | James Sill | Rick Johnson & Marcia Johnson as parents & next friends of Ricky Johnson vs. Ford Motor Company, et al. In the District Court of Oklahoma County, State of Oklahoma Case No. CJ-98-5736-64. |
| 10-3-00 | Roger L. Pardieck | Thomas D. Purvis & Barbara Purvis, et al. v Ford Motor Company. In the Hamilton Circuit Court, State of Indiana, County of Hamilton. Cause No. 29 col-9610-CP-777. |
| 10-23-00 | Robert Lapin | Rita L. Iracheta, Administrator of the Estates of David Iracheta and Edgar Iracheta, Deceased vs. General Motors Corporation, et al. In the 49th District Court of Webb County, Texas. Cause No. 97-CV-E-01382. |
| 10-31-00 | Mikal Watts | Dagoberto Gonzalez vs. Patrick Shane Athey & Crane Carrier Company In the 94th Judicial District Court, Nueces County, Texas Cause No.: 97-2876-C |
| 11-17-00 | Richard Hay | Harry "J.R." Reeder, Individually, etc., et al., vs. Daimler Chrysler Corporation, et al. In the Circuit Court of Woods County, West Virginia Case No. 99-C-00422. |
| 12-5/6-00 | Ellis Nelson | Joseph & Denise Curran vs. I.C. Company d/b/a Texas Cattle Company & Tad Williams In the State Court of Bibb County, State of Georgia No. 42926 |

1999 DEPOSITION TESTIMONY

| | | |
|---|---|---|
| 01-11-99 | Lance Cooper | Mary Joyce Newman et al. as Administratrix of the Estate of Mary Elizabeth Adamson vs. General Motors<br>U. S. District Court for the Northern District of Georgia, Atlanta Division. 1-98-CV-910-CC |
| 01-26-99 | David Kuntz | Mel Anthony Harper, et al. vs. General Motors Corporation, et al.<br>In the 141st Judicial District Court, Tarrant County, Texas Cause No. 141-173352-98 |
| 01-29-99 | Mikal Watts | Joyce Haan vs. Coachmen Industries, Inc., et al.<br>Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida. 97-4330-CA Division |
| 02-05-99 | William Davis | State of Florida vs. William Justin Tait<br>Circuit Court of the Second Judicial Circuit, in and for Leon County, State of Florida, Felony Division. R97-4333 |
| 02-15-99 | Peter Perlman | Garnett vs. Toyota Motor Corporation, & Toyota Motor Sales, U.S.A., Inc.<br>Commonwealth of Kentucky, Owen Circuit Court<br>Civil Action No. 94-CI-00053 |
| 02-15-99 | Hal Meltzer | Molly A. Shelman vs. Annette Holdings, Inc. & Glenn D. Rice and Daniel Yates<br>Circuit Court of Adair County, Missouri. CV-195-5CC |
| 02-16-99 | Monte Beck | Marie Lynette Cyphers vs. Fuji Heavy Industries & Subaru of America, Inc.<br>U. S. District Court for the District of Montana, Missoula Division. CV 97-186-M-LBE |
| 02-16-99 | Robert Ammons | Cynthia Jackson vs. Ford Motor Company<br>District Court of Galveston County Texas, 212th Judicial District<br>97-CV0618 |
| 02-22-99 | Cal Holmes | Bernard T. Williams vs. General Motors Corporation<br>U. S. District Court for the Northern District of Georgia, Atlanta Division. Civil Action File No. 1:97-CV-0632-RWS |
| 02-22-99 | Ed Ricci | Willie & Annie Brown vs. General Motors Corporation<br>State of Michigan, in the Circuit Court for the County of Wayne<br>94-414842NP |
| 02-23-99 | Carrie Frank | Monterey P. Morgen vs. Kim Possinger<br>St. Joseph Superior Court, South Bend Indiana<br>71D07-9405-CT-00130. Judge Whitman |
| 03-02-99 | Robert Ammons | Betty Stevens, Individually And As Next Friend of Seth Lockwood vs. General Motors Corporation; Lawrence Hall Chevrolet, Inc.; Suzuki Motors Co., LTD.; General Motors Of Canada; CAMI Automotive<br>District Court of Harris County, Texas 113th Judicial District Cause No. 95-37367 |
| 03-09-99 | James Hall | Dana A. Barton vs. Continental Casualty Company<br>U. S. District Court For The Western District of Missouri, Central Division. Case No.: 98-4033-CV-C-BA |

Page 2

Deposition Testimony

| 03-16-99 | W. Joseph Reid | Pamela Amy McKenith, Individually And As Mother And Next Friend Of Asia Alexandria McKenith, A Minor vs. Century Products Company, Inc. And Myles McKenith, Sr. U. S. District Court For The Northern District Of Mississippi, Greenville Division.  Cause No.: 4:98CV4-B-B |
|---|---|---|
| 03-16-99 | Frank Petro | Dalphina Johnson vs. Steve D'Acosta, et al. Circuit Court of Cook County, Illinois County Department/Law Division.  No. 95 L 2650.  Motion Call E |
| 03-17-99 | Patricia Kelly | David Juarez vs. M.G.S. Corporation In the 332nd Judicial District Court of  Hidalgo County Texas C-5753-97-F |
| 03-17-99 | Roger L. Pardieck | Thomas D. Purvis and Barbara Purvis, Individually & as Husband & Wife, & Barbara Purvis, As Guardian of Thomas D. Purvis vs. Ford Motor Company, Tom Wood Ford, Inc., Gary Autrey, & Palmentere Bros. Cartage Service, Inc. Hamilton Circuit Court, State of Indiana County of Hamilton Cause No. 29C01-9610-CP-777 |
| 03-18-99 | Rick Alvis | Janice Mahatha, as Administratrix of the Estate of Eric C. Robison vs. General Motors Corporation et al. Circuit Court For Lauderdale County, Alabama Civil Action No. CV 96-312 |
| 03-25-99 | Gregory Baumgartner | Jose E. Salazar & Theodore Salas, Individually and as Representative of the Estate of Javier Salazar, deceased,  And as next Friends of Laura Salazar, Francisco Salazar and Carlos Salazar, minors vs. General Motors Corporation District Court, 134th Judicial District, Dallas County Texas No. 97-09237-G |
| 03-29-99 | J. W. Phebus | Valerie and Michael Rogalla vs. Emery Air Freight Corporation Circuit Court of the 6th Judicial Circuit, Champaign County, Illinois.  95-L-266 |
| 03-29-99 | Richard Hay | Charles Gene Shields vs. General Motors Corporation U. S. District Court, Western District of Kentucky at Bowling Green.  1:98CV-94-R |
| 04-05-99 | Robert Palmer | Tracy Allen vs. Harlan V. Futrell, et al. Circuit Court of the City Of St. Louis, State of Missouri Cause No. 982-08120.  Division No. 1 |
| 04-06-99 | Rick Morrison | Paris W. Shirley, Joan E. Shirley & Earline Wyatt vs. Estate of Nubern Chandler & Alfa Mutual Insurance Company Circuit Court of Autauga County, Alabama Case No. CV-97-206-R |
| 04-12-99 | Richard L. Denney | Kent L. & Terry L. Clingenpeel vs. Toyota Motor Sales, U.S.A. Inc. District Court of Oklahoma County, State of Oklahoma CJ-96-6336-63 |
| 04-12-99 | Bruce Petway | Darryl Jones & Robin Jones etc., et al. vs. G.M. Corp. U. S. District Court for the Middle District of Florida, Orlando Division.  Civil Action No. CV-98-630-CV-18A |
| 04-14-99 | Steve Harrison | Nina Simpson & Mickey Dean Simpson vs. General Motors Corp. & Holiday Automotive Inc. District Court of Morris County, Texas, 76th Judicial District No.: 17.972 |

Page 3

Deposition Testimony

| 04-26-99 | Steven Harrell | Boatmen's Trust Company, Conservator of the Estate of Jennifer Blakovich vs. Ford Motor Company, Mazda Motor Corporation, Mazda Motor of America Inc., & Sonny Suarez Circuit Court, Phelps County, Missouri. CV 398-0166CC |
|---|---|---|
| 04-27-99 | Peter Perlman | Freddie J. Chenier, et al., vs. Nissan Motor Corporation, et al. In the 27th Judicial District Court, Parish of St. Landry, State of Louisiana. Docket No. 95-C-3299-B |
| 05-12-99 | Chris Brinkley | Otto M. Rodriguez vs. General Motors Corporation & The Curry Corporation of New York U. S. District Court for the Northern District of Georgia, Atlanta Division. Civil Action File No.: 1:96-CV-2568-RCF Judge Richard C. Freeman |
| 05-18-99 | Daniel Rottier | Kelly Carr & Connie Carr vs. Fuji Heavy Industries, Company, LTD., and/or Subaru Division of Fuji Heavy Industries Company, LTD., a foreign corporation; & Subaru of America, Inc., a foreign corporation U. S. District Court, For the District of Alaska Case No.: J96-010 CV (HRH) |
| 05-20-99 | Mikal Watts | Mark Alan Tucker & Cheryl Dea Tucker Individually, As Representatives Of The Estate of Emily Tucker, deceased, and for and on behalf of all those entitled to recover for her death under the Texas Wrongful Death Act vs. DaimlerChrysler Corporation U. S. District Court, For the Eastern District of Texas Texarkana Division. Civil Action No.: 598CV230. Judge Folsom |
| 05-24-99 | Catherine Smith | Ruben Salinas, Individually and on behalf of Dominga Tamez Salinas, deceased, et al. vs. Jayesh Notwarbhai Patel et al. In the 332nd District Court, Hidalgo County, Texas. C-650-98-F |
| 05-25-99 | Shane Langston | Shateca D. McGee, a minor, and Larry D. McGee, a minor, by and through their mother and next best friend, Queen Ester McGee vs. Chrysler Corporation Circuit Court of Hinds County Mississippi. 98-214 C |
| 06-02-99 | James Cain | Rodrick & Cathy Landry vs. Mitsubishi Motor Manufacturing of America, Inc., et al. 33rd Judicial District Court, Parish of Allen State of Louisiana No.: C-98-375 |
| 06-07-99 | John Gsanger | Monique Smith, as personal representative of the Estate of Crystal Smith, deceased vs. Honda Motor Company U. S. District Court for the Southern District of Texas, Corpus Christi Division. C-98-338 |
| 06-08-99 | Kendall Few | Rebecca P. & Michael Grissett vs. General Motors Corporation U. S. District Court for the Western District of Kentucky at Louisville. C:95CV-456-S |
| 06-17-99 | Kirk Davenport | Clarence Bradley, Individually and as Parent and Next Friend of Shytesa Bradley vs. General Motors Corporation Circuit Court of Mobile County, Alabama. CV-98-1919 |

**Page 4**

Deposition Testimony

| | | |
|---|---|---|
| 06-17-99 | Jack Cowley | Ruth T. Casanova, et al., vs. Ford Motor Company, et al. District Court, 229th Judicial District, Duval County Texas Cause No.: 16268 |
| 06-21-99 | David Casso | Juan Kenigstein, et al., vs. General Motors Corporation, et al. District Court, 79th Judicial District Jim Wells County, Texas Cause No. 96-08-35008 |
| 06-21-99 | Brad Kuhlman | Donald Ray Bridges vs. Ford Motor Company, et al. U. S. District Court for the Western District of Oklahoma No. CIV-98-1067-L |
| 06-24-99 | J. Steven Stewart | Hall Killen & Nancy Nesmith Killen for the Estate of Jonathan Davis Killen vs. Jacquelyn H. Horne, Administrator of the Estate of Joel Max Horne, Jr. Superior Court of Jones County, State of Georgia Civil Action No. 96CV-15780 |
| 06-28-99 | Kirk Post | Ernest Carlton Rambo, Individually, as surviving spouse of his wife Beverly Jane Townsend Rambo, deceased, & as Administrator of the Estate of Beverly Jane Townsend Rambo vs. Field Construction Co., Inc., John W. Ayers, Inc., and Marvin Sutton, Defendants & Third Party plaintiffs vs. Margaret Townsend, Third-Party Defendant State Court of Fulton County, State of Georgia Civil Action File No. 99VS148761H |
| 06-30-99 | Daniel DeFeo | Phillip S. Assel & Gina R. Assel vs. Ford Motor Company Circuit Court of Buchanan County, Missouri at St. Joseph Case No. CV398-309CC, Division No. 2 |
| 07-01-99 | Greg Allen | Diana Sparks, as the Administratrix of the Estate of Mark Alan Bieker, deceased vs. Ford Motor Company Circuit Court for Autauga County, Alabama Case No.: CV-98-106-B |
| 07-06-99 | David Chancellor | Ann L. Hanks, Individually & as Next Friend of Katie Marie Hanks, a minor vs. General Motors Corp., et al. Circuit Court of Butler County, Alabama Civil Action No.: CV-98-24 |
| 07-06-99 | Mary Fleck | Belinda McWain, as the Personal Representative of the Estate of Roxanne Biegel, deceased vs. Chrysler Corporation, a Delaware Corporation, & Freda Dibbert & John Doe Dibbert, husband & wife, & their marital community Superior Court of Washington for King County No.: 97-2-11424-1 SEA.  The Honorable Glenna Hall |
| 07-07-99 | Robert Slattery | Sandra S. Hensler & Eric Hensler vs. Ford Motor Company, Capitol Ford Sales, Inc., & ABC Insurance Company Circuit Court of Jefferson County, State of Wisconsin Case No.: 98-CV-218 |
| 07-14-99 | Mikal Watts | Jimmy Hare Jr., et al. vs. DaimlerChrysler Corporation. U.S. District Court, for the Northern District of Texas, Abilene Division Civil Action No.: 199-CV-060-C |

Page 5

Deposition Testimony

| 07-19-99 | Douglas Gentile | Kathleen L. Taylor et al vs. General Motors Corporation<br>U. S. District Court for the Eastern District of Missouri,<br>Eastern Division<br>Case No.: 4:98CV00467CEJ |
|---|---|---|
| 07-26-99 | Pamela James | Willie Adams vs. Shariff B. Harris, Leo L. Utley & G.M. Corp.<br>Superior Court for the County of Richmond, State of Georgia<br>Civil Action File No.: 97-RCCV-1022 |
| 07-29-99 | David Kuntz | Rex Ashby et al., vs. Ford Motor Company<br>In the U.S. District Court For The Southern District of Texas,<br>Corpus Christi Division<br>Civil Action No.: C-98-280 |
| 07-29-99 | David Kuntz | Carlin Schweizer vs. Ford Motor Company<br>In the U.S. District Court For The Southern District of Texas,<br>Corpus Christi Division<br>Civil Action No.: C-98-369 |
| 08-09-99 | Mike Cherof | Kelley Lynne Longdin vs. Candice Little<br>State Court of DeKalb County<br>Civil Action File No.: 98A-49033-6 |
| 08-10-99 | Rusty Weaver | Alvin Trudon Price & Janet Price, as Parents & Next Friends of<br>Matthew Brandon Price, a minor, deceased vs. American<br>Honda Motor Co., Inc.; Honda Motor Co., LTD; Honda<br>R&D Americas, Inc.; & Honda of America MFG., Inc.<br>In the District Court of the United States<br>For the Middle District of Alabama, Eastern Division<br>Civil Action No.: 98-T-944-E. |
| 08-10-99 | Felipe Garcia | Edna Carpentier vs. Chrysler Corp.; Escamilla Motor Sales &<br>Wrecker Service; C.R.S.T., Inc.; & Woo Suk Choi<br>In the District Court, Jim Hogg County, Texas,<br>229th Judicial District<br>Cause No.: 4644<br>Judge Ricardo H. Garcia |
| 08-11-99 | David Palmiere | Kim M. Pierron, Personal Representative of the Estate of<br>Roger Allan Pierron vs. Ford Motor Company<br>In the Circuit Court for the County of Wayne,<br>State of Michigan<br>Case No.: 96-621360 NP<br>Hon. John A. Murphy |
| 08-12-99 | Tim Morrison | Richard Rodgers Mason, as Sole Surviving Parent &<br>Administrator of the Estate of Richard Robert Mason, a<br>Deceased Minor vs. Ford Motor Company, Inc., a Delaware<br>Corporation<br>In the U.S. District Court, Northern District of Georgia<br>Atlanta Division<br>Civil Action File No.: 1:99-CV-0459-TWT |

**Page 6**

Deposition Testimony

| 08-12-99 | Stephen M. O'Brien | Gary Kemper & Rebecca Kemper, Co-Administrators of the Estate of Ross Kemper, Susan Prenatt, Administratrix of the Estate of Kevin Brant Prenatt, & David Gordon, Administrator of the Estate of Kristopher Gordon vs. Ford Motor Company; & Timothy O. Sebree<br>Commonwealth of Kentucky, Shelby Circuit Court<br>Civil Action No.: 96-CI-0070 |
|---|---|---|
| 08-16-99 | Mikal Watts | Dagoberto Gonzalez vs. Patrick Shane Athey & Crane Carrier Company<br>In the 94th Judicial District Court, Nueces County, Texas<br>Cause No.: 97-2876-C |
| 08-19-99 | David Waxler | Sylvester Vercellone vs. Meyer Products & Chrysler Corp.<br>Commonwealth of Massachusetts Superior Court<br>Bristol, S.S.<br>No: 93A-01673 |
| 08-26-99 | Robert Ammons | Darrell Baines, Individually & as Next Friend of Xzavia Baines, a Minor vs. General Motors Corp., et al.<br>In the 61st District Court of Harris County, Texas<br>No.: 98-39896 |
| 08-30-99 | Robert Lewis | Angela Ponder & Robin Kreps as Legal Guardians for Connie Stanford, an incapacitated individual vs. G. M. Corp. & Marshall Clarke, et al.<br>In the Circuit Court of Cullman County, Alabama<br>Civil Action No.: CV-96-490 |
| 08-30-99 | Aaron Woods | Caswell P. Lane, as Administrator of the Estate of Jimmy D. Denniston, Deceased, & Judith Denniston, Widow of Jimmy D. Denniston, Deceased vs. Deere & Company, & Kingsley Equipment Company<br>Commonwealth of Kentucky, Fayette Circuit Court,<br>5th Division<br>Civil Action No.: 97-CI-3705 |
| 08-31-99 | Jimmy Berry | State of Florida vs. Lee Jupiter<br>In the Circuit Court of the Eighth Judicial Circuit,<br>In and For Alachua County, State of Florida<br>Case No.: 97-4901-CFD<br>Division:1 |
| 08-31-99 | Tom Carroll | Sharon Ranell Grimes & Stephanie Lynn Willis, by her Next Friend, Ida Lynn Shearer vs. Mazda North American Operations & Ford Motor Company<br>In the U.S. District Court, Western District of Kentucky at Bowling Green<br>Case No.: 1:97CV-95-M |
| 09-01-99 | Paula Wyatt | Emede Reyes vs. General Motors Corporation, Freer Motor Company & Servando Garza<br>In the 229th Judicial District Court, Duval County, Texas<br>Cause No.: 14753 |

**Page 7**

Deposition Testimony

| 09-07-99 | Susan Steingass | Donna Volkert, Individually and as Personal Representative Of the Estate of Egbert W. Volkert vs. Aero Accessories, Inc., Dennis Faivre, D/B/A Faivre Aviation, ABC Insurance Company, DEF Insurance Company, DEC International, Inc., & and Employers Insurance Of Wausau<br>In the Circuit Court of Dane County, State of Wisconsin, Branch 12<br>Case No. 97-CV-1263<br>Case Code: 30105<br><br>Donna Volkert, Individually and as Personal Representative of the Estate of Egbert W. Volkert vs. Aero Accessories, Inc., United Pacific Insurance Company, Dennis Faivre, D/B/A Faivre Aviation, G & N Aircraft, Inc., ABC Insurance Company, DEC International, Inc., and Employers Insurance of Wausau, and Avemco Insurance Company, Inc.<br>In the Circuit Court of Dane County, State of Wisconsin, Branch 12<br>Case No. 98-CV-1360<br>Case Code: 30105 |
| --- | --- | --- |
| 09-13-99 | Kent Emison | Paul Travis vs. Meredith Lynne Stone, et al.<br>In the Circuit Court of Johnson County, Missouri at Warrensburg<br>Case No.: CV498-599CC<br>Division No. II |
| 09-30-99 | Lance Cooper | Nancy Zaboli & Tony Zaboli vs. Mazda Motor Corp. & Mazda North American Operations<br>In the U.S. District Court for the Northern District of Georgia, Atlanta Division<br>Civil Action File No.: 1 98-CV-3210 |
| 10-06-99 | Mikal Watts | Janice Brazil, Individually As Executrix of the Estate of Max Brazil, Deceased, and for and on Behalf of all those entitled to recover for his death under The Wrongful Death Act, and as Next Friend for Scott Brazil, a minor child, Benjamin Brazil and Kyle Brazil vs. General Motors Corporation<br>In the U.S. District Court, For The Northern District of Texas, Wichita Falls Division<br>Civil Action No. 7-99CV-001-R<br>Judge Jerry Buchmeyer |
| 10-12-99 | Andrew Hollis | Jerrell Hill vs. General Motors Corporation, a Corporation; Capital Chevrolet, Inc., et al.<br>In the Circuit Court of Bullock County, Alabama<br>Civil Action  No. CV-97-137 |
| 10-12-99 | Mike Eidson | Rex Ashby, etc., et al. vs. Ford Motor Company<br>In the U.S. District Court of Texas,<br>Corpus Christi Division<br>Civil Action No. C-98-280 |

**Page 8**

Deposition Testimony

| 10-13-99 | Fred Spigarelli | John Albert Tessman, III, an incompetent person, by & through John Albert Tessman, Jr. & Terri E. Tessman vs. Joplin Cement Company, et al.<br>In the Circuit Court of Jasper County,<br>State of Missouri at Joplin<br>Case No. CV197-1250CC |
|---|---|---|
| 10-14-99 | David Beasley | Joseph Bailey & Audrey Bailey, as Parents & Natural Guardians of Nicole Bailey, a minor, and Joseph Bailey & Audrey Bailey vs. Chrysler Corporation<br>In the U.S. District Court, Southern District of Florida, West Palm Beach Division<br>Case No.: 98-8835-C.V. – Moreno |
| 10-14-99 | Robert Wyatt | Juan & Rosa Tamez, Individually and as Next Friend of Juan Enrique Tamez vs. Michael A. Bustos, K-Mart Corp, Canstar Sports Inc., U.S.A., Helmtech Inc., U.S.A., Industries Helmtech<br>In the District Court, Starr County Texas, 381st Judicial District<br>No.: DC-95-123 |
| 10-18-99 | Norman Jolly | Jose Cavazos, Jr. vs. General Motors Corporation<br>In the District Court, Willacy County Texas<br>197th Judicial District<br>Cause No. 98-286 |
| 10-18-99 | Bradley Kuhlman | Prashant Kumar vs. Estate of Alfred C. Shumar, Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., & Tokairika Co., LTD<br>In the Circuit Court For Baltimore City<br>Case No. 98096065 CC 3026 |
| 10-26-99 | David Perry | Clayton D. Brooks, Individually & As Representative of the Estate of James W. Brooks, deceased & As Next Friend of Jacob T. Brooks, a minor, & for and on behalf of all Persons Entitled To Recover For His Death Under The Texas Wrongful Death Act vs. General Motors Corporation & Lawrenceville Chevrolet, Inc.<br>In the District Court, Taylor County, Texas<br>42nd Judicial District<br>No. 44,314-A |
| 10-28-99 | Chad Love | Lorraine Moser, Administratrix of the Estate of Jennifer L. Moser, deceased vs. Ford Motor Company<br>In the U.S. District Court, For The Northern District of West Virginia, At Clarksburg<br>Civil Action No. 1:97CV194<br>Honorable Irene M. Keeley |
| 10-28-99 | Thomas Hayes | Connie Phipps, Jerry Phipps, Abby Phipps, by & through her next friend, Connie Phipps, personal representative of the Estate of Julie Phipps, deceased vs. Ford Motor Company & Neley Jean Milner<br>In the Circuit Court of Jasper County, Missouri<br>Case No. 198-700CC |

**Page 9**

Deposition Testimony

| 11-01-99 | Kevin Corcoran | Maria Carmen Martinez, Individually & as Heir to Jamie Martinez, her deceased son vs. G.M. Corporation<br>In the 287th District Court of Parmer County, Texas<br>Cause No. 8,228 |
|---|---|---|
| 11-01-99 | Bradley Kuhlman | Amber Bell vs. Toyota Motor Corp., Toyota Motor Sales, U.S.A. Inc., New United Motor Mfg Inc., & Continental Auto Mall, Inc.<br>In the Circuit Court of Jasper County, MO, at Joplin<br>CV198-1551CC |
| 11-18-99 | Paula Wyatt | Pedro Morin, et al. vs. G.M. Corp., et al.<br>In the 229th Judicial District Court of Starr County, Texas<br>Cause No. DC-98-210 |
| 11-19-99 | Michael Hendrickson | State of Missouri vs. Lois Williams<br>In the Circuit Court of Pulaski County, State of Missouri<br>Cause No. CR598-1586FX<br>Division No. II |
| 11-22-99 | Brian Plant | Jerry Bajalia, Rachel Bajalia, Individually and as Parents, Guardians and Next Friends of their minor Daughter, Stephanie Bajalia, et al. vs. Daimlerchrysler Corporation; Melisa Manzella, et al.<br>In the Circuit Court For Jefferson County, Alabama<br>Civil Action No. CV-97-2771 |
| 11-23-99 | Mike Miller | George Neumann, et al. vs. General Motors Corporation & Bridgestone/Firestone, Inc.<br>In the U.S. District Court; For the Southern District of Texas, Galveston Division<br>C.A. No. G-98-514 |
| 11-24-99 | Doug Gwyther | Reymundo Saldana, et al. vs. The Estate of Mayra Alaniz & J.B. Hunt Transport<br>In the 229th District Court of Starr County, Texas<br>Cause No. DC-98-246 |
| 11-30-99 | James Sill | Rick Johnson & Marcia Johnson as parents & next friends of Ricky Johnson vs. Ford Motor Company, et al.<br>In the District Court of Oklahoma County,<br>State of Oklahoma<br>Case No. CJ-98-5736-64 |
| 12-01-99 | Andrew Payne | Katherine D. Stowell, Individually and as next friend to Nyssa Marie Stowell, a minor vs. Evenflo Company, et al.<br>In the U.S. District Court For The Eastern District of Texas, Marshall Division<br>Civil Action No. 2-98CV0267-DF/HWM |
| 12-01-99 | Greg Allen | John Kevin Ricketts, as Executor of the Estate of Sara Ann Ricketts, deceased; Daniel Levi Ricketts, a minor child through his Father & next friend, John Kevin Ricketts; and John Kevin Ricketts, an individual vs. Peacock Timber Transport, Inc., an Alabama Corp., James Douglas Bray, an individual, et al.<br>In the Circuit Court of Montgomery County Alabama<br>No. CV-98-1042 |

Page 10

Deposition Testimony

| 12-02-99 | Mikal Watts | Randy & Cindy LeCompte et al. vs. DaimlerChrysler Corp., & Jonathon Seliner<br>In the 239th Judicial District, Brazoria County, Texas<br>Cause No. 7824 JG99 |
|----------|-------------|---------|
| 12-06-99 | Greg Allen | Richard Franklin & Lois P. Franklin, as the Custodial Parents of Misty Leigh Franklin, a minor, who is now deceased vs. Ford Motor Company, et al.<br>In the Circuit Court For Baldwin County, Alabama<br>Civil Action No. CV98-937 |
| 12-07-99 | Kevin Hawkins | Carolyn McCleneghen, personal representative for and on behalf of all wrongful death beneficiaries of William J. McCleneghen, Sr., deceased and for the Estate of said deceased vs. Nissan Motor Company, LTD.; Nissan Motor America, Inc.; Brandi Chrysler, et al.<br>In the U.S. District Court For The Southern District of Mississippi, Jackson Division<br>Civil Action No. 3:98CV700-LN |
| 12-13-99 | Kenneth Ingram | Larry Powell vs. General Motors Corporation<br>In the Circuit Court For Tallapoosa County, Alabama<br>Alexander City Division<br>CV 97-16 |
| 12-16-99 | Mark Colantonio | Cynthia Guthrie, Scott Guthrie, Beth L. Clayton, individually, and as next friend and natural guardian of Tiona Anderson, an infant vs. Brian M. McMillen, and Delton Restaurants, Inc., a West Virginia Corporation, Defendant – Third Party Plaintiff vs. Cosco, Inc., Third Party Defendant.<br>In the Circuit Court of Wetzel County, West Virginia<br>Civil Action No. 96-C-43K |
| 12-16-99 | Mike Davis | David Escoto & Dorothy Escoto, as Next Friends of Dominic Escoto, a Minor vs. Evenflo, Evenflo Company, Inc. f/k/a Evenflo Juvenile Furniture Co. & Evenflo Products Co., Spalding & Evenflo Companies, Inc., Spalding Holdings Corp., Wal-Mart Stores, Inc. d/b/a Wal-Mart Store #0822, & Kenneth E. Ernst<br>In the U.S. District Court, For The Northern District Of Texas Amarillo Division<br>Civil Action No. 2-99CV-182-J |
| 12-20-99 | Graham Esdale | Tracey A. Woodyard, as Administratrix of the Estate of Israel Woodyard, Jr., Deceased vs. Nissan Motor Co., LTD.; & Nissan Motor Corp. in U.S.A.; & Chris Myers Pontiac – GM, Inc.<br>In the U.S. District Court For The Southern District of Alabama Southern Division<br>Civil Action No. 990223-BH-5 |

## 1999 TRIAL TESTIMONY

| | | |
|---|---|---|
| 01-05-99 | J. Hue Henry | Randolph D. Simpson, Sr. vs. Edward C. Gardner, M.D. Superior Court for the County of Clarke, State of Georgia SU94CV1509 |
| 01-20-99 | Greg Allen | Nancy G. Gibson vs. Hodgson Concrete Company, Inc. & Rufus W. McCants, et al. Circuit Court of Montgomery County, Alabama Civil Action No. CV-97-153-PR |
| 01-22-99 | Turner Branch | Martin Axelrod vs. General Motors Corporation U. S. District Court for the District of Mexico. 97-863 M/LFG |
| 02-02-99 | Herbert Moncier | State of Tennessee vs. Thomas Dee Husky Supreme Court of Tennessee, Knox County Criminal Court No. 51903 |
| 02-24-99 | James Lowe | Hisrich (Estate of Diana Zhang) et al., vs. Volvo Cars of North America U. S. District Court, Northern District of Ohio. 5:95 CV 01080 |
| 03-04-99 | Pete Patterson | Dollie Shinaver, as Administratrix of the Estate of Edward Taylor, Joyce Wattell, Ezra Taylor And Margarite Thomas vs. City of Houston U. S. District Court for the Southern District of Texas, Galveston Division. C.A. No. G-97-693 |
| 03-15-99 | David Watson | Judith L. Mock, Executrix of the Estate of Ralph H. Mock, Jr., deceased vs. General Motors Corporation Court of Common Pleas of Allegheny County Pennsylvania. Case No GD-91-19849 |
| 04-07-99 | Ed Ricci | Willie & Annie Brown vs. General Motors Corp. State of Michigan, in the Circuit Court for the County of Wayne 94-414842-NP |
| 04-20-99 | Rene Haas | Mel Anthony Harper, et al vs. General Motors Corp., et al. In the 141st Judicial District Court, Tarrant County, Texas Cause No. 141-173352-98 |
| 05-10-99 | Kendall Few | Timothy Moyer vs. Roadway Express, Inc., & Ford Motor Company U. S. District Court for the District of South Carolina, Anderson Division. C/A #: 8:97-3633-21 |
| 06-09-99 | Catherine Smith | Edna Carpentier vs. Chrysler Corporation; Escamilla Motor Sales & Wrecker Service; C.R.S.T., Inc., & Woo Suk Choi District Court, Jim Hogg County Texas, 229th Judicial District Cause No.: 4644. Judge Ricardo H. Garcia |
| 06-11-99 | Jim Ferguson | Alexander Jeong vs. Honda Motor Company., Ltd., et al. U. S. District Court for the Western District of VA., Roanoke Division. Civil Action No.: 95-0024-A/R |
| 06-16-99 | Jim Gilbert | Monterey P. Morgen vs. Kim Possinger St. Joseph Superior Court, South Bend Indiana 71D07-9405-CT-00130. Judge Whitman |
| 06-22-99 | Cage Wavell | Cerini, et al., vs. Suntide Sand Pit, Inc., et al. District Court, 94th Judicial District, Nueces County, Texas 95-836-C |

Page 2

## Trial Testimony

| | | |
|---|---|---|
| 07-13-99 | John Kalo | Shirley A. Dekalaita vs. Louis P. Webb, Jr., Rainbow Six, Inc. and James M. Christensen, Circuit Court for the County of Genesee, State of Michigan File No.: 94-26401-NI, Honorable Thomas C. Yeotis |
| 07-28-99 | Richard Denney | Kent L. & Terry L. Clingenpeel vs. Toyota Motor Sales, U.S.A., Inc. In the District Court of Oklahoma County, State of Oklahoma CJ-96-6336-63 |
| 08-17-99 | Steven Stewart | A. Hall Killen & Nancy Nesmith Killen for the Estate of Jonathan Davis Killen vs. Jacquelyn H. Horne, Administrator of the Estate of Joel Max Horne, Jr. In the Superior Court of Jones County, State of Georgia Civil Action No.: 96CV-15780 |
| 08-19-99 | Peter Perlman | Jeffery Starks vs. Nissan Motor Company, LTD Franklin Circuit Court Division No. 1, State of Kentucky 96-CI-00315 |
| 10-19-99 | Stephen O'Brien | Gary Kemper & Rebecca Kemper, Co-Administrators of the Estate of Ross Kemper, Susan Prenatt, Administratrix of the Estate of Kevin Brant Prenatt, & David Gordon, Administrator of the Estate of Kristopher Gordon vs. Ford Motor Company; & Timothy O. Sebree Commonwealth of Kentucky, Shelby Circuit Court Civil Action No.: 96-CI-0070 |
| 10-22-99 | Bruce Pfaff | Lydia Carrillo & Angelo Carrillo vs. Ford Motor Company & Kevin Gaczkowki In the Circuit Court of Cook County, Illinois County Department-Law Division Case No. 94-L- 16931 |
| 11-05-99 | David Waxler | Sylvester Vercellone vs. Meyer Products & Chrysler Corp. Commonwealth of Massachusetts Superior Court Bristol, S.S. No. 93A-01673 |
| 11-16-99 11-17-99 | David Patterson | Kathleen Russell vs. Montgomery L. McGee, et al. In the Court of Common Pleas, Franklin County, Ohio Case No. 97CVC-01-2424 Judge Sheward |
| 12-10-99 | David Stone | Delsia Grant, Individually & as Mother & Guardian of Dwayne Anthony Bryan, a minor vs. Budget Rent-A-Car Systems, Inc., & Hugh Khary Bryan In the Circuit Court of the Eleventh Judicial Circuit of the State of Flordia, In & For Dade County, General Jurisdictional Div. No. 96-15069 CA 30 |
| 12-15-99 | Doug Gwyther | Reymundo Saldana, et al. vs. The Estate of Mayra Alaniz & J.B. Hunt Transport, Inc. In the 229th District Court, Starr County, Texas Cause No. DC-98-246 |