44

# RETURN OF SERVICE

Service of the Summons and complaint was made by me¹   DATE: 6-12-04 at 5:15 pm

TITLE Luis A. Saenz, Civil Prosser

United States District Court
Southern District of Texas
FILED

JUN 1 8 2004

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☒ Served personally upon the defendant.

Place where served: Alexander Ave + Avenue D. Auto Zone Parking lot at 850 So. Alexander Ave. in Baton Rouge, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Signature of Server: *[signed] Luis A. Saenz*

Address of Server: P.O. Box 5206, McAllen, Texas 78502-5206

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

**THE STATE OF TEXAS** §
§
**COUNTY OF HIDALGO** §

**BEFORE ME,** the undersigned authority, on this day personally appeared **Luis A. Saenz,** a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is **Luis A. Saenz**. I am over eighteen (18) years of age, I reside in **Hidalgo County, Texas.** I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

_Juan E. Rungel_ is not in the military services as a member of the Armed Forces of the United States of America. On _June 12,_ 2004, I:

__✓__ I personally spoke to _Juan E. Rungel_ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America:

_____ personally spoke to _____ who indicated that they personally know _____ and that he/she is not in the military services as a member of the Armed Forces of the United States if America;

_____
_____
_____.

(If other, please explain facts of showing non-military status)

_Luis A. Saenz_ (Printed name of Affiant)

SUBSCRIBED AND SWORN TO BEFORE ME, on this the __14__ day of __June__, 2004, to certify which witness my hand and official seal.

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

NOTARY PUBLIC
In and for The State of Texas