

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § |
| VS. | § § CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § |

## DEFENDANT FORD MOTOR COMPANY'S
## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Ford Motor Company hereby gives notice that effective June 28, 2004, our address and telephone number will be changing to the following:

Bowman and Brooke LLP
2901 N. Central Ave., Ste. 1600
Phoenix, Arizona 85012

Telephone number: 602-643-2300

Our facsimile number remains unchanged.

Respectfully submitted,

BOWMAN AND BROOKE LLP
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012
Telephone:  (602) 248-0899
Facsimile:  (602) 248-0947

By: _____
Jill S. Goldsmith
Texas Bar No. 24044036

**ATTORNEYS FOR DEFENDANTS FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been forwarded to the following attorneys on this _21_ day of June 2004:

Mikal Watts
Ray Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

Thomas M. Bullion, III
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Jaime A. Saenz
Rodriguez Colvin & Cahney
PO Box 2155
Brownsville, Texas 78522

Jill S. Goldsmith, Esq.