46

B-03-CV-135

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE  July 1, 2004 | JUL 07 2004 |
|---|---|---|
| NAME OF SERVER  Luis A. Saenz | TITLE  Private Civil Processor. | Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: *at 10:00pm on 7-1-04 in Port Allen, LA*

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __7-1-04__
Date

Signature of Server

P.O. Box 5206 – McAllen, Tx.
Address of Server
78502-5206

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS                §
                                  §
COUNTY OF ___Hidalgo___           §

**BEFORE ME,** the undersigned authority, on this day personally appeared _____

___Luis A. Saenz___ a person having knowledge of the matters hereinafter set

forth and who is personally known to me and first being duly sworn according to law,

upon his oath deposed and said:

My name is **Luis A. Saenz**. I am over eighteen (18) years of age, I reside in
**Hidalgo County, Texas.** I have never been convicted of a felony , and I am fully
competent to make this Affidavit. I have personal knowledge of the facts stated herein,
and they are all true and correct.

___Juan Rangel Espinosa___ is not in the military services as a member of the
Armed Forces of the United States of America. On _____, 2004, I:

___X___ I personally spoke to ___Juan Rangel Espinosa___ and he/she indicated
that he/she is not in the military services as a member of the Armed Forces of the United
States of America:

_____ personally spoke to _____ who indicated that
they personally know _____ and that he/she is not in the military
services as a member of the Armed Forces of the United States if America;

_____
_____
_____.

(If other, please explain facts of showing non-military status)

_____
Luis A. Saenz          (Printed name of Affiant)

SUBSCRIBED AND SWORN TO BEFORE ME, on this the __6__ day of
__July_____, 2004, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC
In and for The State of Texas

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006