IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> AND JOSE VIERA ESCOBEDO § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> WALMART STORES, INC., DBA § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO.: B-03-135 |

## NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF JUAN RANGEL ESPINOZA

TO:  Juan Rangel Espinoza
     515 Henke St., Apt. C
     Houston, TX  77020

Please take notice that defendant Michelin North America, Inc. will take the oral and videotaped deposition of Juan Rangel Espinoza on July 8 2004, beginning at 1:00 p.m (CDT).

Said deposition shall continue from day to day until completed and will take place at:
Baton Rouge Court Reporters
11832 Newcastle Ave., Ste. 16
Baton Rouge, Louisiana  70816
800-375-7906

Such deposition shall continue from day to day until completed before a certified court reporter and certified interpreter provided by Baton Rouge Court Reporters, 11832 Newcastle Ave., Ste. 16, Baton Rouge, Louisiana  70816

AUS:2169800.1
32302.101

The deposition when taken may be used in evidence upon the trial of the above-entitled and numbered cause.

                Respectfully submitted,

                BROWN MCCARROLL, L.L.P.
                111 Congress Avenue
                Suite 1400
                Austin, Texas 78701
                (512) 472-5456
                (512) 479-1101 (FAX)

By: _____
      Thomas M. Bullion III
      State Bar No. 03331005/ Federal I.D. 14690
      Chris A. Blackerby
      State Bar No. 00787091/Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by fax to the following attorneys this 28th day of June, 2004.

Jaime Saenz
Alison D. Kennamer
Rodriguez, Covin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Attorneys for Ford Motor Company

Jill Goldsmith
Bowman & Brooke
2929 N. Central, Ste. 1700
Phoenix, AZ 85012
Attorneys for Ford Motor Company

Ray R. Marchan
Watts Law Firm, LLP
1926 East Elizabeth
Brownsville, Texas 78520
Attorneys for Plaintiffs

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478
Attorneys for Plaintiffs

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Attorneys for Defendant Walmart Stores, Inc.
d/b/a Sam's Wholesale Club

Thomas M. Bullion, III/Chris A. Blackerby

- 3 -

AUS:2169800.1
32302.101