IN THE UNITED STATES DISCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB | § § § § | |

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahmad

<u>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT MICHELIN' NORTH AMERICA, INC.
AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB'S MOTIONS
FOR SUMMARY JUDGMENT AND
GRNATING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DESIGNATE
TIRE EXPERT AND FILE REPORTS</u>

On this the ___15th___ day of July, 2004, came on to be considered the foregoing motion and the court is of the opinion that the motion should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for extension of time to File Response to Defendant Michelin North America, Inc. and Walmart Stores, Inc. d/b/a Sam's Whole Club's Motions for Summary Judgment and Motion for Extension of Time to Designate Tire Expert and File Reports be and the same is hereby in all things granted.

Plaintiffs are ordered to designate a tire expert and file the report no later than ___August 6, 2004___.

Signed this the ___15th___ day of July, 2004.

_____
JUDGE PRESIDING