

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, DECEASED; et al. | § | |
| | § | CIVIL ACTION NO.: B 03135 |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY, | § | |
| et al. | § | |

### UNOPPOSED ORDER GRANTING MICHELIN NORTH AMERCA, INC.'S MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES

Before the Court is Michelin North America's Motion for Extension of Time to Designate and Disclose Experts and Request for Expedited Ruling. After hearing the motion the Court is of the opinion that it should be GRANTED. Accordingly,

IT IS HEREBY ORDERED that Michelin North America, Inc.'s deadline to name expert witnesses and furnish a report is extended to thirty (30) days after the Court rules on Michelin's motion for summary judgment or after plaintiffs designate a tire expert and provide a report from such expert.

Signed on this 15 day of July, 2004.

_____
UNITED STATES DISTRICT JUDGE