

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND SAM'S EAST, INC. | § § § | |

## Order Granting Sam's East, Inc.'s Motion for Extension of Time to Designate and Disclose Experts

Before the court is Sam's East, Inc.'s Unopposed Motion for Extension of Time to Designate and Disclose Experts. The court, after reviewing the motion and pleadings on file, is of the opinion that said motion should be, and is hereby, **GRANTED**. Accordingly,

IT IS HEREBY ORDERED that Sam's East, Inc.'s deadline to name expert witnesses and furnish a report is extended to the earlier of thirty (30) days after the court rules on Sam's East, Inc.'s motion for summary judgment or after plaintiffs designate a tire expert and provide a report from such expert.

Signed this the 23rd day of July, 2004.

Andrew S. Hanen
United States District Judge