

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. DBA SAM'S WHOLESALE CLUB | § § § § | |

## DEFENDANT FORD MOTOR COMPANY'S
## DESIGNATION OF EXPERT WITNESSES

COMES NOW, Ford Motor Company (hereinafter "Defendant") and files this its Designation of Expert Witnesses and reserves the right to file additional designations consistent with the Court's docket control orders in this case and the Federal Rules of Civil Procedure.

I.

Defendant designates the following retained expert witnesses who may be called to testify at the trial of this case:

Lee C. Carr
Carr Engineering, Inc.
12500 Castlebridge Drive
Houston, TX 77065
(281) 894-8955

Mr. Carr, a mechanical engineer who will testify regarding the design, development, and testing of the subject Ford Ranger. He will address the handling and stability characteristics of the vehicle and any testing related thereto. Mr. Carr will testify regarding the effect of vehicle dynamics

in this accident and may address computer simulations. Mr. Carr may also express rebuttal opinions on any issues raised by expert witnesses called by any other party. Mr. Carr has prepared a written report. His factual observations, mental impressions, conclusions, and opinions will be elaborated on at any deposition he gives in the case. The witness' written report and Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure (Bates Nos. FMC000001-FMC000016).

Robert P. Rucoba
Carr Engineering, Inc.
12500 Castlebridge Drive
Houston, TX 77065
(281) 894-8955

    Mr. Rucoba will testify on accident reconstruction issues and render opinions as to the movement and path of the subject vehicle and the causation of the subject accident including, but not limited to, vehicle speeds, impacts, motion, orientation, kinematics, yaw rates, and roll rates. Mr. Rucoba will also address Plaintiffs' experts' testimony as necessary. Mr. Rucoba has prepared a written report. His factual observations, mental impressions, conclusions, and opinions will be elaborated on at any deposition he gives in the case. The witness' written report and Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure (Bates Nos. FMC000017-FMC000024).

Robert Piziali, Ph.D., P.E.
Piziali & Associates
655 Skyway Road, #202
San Carlos, CA 94070
(650) 802-5930

    Dr. Piziali will testify in the areas of kinematics and kinetics, vehicle occupant mechanics and injury mechanisms, engineering principles and biomechanics. He may also express rebuttal opinions on any issues raised by expert witnesses retained by any other party. Dr. Piziali has prepared a written report. His factual observations, mental impressions, conclusions, and opinions will be elaborated on at any deposition he gives in the case. The witness' written report and Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure (Bates Nos. FMC000025-FMC000050).

Garry Bahling
Vehicle Assessment Consulting, Inc.
2975 Bullock Drive

Metamora, Michigan 48455
(810) 797-5787

      Mr. Bahling is expected to testify regarding the design, integrity and strength of the roof and roof structure of the subject Ford Ranger. He also will testify regarding the restraint system for the Ford Ranger. Mr. Bahling has inspected the subject vehicle, and may express opinions concerning his examination of the subject vehicle. He will testify that he saw no evidence of a manufacturing defect in the roof. He is expected to testify that the design of the roof and roof structure of the subject vehicle provides a reasonable level of safety for occupants of the vehicle, that the roof is not defective in design, and that the roof and roof structure was appropriately designed, manufactured and tested. Mr. Bahling will also address issues concerning the history, severity and relevance of the Federal Motor Vehicle Safety Standards ("FMVSS") with particular emphasis on FMVSS 216, roof strength. Mr. Bahling may also respond to issues raised by Plaintiffs' experts, specifically on roof design issues. Mr. Bahling also will testify that the restraint system is not defective or unreasonably dangerous in design or manufacture. He also will respond in rebuttal to the opinions of the experts retained by other parties. Mr. Bahling has prepared a written report. His factual observations, mental impressions, conclusions, and opinions will be elaborated on at any deposition he gives in the case. The witness' written report and Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure (Bates Nos. FMC000051-FMC000061).

Richard Morrison
Glass & Glazing Forensics, Inc.
The Onyx Building
29777 Telegraph Road
Suite 2447
Southfield, MI 48034
(248) 353-2200

      Mr. Morrison is expected to testify in the areas of glass and glazing. He may also express rebuttal opinions on any issues raised by expert witnesses retained by any other party. Mr. Morrison has prepared a written report. His factual observations, mental impressions, conclusions, and opinions will be elaborated on at any deposition he gives in the case. The witness' written report and Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure (Bates Nos. FMC000062-FMC000081).

      Defendant reserves its rights under the Federal Rules of Civil Procedure to supplement this response.

Defendant reserves the right to cross-examine Plaintiffs' designated expert witnesses and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have.

Defendant reserves the right to later designate additional experts and/or provide reports, if necessary, in accordance with this Court's Orders on docket control and/or in response to any later designation of expert witnesses by Plaintiffs and/or upon receiving more detail as to the experts' opinions and testimony Plaintiffs intend to offer at trial.

Defendant may call as witness(es) at trial any of or all persons who have been deposed in this case and offer at trial any and all deposition testimony taken in this case regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony.

Defendant reserves the right to withdraw the designation of any experts and to aver positively that any such previously designated experts will not be called as expert witness pursuant to Texas caselaw.

Respectfully submitted,

BOWMAN AND BROOKE LLP

By: _____
Jill S. Goldsmith
Texas Bar No. 24044036
2901 North Central Avenue
Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

Mikal Watts
Ray Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520

Jaime A. Drabek
The Law Firm of Rabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

Thomas M. Bullion, III
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Jaime A. Saenz
Rodriguez Colvin & Chaney
PO Box 2155
Brownsville, Texas 78522

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 27 day of July, 2004.

Jill S. Goldsmith

Page 5