IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO<br>INDIVIDUALLY AND AS<br>REPRESENTATIVE OF THE ESTATE<br>OF JOSE ANGEL ESCOBEDO<br>RODRIGUEZ;  AND<br>LUIS ALBERTO ESCOBEDO VIERA<br>AND JOSE VIERA ESCOBEDO | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. B-03-135 |
| VS. | §<br>§<br>§ | |
| FORD MOTOR COMPANY,<br>MICHELIN NORTH AMERICA, INC.<br>AND WALMART STORES, INC. DBA<br>SAM'S WHOLESALE CLUB | §<br>§<br>§<br>§ | |

## PLAINTIFF THIRD SUPPLEMENTAL DESIGNATION OF EXPERTS

NOW COMES, Febriona Viera Escobedo, Individually and as Representative of

the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo

Viera and Jose Enrique Viera Escobedo and Jose Angel Escobedo, Plaintiffs, and file this

their third supplemental designation of experts as follows:

I.

In addition to those expert previously designated and expert reports previously

filed with this Honorable Court, plaintiffs are filing and designation:

Wm. Max Nonnamaker
Nonnamaker & Associates, Inc
3250 West Market Street, Suite 101
Akron, Ohio  44333-3319
(330) 836-9531
(330) 836-9532 FAX

Mr. Nonnamaker is expected to testify regarding the tire made the basis of this
lawsuit.  See attached Mr. Nonnamaker's expert report and CV.

Respectfully submitted this the __6^TH__ day of August, 2004.

WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
Telephone Number: (956) 544-0500
Facsimile Number: (956) 541-0255

Ray R. Marchan
Attorney for Plaintiffs
State Bar No.12969050
Federal I.D. No. 9522

## CERTIFICATE OF SERVICE

On this the __6TH__ day of August, 2004, a true and correct copy of the foregoing instrument was forwarded to all counsel via facsimile, by hand-delivery, or by certified mail, return receipt requested.

> Jaime A. Drabek
> The Law Firm of Rabek & Associates
> 1720 E. Harrison, Ste. B
> Harlingen, Texas 78550
>
> Thomas M. Bullion, III
> Brown, McCarrol, L.L.P.
> 111 Congress Avenue, Suite 1400
> Austin, Texas 78701
>
> Jaime A. Saenz
> Rodriguez, Colvin & Chaney
> P.O. Box 2155
> Brownsville, Texas 78522

Ray R. Marchan

## **AFFIDAVIT**

THE STATE OF OHIO                             §

COUNTY OF SUMMIT                          §

On this 4th day of August, 2004, came on before me, the undersigned

authority, personally appeared WM. MAX NONNAMAKER, who after first

duly sworn upon oath, stated and deposed as follows:

"My name is Wm. Max Nonnamaker. I am over the age of 18 years

and am not disqualified by law to make this affidavit. I am a resident of

Akron, Ohio. I hereby state that the foregoing statements and attached

report are true and correct to my knowledge.

Signed this the 4th day of August, 2004.

WM. MAX NONNAMAKER

SWORN TO AND SUBSCRIBED on this the 4th day of August, 2004.

NOTARY PUBLIC, STATE OF OHIO

Pamela H. Bohm, Notary Public
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires March 17, 2002 2007

Escobedo, Jose Ang
205623-000335

# Nonnamaker & Associates, Inc.

**3250 West Market Street, Suite 101**
**Akron, Ohio  44333-3319  330/836-9531  FAX  330/836-9532**

**Wm. Max Nonnamaker**
President

August 4, 2004

Mr. Ray R. Marchan
Watts Law Firm
Fort Brown Plaza
1926 East Elizabeth Street
Brownville, Texas  78520

Re:    Civil Action No. B-03-135
       Febriona Viera Escobedo, et al vs. Ford Motor Company, et al
       Your File No.: 205623
       Trial: 11/4/04
       N & A File No.: M062904P

Dear Mr. Marchan:

I have examined the P235/60R14 B F Goodrich Radial T/A 965 M+S tire with
serial number DOT BER1NX71228 which we received June 29, 2004.

Based on a complete examination of the subject accident tire, a piece of the tread
with an outer steel belt and wheel as separate units it is my opinion the puncture
through the tread of the tire should not have been repaired but the tire should have
been scrapped.

Between the puncture and repair internal air in the assembly built up around the
filaments in the steel belt cords causing a breakdown of the rubber on the non
serial side of the tread on the tire.  This separation spread circumferentially
against the direction of rotation then across the crown of the tire and tore most of
the tread and outer steel belt off.

This is a classic puncture repair tire failure and is the reason we have been saying
for several years that punctured steel belted tires should not be repaired because
you can or may not know that the tire is in a failure mode.  If, a failure mode has
developed during that period of time you can make a perfect recommended repair
and the tire will still fail.

James Gardner, retired in house expert for Bridgestone/Firestone, Inc. and A. L.
Finley, J. C. Stroble and D. R. Fieldman the three in house tire experts for
Goodyear Tire and Rubber Company have expressed the same basic concern.

Tire Consultants  ●  Forensic Tire & Rim Specialists  ●  Expert Testimony

Escobedo,  Jose  An
205623-000336

Mr. Ray R. Marchan
August 4, 2004
N & A File No.: M062904P
Page Two

Therefore, there is a need for an appropriate warning by a tire warning expert on all steel belted radial tires and sales literature pointing out the danger to the consumer of repairing punctured steel belted tires.

The portions of the tread and outer steel belt detachments creates a bulk as it goes through the footprint with each revolution of the tire that causes a vehicle handling control problem. So does the smaller diameter of the failed tire compared to the standard diameter size of the tire on the other end of the axle.

The last 3 digits 228 in the DOT tire serial number indicates that the tire was manufactured the 22nd week of 1998 and the date of the accident was 7/19/02 which is 4 years later.

The DOD Shelf-Life Program Tire Subcommittee that was formed in April 1993 recommended a standard 5-year non extendable shelf life policy for steel belted tires in line with the tire industry's warranty policy.

Michelin, Uniroyal, B F Goodrich, General and Continental who supply to Discount Tire have a 4 or 5 year guarantee.

Firestone's warranty was 5 years originally but was reduced to 3 years from the date of installation and/or 4 years from the date of manufacture after the major recall.

Since November 11, 1997, we have recommended that no steel belted radial tire be placed in or it should be removed from service that is over 5 years old.

Therefore because of these conditions, age was a contributing factor to the failure of this tire.

We received the tire, a large piece of tread and outer steel belt in a white plastic bag, 3 small pieces of tread in a small clear plastic bag all in a cardboard box. There was a wheel in the smaller separate cardboard box.

The following are the details of my examination. The tire is marked P235/60R14 B F Goodrich Radial T/A 96S M+S, Tubeless, P1082AJ3, F-25848, 24472 Max Load 710 kg (1565 Lbs.) at 240 kPa (35PSI) Max. Press., Tread Plies 2 Polyester + 2 Steel, Sidewall Plies: 2 Polyester, ! Warning: Serious Injury May Result From:*Tire Failure Due To Underinflation/Overloading—Follow Owner's Manual Or Tire Placard In Vehicle. Explosion Of Tire/Rim Assembly Due To

Escobedo, Jose Ang
205623-000337

Mr. Ray R. Marchan
August 4, 2004
N & A File No.: M062904P
Page Three

Improper Mounting. Never Inflate Beyond 40PSI To Seat Beads—Only
Specially Trained Persons Should Mount Tires*Mixing Bias Tires With Radial
On The Same Vehicle, Mixing Different Tires Sizes On The Same Vehicle.
Serial Number DOT BER1NX71228.

This tire was manufactured the 22nd week of 1998 by the Uniroyal Goodrich Tire
Manufacturing at their plant in Tuscalosa, Alabama.

The remaining tread depth averages 7/32″ in grooves #1, 3 and 4 and 6/32″ in
groove #2 in the remains of the piece of tread and outer steel belt.  It fits on the
serial side of the tire from 1:30 to 3:30 and or the non-serial side and for 5″ from
3:30 to 4:00.  The location is based on looking at the serial side of the tire and
designating the serial number as 12:00.

There is a 3/4″ long slightly curved cut in rib #2 at 2:00.  A 1-½″ diameter rubber
patch marked Chem? is on the innerliner over the cut through the tread.

There is up to a 6″ long x up to 1″ wide area of broken-down rubber on the top of
the outer steel belt from the 5:30 end on the serial side.  There is up to 3″ long x
up to 3″ wide broken-down rubber on the bottom of the outer steel belt and the
top of the inner steel belt on the non serial side from 5:30 to 6:00.

There is a 1 ½″ long x 2 ½″ wide piece of shoulder rib, a 2″ long x 2″ wide piece
of shoulder rib and a 4″ long x 1″ wide piece of shoulder rib.

An up to 7″ long x up to 5″ wide portion of ribs number 3, 4 and 5 are still intact
on the non serial side of the tread on the tire from 1:15 to 2:00.  There is up to 14″
long x up to 7″ wide area of broken-down rubber on the top of the first inner steel
belt on the non-serial side from 1:00 to 4:00.  Other small pieces of the non-serial
shoulder rib are still present around the tire.

A 960P-3 a curing bladder marking imprint is on the serial side of the centerline
in the innerliner at 1:00, 4:00, 7:00 and 10:00.

There is a 22″ long x up to 4 ½″ wide area of broken-down rubber on the serial
side on top of the first inner steel belt from 12:30 to 4:30.  There is a 1-½″ area of
severe abrasions above the heel of the non-serial bead around the complete tire.

Escobedo, Jose Ang
205623-000338

Mr. Ray R. Marchan
August 4, 2004
N & A File No.: M062904P
Page Four

The wheel is marked 14 x 6J,T, DOT, K4, 2, 08, 0594, 04. The radial butt splice is at 6:30. The location is based on looking at the valve side of the wheel and designating the valve as 12:00.

The rubber stemmed valve is marked, TR413, 341. There is no valve cap. The valve core is down tight. There is a 6″ diameter x 3″ high small center hub cap.

I have taken a number of photographs during the examination to document my findings and have enclosed two sets of each. They are identified as follows:

| | |
|---|---|
| Photo A | Serial side of the tire. |
| Photo B | Non serial side of the tire and severe abrasion for 1 ½″ above the heel of the bead. |
| Photo C | DOT tire serial number. |
| Photo D | Top of piece of tread and outer steel belt still attached on top of tire and 3/4″ long slightly curved cut in rib #2 at 2:00 |
| Photo E | Top of 13″ long piece of tread and outer steel belt fit on tire from 1:30 to 3:30 on serial side and for 5″ on the non serial side from 3:30 to 4:00. |
| Photo F | Portion of the top of the 1st inner steel belt under the detached piece of tread and outer steel belt. |
| Photo G | 1 ½″ diameter rubber patch on inside on innerliner at cut in tread. |
| Photo H | Top of 3 small pieces of tread and/or sidewall. |
| Photo I | (1 of 4) A9609-3 curing bladder imprint markings at 1:00. |
| Photo J | Up to 14″ long x up to 7″ wide area of broken-down rubber on top of 1st inner steel belt on serial side from 1:00 to 4:00. |
| Photo K | Valve side of wheel. |
| Photo L | Non valve side of wheel. |

Escobedo, Jose Ang
205623-000339

Mr. Ray R. Marchan
August 4, 2004
N & A File No.: M062904P
Page Five

Please contact us if you have any questions or if we can be of further assistance.
We would appreciate receiving written disposition instructions for the tire, wheel
and pieces before November 1, 2004 when storage charges commence.

Truly yours,
NONNAMAKER & ASSOCIATES, INC.


Wm. Max Nonnamaker
President

WMN/lab

Enclosures

Escobedo, Jose An
205623-000340



Escobedo, Jose Ang
205623-000341



Escobedo, Jose Ang
205623-000342



Escobedo, Jose Ang
205623-000343



Escobedo, Jose An
205623-000344



Escobedo, Jose Ang
205623-000345

Escobedo, Jose Ang
205623-000346



Escobedo, Jose Ang
205623-000347



Escobedo, Jose An
205623-000348



Escobedo, Jose Ang
205623-000349



Escobedo, Jose Ang
205623-000350



Escobedo, Jose Ang
205623-000351



Escobedo, Jose An
205623-000352



Escobedo, Jose Ang
205623-000353



Escobedo, Jose Ang
205623-000354



Escobedo, Jose Ang
205623-000355



Escobedo, Jose An
205623-000356



Escobedo, Jose Ang
205623-000357



Escobedo, Jose Ang
205623-000359



Escobedo, Jose An
205623-000360



Escobedo, Jose Ang
205623-000362



Escobedo, Jose Ang
205623-000363



Escobedo, Jose An
205623-000364

# Nonnamaker & Associates, Inc.

**3250 West Market Street, Suite 101**
**Akron, Ohio  44333-3319  330/836-9531  FAX  330/836-9532**

**Wm. Max Nonnamaker**
**President**

RESUME
WM. MAX NONNAMAKER

Mr. Nonnamaker graduated from the University of Findlay, Findlay, Ohio in 1951 with a Degree of Bachelor of Arts in Mathematics and Physical Sciences.

In November, 1973 he founded the firm of NONNAMAKER & ASSOCIATES, INC., Akron, Ohio.  The firm specializes in forensic tire and wheel analysis and in technical and marketing consultation.  He is a member of the Akron Rubber Group affiliated with the American Chemical Society.

Mr. Nonnamaker is recognized for his years of tire and wheel expertise and knowledge in the consulting field and on product liability cases where he interprets and determines the failure mode of tire assemblies and accident investigation.  He has been deposed and has testified on product liability litigation throughout the United States for more than 33 years.

| | |
|---|---|
| 1970 – 1973 | Smithers Scientific Services, Inc., Akron, Ohio, independent rubber laboratory. Vice President – Operations, responsible for the laboratory and the publication of the monthly analysis reports.  He also served as a tire expert on product liability cases; analyzing tires, issuing reports, being deposed and testifying in court. |
| 1967 – 1970 | Wright Tool & Forge Company, Barberton, Ohio manufacturer of sockets, attachment and handles.  Assistant to President, responsible for Private Brand Sales.  Advanced to Vice-President Sales, responsible for all sales.  One ratchet and socket attachment patent. |
| 1956 – 1967 | Mohawk Rubber Company, Akron, Ohio, manufacturer of tires and tread rubber. Manager of Tire Engineering, responsible for all phases of tire engineering; design of new tires, issuance of tire specifications, handling technical problems and the fleet and indoor testing.  He inspected and reported on tires returned from testing and field service.  Mr. Nonnamaker was promoted to Manager of Technical Sales where his wide experience could be utilized to coordinate Engineering, Production and Sales activities.  He was advanced to Manager of Truck Tire Sales then to National Account Sales Manger in the Sales Department.  Two tire patents. |
| 1951 – 1956 | The Firestone Tire & Rubber Company, Akron, Ohio.  Research & Development Department.  Trainee.  Inner tube specification writer, to Manager of Truck Tire Specifications, to Truck Design Division and promoted to Junior Project Engineer where he examined and reported on the cause of failure of tires returned from the test fleet, indoor test wheel and field service in addition to broad engineering duties.  Two tire patents. |

Rev. 10/03

Tire Consultants  •  Forensic Tire & Rim Specialists  •  Expert Testimony

Escobedo, Jose Ang
205623-000365

Nonnamaker & Associates, Inc.
3250 W. Market Street, Suite 101
Akron, Ohio 44333-3319

| | | | |
|---|---|---|---|
| 8-13-97 | D | Lovett v. Michelin Tire Corporation | Atty. Joseph J. Reiter, West Palm Beach, FL |
| 8-19, 20-97 | D | Anny McCullough | Atty. Lawrence D. Finney, Philadelphia, PA |
| 9-16-97 | D | Littlefield v Ford | Atty. C. Tab Turner, North Little Rock, AR |
| 9-18-97 | D | Angelika Miethe v The Hertz Corp. | Atty. William L. Petros, Miami, FL |
| 9-29-97 | D | John C. Beal | Atty. Joseph C. Domiano, Cleveland, OH |
| 9-22-97 | D | Vanover | Atty. L.L. Javins, II, Charleston, WV |
| 10-15, 16-97 | T | Johnson/Fuqua v Florida DOT | Atty. Henry T. Courtney, Miami, FL |
| 10-28-97 | D | McDonald et al v Tire America | Atty. M. E. Lang, Wexford, PA |
| 10-30-97 | D | Zolo | Atty. Kevin G. Burke, Chicago, IL |
| 1-26-98 | T | Anny McCullough | Atty. Lawrence D. Finney, Philadelphia, PA |
| 2-3, 4-98 | T | Angelika | Atty. William L. Petros, Miami, FL |
| 2-10-98 | D | April Ellis v Bridgestone/Firestone, Inc. et al | Atty. William R. Davis, Oklahoma City, OK |
| 2-24-98 | D | Richardson, Rose, Potts & Yelverton | Atty. Diane Cooley, Washington, DC |
| 2-26-98 | D | Herman Caudill | Atty. Michael W. Jones PA, Gainesville, FL |
| 3-3-98 | D | Van Gorder | Atty. Donald C. Wheaton, Jr., Detroit, MI |
| 3-30-98 | D | Ruben DeLeon St., et al v General Motors Corp. | Atty. James B. Ragan, Corpus Christi, TX |
| 4-20-98 | T | McDonald, et al v Tire America | Atty. Michael E. Lang, Wexford, PA |
| 4-22-98 | D | Ben Muti et al v Bridgestone/Firestone & Glen's Tire | Atty. John E. Hensen, Salt Lake City UT |
| 5-4-98 | D | Thomas E. Dawkins | Atty. Ralph E. Dowling, Indianapolis, IN |
| 5-19, 20-98 | T | Markus v Markus | Atty. Jonathan S. Damon, Grand Rapids, MI |
| 6-5-98 | D | Swank v Ford | Atty. C. Tab Turner, North Little Rock, AR |
| 6-5-98 | D | Cause No. 96-04-08226C  Via Telephone Ruben Deleon, Sr., et al v General Motors Corp. | Atty. James B. Ragan, P.C., Corpus Christi, TX |
| 6-24-98 | D | Dennis Renkly | Atty. Gregory A. Eiesland, Rapid City, SD |
| 7-22, 23-98 | D | Whipple v Dunlop Motorcycle Tire | Atty. Lawrence J. Strauss, Akron, NY |
| 9-28, 29-98 | T | Cause No. 96-04-08226C Rueben DeLeon, Sr., et al v General Motors Corp. | Atty. James B. Ragan P.C., Corpus Christi, TX |
| 11-3, 4-98 | D | Clayton Spencer | Atty. Charles M. Kilpatrick, Carson City, NV |
| 12-12-98 | D | Noel Morales et al v Ford Motor Co. | Atty. J. E. McGehee, Houston, TX |
| 2-9-99 | D | Pedro Lira | Atty. Anthony Constant, Corpus Christi, TX |
| 3-3-99 | D | Michael J. Kroninger, Jr. v Natier, T & R Co. | Atty. John M. Alton, Columbus, OH |
| 3-5-99 | D | Robert Perkins v Newgate Honda | Atty. James R. Hasenyager, Ogden, UT |
| 3-16-99 | D | Kenneth Walker, Leggett Tire | Atty. S. M. Frei, Vienna, VA |
| 3-28, 29-99 | T | Kenneth Walker, Leggett Tire | Atty. S. M. Frei, Vienna, VA |
| 7-15-99 | D | Owen | Atty. C. Tab Turner, North Little Rock, AR |
| 8-11-99 | D | Jesus Fernando Briones Pruenda | Atty. James B. Ragan, Corpus Christi, TX |
| 8-17-99 | D | Tuckier | Atty. C. Tab Turner, North Little Rock, AR |
| 8-26, 27-99 | T | Pedro Lira | Atty. Anthony F. Constant, Corpus Christi, TX |
| 10-20-99 | D | Hall v Ford | Atty. Lance A. Cooper, Marietta, GA |
| 11-1, 2-99 | T | Tuckier | Atty. C. Tab Turner, North Little Rock, AR |
| 12-1-99 | D | Hertz v Knoechel | Atty. Benjamin M. Esco, Coral Gables, FL |
| 1-11-00 | D | Willard Neese | Atty. Alex W. Zoghby, Mobile, AL |
| 2-29-00 | D | Paul Bauer et al v Ford Motor Co. | Atty. Robert A. Royer, Akron, OH |

D Deposition
T Trial
M Mediation

Escobedo, Jose Ang
205623-000366

# Nonnamaker & Associates, Inc.

**3250 West Market Street, Suite 101**
**Akron, Ohio  44333-3319  330/836-9531  FAX  330/836-9532**

Wm. Max Nonnamaker
President

## RESUME
## WM. MAX NONNAMAKER

Mr. Nonnamaker graduated from the University of Findlay, Findlay, Ohio in 1951 with a Degree of Bachelor of Arts in Mathematics and Physical Sciences.

In November, 1973 he founded the firm of NONNAMAKER & ASSOCIATES, INC., Akron, Ohio.  The firm specializes in forensic tire and wheel analysis and in technical and marketing consultation.  He is a member of the Akron Rubber Group affiliated with the American Chemical Society.

Mr. Nonnamaker is recognized for his years of tire and wheel expertise and knowledge in the consulting field and on product liability cases where he interprets and determines the failure mode of tire assemblies and accident investigation.  He has been deposed and has testified on product liability litigation throughout the United States for more than 33 years.

1970 – 1973    Smithers Scientific Services, Inc., Akron, Ohio, independent rubber laboratory. Vice President – Operations, responsible for the laboratory and the publication of the monthly analysis reports.  He also served as a tire expert on product liability cases; analyzing tires, issuing reports, being deposed and testifying in court.

1967 – 1970    Wright Tool & Forge Company, Barberton, Ohio manufacturer of sockets, attachment and handles.  Assistant to President, responsible for Private Brand Sales.  Advanced to Vice-President Sales, responsible for all sales.  One ratchet and socket attachment patent.

1956 – 1967    Mohawk Rubber Company, Akron, Ohio, manufacturer of tires and tread rubber. Manager of Tire Engineering, responsible for all phases of tire engineering; design of new tires, issuance of tire specifications, handling technical problems and the fleet and indoor testing.  He inspected and reported on tires returned from testing and field service.  Mr. Nonnamaker was promoted to Manager of Technical Sales where his wide experience could be utilized to coordinate Engineering, Production and Sales activities.  He was advanced to Manager of Truck Tire Sales then to National Account Sales Manger in the Sales Department.  Two tire patents.

1951 – 1956    The Firestone Tire & Rubber Company, Akron, Ohio.  Research & Development Department.  Trainee.  Inner tube specification writer, to Manager of Truck Tire Specifications, to Truck Design Division and promoted to Junior Project Engineer where he examined and reported on the cause of failure of tires returned from the test fleet, indoor test wheel and field service in addition to broad engineering duties.  Two tire patents.

Rev. 10/03

Tire Consultants   ●   Forensic Tire & Rim Specialists   ●   Expert Testimony

Escobedo, Jose Ang
205623-000365

Nonnamaker & Associates, Inc.
3250 W. Market Street, Suite 101
Akron, Ohio  44333-3319

| | | | |
|---|---|---|---|
| 8-13-97 | D | Lovett v. Michelin Tire Corporation | Atty. Joseph J. Reiter, West Palm Beach, FL |
| 8-19, 20-97 | D | Anny McCullough | Atty. Lawrence D. Finney, Philadelphia, PA |
| 9-16-97 | D | Littlefield v Ford | Atty. C. Tab Turner, North Little Rock, AR |
| 9-18-97 | D | Angelika Miethe v The Hertz Corp. | Atty. William L. Petros, Miami, FL |
| 9-29-97 | D | John C. Beal | Atty. Joseph C. Domiano, Cleveland, OH |
| 9-22-97 | D | Vanover | Atty. L.L. Javins, II, Charleston, WV |
| 10-15, 16-97 | T | Johnson/Fuqua v Florida DOT | Atty. Henry T. Courtney, Miami, FL |
| 10-28-97 | D | McDonald et al v Tire America | Atty. M. E. Lang, Wexford, PA |
| 10-30-97 | D | Zolo | Atty. Kevin G. Burke, Chicago, IL |
| 1-26-98 | T | Anny McCullough | Atty. Lawrence D. Finney, Philadelphia, PA |
| 2-3, 4-98 | T | Angelika | Atty. William L. Petros, Miami, FL |
| 2-10-98 | D | April Ellis v Bridgestone/Firestone, Inc. et al | Atty. William R. Davis, Oklahoma City, OK |
| 2-24-98 | D | Richardson, Rose, Potts & Yelverton | Atty. Diane Cooley, Washington, DC |
| 2-26-98 | D | Herman Caudill | Atty. Michael W. Jones PA, Gainesville, FL |
| 3-3-98 | D | Van Gorder | Atty. Donald C. Wheaton, Jr., Detroit, MI |
| 3-30-98 | D | Ruben DeLeon St., et al v General Motors Corp. | Atty. James B. Ragan, Corpus Christi, TX |
| 4-20-98 | T | McDonald, et al v Tire America | Atty. Michael E. Lang, Wexford, PA |
| 4-22-98 | D | Ben Muti et al v Bridgestone/Firestone & Glen's Tire | Atty. John E. Hensen, Salt Lake City UT |
| 5-4-98 | D | Thomas E. Dawkins | Atty. Ralph E. Dowling, Indianapolis, IN |
| 5-19, 20-98 | T | Markus v Markus | Atty. Jonathan S. Damon, Grand Rapids, MI |
| 6-5-98 | D | Swank v Ford | Atty. C. Tab Turner, North Little Rock, AR |
| 6-5-98 | D | Cause No. 96-04-08226C  Via Telephone<br>Ruben Deleon, Sr., et al v General Motors Corp. | Atty. James B. Ragan, P.C., Corpus Christi, TX |
| 6-24-98 | D | Dennis Renkly | Atty. Gregory A. Eiesland, Rapid City, SD |
| 7-22, 23-98 | D | Whipple v Dunlop Motorcycle Tire | Atty. Lawrence J. Strauss, Akron, NY |
| 9-28, 29-98 | T | Cause No. 96-04-08226C<br>Rueben DeLeon, Sr., et al v General Motors Corp. | Atty. James B. Ragan P.C., Corpus Christi, TX |
| 11-3, 4-98 | D | Clayton Spencer | Atty. Charles M. Kilpatrick, Carson City, NV |
| 12-12-98 | D | Noel Morales et al v Ford Motor Co. | Atty. J. E. McGehee, Houston, TX |
| 2-9-99 | D | Pedro Lira | Atty. Anthony Constant, Corpus Christi, TX |
| 3-3-99 | D | Michael J. Kroninger, Jr. v Natier, T & R Co. | Atty. John M. Alton, Columbus, OH |
| 3-5-99 | D | Robert Perkins v Newgate Honda | Atty. James R. Hasenyager, Ogden, UT |
| 3-16-99 | D | Kenneth Walker, Leggett Tire | Atty. S. M. Frei, Vienna, VA |
| 3-28, 29-99 | T | Kenneth Walker, Leggett Tire | Atty. S. M. Frei, Vienna, VA |
| 7-15-99 | D | Owen | Atty. C. Tab Turner, North Little Rock, AR |
| 8-11-99 | D | Jesus Fernando Briones Pruenda | Atty. James B. Ragan, Corpus Christi, TX |
| 8-17-99 | D | Tuckier | Atty. C. Tab Turner, North Little Rock, AR |
| 8-26, 27-99 | T | Pedro Lira | Atty. Anthony F. Constant, Corpus Christi, TX |
| 10-20-99 | D | Hall v Ford | Atty. Lance A. Cooper, Marietta, GA |
| 11-1, 2-99 | T | Tuckier | Atty. C. Tab Turner, North Little Rock, AR |
| 12-1-99 | D | Hertz v Knoechel | Atty. Benjamin M. Esco, Coral Gables, FL |
| 1-11-00 | D | Willard Neese | Atty. Alex W. Zoghby, Mobile, AL |
| 2-29-00 | D | Paul Bauer et al v Ford Motor Co. | Atty. Robert A. Royer, Akron, OH |

D  Deposition
T  Trial
M  Mediation

Nonnamaker & Associates, Inc.
3250 W. Market Street, Suite 101
Akron, Ohio 44333-3319

| | | | |
|---|---|---|---|
| 3-16-00 | D | Allen v Bridgestone/Firestone, Inc. | Atty. Raymond Goettsch, Long Beach, CA |
| 4-18-00 | D | David Williams | Atty. Richard C. Clark, Escanaba, MI |
| 4-26-00 | D | Elizabeth Morrison et al v Dobbs Tire & Auto | Atty. Todd I Muchnick, St. Louis, MO |
| 5-10-00 | D | Garcia v Michelin | Atty. Marc R. Ginsberg, Miami, FL |
| 7-25, 26, 27-00 | T | Robert Perkins v Newgate Honda | Atty. James E. Hasenyager, Ogden, UT |
| 8-10-00 | D | Range Rover | Atty. James R. Ragan, Corpus Christi, TX |
| 9-27-00 | D | Toepfer v Lichtle | Atty. Roger A. Smith, Troy, MI |
| 2-7, 8-01 | T | Allen v Bridgestone/Firestone, Inc. | Atty. Raymond H. Goettsch, Long Beach, CA |
| 2-12-01 | D | Joe Walker | Atty. J. Michael Cronan, Kansas City, MS |
| 2-12, 13-01 | T | Hertz Corp. v Bernard Knoechel | Atty. Benjamin M. Esco, Coral Gables, FL |
| 2-15-01 | D | Richard J. Lane II et al v | Atty. Joseph P. Swartz, Boston, MA |
| | | Uniroyal Goodrich Tire Co. et al | |
| 2-16-01 | D | Martinez v Polson Ready Mix et al | Atty. Monte D. Beck, Bozeman, MT |
| | | Wolverson v Polson Ready Mix et al | |
| 3-7-01 | M | Simmons | Atty. Peter J. Schneider, Boston, MA |
| 4-2-01 | D | Nancy Bean v Hartford Casualty Ins. Co. | Atty. C. Daniel Petrie, Jr., Ft. Lauderdale, FL |
| 4-10-01 | D | Walter Robinson | Atty. Brian K. Zoeller, Indianapolis, IN |
| 4-13-01 | D | Veytia/Couch | Atty. Roger Bresnahan, San Antonio, TX |
| 5-3-01 | D | Oscala Litigation Project | Atty. Joseph J. Reiter, Jr., West Palm Beach, FL |
| 5-21, 22-01 | T | David Williams | Atty. Richard C. Clark, Escanaba, MI |
| 6-12,13-01 | D | Muench & Indiana University, et al | Atty. John J. Robinson, Bozeman, MT |
| 7-17-01 | D | Estate of Rosales/Rodriquez | Atty. Lee P. Telchner, Tampa, FL |
| 7-24-01 | D | Hall v Ford | Atty. Mr. Scott Cooper, Marietta, GA |
| 8-28, 29-01 | D | Mario Saldivar, Deceased | Atty. Jamie A. Gonzales, Jr. |
| 9-4, 5-01 | D | Burt v Bridgestone/Firestone, Inc., et al | Atty. Robert H. Darling, Soutfield, MI |
| 10-16-01 | T | Joe Walker | Atty. Mr. J. Michael Cronan, Kansas City, MO |
| 12-13-01 | D | Merlene L. Goff v Ford Motor Co., Inc. and | Atty. Mr. Joseph J. Roper, Kansas City, MO |
| | | Silverado Muffler & Tire, Inc. | |
| 5-19, 21-02 | T | La Pierre v Malloway | Atty. Mr. Dennis Woods, Seattle, WA |
| 6-4-02 | D | McGraw/Stephens | Atty. Mr. C. Tab Turner, North Little Rock, AR |
| 8-26-02 | D | Ellis v. B. F. Goodrich | Atty. Mr. Joseph J. Reiter, West Palm Beach, FL |
| 9-4-02 | D | Boone | Atty. Mr. C. Tab Turner, North Little Rock, AR |
| 9-30-02 | D | Trumble | Atty. Mr. C. Tab Turner, North Little Rock, AR |
| 10-7-02 | D | Kijajevas v. Firestone | Atty. Mr. Michael D. Johnson, Chicago, IL |
| 1-25-29,03 | T | Ellis v. Michelin, et al | Atty. Mr. Joseph J. Reiter, West Palm Beach, FL |
| 4-30-03 | D | Christina Racca v Goodyear | Atty. Mr. Wayne Zeringer, Jr., New Orleans, LA |
| 5-23-03 | D | Bonnie Phillips | Atty. Mr. James R. Hasenyager, Ogden, UT |
| 7-10-03 | D | Tepei | Atty. Mr. Greg Samuels, Seattle, WA |
| 8-9-03 | D | Ginger Townsend v Pirelli Tire Co. | Atty. Peter Q. Ezzell, Cornelia, GA |
| 8-18, 19-03 | T | Carlos Rodriguez | Atty. Mr. Frank L. Labrador, Coral Gables, FL |
| 8-25-03 | D | Donald L. McCool | Atty. T. C. Trent, Houston, TX |
| 9-23-03 | D | Diana McMahill vs Nationwide Horse Transport | Messrs. O'Keefe, Cox, McNight, Schappe, Tolin |
| 11-1-03 | D | Trinita Coleman vs. Cooper Tire & Rubber Co., et al | Atty. W. Wray Eckl, Atlanta, GA |
| 11-12-03 | D | Lundgren | Atty. C. Tab Turner, North Little Rock, AR |

D  Deposition
T  Trial
M  Mediation

**Escobedo, Jose Ang**
205623-000367

Nonnamaker & Associates, Inc.
3250 W. Market Street, Suite 101
Akron, Ohio  44333-3319

| 11-12-03 | D | McCormick | Atty. C. Tab Turner, North Little Rock, AR |
| 2-3-04 | D | Sojohna Stuart and Phyllis Bell | Atty. Scott Edwards, Dallas, TX |
| 2-4-04 | D | Neda Hairston | Atty. Christopher Zaleski, Norfolk, VA |
| 2-10-04 | D | Mario Trevizo vs. Children's Comprehensive Services | J. M. Meyers, El Paso, TX |
| 2-18-04 | D | Norma Garza vs. General Motors Corporation | J. W. Weber & D. L. Wade, Corpus Christi, TX |
| 2-19-04 | D | Neda Hairston and James Rogers Goode | F. D. Smith, Martinsville, VA |
| 3-15-04 | D | Rincon vs Salazar | Atty. C. Tab Turner, North Little Rock, AR |
| 4-6, 7, 8-04 | T | Petru Teipei | Scheer & Sotirhas, Seattle, WA |
| 4/27, 4/29/04 | T | Abdullah Abulhasan | Rheingold, Valet, Rheingold, Shkolnick, McCartney LLP, New York, NY |
| 5/4, 5/5/04 | T | Abdullah Abulhasan | Rheingold, Valet, Rheingold, Shkolnick, McCartney LLP, New York, NY |
| 5/11/04 | D | Flores v Ford | Law Offices of Douglas A. Allison, Corpus Christi, TX |
| 5/13/04 | D | Gonzalez vs UPS | Mr. T. Christopher Trent, Houston, TX |
| 5/25/04 | D | Christopher Joseph Auto Accident | Matthew McColl, Ekker, Kuster, McConnell & Epstein, LLP, Sharon, PA |

06/04

D  Deposition
T  Trial
M  Mediation

## HISTORY OF THE STEEL BELTED RADIAL TIRE PROBLEM

It has always been known and accepted that the steel in the belts of the tire will rust if exposed to moisture.

This has been reasonably well controlled, but is still a problem. Extreme care is taken in storage and handling of the steel cords by the original producer and the tire manufacturer through the building operation. But even then, we occasionally find a tire that failed from moisture being built into the tire.

Another source of moisture on the steel cords that leads to the tires failing is from its being present in the air in the tire cavity where the inflator failed to blow out the moisture in the air line before inflating.

The most common condition where moisture leads to the tire failing is from a cut that extends down to the steel cords from outside causing rust and failure. The worst scenario is a small cut that traps the moisture.

However, the major problem with steel in tires is age and unless an adequate safety margin is designed into the tire and tight enough tolerances maintained during the manufacturing phase, the tire will fail before the tread is worn down to 2/32″ remaining tread depth where it should be removed from service.

1.    In our 11/29/97 letter to Tab Turner we recommended that no steel belted radial tire be placed in and/or should be removed from service that was 5 years after the date of manufacture and that 7 years was imperative.

2.    Our involvement with the Firestone Wilderness tire failures revealed that their tire warranty was for 5 years on workmanship and material and it was dated 12/96. This tells us how long they knew about the problem, which had to be a considerable period of time before the 12/96 date. It also told us that their testing and more probable and important their adjustment figures indicated they could only afford a 5-year warranty on workmanship and material failures.

3.    A few months after Firestone's initial Wilderness recall, they reduced their warranty from 5 years to 3 years from the date of installation or 4 years from the date of manufacture.

I do not recall ever seeing a time limit on the warranty for workmanship and material on any all-fabric tire.

4.    About the same time we found that the 5 tire manufacturers who supply Discount Tire warrant their tires for either 4 or 5 years. They are Michelin, Uniroyal, BF Goodrich, General and Continental.

5.    In 1999, the new retread standards for Europe was that the retreaded casing cannot be over 7 years old.

**Escobedo, Jose Ang**
205623-000369

6.  In the late 70's, retreading passenger tires hit a high of over 37,000,000. They are projecting just 470,000 in 2002. This means that for all practical intents and purposes, the age problem has wiped out the entire retreading industry on steel belted radial tires.

It should be possible to manufacture a good up to date all-fabric passenger tire that is capable of attaining comparable mileage if you include at one retread. This would revive an industry and the overall pricing should be similar.

The vehicle handling control problem was not and would be as severe with the all-fabric tire. The steel belt radial tire creates a worse vehicle handling control problem than we had or would have with an all-fabric tire.

The majority of the failures in the steel belted tires are between the 2 steel belts. This means that the bulk created by the tread and outer steel belt coming off which usually takes several revolutions creates a vehicle handling control problem. Because of the size and length of the tread and outer steel belt coming off as a unit it is more apt to wrap around the axle and thereby create a braking problem.

In a number of cases the assembly remains inflated at which time you then have a tire that is not one but several sizes smaller than the unfailed tire on the other end of the axle. This is never recommended because it can create a vehicle handling control problem.

In the cases where the inner steel belt is weakened and a split extends between the exposed radial body ply cords across the crown, and in most cases down into both sidewalls, we have more rapid deflation than in the old all-fabric tire. The suddenness of the complete loss of air from the assembly creates a vehicle handling control problem.

The video tape of the blowout demonstration, by the tire industry, is with a dynamite cap that blows a couple inch diameter hole through the sidewall. This leads to a much slower rate in the loss of air compared to the larger gaping hole in the steel belted radial tire and better vehicle handling control.

The all-fabric tire usually remained essentially intact except for the blowout area and therefore did not create as serious of a vehicle handling control problem.

7.  The Al Warren, a former Firestone employee's article, in the <u>Akron Beacon Journal</u> ends with a comment regarding the significance of age.

It has always been my understanding that in the 500 Firestone cases in the late 70's that none of the tires that the government had Firestone test that were taken from the warehouse after 1½ to 2 years passed the Federal Motor Vehicle Safety Standard 109 Test. Representative samples of all of these tires had passed the test originally at time of manufacture before they could be warehoused.

8.  Carl Z. Draves, Jr., a former BF Goodrich employee's article in the <u>Akron Beacon Journal</u> speaks to the Bridgestone/Firestone, Inc.'s ATX/ATX11/Wilderness tire problem.

Escobedo, Jose Ang
205623-000370

9.   Mr. Gibara, head of Goodyear Tire and Rubber Company, is quoted as saying, in an <u>Akron Beacon Journal</u>, that all steel belted radial tires in their inventory that are over 2 years old are scrapped out.

10.  Ford's prioritizing tire replacement based on age, particularly tires more than 3 years old is covered in an <u>Akron Beacon Journal</u> article.

11.  Included is an article entitled "Nylon Caps May Have Saved Firestone It's Recall," speaks for itself.

12.  The same is true for the article entitled "New Tire Rules Are Delayed After Test Failures." 32.8% of all of the tires tested to the new standards failed. It is my opinion that 5 year old tires, if tested to the current Federal Motor Vehicle Standard 109 Test, would fail. The same would probably be true for 4 year old and possibly 3 year old or even less time.

13.  The Israel testing shows the difference in the adhesion drop off between steel belted and all-fabric tires and recommends replacement after 11 years. This is an acknowledgment of the age problem.

14.  We have been recommending, for several years, that no steel belted radial tire puncture be repaired. Neither the external repair plug which was banned in the late 80's by the Rubber Manufacturers Association or the internal repair patch with a plug as recommended by the R.M.A.

15.  On-The-Wheel Repair Another Case In Point – speaks to this subject.

16.  The reason we recommend that no punctured steel belted radial tires be repaired is because the tire can develop an internal failure mode, which may not be visible externally between puncture and repair. If so, the tire can be repaired as recommended and it will still fail.

     James D. Gardner, retired in-house tire expert for Bridgestone/Firestone, Inc., says the same thing in his 5/29/97 deposition.

17.  In the article, "Investigation of Firestone Tires Focusing On Fatigue," they state, "The company also noted that 16% of all recalled tires had been repaired for punctures, though 35% of failed tires had such repairs. This supports our recommendation that no punctured steel belted tire be repaired.

18.  "Watch For The Diamonds" points out the imprints left by the material used to store and transport the retread rubber or liner for green uncured steel belts. They occur from the usage of dry and/or set up stock where a film develops that causes physical and/or mechanical bond rather than the chemical cross-linking of molecules when the compound surface is tacky.

     The tire industry used to use benzene to improve the tack. They now use other materials to improve the tack since benzene has been banned. When used, all dry surfaces must be covered uniformly and the building drum spun to do away with any excess.

     The problem most of the time occurs after a holiday shut down, vacation or the placing the tire back in production after an extended period of time that reduced the inventory. This can result in the using of a few steel belts from the previous production run.

Page 3

Escobedo, Jose Ang
205623-000371

19.   Deep bladder imprints are primarily on Bridgestone and Firestone tires. They are recessed rather than raised like the spiral venting inside the tire. This reduces the gauge of the innerliner which requires additional innerliner overall to maintain the specified minimum. Most have four bladder markings and one would be adequate. This would reduce the increased migration of air through the innerliner by ¾.

It is apparent to me, based on these factors, that the age of steel tires is a very serious problem. I feel that the public is entitled to know since it often involves elderly people with older vehicles, especially vans and buses. The tire failure occurs more often when highway speeds are sustained for a period of time with older tires.

The failure of the steel belted radial tire, because of its design and construction, creates greater vehicle handling control problems than its predecessor, the all-fabric tire.

The public deserves an alternate passenger tire that does not have steel belts which eventually must come.

Rev. 8/21/02

Escobedo, Jose An
205623-000372

# Nonnamaker & Associates, Inc.

3250 West Market Street, Suite 300
Akron, Ohio 44333-3321   330/836-9531   FAX 330/836-9532

Wm. Max Nonnamaker
President



DEFENDANT'S
EXHIBIT
3
GEN-MN  6/4/98

November 29, 1997

Mr. C. Tab Turner
Turner & Associates, P.A.
4702 W. Commercial Drive, Suite B3
North Little Rock, AR 72116

Re: Swank v Ford
    N & A File No. A091597P

Dear Mr. Turner:

We have enclosed our report and an invoice for our
services.  The following are my comments regarding
the significance of the conditions I observed.

The last three digits in the DOT tire serial number
on this tire are 316 which means that this tire was
manufactured the 31st week of 1986, not 1996, since
the date of the accident was 9/2/95.  This means
that the tire was 9 years and 2 months old at the
time of the accident.

We are seeing an ever increasing number of steel belted
tires that fail a relatively short time or distance
after being placed in service following extended shelf
life and/or after being spares.  The spares have the
shortest service life if everything else is comparable
because they have been inflated.

The higher tread hardness, which is a result of age,
caused the tire to run hotter and also contributed
to the complete tread and outer steel belt tearing off.

The faster wear on the surface of the tread over the
edge of the steel belts on the limited remains of the
non serial shoulder rib are the result of loosening
of the steel belt cords and the separation between the
steel belts.

Escobedo, Jose Ang
205623-000373

Tire Consultants   •   Forensic Tire & Rim Specialists   •   Expert Testimony

Nonnamaker & Associates, Inc.

Mr. C. Tab Turner
N & A File No. A091597P
November 29, 1997
Page 2

This is a condition that is caused by the failure mode
of the tire due to the built-in defect rather than
operational conditions which result in a rounded shoulder
rib wear which is not present in this tire.

The age of the tire and the faster wear on the surface of
the tread over the loose and/or separated edges of the
steel belts problem has become apparent to me and it
would be that much more obvious to the tire manufacturers
because they see the most tires and from all over.  The
same is true for tire dealers but to a lesser extend as
the size of their operation decreases.

Therefore, I have been recommending for some time that all
steel belted tires should be marked with the appropriate
warning – do not mount after a given date, and should be
removed after the same given date.  This would be based
on the test results by the tire manufacturer for each of
their lines and size tires.  I would like to see 5 years
as the maximum, and feel that a 7 year maximum period is
critical.

There should also be an appropriate warning on the tire
regarding the pending failure where there is faster wear
on the surface of the tread over the edges of the loosened
or separated steel belts.

Please contact us if you have any questions, or if we can
be of further assistance.

Yours truly,

NONNAMAKER & ASSOCIATES, INC.

Wm. Max Nonnamaker
President

WMN:js

enc.



# L.L. CARBON™— INNOVATIVE NEW COMPOUND

Longer Is Stronger

Carbon black is a reinforcing material that strengthens rubber. All tire manufacturers use it.

But tires with UNI-T technology use L.L. Carbon, an advanced form of carbon black that offers real advantages. Under a microscope, conventional carbon black particles look like bunches of grapes. L.L. Carbon molecules resemble long chains. Think of these as the equivalent of the long steel rods used to reinforce concrete. Because this molecular structure absorbs and spreads road stresses over a larger area, you get a stronger tire—better able to resist cracking, chipping, tearing, and excessive wear.



L.L. Carbon structure

Conventional carbon black structure

# BRIDGESTONE UNI-T WARRANTY SUMMARY

**Platinum Pact** • Platinum Pact Warranty*

**30 DAY TEST DRIVE** • Bridgestone 30 Day Test Drive

*Replacement at no charge (excluding applicable taxes) if your Bridgestone UNI-T tire should fail due to defects in material or workmanship for up to 5 years.
All warranties are limited to original purchaser on original installed vehicle. See each warranty at your authorized Bridgestone retailer for details and restrictions.

# FIRESTONE UNI-T WARRANTY SUMMARY

**GOLD PLEDGE** • GOLD PLEDGE WARRANTY*

**1 MONTH ROAD TEST** • Firestone One Month Road Test

*Replacement at no charge (excluding applicable taxes) if your Firestone UNI-T tire should fail due to defects in material or workmanship for up to 5 years.
All warranties are limited to original purchaser on original installed vehicle. See each warranty at your authorized Firestone retailer for details and restrictions.

BRIDGESTONE ®
THE NEXT REVOLUTION IN TIRES
©1996 Bridgestone/Firestone, Inc. All rights reserved.
See your local Bridgestone/Firestone retailer for details.
Firestone AFFIX TO AIR LID
Printed in the U.S.A.
BFS0262 2MM 1296

Escobedo, Jose Ang
205623-000375



# L.L. CARBON™—INNOVATIVE NEW COMPOUND

## L.L. Carbon
### Longer Is Stronger

Carbon black is a reinforcing material that strengthens rubber. All tire manufacturers use it. But tires with UNI-T technology use L.L. Carbon, an advanced form of carbon black that offers real advantages. Under a microscope, conventional carbon black particles look like bunches of grapes. L.L. Carbon molecules resemble long chains. Think of these as the equivalent of the long steel rods used to reinforce concrete. Because this molecular structure absorbs and spreads road stresses over a larger area, you get a stronger tire—better able to resist cracking, chipping, tearing, and excessive wear.


Conventional carbon black structure


L.L. Carbon structure

# BRIDGESTONE UNI-T WARRANTY SUMMARY

## Platinum Pact
• Platinum-Pact Warranty*

## 30 DAY TEST DRIVE
• Bridgestone 30 Day Test Drive

*Replacement at no charge (excluding applicable taxes) if your Bridgestone UNI-T tire should fail due to defects in material or workmanship for up to 3 years.
All warranties are limited to original purchaser on original installed vehicle. See each warranty at your authorized Bridgestone retailer for details and restrictions.

# FIRESTONE UNI-T WARRANTY SUMMARY

## GOLD PLEDGE
• GOLD PLEDGE WARRANTY*

## 1 MONTH ROAD TEST
• Firestone One Month Road Test

*Replacement at no charge (excluding applicable taxes) if your Firestone UNI-T tire should fail due to defects in material or workmanship for up to 5 years.
All warranties are limited to original purchaser on original installed vehicle. See each warranty at your authorized Firestone retailer for details and satisfaction.

## Ultimate Tire Technology

**uni·T™**

# It's Not Just Changing Tires, It's Changing The Way You Drive.

BF50242 2(rev) 1296

©1996 Bridgestone/Firestone, Inc. All rights reserved.
See your local Bridgestone/Firestone retailer for details.

Printed in the U.S.A.

BRIDGESTONE®
THE BEST BECAUSE OF UNI-T

Firestone®

BRIDGESTONE®
THE BEST BECAUSE OF UNI-T

Firestone®

Escobedo, Jose Ang
205623-000377

Wall Street Journal
11/3/00

# Firestone Expands Its Top Warranty, Shortens Coverage

By TIMOTHY AEPPEL
Staff Reporter of THE WALL STREET JOURNAL

Bridgestone/Firestone Inc. said it is extending its premium tire warranty to cover far more of its tires but is shortening the coverage period to three years from five, quietly acknowledging that the life of a tire can affect its durability.

Tires naturally begin deteriorating after they are put to use. So the older it becomes, the more chance it has to develop structural problems that can lead to failures such as tread separations. The industry offers an array of warranties based on varying age minimums as well as mileage and other factors.

"It became clear we were doing our owners a disservice by giving the impression that they could expect their tires to last that long," a Firestone spokesman said.

The change applies only to replacement tires and therefore doesn't affect the rarity of the 6.5 million tires recalled by Firestone in August. Nearly all the tires subject to recall were sold as original equipment on Ford Motor Co.'s popular tires. Firestone is the U.S. subsidiary of Japan's Bridgestone Corp.

Firestone announced its expanded warranty at a meeting this week in Las Vegas of its dealers. The annual get-together, typically a time when the company rolls out promotion plans for the next year, was overshadowed by Firestone's recall. The company used the event to reassure customers that it was committed to rebuilding consumer confidence in the brand.

Under the new plan, nearly all passenger and light-truck tires sold by dealers are covered by warranties that pledge to replace tires free of charge when they

become "unusable for any reason attributed to workmanship or factory defect" for the first three years after they are bought, or four years from the date they are made or until they are worn to 2/32nds of an inch of remaining tread depth, the industry-recognized standard for a worn-out tire.

Previously, the premium warranty offered such coverage for five years from purchase or six years from manufacture.

"What they're saying in essence is that they can't guarantee the tire beyond three or four years," said Max Nonnamaker, an independent tire expert.

Mr. Nonnamaker contends all steel-belted radials have a limited service life and tire makers have done little to warn motorists about the age limitations of tires.

Firestone said the change would mean the premium warranty now applies to 97 tire lines, compared with only 53 before. The program also extends a 30-day money-back guarantee, which allows drivers to get a full refund for any reason within the first month of buying tires. The company's standard warranty on replacement tires only extends 12 months.

## Muse Technologies Inc.
### 'Considerable Loss' Warning Is Issued for the Fiscal Year

Muse Technologies Inc. warned that it expects to post a "considerable loss" from operations for the fourth quarter and for the fiscal year ended Sept. 30. The Albuquerque, N.M., software company was expected to earn seven cents a diluted share for the quarter and eight cents a share for the year, according to First Call/Thomson Financial. Muse had a net loss of $5.1 million, or 51 cents a share, in last year's fourth quarter. In 4 p.m. over-the-counter trading, Muse Technologies shares were unchanged at $1.50. Muse said the net loss for the fourth quarter would include one-time charges of more than $700,000 associated with its pending acquisition of Advanced Visual Systems Inc. of Waltham, Mass.

# Michigan to Contribute $156 Million to Revamp Old Ford Industrial Site

By a WALL STREET JOURNAL Staff Reporter

DETROIT—Michigan will contribute $156 million in tax breaks and grants to Ford Motor Co.'s $2 billion redevelopment of the Rouge Industrial Complex.

Transformation of the 83-year-old industrial icon into an environmental showpiece is a pet project of Ford Chairman William Ford Jr.

The company is being advised on the project by designer William McDonough, former dean of the School of Architecture at the University of Virginia, and a longtime proponent of bringing design-based solutions to the environmental problems of industry.

The Michigan Economic Development Corp. is set to approve the $156 million package.

Of that amount, Ford will get $108 million in tax credits during the next 20 years in exchange for retaining the 2,900 jobs at the complex and eventually adding 2,000 workers.

Ford gets an additional $30 million over 10 years in the form of a new tax credit designed to encourage industry to clean up polluted sites.

Final approval for the package from the agency's board is expected today.

The rest of the money comprises other tax abatements and grants related to job training.

Doug Rothwell, president and chief executive of the Michigan Economic Development Corp., said the state granted the money to keep the jobs at the plant.

Mr. Rothwell said the project represents a substantial commitment by Ford. "Ford could have walked away and moved its investment elsewhere," he said.



AETHER'S
WIRELESS BANKING &

Escobedo, Jose An
205623-000378

## GENERAL PRIVATE BRAND WARRANTY POLICY

1.  Workmanship defects are acceptable down to 2/32" of tread remaining on all passenger and light truck tires. Credit will be free replacement for the first 2/32" of tread wear and prorated down to 2/32" of tread remaining.

    Note:  The special adjustment policy for free replacement on 1989 production of 30K passenger, PB metric, and private brand RV tires for Arizona, Nevada, New Mexico and Texas, and the free replacement policy on all 1990, 1991, and 1992 production for all states is still in effect. Make sure that these units are presented down to 2/32" tread remaining.

2.  Workmanship defects are not acceptable after 48 months from DOT date of manufacture.

    To make sure your customer gets 48 months of service, you can submit tires up to 60 months from the DOT date of manufacture.

    Make sure that you indicate the actual months of service on all tires between 48 months and 60 months from the DOT date, on the green adjustment label.

3.  Ride disturbance adjustments are acceptable during the free replacement period, 2/32" of tread wear on passenger tires and 3/32" of tread wear on light truck, only.

4.  What is not covered.

    A.  Road Hazard - Note:  Tires with no more than 1 R.M.A. approved repair not related to the defect will be acceptable.

    B.  Tires presented for adjustment beyond 48 months of service or 60 months from DOT date of manufacture. Months of service must be indicated on the green adjustment label on tires beyond 48 months from DOT date of manufacture.

genpri.man

Escobedo, Jose Ang
205623-000381

# MICHELIN WARRANTY POLICY

1.  Workmanship defects are acceptable down to 2/32" tread remaining. Credit will be free replacement for the first 2/32" of treadwear or one year and prorated beyond these limits.

2.  Ride disturbance adjustments are acceptable at any tread depth so long as the tire does not exhibit any irregular or uneven wear pattern. Note: Ride disturbance adjustments involving more than 1 tire on a vehicle must have an authorization from Michelin. See customer concession section.

3.  Workmanship defects on tires with less than 50% of the original tread remaining can be made without authorization from Michelin, where as tires with more than 50% of the original tread remaining must have authorization.

    This authorization will be obtained by your warehouse manager.

4.  Must have a completed customer claim form.

5.  What is not covered:

    A.  Road Hazard - Note: tires with no more than 1 R.M.A. approved repair, not related to the defect, will be accepted.

    B.  Ride disturbance adjustments with irregular or mechanical wear patterns.

    C.  Tires presented for adjustment more than 4 years from date of purchase.

## CUSTOMER CONCESSION - DAMAGE CLAIM

Call 1-800-847-8475 and enter your 5-digit customer number 03215.

Use this number for authorization prior to the adjustment in the following circumstances:

1.  Any customer concession adjustment including road hazard if the tire has more than 50% of the original tread remaining.

    Such customer concession adjustments on tires with less than 50% of the original tread remaining, can be made without authorization.

2.  If more than one tire on the same vehicle is being replaced for out of round - ride disturbance.

3.  Damage Claim - call Customer relations direct, 1-800-433-6838, or 1-800-847-3435, ext 100 for procedures to follow if a tire is presented for a vehicle damage claim, while the customer is present. Refer to Damage Claim Section.

Escobedo, Jose Ang
205623-000382

## UNIROYAL WARRANTY POLICY

1.  Workmanship defects will be replaced free of charge to the customer and to DTC during the first 12 months following the purchase or during the first 25% of tread wear, which ever comes first.

2.  Ride disturbance adjustments will be covered during the, 12 mo-25% treadwear, free replacement period only.

3.  Workmanship defects beyond the free replacement period are acceptable on a prorate basis down to 4/32" of tread remaining, with credit on a prorated basis.

4.  Gold stripe Royal Seal and Royal Seal lines have a Free replacement period of 24 months or 30% treadwear. During this period only, road hazard will be covered and free replacement. These lines also have a 60,000 mile treadwear warranty.

5.  What is not covered.

    A.   Road Hazard - Note: tires with no more than 1 R.M.A. approved repair, not related to the defect, will be acceptable.

    B.   Tires presented for adjustment 4 years (6 years for Gold Stripe Royal Seal) after the date of purchase or manufacture which ever comes last. (Proof Required)

6.  Must have completed customer claim form.

uniroyal.man

Escobedo, Jose Ang
205623-000383

## UNIROYAL WARRANTY POLICY

1.  Workmanship defects will be replaced free of charge to the customer and to DTC during the first 12 months following the purchase or during the first 25% of tread wear, which ever comes first.

2.  Ride disturbance adjustments will be covered during the, 12 mo-25% treadwear, free replacement period only.

3.  Workmanship defects beyond the free replacement period are acceptable on a prorate basis down to 4/32" of tread remaining, with credit on a prorated basis.

4.  Gold stripe Royal Seal and Royal Seal lines have a Free replacement period of 24 months or 30% treadwear. During this period only, road hazard will be covered and free replacement. These lines also have a 60,000 mile treadwear warranty.

5.  What is not covered.

    A.  Road Hazard - Note: tires with no more than 1 R.M.A. approved repair, not related to the defect, will be acceptable.

    B.  Tires presented for adjustment 4 years (6 years for Gold Stripe Royal Seal) after the date of purchase or manufacture which ever comes last. (Proof Required)

6.  Must have completed customer claim form.

uniroyal.man

**Escobedo, Jose An**
205623-000384

## CONTINENTAL WARRANTY POLICY

1. Workmanship adjustments are acceptable down to 4/32" of tread remaining, with free replacement during the first 2/32" treadwear or 12 months from date of delivery.

2. Ride disturbance adjustments will be accepted during the free replacement period, 2/32" tread wear or first 12 months, only.

3. Milage warranty for TS 771 (40,000 mile) and CS/CT 21, CS 75, CS/CT 24 (50,000). The tread must be evenly worn, under normal use, to the tread wear indicators with in a period of 48 month from date of delivery. Adjustments will be made using the Adjustment calculation chart provided. Be sure to complete the dealer % wear, milage on used tire, and replacement price sections of the claim form.

4. Must have a completed General/Continental customer claim form.

5. What is not covered.

   A.   Road Hazard - no repairs or punctures.

   B.   Tires presented for adjustment beyond 48 months from date of delivery.

contin.man

Escobedo, Jose Ang
205623-000385

297-98          Discount Tire - Warranty Policy: What is not covered

G          -  60 months (5 years) after date of manufacture or
              4 years from date of purchase.

neral      -  60 months (5 years) after date of manufacture or
              4 years of service.

chelin     -  more than 4 years from date of purchase.

iroyal     -  more than 4 years from date of purchase or manufacture
              which ever comes last.

ntinental  -  beyond 48 months from date of delivery.

Escobedo, Jose Ang
205623-000386

The Tire Retreading / Repair Journal

# New Retread Standards For Europe

by Marvin Bozarth

The new retreading standards for Europe, known as ECE 108 Passenger and ECE 109 Commercial, require that all casings retreaded after January 1, 2000, must have the "E" or "e" marking on the original casing (see photo).

Also, the date code requirements call for a switch from three digits to four on January 1, 2000. A retread marked with the date code "2503" means the tire was retreaded in the 25, 26, 27, or 28 week of the year 2003. The Standard allows tires to be produced in the week indicated by the marking as well as the next three weeks.

According to the Standard, passenger tires may be retreaded only once and the casing may not be more than seven years old at the time of retreading. Penetrations are not permitted on passenger casings above H rating unless they are downgraded to a lower speed symbol. During or after retreading, passenger casings must be inflated to 22psi (1.5 bars) or more for inspection. ✕



*This tire was manufactured in Spain. The "E" symbol indicates Europe and the "2" designates Spain.*

**38** *March 1999*

Escobedo, Jose Ang
205623-000387

Volume 45   Issue 12                    December 2001



# ITRA Journal

## The Tire Retreading/Repair Journal



Specialized articles on technology, marketing and maintenance of new and retreaded/repaired tires.

## RETREAD PRODUCTION AND FORECAST

|  | 2000 | 2001 est. | 2002 est. |
|---|---|---|---|
| Passenger | 650,000 | 550,000 | 470,000 |
| Light Truck | 5.6 million | 5.3 million | 5.0 million |
| Medium Truck | 16.5 million | 15.6 million | 17.1 million |
| OTR/Earthmover | 475,300 | 451,000 | 473,000 |
| Specialty | 198,000 | 195,000 | 196,000 |

Escobedo, Jose An
205623-000388

December 2000

# ITRA JOURNAL

## The Tire Retreading/Repair

Specialized articles on technology, marketing and maintenance of new and retreaded/repaired tires.

## IN THIS ISSUE

### 2000 U.S. Retread Industry Report and Forecast for 2001 ...........................

### RETREAD PRODUCTION AND FORECAST

| | 1999 | 2000 est. | 2001 est. |
|---|---|---|---|
| Passenger | 1.9 million | 950,000 | 760,000 |
| Light Truck | 6.1 million | 5.7 million | 5.5 million |
| Medium Truck | 17.4 million | 16.5 million | 16.7 million |
| OTR/Earthmover | 485,000 | 475,300 | 475,300 |
| Specialty | 203,000 | 198,000 | 198,000 |

ALSO IN THIS ISSUE

Spot Repairs in Radial Tires ...........13
Selecting the Proper Size Boiler .....22
Ed Wagner Retires ...........................32

WM MAX NONNAMAKER
NONNAMAKER & ASSOCIATES INC
3250 W MARKET ST STE 300
AKRON OH 44333-3321

Escobedo, Jose Ang
205623-000389

# 2000 U.S. Retread Industry Report and Forecast for 2001



by Marvin Bozarth

Editor
The Tire Retreading/
Repair Journal

Phone 502-968-8900

Developing a forecast for the tire and retread industry this year has been like trying to forecast the stock market; I can only hope my industry forecast and report will be more accurate than my stock market judgements over the last 12 months.

The rumors we heard so frequently about the tire industry diminished substantially during the past year; probably because so many changes are taking place people don't have time to spread hearsay.

Like nearly every industry in the world today, the tire industry continues to experience its share of mergers and buyouts, or to put it in the popular term of the day – strategic alliances. It is sometimes difficult for me to determine the difference between a strategic alliance and a buyout, merger or takeover. By whatever term, in the end the outcome is usually the same.

In January and November 2000, some new tire manufacturers announced price increases in the range of 3 to 8 percent on certain tire lines. Nevertheless, we are still seeing some very low prices, especially with regard to new truck tires.

The new tire shortages common throughout 1999 and early 2000 became a thing of the past after the manufacturers cranked up production and substantially increased inventory. Some companies then announced lay-offs and slowed production to avoid or reduce the price cuts that usually occur when inventories become heavy.

For the most part, retreaders were not able to raise their prices during the past twelve months. Although a few did announce increases, they found that competition within the industry made the adjustment difficult.

We continually receive calls at the International Tire & Rubber Association (ITRA) from dealers who are interested in starting leasing programs for commercial tires. It appears, though, that until an affordable tire chip technology is available for monitoring purposes, growth in this area will be limited.

The number of trucks operating under lease agreements is increasing as more smaller companies opt to lease rather than own commercial vehicles. In some cases, the lease agreements allow the companies operating the vehicles to purchase their own tires.

Escobedo, Jose Ang
205623-000390

- The Michelin Retread Technology (MRT) systems have expanded throughout the U.S. to a total of 44 operating plants. The majority produce precure retreads, although several are designed for mold cure.
- The merger of Goodyear and Treadco substantially increased Goodyear's network of commercial tire dealerships. Combined, the commercial operations of Goodyear, Brad Ragan and Treadco total 194 outlets with 77 retread plants. These commercial outlets and retread systems will operate under the name of "Ringfoot Commercial Tire Systems, LLC" with estimated sales of US$650 million annually.
- Bandag remains the dominant retread system in the U.S. with 393 plants in its franchise system. This accounts for 35 percent of all retread plants in the U.S.
- The recent 6.5 million tire recall of certain Firestone Wilderness designs had a tremendous negative effect on Firestone, and it left other tire and retread manufacturers wondering what the legislative response will mean to the tire industry in the future.
- The TREAD Act, which Congress passed in response to the recall, established severe penalties for failure to report any problems associated with tire performance. The Bill also instructs the National Highway Traffic Safety Administration (NHTSA) to set new guidelines and rules for testing and record keeping of a tire production and performance. The requirement of a tire pressure monitoring system on all vehicles in the near future will be a major part of the new guidelines, but we can only speculate on the final outcome of rules NHTSA will establish.

Following are some of the newsworthy tire industry events that occurred in 2000:

- Firestone celebrated 100 years in the tire industry.
- ITRA Certified its 2,000th and 3,000th Commercial Tire Service Technician.
- David Poisson resigned as executive vice president of the Tire Association of North America (TANA) and was replaced by Ross Kogel.
- Arden Farris, a member of the International Tire Industry Hall of Fame, passed away.
- John Lampe took over as CEO of Bridgestone/Firestone.
- Goodyear promoted the name "Next-Tred" for its retread products.
- Creation and publication of an annual ITRA *Certified Tire Service Directory* approved by the Board of Directors.
- The Department of Justice dropped charges of price fixing against new tire manufacturing companies.
- The OSHA 29 CFR 1910.177 Compliance Video Training Program was launched by the ITRA Educational Foundation.
- Ed Wagner announced his retirement at the end of 2000.







- ITRA announced plans for enhanced educational programs to alternate with the biennial World ITRA Expo.
- Marangoni expanded its RINGtread system to eight U.S. plants and announced it will begin marketing new tires in the U.S.
- Two of ITRA's founding fathers passed away. Paul Clark, who served on the Board for 30 years and as president for 10, and Austin Redmon, who served on the Board for 30 years. Both were charter members of the Association.
- Maine Commercial Tire became the first U.S. retread plant to acquire ISO 9002 Certification.
- A St. Louis jury awarded US$105 million to a plaintiff who was injured while inflating a tire on a multipiece truck rim.
- The Estate Tax Bill passed Congress and was vetoed by President Clinton.
- Legislation proposed by the Department of Transportation on the hours of work for truck drivers was put on hold for up to a year after an overwhelming number of complaints were received from the transportation industry.
- Several lawsuits were filed against Ford Motor Company and Firestone over injuries and deaths involving rollovers of Ford Explorer vehicles equipped with Firestone and other tires.
- Bandag opened its 84,000 square foot state-of-the-art learning center in Muscatine, Iowa.
- Goodyear announced it will seek ISO 9002 Certification for all of its Truckwise locations.
- Executive Order 13149 reaffirmed the federal government's commitment to use retreaded tires.



## NEW REPLACEMENT TIRE SALES

New replacement tire sales in 2000 exceeded sales in 1999 in nearly all categories.

New replacement passenger tire sales are expected to reach 202.8 million units in 2000, up from 191.5 million in 1999. Projected sales for 2001 are 198 million units.

Light truck tire replacement sales increased from 33 million units in 1999 to 34 million units in 2000. Due to the rising popularity of light trucks, this category is expected to increase to 36 million in 2001.

Medium truck tire replacement sales increased from 14.2 million in 1999 to 15.1 million in 2000. Sales are expected to reach 15.3 million in 2001.

## ORIGINAL EQUIPMENT TIRES

OE passenger sales increased to 61.5 million units from 61 million units in 1999. A drop to 59 million units is expected in 2001.

Light truck tire sales in 2000 are at about 7.7 million, down from 8.3 million in 1999. This number is expected to drop again slightly in 2001 to 7.6 million.

Escobedo, Jose Ang
205623-000391

OE medium truck tires also experienced a decline in sales, down from 6.1 million in 1999 to 5.1 million in 2000. An additional decline is expected in 2001 to 4.3 million units.

A drop in Class 6, 7 and 8 truck sales in September and the declining market for new automobiles are responsible for the previously mentioned 2000 and projected 2001 unit sales.

## RETREADING

The total number of operating retread plants – 1,123 in the U.S. – continues to decline from 1,231 in 1999. Some plants closed due to management decisions not to upgrade equipment or expand their facilities. Other closures occurred as companies with multiple retread plants consolidated their production into fewer facilities.

Of the 1,123 active U.S. retread plants, 347 are owned by 63 companies with multiple locations. Four companies, Bandag, Bridgestone, Goodyear and Michelin, own 158 or 14 percent of the total plants. Only about 35 percent of U.S. retread plants are completely independent and not operating under franchise or with new tire manufacturer involvement.

Prices for raw materials throughout the retread industry held firm in 2000, but concern is mounting that if oil prices continue to escalate, there may be adjustments in rubber pricing in 2001.



## ACTIVE U.S. RETREAD PLANTS – 1,123
(as of December 1, 2000)

*Puerto Rico – 9*

The strong American dollar has encouraged the importation of tread rubber and equipment from Canada, Korea, Brazil, Mexico and Malaysia. These imports tended to ease price increases throughout 2000.

## PASSENGER TIRE RETREADING

Passenger tire retreading in the U.S. is continuing a downward trend; the estimated production of 950,000 units in 2000 is down from 1.9 million in 1999. Passenger retread production is expected to continue declining to 760,000 in 2001.

Many large passenger retreading operations have ceased production. This can be attributed to all-season tires dramatically reducing the demand for mud and snow tires, which were once a major element of the passenger retread market.

Most companies that still retread passenger tires seem to have little difficulty marketing their products and report that customer acceptance is very good.

## LIGHT TRUCK TIRE RETREADING

Although retreading all-steel light truck tires seems on the increase, overall the number of retread units produced is declining. In 2000, an estimated 5.7 million units were produced, down from 6.1 million in 1999. This figure is expected to drop further in 2001 to 5.5 million units.

The continued reduction in the price of new fabric radial truck tires has had a negative impact on retreading; when worn, many of these tires are not considered retreadable.

A bright spot in light truck retreading is that the LT195/75R14 used by the U.S. Postal Service is being retreaded in substantial numbers throughout the U.S.



## RETREAD PRODUCTION AND FORECAST

| | 1999 | 2000 est. | 2001 est. |
|---|---|---|---|
| Passenger | 1.9 million | 950,000 | 760,000 |
| Light Truck | 6.1 million | 5.7 million | 5.5 million |
| Medium Truck | 17.4 million | 16.5 million | 16.7 million |
| OTR/Earthmover | 485,000 | 475,300 | 473,300 |
| Specialty | 203,000 | 199,000 | 198,000 |



maintain their older units. Hopefully, operations will look closely at repairing and retreading more of their tires.

I encourage all dealers with fleet customers who are reluctant to repair their tires to ask those customers to conduct a test with repaired tires in certain applications. I believe the results will be very positive as fleets see the value of repairing their tires rather than scrapping them.

## RETREAD PRODUCTION COST

Although retreaders face minor increases in the cost of raw material and are enjoying reduced casing prices, they still must deal with the rising costs of operation. On average, labor costs increased from 2 to 4 percent annually during the last two years. I see little indication of any change in 2001. The exception is that some dealers are finding it necessary to provide more pay and better benefits to reduce employee turnover.

## SUMMARY

It is very likely the worker shortage will continue in the retread industry causing retreaders to develop innovative ways to maintain their work forces. This, along with increased overhead, equipment and fuel costs, will dramatically impact the ability to remain profitable.

Much of the equipment coming into the retread market today is more effective in allowing retreaders to cut production costs. However, the equipment is expensive and must be operated effectively to justify the cost.

Many plants have eliminated cementing from their processes, which can reduce production costs and fire hazards.

Inspection technology and equipment are improving, which can lead to reductions in the cost of in-plant failures – an important element to remaining profitable.

While new retread plants are opening on a regular basis, some of the older plants are closing. I expect the total number of operating retread plants to drop under 1,100 by the end of 2001.

There is little question that as long as the dollar remains strong, we will see more importation of equipment and raw materials for the retread industry.

If a severe winter sets in and the shortage of heating oil and diesel fuel creates a major escalation in oil prices, we could experience rising costs for carbon black and other raw materials for tread rubber in 2001.

And last but not least, the recent tire recalls are likely to spawn federal regulations that will require the purchase of testing equipment and establish procedures that will make times difficult for the tire and retread industry. ■

Escobedo, Jose Ang
205623-000394

December 1990

TIRE RETREADING/REPAIR JOURNAL

Simplistically one can sum up the current status of the new tire industry as too much tire manufacturing capacity chasing to few wheels combined with a sluggish growth rate in automobile and truck registrations. As a result we have a stagnant tire industry with viscous marketing battles going on for a share of the turf!

1991 will be a tough year for a tough tire industry — but then again we have a lot of tough tire people!

# RETREADING
## IN THE UNITED STATES



## Passenger Tire Replacement Market:

The new tire passenger replacement market will show little significant difference — the annual volume of 156,000,000 tires has shown little overall change and 1991 should be no different.

However, new tire sizes, an increase in speed rated tires, reduction in mud and snow radial production will be changing within the overall make-up of the passenger tire market.

The tire industry continues to use 34,500 miles (54,400 km) as the average mileage per radial tire — almost three years mileage for the average motorist. And considering the current selling prices for new tires, motorists are getting a fantastic value in most cases!

Escobedo, Jose Ang

205623-000395

*Akron Beacon Journal* **VOICE OF THE PEOPLE**
8/21/00

# Looking back at the Firestone 500 recall

Since Firestone tire problems again are making news, let me set the record straight on the history of the recall of the Firestone 500 tire.

As division manager of materials development at Firestone from 1968 to 1976 and responsible for compounding and textile development, we did not have a crass disregard of tire customers as frequently characterized by the news media.

The development of the 500 steel belted radial passenger tire followed a logical path, although we were greatly pressured by our management in the early 1970s.

We had no time to develop a steel cord skim compound, so we borrowed the compound used by our European development group successfully for several years prior.

This compound performed satisfactorily for smaller size tires used on European vehicles. United States tire testing was rushed on this compound at Firestone's west Texas fleet with satisfactory results.

In retrospect, we did not then realize the much higher mileages that radial tires would obtain.

Our test data should have been carried to substantially higher mileages and we should have had more data with larger size tires, because later information made it clear that most 500 tire separations were in large-size tires.

We eventually corrected the steel cord adhesion problem, and, together with a new steel cord construction, introduced the Firestone 721 tire that performed extremely well for many years.

No doubt we made mistakes in regard to the 500 tire from a development standpoint. Note the following:

• We should have resisted management pressure, allowing more time for development.

• More experience with radial tires would have prepared us for higher mileage testing.

• We should have had more test data on large-size tires.

• Time would have given us more laboratory data on steel-cord adhesion, especially the age factor.

Anyone can be a Monday morning quarterback.

**Alvin W. Warren**
North Canton

Escobedo, Jose An
205623-000396

Page A12, Wednesday, August 30, 2000

# AKRON BEACON JOURNAL

C. L. Knight
1867 — 1933

FOUNDED APRIL 15, 1839

John S. Knight
1894 — 1981

Janet C. Leach
*Editor*
jleach@thebeaconjournal.com

John L. Dotson Jr.
*Publisher*
jdotson@thebeaconjournal.com

Michael Douglas
*Associate Editor*
mdouglas@thebeaconjournal.com

## VOICE OF THE PEOPLE

### Replacement tires: Are they any better?

As director of materials and compound development in the B.F. Goodrich Tire Group at the time of the Firestone 500 debacle, I can appreciate the succinct description of the background of the internal situation at Firestone by Alvin W. Warren, my counterpart (Voice of the People, Aug. 21, "Looking back at the Firestone 500 recall").

Fortunately at BFG, we developed a simple lab test on tire sections that practically overnight would warn us of potential weakness in wire/coat compound adhesion. We knew from day one that Firestone was in deep trouble.

Now to change the subject to today's problems with Bridgestone/Firestone Inc.'s ATX/ATXII/Wilderness tread separation problems: What testing evidence is there that today's replacement tires are an improvement over the tires being replaced? What has been changed? The materials? The construction? The manufacturing process?

How can the public be sure significant improvements have been made?

Bridgestone/Firestone needs to answer.

**Carl Z. Draves Jr.**
Akron

Escobedo, Jose Ang
205623-000397

MORE THAN
$49
Coupons
INSIDE
$4

# Sunday
# AKRON BEACON JOURNAL

*Serving the community for 162 years*

www.ohio.com.

© Copyright 2001 Beacon Journal Publishing Co.

B

Goodyear tosses out 25% of tires for new-car market
Tough specifications force rejection of perfectly good tires

# Profits land on scrapheap

Company loses $60 million on original-equipment sales.

Everywhere in town, people want to know what is happening at Goodyear.

Well, many things are contributing to Goodyear's financial losses. But I'll bet there is one you would never think of: that Goodyear is discarding a quarter of the tires it makes for the new car market because they don't meet the automakers' rigid specifications.

That's right. And they're being thrown away. Goodyear has been los-

ing $60 million a year on new tires produced for the North American market since the late 1990s.

What a waste.

The unreasonable demands of carmakers are to blame in large part. But Goodyear's own manufacturing processes — and its older equipment — figure into the equation as well.

Go back 10 years, when life was simpler in the tire industry, and you'd find only 1 percent or 2 percent of Goodyear's tires failing to meet speci-

fications set by automakers.

In a 90-minute interview last week, even Goodyear Chairman Samir Gibara acknowledged that his company cannot sustain this kind of constant drain on resources.

"It's an industry problem," Gibara said. "The tire industry can't survive if we have that much of our produc-

tion in scraps."

There are indeed complex reasons why Goodyear, a company that means so much to Akron, has suffered financial losses and layoffs during a time of record sales.

We often hear the official explanations. The weak euro. The high cost of oil. The slowing demand for automobiles.

All these are major issues, as evidenced by the fact that the wholesale industry is in a slump.

But there is more to the story of Goodyear's financial predicament.

Please see Tires, S6

**DIANE EVANS**

Please see Tires, S6

Escobedo, Jose Ang
205623-000398

## Company is aiming at 98% efficiency

**Continued from Page A1**

and wasted production is a huge part of it, according to current and former executives who spoke at length recently on Goodyear's internal issues.

In a large sense, Goodyear is in the same bad position that many suppliers are in when they sell to giant customers who dictate terms of a sale.

If you're in the tire business, you are at the mercy of carmakers who demand premium products for bargain-basement prices.

In the North American market, where Goodyear does half its business, 25 percent of its sales come from the auto companies. Profits on new-vehicle tires are low under normal circumstances.

But when an average of 25 percent of the tires produced for new vehicles can't even be delivered, then Goodyear loses money.

Make no mistake. These are perfectly good tires. Some may have a small cosmetic blemish – maybe the lettering isn't perfectly formed on a sidewall. Or some may not pass the noise test required for a certain minivan or SUV. But these issues don't meet the rigid specifications set by the carmakers, they never make it past Goodyear's own inspections.

If these tires had a standard design – as tires once did – they could be sold at a discount on the replacement market.

The trouble is, auto companies today often order tires specifically to fit one vehicle model. So there is no replacement market for two or three years down the road, when the original tires wear out.

This puts Goodyear in a jam. For safety reasons, Goodyear routinely destroys all unsold tires after two years.

### Narrow specifications

It wasn't so many years ago that one tire design fit many car models.

That changed with the popularity of SUVs, light trucks and vans.

Today, not all new vehicles require specially designed tires. But many do.

And when it comes to tire performance, the carmakers want it all. It is as if they expect tires to give a Cadillac ride on the chassis of a truck. There are narrowly defined specifications for everything – softness of ride, tread wear, handling in dry weather, to name just a few things.

Max Nonnamaker, an independent Akron-based tire consultant, described the challenge of meeting these specifications

## Costly design

Goodyear and Michelin can design any kind of tire anyone wants. But the design process is expensive. And state-of-the-art equipment is necessary if the production of these highly specialized tires is to be done efficiently.

No matter what the market pressures are, Goodyear's responsibility is to operate at a profit, which it failed to do in the last two quarters of 2000.

The bottom line for Goodyear is that it either has the capabilities to produce a certain tire efficiently, or it does not.

"You just stop producing them until you can make them so they pass the test," Nonnamaker said. "That's the responsibility of a company."

Goodyear has turned down contracts in certain instances for this reason. That is why Goodyear stopped making tires for the Ford Explorer – because Goodyear executives didn't believe they could meet quality standards for the price Ford was willing to pay, according to company insiders.

Bridgestone/Firestone assumed the full contract for Explorers. The rest is history – a government investigation, 6 million tires recalled and 174 deaths and more than 700 injuries linked to Firestone tires.

### Modernizing equipment

Highly specialized tire making requires highly specialized equipment, which Goodyear doesn't have throughout its plants.

In the last four years, Goodyear has invested $3 billion to modernize its equipment with the hope of cutting down on waste in production.

The company is also spending $450 million on research efforts to improve and develop new designs and products.

Goodyear's goal is to reach 98 percent efficiency once again. But that is a ways off.

This year, even after this $3 billion investment, Gibara hopes the production losses on new tires made in North America will be cut to $40 million. (This is a global problem as well, but Goodyear is most affected in North America because that is its largest market.)

Consider that Goodyear's net profit in all of 2000 – albeit a very bad year – amounted to only $40.3 million. And the company had record sales last year of $14.4 billion.

The relief for Goodyear is that it finally negotiated price increases from automakers this year. Gibara believes this was possible because the Bridgestone/Firestone fiasco made everyone more aware of the importance of tire safety.

Said Gibara: "I told GM and Ford, 'You want quality, we'll give you quality. But you have to pay.' They are listen-ing now. They ...



"I told GM and Ford, 'You want quality, we'll give you quality. But you have to pay.' They are listening now. They never were before."

**SAMIR GIBARA**
*Goodyear chairman*

Escobedo, Jose Ang
205623-000399

According to Gibara, there have been times in the past when carmakers "got four Goodyear tires for the cost of a pair of sneakers."

That is just outrageous.

Goodyear's fear, of course, is that it will lose future customers if it sacrifices business in the original equipment market. The thinking is that people will replace Goodyear tires with Goodyear tires. The market for replacement tires, by the way, is far more lucrative than for original equipment and accounts for 75 percent of Goodyear's business in North America.

## Who's to blame?

What we don't know is how much of this problem rests with manufacturing problems of Goodyear's own making.

Tire building still involves hands-on work. Experts seem to agree that the more complicated the designs, the more difficult it is to hit every specification exactly.

At Goodyear, the error rate is still marginal in the production of more standard tires.

Other tire makers don't volunteer information on the amount of money they lose on wasted production. However, Gibara believes that companies such as Michelin and Bridgestone/Firestone are in the same position.

If things are that bad, you wonder why they don't use their collective strength to stand up to the carmakers.

Of course, for all the tire companies, oil prices, slowing auto sales and other external factors have put tremendous pressure on finances.

At the same time, this issue of discarded tires has figured heavily in the company's reported earnings at least since 1999. That is the year the company's downward financial slide began.

There were many reasons for Goodyear's losses in 1999. One related to the company's acquisition of the Japanese tire maker Sumitomo, including the Dunlop brand in the United States. But another related to the fact that 1.6 million tires were taken out of storage and destroyed in August of that year. Those destroyed tires fig-

North American division that year.

Goodyear had decided to hang on to those tires. The criticism has been that by keeping so many tires in inventory in 1997 and 1998 – and not destroying them immediately after production – Goodyear delayed a loss that came anyway in 1999.

"We kept those tires because we wanted to sell them," Gibara said. "When you scrap tires, it's a loss. If we had scrapped them earlier, the bookkeeping would have been different. But so what? The end result would have been the same." The impact would have been minimal, he said, on 1997 and 1998 results.

Goodyear sells 240 million tires a year worldwide. This is a company that prides itself on quality. In that regard, this is the Goodyear we always knew.

The global market, however, has changed the way Goodyear must do business.

There are never easy answers when you're in the trenches, as Goodyear is, trying to balance competing interests and protect a customer base.

However, at some point, if a tire can't be produced at a profit, then you can't make it. Why not let a competitor win the contract for that tire, and if the specifications are really that difficult to meet, let the competitor sustain the loss.

In the end, Goodyear's fortunes won't rest on how many tires it makes. The critical factor is profitability. That is what secures jobs and stock investments for people.

And oh, yes, the stock. There is a bit of good news for Goodyear. After hitting a 52-week low of $15.60 on Oct. 11, Goodyear shares closed at $27.35 on Friday. That is much improved, but still a long way from the high of $75.75 in March 1998.

Diane Evans can be reached at 330-996-3587.

Escobedo, Jose An
205623-000400

# ar gets ready to roll

A BJ 5/23/01



GABRIEL B. TAIT/Detroit Free Press

...ed on his hands as CEO Jacques Nasser discusses the Firestone tire recall in Dearborn, Mich.

## The recall

• Ford is replacing 13 million Firestone Wilderness AT tires on its vehicles.

• Ford will contact customers by mail shortly regarding the replacement process.

• Customers can obtain information at any time by contacting Ford toll-free at 1-866-300-1226, or by e-mail at http://www.ford.com.

• The program encompasses 15-, 16- and 17-inch Wilderness AT tires on the Explorer and Expedition sport utility vehicles, Ranger pickup trucks and some F-150 pickup trucks.

• Ford and Lincoln-Mercury dealers will replace tires at no cost to customers.

• Ford also will reimburse customers who buy tires from other authorized retailers, with proof of purchase, up to $110 for each 15- and 16-inch tire, and $130 for each 17-inch tire.

• A list of recommended replacement tires – none of them made by Firestone – will be available at authorized dealers and will be posted on Ford's Web site (www.ford.com).

• Ford will work with customers to prioritize tire replacement based on age, particularly tires more than 3 years old.

Source: Ford Motor Co.

## FIRESTONE, FORD MAY SETTLE CASES

Plaintiffs in wrongful-death lawsuits against Ford and

## ...cial, ...pbeat

... yesterday con-...icials had talked to supplying replace-...r the latest recall. ...is prepared to do ...necessary to help ...t the right tires on ...: as quickly as possi-...pany said in a state-

...ouncement came a ...dgestone/Firestone breaking off its 95-...ship with Ford, re-...er Ford demanded ... maker recall addi-...rness AT tires after ...an analysis of the

...ne/Firestone, for its ...rd had hidden cru-

## Goodyear stock prices



Yesterday's close **$30.40**

Dec. Jan. Feb. Mar. Apr. May

SOURCE: Bloomberg News

Akron Beacon Journal

will meet over the next few days to work out details, Goodyear spokesman Chris Aked said.

Still unknown yesterday were the number of tires Goodyear will supply, where they will be

# U.S. tire stores to be swamped as recall begins

**By Jennifer Dixon**
Knight Ridder Newspapers

As Ford Motor Co. launched a nationwide drive to replace 13 million Wilderness AT tires, dealers scrambled yesterday to line up new supplies.

Ford's replacement program is twice the size of last summer's Firestone tire recall, which jammed dealerships and tire stores for weeks as worried drivers sought new tires for their Explorers.

The National Highway Traffic Safety Administration is investigating potential safety defects involving 55 million Firestone Wilderness ATX, ATX II and Wilderness AT tires linked to at least 174 U.S. deaths and 700 injuries, many of them involving

Escobedo, Jose Ang
205623-000401



# THE AGING OF TIRES AND SIMILAR OBJECTS IN OPEN AIR STORAGE

E. Tuval[1], A. Thurm[1] and Z. Rigbi[2*]

[1]*Ordinance Corps H.Q., Israel Defence Forces*
[2]*Technion–Israel Institute of Technology, Haifa*

## ABSTRACT

Tires mounted on vehicles stored in the open air are subject to various forms of deterioration as a result of heat aging, oxidation and ozone attack, and must be protected by the use of chemical antidegradants, and if possible from direct sunlight. The effects of such deterioration on the properties of sidewall rubbers have been studied on tires of various ages taken from army stores, and certain conclusions have been drawn.

## INTRODUCTION

An army must be ready to deploy its troops at short notice, with all the reserve equipment constantly maintained. This includes vehicles of all types with their tires always properly inflated. Many such vehicles are located in storage farms dispersed throughout the country, exposed to the atmosphere, sunlight and water, sometimes separately and sometimes together. A typical storage farm is shown in Fig. 1. The tracks of other vehicles, such as appear in Fig. 2, these being mainly steel-cord reinforced rubber compounds, are subject to the same ambient conditions. It is a matter of concern that the tires and other exposed parts should remain in usable condition for a predetermined period, ready for operation under load on all sorts of terrain at all times.

---

* To whom correspondence should be addressed:
  Prof. Zvi Rigbi
  P.O.B. 14497, 58015 Azur, Tel-Aviv, Israel

Escobedo, Jose An
205623-000404

*Vol. 19, No. 3, 1999*

*The Aging of Tires and Similar Objects*
*in Open Air Storage*



**Fig. 1:**  Mounted tires in a typical storage farm for military tank carriers.



**Fig. 2:**  Personnel-carrier tracks in unprotected storage.

210

Escobedo, Jose  Ang
205623-000405

*E. Tuval, A. Thurm, and Z. Rigbi*                  *Journal of Polymer Engineering*

A project was initiated to investigate the deterioration of rubber parts, particularly tires and vehicle tracks, under open air storage conditions, and to determine effective ways of delaying their deterioration as measured by ozone attack, interply adhesion, changes in modulus, abradability and other properties.

## MILITARY SPECIFICATIONS

An SAE document /1/ on recommended practice for studying pneumatic tires for military vehicles includes a test for the resistance of the rubber component of tires to ozone. This test specification does not compare the tire material to any standard and is therefore difficult to interpret. A later military specification /2/ is generally more detailed and explicit, and compares the ozone resistance of the tire sidewall compound to a standard control compound which is to be used in the ozone test. We have accordingly disregarded the earlier document /1/ on ozone testing, and have proceeded according to the 1997 military specification.

## TESTING PROGRAM

This paper details some of the results obtained during a study of some aspects of the deterioration: the effect of ozone on the sidewalls; the deterioration of interply adhesive strength, the general mechanical properties of the tires; and dynamometer behavior, all as a function of age. Tires were obtained from army stores and originated from a number of manufacturers and produced at various dates. These studies were run concurrently with field storage trials, but not on the same batches, so that the groups of results only generally supplement each other.

Because of the non-availability of certain equipment, we have contracted with a reputable testing organization /3/ to study the impact of aging on military tires for appearance, tire durability performance and key tire component physical properties. The results of these investigations are reported whenever relevant.

211

Escobedo, Jose Ang
205623-000406

*Vol. 19, No. 3, 1999*

## EXPERIMENTAL

Twelve tires as detailed in Table 1 were included in the ozone study. While ozone testing is required in the military specification, the effect of ozone damage may not generally be directly observed in durability tests unless very pronounced.

All samples for ozone testing were cut from the sidewalls of the tires listed in Table 1 (as shown in Fig. 3), these areas being most prone to ozone cracking when the tire is properly inflated and under static or dynamic load as seen in Fig. 4. The dimensions of the portions taken were 20 by 200 mm each. The rubber layer was separated from the cord, split on a skiving machine (see Fig. 5) to a thickness of 2 mm and then cut to 6 by 100 mm rectangles. These were placed in holders specified in ASTM D1171 (Fig. 6) together with a similar test piece prepared from the standard formula (see Appendix) and both stretched by 20% of their original lengths. They were then exposed to ozone in a standard chamber at a concentration of 50 pphm and 40°C in accordance with para. 4.7.7.1 of the standard MIL-12459. All

**Table 1**
List of tires studied for ozone resistance

| Serial | Manufacturer | Type[a] | Prod. Date[b] | Condition |
|--------|--------------|---------|---------------|-----------|
| 1 | A | 1 | 48/94 | New |
| 2 | A | 2 | 8/87 | New |
| 3 | B | 1 | 24/95 | New |
| 4 | C | 1 | 49/93 | New |
| 5 | A | 2 | 10/94 | New |
| 6 | D | 1 | 1/82 | Used |
| 7 | E | 1 | 36/93 | Used |
| 8 | F | 1 | 33/97 | Used |
| 9 | B | 2 | 50/92 | Used |
| 10 | D | 2 | 2/91 | New |
| 11 | D | 2 | 14/92 | New |
| 12 | D | 2 | 2/91 | Used |

[a] This is to differentiate between types produced by a specific manufacturer. It does not imply that Type 2 of Manufacturer B is similar to Type 2 of Manufacturer A.
[b] Date of Production as Week/Year.

212

**Escobedo, Jose Ang**
205623-000407

E. Tuval, A. Thurm, and Z. Rigbi                     *Journal of Polymer Engineering*



**Fig. 3:** Tire showing area of sidewall removed for ozone testing.



**Fig. 4:** Ozone cracks in sidewall of tire.

Escobedo, Jose An
205623-000408

*Vol. 19, No. 3, 1999*

*The Aging of Tires and Similar Objects*
*in Open Air Storage*



**Fig. 5:**  Diagram of Fortuna Werke skiving machine KS-G50 peeling rubber
from cord base of sidewall.

a. Portion of sidewall.          c. Guide horn.          d. Lateral guide.
e. Pressure roller.              f. Feed roller.          g. Circular knife.



**Fig. 6:**  Ozone test specimen in holder with ASTM standard test piece.

214

**Escobedo, Jose Ang**
205623-000409

*E. Tuval, A. Thurm, and Z. Rigbi*          *Journal of Polymer Engineering*

tire samples were compared to their standard formula counterparts while in their jigs.

Samples were inspected every 24 hours at a magnification of 8x and the time required for the development of the first cracks was noted. The results are given in Table 2.

Table 2 shows that the tires tested fall roughly into a number of groups as far as the time for the appearance of ozone cracking is concerned. These are:

Group 1: Over 200 hours      Tire no. 3
Group 2: 96 hours            Tires nos. 1, 4, 11
Group 3: 72 hours            Tires nos. 5, 6, 10
Group 4: 48 hours            Tires nos. 2, 7, 8, 12
Group 5: 24 hours            Tire no. 9.

It should be noted that there does not appear to be any simple correlation between the ages of the tires and their resistance to ozone cracking. However, it would appear that the onset of cracking is reached earlier for used tires than for new (that is, not previously used) tires. The results are somewhat

**Table 2**
Ozone exposure test results

| Serial (as in Table 1) | Time for first crack (hours) |
|---|---|
| 1 | 96 |
| 2 | 48 |
| 3 | >200* |
| 4 | 96 |
| 5 | 72 |
| 6 | 72 |
| 7 | 48 |
| 8 | 48 |
| 9 | 24 |
| 10 | 72 |
| 11 | 96 |
| 12 | 48 |
| Standard formula | >200* |

* Test discontinued after 200 hours, by which time no cracks had appeared.

215

Escobedo, Jose Ang
205623-000410

surprising, in that we feel certain that while all tire manufacturers know the value and importance of antiozonants and are able to produce tires with high resistance to ozone cracking, they do not always maintain this quality in their production tires. We make no claim at this juncture that initial ozone cracks seriously affect the service life of the tires.

Because atmospheric ozone concentrations certainly vary at different times of the day and on different days, we have started to map these. Our measurements show that the average ozone concentration during summer at the various storage farms varies between 3 and 16 pphm depending upon the location.

The protection of tires by means of the external application of antiozonant solutions has been considered by other authorities in the past. The study reported upon by the Materiel Division of the Marine Corps /4/ in 1980 has shown conclusively that "*no tire preservative type of lacquer applied to finished tires is likely to show more than marginal improvement in the storage life of tires under desert conditions.*"

For direct sunlight protection, we have developed an aluminised fabric sleeve covering for tires which gives adequate protection against sunlight for the rather limited life of the sleeve. This is now under further development.

## ADHESION TESTS

Adhesion strength between the various plies of both radial and bias tires was measured and the results are summarised in Figs. 7 and 8. The age of the tire has a definite influence on the adhesion strength, and it will be noted by comparing the two figures that radial tire adhesion is more highly affected by aging than bias tire adhesion.

## DYNAMOMETER TESTING

Concurrently a number of tires were run on the dynamometer for step-load endurance by an independent laboratory /3/. The ages of the bias tires range from 1 to 20 years, and 1 to 15 years for the radial tires. The dynamometer crown tests yielded results which generally correlated with age, as seen in Figs. 9 and 10. The performance losses in radial tires were significant in tires older than 11 years. Of interest was the observation that bias construc-

216

**Escobedo, Jose Ang**
205623-000411

*E. Tuval, A. Thurm, and Z. Rigbi*                    *Journal of Polymer Engineering*



**Fig. 7:** Bias tire adhesion (ASTM D413)



**Fig. 8:** Radial tire adhesion (ASTM D413)

217

Escobedo, Jose An
205623-000412

*Vol. 19, No. 3, 1999*

*The Aging of Tires and Similar Objects
in Open Air Storage*



**Fig. 9:**   Dynamometer endurance of radial and bias tires



**Fig. 10:**   Effect of age of track on abrasion loss in DIN test

218

**Escobedo, Jose Ang**
205623-000413

*E. Tuval, A. Thurm, and Z. Rigbi*          *Journal of Polymer Engineering*

tion tires were more tolerant to long-term aging than radial construction tires, an observation which appears to correlate with the loss of adhesion between the plies.

Minor sidewall cracking due to tire age and atmospheric ozone exposure was evident in the uninflated bias and radial tires, and increased in severity with tire age. However, more severe cracking was evident in the radial tire sidewalls, and with age, approached a severity level that could cause the tire to become unserviceable.

### PERSONNEL-CARRIER TRACKS

Figure 2 shows a typical storage facility for the steel-cable reinforced natural rubber tracks produced for armored personnel carriers where they are exposed to similar conditions to the tires discussed above. Tests for mechanical properties were carried out over a number of years. In view of their function, the most critical properties appear to us to be tear and abrasion resistance. Tear was determined by the angle method of ASTM D624, and the abrasion loss by the German Standard DIN 53516 under 2 kg load. Graphs for these properties are given in Figs. 10 and 11. Other rubber



**Fig. 11:**    Average angle tear strength of track rubber.

219

Escobedo, Jose Ang
205623-000414

*Vol. 19, No. 3, 1999*                                    *The Aging of Tires and Similar Objects
in Open Air Storage*

properties such as elongation and tensile strength were not considered to be critical, all tension on the tracks being taken up by the steel reinforcing cables. Inspection for the development of ozone cracks was regularly carried out, but no differentiation between their depths could be made.

## CONCLUSIONS

On the basis of our observations, we are able to make the following recommendations to our Commanding Officers:

1. Tires should only be purchased from suppliers who can undertake to provide sufficient ozone resistance in their sidewall compounds by the inclusion of antiozonants.
2. Radial tires aged 11 years or older should be removed from stores and vehicles and be replaced by younger tires.
3. Personnel-carrier tracks should be tested for wear on all types of terrain from the age of 10 for evaluation.

## REFERENCES

1. SAE J2014, "Pneumatic Tires for Military Tactical Wheeled Vehicles", 1981.
2., MIL-T-124595, "Tire, Pneumatic for Military Ground Vehicles", 1997.
3. Smithers Scientific Services, Akron, OH 44303.
4. B.R. Pitcher, "Joint Service Desert Environmental Tire Preservation Test Report Project", Marine Materiel Division, Marine Corps Logistic Base, Barstow, CA 92311, 1980 (Copies from Commanding General (B830)).

Escobedo, Jose Ang
205623-000415

*E. Tuval, A. Thurm, and Z. Rigbi*          *Journal of Polymer Engineering*

## APPENDIX

Formula for Government Control Compound Used in Ozone Tests /2/

| | |
|---|---|
| SBR 1500 | 100 pbw |
| HAF Carbon Black (N330) | 50 |
| Zinc Oxide | 3 |
| Stearic Acid | 1.5 |
| Highly aromatic process oil | 7 |
| Sunolite 240 (Whitco) | 1.5 |
| Santoflex 13 | 3.5 |
| Sulfur | 2 |
| t-Butyl benzothiazole sulfenamide (TBBS) | 1.25 |

221

Escobedo, Jose An
205623-000416

# RMA BANS
# ON-THE-WHEEL REPAIRS!



In a news release the Rubber Manufacturers Association (RMA) stated in part:

The Rubber Manufacturers Association reaffirms the position that it does not condone the use of any form of temporary or emergency repair to any tire, applied from the outside to the inside of the tire (on-the-wheel). A spare tire is furnished with every passenger vehicle for use in an emergency situation.

It is essential that a trained tire dealer or repair person remove any tire from the wheel when it has been damaged or is losing air. A thorough inspection for any internal damage can then be made. Never perform an outside-in tire repair (on-the-wheel). For proper repair procedures, refer to the RMA's Puncture Repair Procedures for Automobile Tires wall chart.

If the nation's tire manufacturers deem that a punctured tire must be removed from the wheel, inspected, and repaired if the tire has not been damaged, then why do service stations, garages, and tire dealers insist on repairing tires on-the-wheel?

For years the *Journal* has gone on record as opposing this practice. ∎

30

Escobedo, Jose Ang
205623-000417

# ON-THE-WHEEL REPAIRS ANOTHER CASE IN POINT!

By and large, knowledgeable tire people argue that a puncture tire or a tire that continually loses air pressure should be dismounted and inspected for internal injury.

Tire warranties, vehicle operating manuals, industry wall charts, etc., inform tire purchasers and vehicle owners that punctured and/or damaged tires must be removed from the wheel and inspected prior to any repair procedure.

Some even caution against on-the-wheel repairs -- yet, various types of plug material and pressurized cans ("Fix-a-Flat") have virtually taken over the service station market for passenger tire puncture repairs.

Tire repair material manufacturers and their distributors have promoted and demonstrated the ease and efficiency of their repairs and some have even highlighted the "safety" of this type of repair.

It is promoted as much faster and simpler than demounting a tire, inspecting it, repairing it properly, remounting it and then inflating it.

Unfortunately -- if doesn't work that way all the time.

Take, for example, a recent case of a van owner who had operated his vehicle with a right rear tire losing air due to a puncture.

From this.....



Photo I

Photo I shows my fingers pulling on a plastic/rope filler material that was used to fill a puncture in this tire.

The tire had apparently been operated in an underinflated condition for some period of time prior to the owner noticing it.

He took his tire to a local service station for repair.

Without removing the tire from the wheel, the tire repair person simply stuffed the material into the puncture, inflated the tire, mounted back on the vehicle and sent the owner off on a trip.

To this.....



Photo II

A few days later while the owner in his van was on a trip of approximately 300 miles, the repaired tire ruptured.

The reason for the rupture was determined to be a previously weakened tire body structure due to being run underinflated prior to being repaired and aggravated by internal air pressure seeping through the repair material.

If the tire had been removed from the wheel when it was brought in for repair and inspected for internal damage, the tire repair person would have seen the damage and brought it to the owner's attention.

The tire at that point, because of its being operated in an under-inflated condition, should have been discarded and junked.

That owner would have had the alternative of mounting his spare

28

29





Photo III

30

31

(What is may of preceeding accident to this)

Interestingly, the owner had his new tire warranty which explicitly warned against on-the-wheel repairs and his owner's vehicle instruction manual which also warned against on-the-wheel repairs.

Unfortunately, as I mentioned, the repaired tire ruptured and caused an accident.

To this......

Two people were killed and the driver (the owner) was seriously injured.

The repaired tire ruptured and apparently caused the owner to lose control of his vehicle.

Who's to blame?

The owner for not following the warnings in the tire warranty and owner's manual?

The service station for not taking the tire off the wheel and inspecting it?

The tire repair material manufacturer for not requiring tire inspection before using the material?

Collectively, I venture there's some blame and responsibility on each of the participants.

But, this is what lawsuits are all about and unfortunately no one comes out the winner – at least for all the people who died in this accident.

Patented SSG Teeth #5918247

(313) 725-1230  Fax (313) 725-4440

L.R. OLIVER & CO., INC.
Anchorville, MI 48004

• Scorch-Free Textures
• Less Smoke
• Fast Stock Removal
• Long Tool Life
• Regritting Available

For more Information contact your distributor today!

T- 1179.41

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

DIVISION II

CAROL ANDERSON, Next Friend        )
of DAVID DOWNS,                    )
                                   )
            Plaintiff,             )
                                   )  Case No. 195-CC-1806
     vs.                           )
                                   )
CONTINENTAL GENERAL TIRE, INC.,    )
and LINDA RUCKER,                  )
                                   )
            Defendants.            )
                                   )

D E P O S I T I O N
OF
JAMES D. GARDNER

At Charlotte, North Carolina

May 29, 1997

REPORTER:   HUGH B. LOWRANCE, JR.
            Notary Public

Escobedo, Jose An
205623-000420

Mr. Gardner                                                    176

1    A.   Well, I don't know that I can do that without having a
2         question.  I mean, I'm going to answer -- assuming the
3         trial will be under the normal format and correct me
4         if I'm wrong, but I would just respond to the
5         questions that Mr. Moran would ask me, then the
6         questions that you would ask me.
7    Q.   I understand that, but the purpose of my deposition is
8         to know your opinions are, and I don't know what
9         Mr. Moran is going to ask you.  So all I can do is:
10        Tell me what your opinions are about this tire
11        failure.
12   A.   Well, I think we've covered it.  I mean, throughout
13        the day I think we've covered it.  I can't think of
14        anything that you haven't asked about today, if that's
15        what you're getting at.
16   Q.   Now, as I understand it, your bottom-line opinion
17        about why this tire failed was that there were two
18        punctures in the tire that were patched and that
19        allowed, in you opinion, air and water to come into
20        the tire and ultimately lead to the failure?
21   A.   Not quite but close.  My opinion is that in the
22        history of this tire it ended up with a puncturing
23        object in it.  It ended up with punctures in it.
24        There was -- at some point in time, flat fixer was put
25        in the tire as an attempt to make the tire not leak.

Escobedo, Jose Ang
205623-000421

Mr. Cardner

```
 1        During that time period and even the time period
 2     before that when the object was still in the tire,
 3     there was probably air migration into the tire that
 4     began to cause the separation, that and the run low.
 5            Ultimately the tire was patched with an insic
 6     patch, but by that time, I think, the separation
 7     probably had already started.  And then the tire
 8     repair was improper and the holes were not plugged,
 9     and so the tire continued to operate with whatever
10     road debris was exposed to it getting pumped into th
11     tire, air, and water.
12  Q.  And that's the basis for the opinion as to why this
13      tire failed?
14  A.  Yes.
15  Q.  Now, if there is improper adhesion between the belts
16      in other words, if the belts were not properly
17      vulcanized, would a puncture and the progression of
18      events that you've just talked about magnify any
19      adhesion problems that may exist in the belt?
20  A.  Well, certainly, if there was improper adhesion, I
21      don't think you would have gotten to this point in
22      time because the tire would have failed prior to tha
23      But certainly, anything with the adhesion system wou:
24      have magnified this, although the problem would have
25      to be exactly where the separation began where the
```

Mr. Gardner                                                      107

1    A.   This just gives me all the dimensions of the vario
2         trucks.  It's just a reference-type material.
3    Q.   Now, "Consumer Tire Guide," you've got two of them
4         here.  What's the purpose of these?
5    A.   Well, they just summarize the consensus of the fac
6         that you can have a tire, you can have a puncture o
7         repair in it, and even after you repair it, you car
8         make the damage go away.  Once the tire starts to
9         separate as a result of a puncture, if it hasn't be
10        properly inspected and repaired, it can still fail
11        later.  And even if it is properly repaired, it cou
12        still fail later if you started the mechanism of
13        failure.
14   Q.   Ken, can you take these and copy them?
15             MR. MORAN:  Yes.
16        (Exhibit 17 marked.)
17   Q.   "1994 Passenger and Light Truck Fitment Guide," what
18        was the purpose of that?
19             MR. MORAN:  While Mr. Gardner is looking at
20                  that, the two consumer tire guides, so I
21                  don't forget what I'm doing, are PCG-477 an
22                  CDG-982.
23   A.   This was provided to me because I wanted to know what
24        the original tread depth of the tire was.
25   Q.   Do you know whether this type tire has faster tread

Escobedo, Jose Ang
205623-000423

COURT REPORTING SERVICES
210 South Caswell Road. Suite B

# Investigation of Firestone tires focusing on fatigue

By Bob Felton

**Contaminated rubber and too little cover caused separations, company says.**

The primary cause of the Firestone ATX-model tread separations that led to the recall of 6.5 million tires was found in a process at the Decatur, Ill., plant that allowed the rubber binding the steel belts to be contaminated with lubricants, along with too little cover over the outermost belt, according to a 19 December company report. Other causes remain under investigation, the company said.

Analyses of failure data indicate the following:

- Almost 40% of ATX-model failures are in tires manufactured at the Decatur plant, suggesting fabrication problems.
- The number of Decatur-produced ATX tires that have failed is more than 10 times greater than the number of failed Wilderness AT tires manufactured at the same plant—an incongruity that indicates the ATX design, rather than fabrication, might be the problem.
- An overwhelming majority of all the failed tires were mounted on the rear axle, and a majority of those tires were mounted on the driver's side of the vehicle, indicating the problem might arise from the interaction between the tire and the vehicle.

In addition to conducting an internal study, Firestone has retained Dr. Sanjay Govindjee, a materials expert and a member of the civil engineering faculty at the University of California at Berkeley, to carry out a separate, independent analysis of the failures. The following is a summary of Dr. Govindjee's investigation:

*InTech: Does the data point toward design, fabrication, or tire-vehicle interaction as the primary cause of the tire failures?*



**When compared to ATX tire, Wilderness AT tire shows a much lower rate of tread separation claims.**

Percentage of tires produced by each plant involved in tread separation claims

*Lavergne did not make the Wilderness AT tire

Data is current as of May 2000

## Taking its toll

The National Highway Transportation Safety Administration announced on 5 December that it has identified 29 additional deaths involving Firestone tires, raising the number of fatalities to 148. Four of the deaths occurred after the recall was announced. Meanwhile, Ford Motor Co. announced 1 December that it is recalling 846,591 Explorers manufactured between 1995 and 1997 to replace defective sway bar links.

Escobedo, Jose An
205623-000424

Govindjee: The investigation is looking into all those possibilities and has drawn no conclusions.

*InTech: Why are you focusing on fatigue as the failure mechanism?*

Govindjee: That's based upon visual inspection of failed tires and interpretation of the reports about failed tires elsewhere.

*InTech: There have been newspaper reports that plant workers said "stale" materials were sometimes used to manufacture tires and that inspections were often cursory. Is that so?*

Govindjee: I spent a day in the Wilson, N.C., plant and more than that in the Decatur plant and didn't see anything like that.

*InTech: Temperature and inflation pressure have been widely speculated on as important contributors to the tire failures. What is the role of those factors in your theory of the failures?*

Govindjee: Certainly those things contribute to failures, but there is no theory yet. We're still looking at everything.

*InTech: A 16 October press release from Firestone said a preliminary report would be issued in early November, and the final report would probably be issued early next year. Is that still your schedule?*

Govindjee: There probably won't be a preliminary report. The final report might be delayed slightly.

Dr. Govindjee said he will issue his final report this month. He was not immediately available for comment on the 19 December Firestone report.

The company's research established that adhesion strength declines with increases of internal tire temperature, and the company continues to point to underinflation as a likely contributor to tire failures. The company also noted that 16% of all recalled tires had been repaired for punctures, though 35% of failed tires had such repairs. The company concluded: "Improper repairs that did not effectively stop air leaks made up about two-thirds of these repairs. It appears that improper repairs are a factor in tread separations." The company further noted that most "tread belt separations are caused by service-related tire damage."

Further, noting the dramatic difference between failures of Radial ATX and Wilderness AT tires produced at the Decatur plant, Firestone has speculated in press releases published on its own Web site that the likely cause of the difference lies in the tire design. They've gone on to note, however, that a clear preponderance of all failures occurs at the left rear tire, raising the possibility that some as-yet-unidentified interaction between the Ford Explorer and Firestone tire designs has played a role.

## The effect of low inflation on internal tire stress



Complicating matters is the confusion over tire pressure. Firestone recommends tires be inflated to 30 pounds per square inch (psi), and Ford recommends 26 psi—a difference that, according to Firestone tests, significantly increases operating temperature and tire stresses.  IT



### Ford has a different idea

Ford Motor Co. was quick to respond to Firestone's report of its root cause investigation, agreeing with Firestone when the company acknowledged problems and stoutly denying suggestions that the design of the Explorer may contribute to tread separations.

A 19 December press release from Ford responded to Firestone's remarks about vehicle weight and load distribution by saying, "The weight of the Explorer is well within the load rating of the tires." The release further stated: "Our experience . . . leads us to conclude that the vehicle is not a significant contributor to tread separation." The company added, "We believe it is a combination of manufacturing factors and the reaction of the tire design to field operating conditions . . . that have caused the increased failure rate of these tires."

Escobedo, Jose Ang
205623-000425

# WATCH FOR THE DIAMONDS

*By Marvin Bozarth*

The diamond-shaped pattern we see on cushion gum, repair material and some die-size rubber has been around for a long time. The polyethylene film used to protect these stocks and to keep them from sticking together transfers its embossed diamond pattern to the rubber wherever it touches.

In past years, some companies used a smooth poly film, but this often stuck to the rubber so tightly it was difficult to remove.

Most polyethylene film used today has some sort of pattern, with one of the most popular being the embossed diamond. The primary reason for the embossing is to make the film easy to remove from tacky, uncured stocks.



Photo I - The diamond pattern is clearly visible on this retread adjustment. This condition may be caused by lack of pressure, moisture, trapped air, or cushion gum that is set up or contaminated.

When the embossing pattern shows up on any piece of stock that has been cured under physical pressure, it is usually a sign of trouble.

Uncured rubber that has been cured under physical pressure will flow enough to destroy all traces of the texture of the original surface, including stitcher marks. The failed retread in Photo I clearly illustrates that if the embossing is not destroyed in the curing process the tread will generally fail to bond. To prevent this from happening, all cushion gum and repair materials should be stored in the coolest area possible, preferably an air conditioned room at temperatures of 65 to 75 degrees Fahrenheit (18 to 24°C).

A good habit to practice is to probe any uncured material with an awl before using, as illustrated in Photo II. If the rubber rebounds to its original shape when the awl is withdrawn, don't use it.





Photo II - When fresh uncured cushion gum is probed with a pointed object, the surface will be indented and remain that way. When the gum is set up or cured as in the center, there is no mark left by the probe.

Escobedo, Jose Ang
205623-000426

30

Photo IV - The center sample did not flow because it was set up from being previously stored in a hot area. Note the presence of the diamond pattern.



Photo III - Three cushion gum samples being placed into the lab curing press.

September 1993

Escobedo, Jose Ang
205623-000427

T091498T  Re Kevin Irwin, LT245/75R16 M+S Bridgestone M773SWP 7B-077
    DOT 7BA3P7B077, F08L, Decatur  8,10,8

B060799P  Re: Broales/Rodriguez/Ledema/Diaz P205/70R14 Fate Supreme W2-328
    DOT W2 KEIL R208, N03R, E38DHA, Wilson N C

T060995T  Re Sullivan    LT245/75R16  120/R16 R Bridgestone M773SWP M+S Routes
    Sheri Chandler DOT 7BA3P7B077, F08R, Decatur  9,10,5,10

8/00  B092800P  Re Yates       P235/75R15 Firestone Wilderness AT
   2nd in failure mode - removed before failure DOT W2 HL1PY047, K05L Wilson  5,44,5.5

    B090600TA   Re Donilecker   P255/70R16 Fate Wilderness AT
     3 others protested wire    DOT VN CU1R0080 FD2L → Joliette, Quebec Canada

Escobedo, Jose An
205623-000428



Escobedo, Jose Ang
205623-000429