IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO<br>Plaintiffs<br><br>vs.<br><br>FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND SAM'S EAST, INC., INCORRECTLY NAMED AS WAL-MART STORES, INC. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 03-CV-135 |

United States District Court
Southern District of Texas
FILED

AUG 1 1 2004

Michael N. Milby
Clerk of Court

### DEFENDANT SAM'S EAST, INC.'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DESIGNATE A TIRE EXPERT AND FILE REPORTS

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Defendant **SAM'S EAST, INC.** (originally and incorrectly identified by Plaintiffs as "Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club") appears and files this its Motion for Reconsideration of Court's Order Granting Plaintiff's Motion for Extension of Time to Designate A Tire Expert and File Reports. In support of its Motion, Sam's East, Inc. would show the Court as follows:

1. On May 17, 2004, the deadline for designation of expert witnesses, plaintiff's designated five (5) experts. It is undisputed that none of the designated experts were prepared to address the issue of defective tires. The allegation of defective

tires is directly pointed at Defendant's Michelin North America, Inc. and Sam's East, Inc.

2. Having failed to meet its deadline and facing almost certain motions for summary judgment filed on behalf of Michelin and Sam's, the plaintiff's filed a procedurally defective and inadequate Motion for Extension of Time to Designate a Tire Expert and file a Report.

3. In the interest of brevity, Sam's East, Inc. hereby adopts and incorporates the authority and arguments cited by Michelin in its Motion for Reconsideration, specifically Paragraphs II and III which point out the procedural inadequacies and failure to show good cause to justify the extension.

WHEREFORE, for all of the above-stated reasons, **SAM'S EAST, INC.** respectfully requests that this Honorable Court reconsider its Order granting Plaintiff's Motion for Extension and after a hearing in open Court, deny plaintiff's motion; and for such other and further relief, general and specific, legal and equitable, to which Movant may show itself entitled.

Respectfully submitted,

**DRABEK & ASSOCIATES**

Jaime A. Drabek
SBOT   06102410
Fed. I.D. #8643
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile
Counsel for Defendant Sam's East, Inc.

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

_____   I have been unsuccessful in my attempt to contact plaintiff's counsel.

_____   I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

____√____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

Jaime A. Drabek

## CERTIFICATE OF SERVICE

I, hereby certify that on this the ___11th___ day of **August, 2004,** a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery.

| | |
|---|---|
| Mr. Ray R. Marchan<br>**Watts Law Firm**<br>1926 E. Elizabeth<br>Brownsville, Texas   78520 | *Via Regular Mail* |
| Mr. Mikal C. Watts<br>**Watts Law Firm**<br>555 North Carancahua, Suite 1400<br>Corpus Christi, Texas   78478 | *Via Regular Mail* |
| Mr. Chris A. Blackerby<br>**Brown McCarroll, L.L.P.**<br>111 Congress Avenue, Suite 1400<br>Austin, Texas   78701 | *Via Regular Mail* |
| Mr. Jaime A. Saenz<br>**Rodriguez, Colvin & Chaney**<br>P. O. Box 2155<br>Brownsville, Texas 78522 | *Via Regular Mail* |
| Ms. Jill Goldsmith<br>**Bowman & Brooke**<br>2929 N. Central, Suite 1700<br>Phoenix, Arizona   95012 | *Via Regular Mail* |

_____
Jaime A. Drabek