Case 1:03-cv-00135   Document 59   Filed in TXSD on 08/12/2004   Page 1 of 1

69

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, | § | |
| Individually and as Representative of the Estate | § | |
| of Jose Angel Escobedo Rodriguez, Deceased, | § | |
| and LUIS ALBERTO ESCOBEDO VIERA, | § | |
| and JOSE VIERA ESCOBEDO | § | |
| | § | |
| v. | § | CIVIL NO. B-03-135 |
| | § | |
| FORD MOTOR COMPANY, | § | |
| MICHELIN NORTH AMERICA, INC., | § | |
| and WALMART STORES, INC., d/b/a | § | |
| SAM'S WHOLESALE CLUB | § | |

## ORDER

Having reviewed Defendant Michelin North America, Inc.'s Motion for Summary Judgment filed on June 4, 2004, the Court **DENIES** said motion without prejudice to Defendant to file a motion addressing any substantive issues if such a motion ever becomes appropriate.

Signed in Brownsville, Texas, this 12th day of August, 2004.

Andrew S. Hanen
United States District Judge