IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 23 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § | |
| INDIVIDUALLY AND AS § | |
| REPRESENTATIVE OF THE ESTATE § | |
| OF JOSE ANGEL ESCOBEDO § | |
| RODRIGUEZ, DECEASED; AND § | |
| LUIS ALBERTO ESCOBEDO VIERA § | |
| AND JOSE VIERA ESCOBEDO § | |
| Plaintiffs § | CIVIL ACTION NO. 03-CV-135 |
| § | |
| vs. § | |
| § | |
| FORD MOTOR COMPANY, § | |
| MICHELIN NORTH AMERICA, INC. AND § | |
| SAM'S EAST, INC., INCORRECTLY § | |
| NAMED AS WAL-MART STORES, INC. § | |

### ORDER DENYING DEFENDANT SAM'S EAST, INC.'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DESIGNATE A TIRE EXPERT AND FILE REPORTS

On the ___20th___ day of ___August___, 2004, came to be heard Defendant, Sam's East, Inc.'s Motion for Reconsideration of Court's Order Granting Plaintiff's Motion for Extension of Time to Designate A Tire Expert and File Reports, and the Court, having considered said Motion and the arguments and authorities presented on behalf of the parties, as well as the pleadings, and other evidence properly before the Court, is of the opinion that Defendant's Motion should be DENIED. It is therefore,

ORDERED, that Defendant's Sam's East, Inc.'s Motion for Reconsideration of Court's Order Granting Plaintiff's Motion for Extension of Time to Designate A Tire Expert and File Reports should be DENIED.

It is so ORDERED on this the ___20th___ day of ___August___, 2004.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> AND JOSE VIERA ESCOBEDO § <br> Plaintiffs § <br> § <br> vs. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> SAM'S EAST, INC., INCORRECTLY § <br> NAMED AS WAL-MART STORES, INC. § | CIVIL ACTION NO. 03-CV-135 |

### ORDER DENYING DEFENDANT SAM'S EAST, INC.'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DESIGNATE A TIRE EXPERT AND FILE REPORTS

On the _20th_ day of _August_, 2004, came to be heard Defendant, Sam's East, Inc.'s Motion for Reconsideration of Court's Order Granting Plaintiff's Motion for Extension of Time to Designate A Tire Expert and File Reports, and the Court, having considered said Motion and the arguments and authorities presented on behalf of the parties, as well as the pleadings, and other evidence properly before the Court, is of the opinion that Defendant's Motion should be DENIED. It is therefore,

ORDERED, that Defendant's Sam's East, Inc.'s Motion for Reconsideration of Court's Order Granting Plaintiff's Motion for Extension of Time to Designate A Tire Expert and File Reports should be DENIED.

It is so ORDERED on this the _20th_ day of _August_, 2004.

_____
JUDGE PRESIDING