IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § | |
| INDIVIDUALLY AND AS § | |
| REPRESENTATIVE OF THE ESTATE § | |
| OF JOSE ANGEL ESCOBEDO § | |
| RODRIGUEZ, DECEASED; AND § | |
| LUIS ALBERTO ESCOBEDO VIERA § | |
| JOSE VIERA ESCOBEDO, AND JOSE § | |
| ANGEL ESCOBEDO, JR. § | |
| § | CIVIL ACTION NO.: B 03135 |
| VS. § | |
| § | |
| FORD MOTOR COMPANY, § | |
| MICHELIN NORTH AMERICA, INC. AND § | |
| WALMART STORES, INC., DBA § | |
| SAM'S WHOLESALE CLUB § | |

**AGREED STIPULATION REGARDING EXTENSION OF TIME TO DEPOSE
WITNESSES PURSUANT TO JOINT DISCOVERY PLAN TO JULY 30, 2004**

TO THE HONORABLE JUDGE OF THIS COURT:

The parties to this litigation, Febriona Viera Escobedo, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo Viera, Jose Viera Escobedo and Jose Angel Escobedo, Jr., Plaintiffs, and Defendants Michelin North America, Inc., Ford Motor Company and Wal-Mart Stores, Inc. d/b/a Sam's Wholesale Club, hereby stipulate and agree to the following:

1. The parties agree and stipulate that the deadline for all parties to depose persons with knowledge of relevant facts, corporate representatives, plaintiffs, investigating officers, eyewitnesses and medical providers is extended from June 30, 2004 to July 30, 2004.

2. By the signatures below, the undersigned counsel with authority to so act for their respective clients, the party plaintiff and party defendant, hereby agree and stipulate to the above in all respects.

AUS:2170076.1
32302.101

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

_____
Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
Federal I.D. 14690

Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.


WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 (fax)

_____
Ray R. Marchan
State Bar No. 12969050
Federal I.D. _____

ATTORNEYS FOR PLAINTIFFS

2

DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

_____
Jaime A. Drabek
State Bar No. 06102410
Federal ID No. 8643

ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC. D/B/A SAM'S WHOLESALE CLUB

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

_____
Jaime Saenz
State Bar No. 17514859
Federal ID No. _____

Eduardo Roberto Rodriguez
Federal ID No. 17144000
Southern District No. _____

Jill Goldsmith
State Bar No. 24044036
BOWMAN & BROOKE
2929 N. Central, Ste. 1700
Phoenix, AZ 85012
602-351-2411
602-248-0947 Fax

ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY

3

AUS:2170076.1
32302.101

DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

_____
Jaime A. Drabek
State Bar No. 06102410
Federal ID No. 8643

ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC. D/B/A SAM'S WHOLESALE CLUB

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (fax)

_____
Jaime Saenz
State Bar No. 17514859
Federal ID No. 7630

Eduardo Roberto Rodriguez
Federal ID No. 17144000
Southern District No. _____

Jill Goldsmith
State Bar No. 24044036
BOWMAN & BROOKE
2929 N. Central, Ste. 1700
Phoenix, AZ 85012
602-351-2411
602-248-0947 Fax

ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY