IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF JOSE ANGEL ESCOBEDO § <br> RODRIGUEZ, DECEASED; AND § <br> LUIS ALBERTO ESCOBEDO VIERA § <br> JOSE VIERA ESCOBEDO, AND JOSE § <br> ANGEL ESCOBEDO, JR. § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC. AND § <br> WALMART STORES, INC., DBA § <br> SAM'S WHOLESALE CLUB § | CIVIL ACTION NO.: B 03135 |

### AGREED STIPULATION REGARDING EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs., Febriona Viera Escobedo, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and Luis Alberto Escobedo Viera, Jose Viera Escobedo and Jose Angel Escobedo, Jr., and defendants Michelin North America, Inc. and Sam's East, Inc. (incorrectly named as Sam's Wholesale Club a/k/a Wal-Mart Stores, Inc.), hereby stipulate and agree to the following:

1.   The parties agree and stipulate that the deadline for Defendants to file dispositive motions be extended from September 3, 2004, until two weeks after the deposition of plaintiffs' tire expert, Max Nonnamaker.

2.   By the signatures below, the undersigned counsel with authority to so act for their respective clients, the party plaintiff and parties defendant, hereby agree and stipulate to the above in all respects.

AUS:2184373.1
32302.101

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 (fax)

_____
Ray R. Marchan
State Bar No. 12969050
Federal I.D. 9522

ATTORNEYS FOR PLAINTIFFS

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)

_____
Thomas M. Bullion III
State Bar No. 03331005
Federal I.D. 14690

Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
(956) 428-4544
(956) 428-4880 (fax)

_/s/ Jaime A. Drabek_

Jaime A. Drabek
State Bar No. 06102410
Federal ID No. 8643

ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC. D/B/A SAM'S WHOLESALE CLUB

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy, certified mail, return receipt requested, or U.S. mail to all counsel of record listed below on this  1st  day of ~~August~~ September, 2004.

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

Jill Goldsmith
Bowman & Brooke
2901 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012

_/s/ Thomas M. Bullion III_

Thomas M. Bullion III

43

AUS:2184373.1
32302.101