IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA JOSE VIERA ESCOBEDO, AND JOSE ANGEL ESCOBEDO, JR. <br><br> VS. <br><br> FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC., DBA SAM'S WHOLESALE CLUB | § § § § § § § § § § § § § § § | United States District Court Southern District of Texas FILED <br><br> SEP 0 7 2004 <br><br> Michael N. Milby Clerk of Court <br><br> CIVIL ACTION NO.: B 03135 |

<u>DEFENDANT MICHELIN NORTH AMERICA, INC.'S
NOTICE OF DISCLOSURE OF EXPERT WITNESSES</u>

TO THE HONORABLE JUDGE OF THIS COURT:

This Notice is to certify that true and correct copies of defendant Michelin North America, Inc.'s Disclosure of Expert Witnesses was served on all counsel of record on the 3rd day of September, 2004.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (fax)

_____
Thomas M. Bullion III
State Bar No. 03331005
Federal I.D. 14690

AUS:2188423.1
32302.101

Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy, certified mail, return receipt requested, or U.S. mail to all counsel of record listed below on this 3rd day of September, 2004.

Mikal C. Watts
Watts Law Firm, L.L.P.
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478

Ray R. Marchan
Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

Jaime Saenz
Rodriguez, Colvin & Chaney
201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520-2155

Jill Goldsmith
Bowman & Brooke
2901 N. Central Avenue, Suite 1600
Phoenix, Arizona 85012

Jaime A. Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Thomas M. Bullion III

AUS:2188423.1
32302.101