CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District o Texas
RECEIVED
NOV 1 0 2 4

Michael N. Milby, Clerk

Watts Law Firm LLP
1926 E Elizabeth
Brownsville TX 78520

Case: 1:03-cv-00135    Instrument: 67    (4 pages)

78520+4933   18

012H6202949
$ 00.370
10/25/2004
Mailed From 77002
US POSTAGE

Hasler

United States Courts
Southern District of Texas
FILED
NOV 0 4 2004

Michael N. Milby, Clerk

RETURN TO SENDER
☒ Unable to identify
____ Inmate no longer he
____ Unauthorized mail

Sent To
Fmc Carswell