IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 19 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO | § | |
| *Individually And As Representative of* | § | |
| The Estate of JOSE ANGEL ESCOBEDO | § | |
| RODRIGUEZ, Deceased AND LUIS | § | |
| ALBERTO ESCOBEDO VIERA & | § | |
| JOSE VIERA ESCOBEDO | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 03-CV-135 |
| | § | |
| | § | |
| FORD MOTOR COMPANY, MICHELIN | § | |
| NORTH AMERICA, Inc. & WAL-MART | § | |
| STORES, INC. dba SAM'S WHOLESALE | § | |
| CLUB | § | |
| *Defendants* | | |

## MOTION TO CONFIRM SETTLEMENT

The undersigned counsel was originally hired by Plaintiffs herein and in turn referred this matter to the Watts Law Firm. In early September, Mr. Watts and Mr. Marchan informed the undersigned that a tentative settlement agreement had been reached in this matter. Over two months later, however, no settlement documents have been signed or monies disbursed. Plaintiffs move that this matter be set down for hearing to confirm whether or not this case has in fact settled, and to set deadlines for its final disposition.

SIGNED this the ___ day of November 2004.

THE ZAVALETTA LAW FIRM
603 E. St. Charles St. • Brownsville, Texas 78521
Telephone (956) 546-5567 • Facsimile (956) 541-2205

Respectfully Submitted,

## THE ZAVALETTA LAW FIRM

603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

### CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 19th day of November 2004 the above and foregoing document has been faxed and mailed, regular mail to:

Jaime A. Drabek
DRABEK & ASOSCIATES, Inc.
1720 E. Harrison Suite B
Harlingen, Texas 78550

Thomas M. Bullion, III
BROWN McCARROLL, L.L.P.
111 Congress Avenue Suite 1400
Austin, Texas 78701

Jaime Saenz
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E Van Buren St.
Brownsville, Texas 78520

Ray Marchan
WATTS LAW FIRM
1926 E. Elizabeth St.
Brownsville, Texas 78520

_____
PETER M. ZAVALETTA