IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO *Individually And As Representative of* The Estate of JOSE ANGEL ESCOBEDO RODRIGUEZ, Deceased AND LUIS ALBERTO ESCOBEDO VIERA & JOSE VIERA ESCOBEDO     *Plaintiffs* | § § § § § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 03-CV-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, Inc. & WAL-MART STORES, INC. dba SAM'S WHOLESALE CLUB     *Defendants* | § § § § | |

## ORDER SETTING HEARING ON MOTION TO CONFIRM SETTLEMENT

ON THIS the ____ day of November 2004 was presented the MOTION TO CONFIRM SETTLEMETN; and

THE COURT, after having considered said motion finds that it should be set for hearing; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing on the MOTION TO CONFIRM SETTLEMENT be and is hereby set for the ____ day of _____ 2004 at _____m.

SIGNED FOR ENTRY the ____ day of November 2004.

_____
JUDGE PRESIDING

cc:   Peter M. Zavaletta, THE ZAVALETTA LAW FIRM, 603 E. St. Charles St., Brownsville, Texas 78520

Jaime A. Drabek, DRABEK & ASSOCIATES, 1720 E. Harrison Suite B, Harlingen, Texas 78550

Thomas M. Bullion, III, BROWN McCARROLL, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas 78701

Jaime Saenz, RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 E. Van Buren St., Brownsville, Texas 78520

Ray Marchan, WATTS LAW FIRM, 1926 E. Elizabeth St., Brownsville, Texas 78520