United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO *Individually And As Representative of* The Estate of JOSE ANGEL ESCOBEDO RODRIGUEZ, Deceased AND LUIS ALBERTO ESCOBEDO VIERA & JOSE VIERA ESCOBEDO *Plaintiffs* | § § § § § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 03-CV-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, Inc. & WAL-MART STORES, INC. dba SAM'S WHOLESALE CLUB *Defendants* | § § § § § | |

### ORDER SETTING HEARING ON MOTION TO CONFIRM SETTLEMENT

ON THIS the 9th day of December 2004 was presented the MOTION TO CONFIRM SETTLEMETN; and

THE COURT, after having considered said motion finds that it should be set for hearing; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing on the MOTION TO CONFIRM SETTLEMENT be and is hereby set for the 15th day of December 2004 at 10:30 m.

SIGNED FOR ENTRY the 9th day of December 2004.

_[signature]_
JUDGE PRESIDING

cc: Peter M. Zavaletta, THE ZAVALETTA LAW FIRM, 603 E. St. Charles St., Brownsville, Texas 78520

Jaime A. Drabek, DRABEK & ASSOCIATES, 1720 E. Harrison Suite B, Harlingen, Texas 78550

Thomas M. Bullion, III, BROWN McCARROLL, L.L.P., 111 Congress Avenue, Suite 1400, Austin, Texas 78701

Jaime Saenz, RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 E. Van Buren St., Brownsville, Texas 78520

Ray Marchan, WATTS LAW FIRM, 1926 E. Elizabeth St., Brownsville, Texas 78520