

THE ZAVALETTA LAW FIRM

603 E. ST. CHARLES STREET
BROWNSVILLE, TEXAS 78520

VIA FIRST CLASS MAIL & VIA FACSIMILE
(956) 548-2598

United States District Court
Southern District of Texas
FILED

DEC 1 5 2004

Michael N. Milby
Clerk of Court

December 14, 2004

Hon. Andrew S. Hanen
United States District Judge
UNITED STATES FEDERAL COURTHOUSE
600 E. Harrison St. #301
Brownsville, Texas   78520-7114
Attn: Irma Soto, Case Manager

      Re:  *Febronia Viera Escobedo et al. v. Ford Motor Company*; Civil Action No.V-03-135; In the United States District Court, Southern District of Texas, Brownsville Division

Dear Judge Hanen:

  As a result of your honor's setting my MOTION TO CONFIRM SETTLEMENT in the above-styled for hearing, most of my questions have now been answered and there is no longer a need for tomorrow's hearing. Accordingly, I would respectfully request tomorrow's hearing in this matter be passed.

  I have conferred with all counsel regarding this request and it is unopposed.

  Thanking you again for your usual courtesies and attention, I remain

Sincerely yours,

Peter M. Zavaletta

PMZ/bt

cc: All counsel of record  (Via Facsimile)

---

TELEPHONE 956.546.5567
FACSIMILE 956.541.2205
WEB WWW.THEZAVALETTALAWFIRM.COM
EMAIL PETER@THEZAVALETTALAWFIRM.COM