United States District Court
Southern District of Texas
FILED

JAN - 7 2005

| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | |

| 1. NAME Ray R. Marchan | 2. PHONE NUMBER 544-0500 | 3. DATE 1/7/05 |
|---|---|---|
| 4. MAILING ADDRESS 1926 E. Elizabeth | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |
| 8. CASE NUMBER B-03-135 | 9. JUDICIAL OFFICIAL Judge Hanen | DATES OF PROCEEDINGS 10. FROM 11/02/04 | 11. TO |
| 12. CASE NAME Febronia Viera Escobedo | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Hearing on 11/02/04 regarding settlement. | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☑ | ☑ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE Ray R. Marchan

19. DATE 1/7/05

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY