IN THE UNITED STATES DISCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § | CIVIL ACTION NO. B-03-135 |
| VS. | § § | |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC. D/B/A SAM'S WHOLESALE CLUB | § § § § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO SET ASIDE AND WITHDRAW COURT'S MEMORANDUM OPINIONS AND ORDERS OF OCTOBER 22, 2004 and OCTOBER 25, 2004

On this the _____ day of January, 2005, came on to be considered the foregoing motion and the court is of the opinion that the motion should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for To Set Aside and Withdraw Court's Memorandum Opinions and Order of October 22 and 25, 2004 be and the same is hereby in all things granted.

Signed this the _____ day of January, 2005.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FEBRIONA VIERA ESCOBEDO §<br>INDIVIDUALLY AND AS §<br>REPRESENTATIVE OF THE ESTATE §<br>OF JOSE ANGEL ESCOBEDO §<br>RODRIGUEZ, DECEASED; AND §<br>LUIS ALBERTO ESCOBEDO VIERA §<br>AND JOSE VIERA ESCOBEDO §<br>§<br>VS. §<br>§<br>FORD MOTOR COMPANY, §<br>MICHELIN NORTH AMERICA, INC. §<br>AND WALMART STORES, INC. §<br>D/B/A SAM'S WHOLESALE CLUB §| CIVIL ACTION<br><br>NO. B-03-135 |

### ORDER SETTING HEARING

Came on to be considered the foregoing Plaintiffs' Motion to Set Aside and Withdraw Court's Memorandum Opinions and Orders of October 22, 2004 and October 25, 2004, and the court is of the opinion that the same should be set for hearing;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Set Aside and Withdraw Court's Memorandum Opinions and Orders of October 22, 2004 and October 25, 2004 be and the same is hereby set for hearing on the _____ day of January, 2005.

Signed this the _____ day of January, 2005.

_____
JUDGE PRESIDING