IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **FEBRIONA VIERA ESCOBEDO** § <br> **INDIVIDUALLY AND AS** § <br> **REPRESENTATIVE OF THE ESTATE** § <br> **OF JOSE ANGEL ESCOBEDO** § <br> **RODRIGUEZ, DECEASED; AND** § <br> **LUIS ALBERTO ESCOBEDO VIERA,** § <br> **JOSE VIERA ESCOBEDO and** § <br> **JOSE ANGEL ESCOBEDO, JR.** § <br> § <br> **V.** § <br> § <br> **FORD MOTOR COMPANY,** § <br> **MICHELIN NORTH AMERICA, INC.** § <br> **AND WALMART STORES, INC.** § <br> **D/B/A SAM'S WHOLESALE CLUB** § | **CIVIL ACTION** <br><br><br><br><br><br><br><br> **NO. B-03-135** |

## ORDER

This Court withdraws the Court's discussion in Section III.D of this Court's October 25, 2004 Memorandum Opinion and Order.

SIGNED this _____ day of _____, 2005.

_____
ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE

AUS:2534557.1
31102.95910