United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, Individually and as Representative of the Estate of Jose Angel Escobedo Rodriguez, Deceased, and LUIS ALBERTO ESCOBEDO VIERA, and JOSE VIERA ESCOBEDO | § § § § § § | |
| v. | § § | CIVIL NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC., and WALMART STORES, INC., d/b/a SAM'S WHOLESALE CLUB | § § § § | |

## ORDER

On January 11, 2005, Plaintiffs filed a Motion to Set Aside and Withdraw Court's Memorandum Opinions and Orders of October 22, 2004 and October 25, 2004 ( docket number 75). The Court hereby **DENIES** Plaintiffs' motion.

Signed in Brownsville, Texas, the 14th day of February, 2005.

Judge Andrew S. Hanen
United States District Judge