IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, § <br> Individually and as Representative of the Estate § <br> of Jose Angel Escobedo Rodriguez, Deceased, § <br> LUIS ALBERTO ESCOBEDO VIERA, § <br> and JOSE VIERA ESCOBEDO, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FORD MOTOR COMPANY, § <br> MICHELIN NORTH AMERICA, INC., § <br> and WALMART STORES, INC., d/b/a § <br> SAM'S WHOLESALE CLUB, § <br> Defendants. § | | CIVIL NO. B-03-135 |

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Pending is Plaintiffs' Motion to Confirm Settlement (Docket No. 70) filed on November 19, 2004. This Court set a hearing for December 16, 2005, to hear this motion (Docket No. 71). The hearing, however, was cancelled at the request of Plaintiff (Docket No. 72). As such, the Court hereby **DENIES as moot** the Motion to Confirm Settlement.

Signed in Brownsville, Texas, the 25th day of April, 2005.

Andrew S. Hanen
United States District Judge