UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FEBRIONA VIERA ESCOBEDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSE ANGEL ESCOBEDO RODRIGUEZ, DECEASED; AND LUIS ALBERTO ESCOBEDO VIERA AND JOSE VIERA ESCOBEDO | § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-135 |
| FORD MOTOR COMPANY, MICHELIN NORTH AMERICA, INC. AND WALMART STORES, INC., DBA SAM'S WHOLESALE CLUB | § § § § | |

# ORDER

On November 2, 2004, the parties announced to the court that they had settled and were to provide an appropriate judgment and/or settlement documents to this court by December 17, 2004. They have not done so.  Consequently, the court dismisses this cause for want of prosecution and orders the file closed.

Signed this 2nd day of June, 2005.

_____
Andrew S. Hanen
United States District Judge